```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-                                              Case #: 24-cr-265 (TNM)

ROBERT P. BURKE,
YONGCHUL "CHARLIE KIM", and
MEGHAN MESSENGER,
                        Defendants.
-----------------------------------------------------------------------X
```

### MOTION FOR ADMISSION PRO HAC VICE FOR ROCCO F. D'AGOSTINO

Pursuant to Local Criminal Rule 44.1(c), Steven Alan Metcalf, II, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of ROCCO F. D'AGOSTINO in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Attorney ROCCO F. D'AGOSTINO maintains law offices at 445 Hamilton Avenue, Suite 605, White Plains, New York 10601.  His office number is 914-682-1993. Also enclosed herein is a certificate of good standing within the last 30 days establishing he has been a member in good standing of the New York State Bar.

3. As set forth in the attached declaration, Mr. D'Agostino is an active member in good standing in the State of New York (#2440402) since December 11, 1991, the State of Connecticut (# 404866), and the Federal Bar for the United States District Court (Southern and Eastern Districts of New York).

4. Professionally, I have known attorney D'Agostino since 2020. He has gained my respect during the course of my association with another attorney Jeffrey Chartier, Esq., who I was an intern for in 2012 and have remained close with through the

  years. Attorney Chartier and I have handled co-defendant criminal cases throughout the City of New York and in Westchester County, New York. We also continue to consult and refer cases to each other for now over a decade. It was through my relationship with attorney Chartier, where I was introduced to attorney D'Agostino, who fit right in and also provides me guidance as well.

5. Personally, I have admired Mr. D'Agostino as a father and family man. Mr. D'Agostino has two (2) children and I have four (4) of my own. Mr. D'Agostino has been there to provide encouragement on how to be a better father.

6. Mr. D'Agostino has expressed that he does wish to be admitted in this Court, but for the purposes of time, and to allow him to perfect his full application, we are seeking that he be admitted for this case as soon as possible.

7. Defendant, MEGHAN MESSENGER, wishes to have Mr. D'Agostino involved in this case based on their relationship and Mr. D'Agostino's expertise in this area of law. In light of this relationship, I will be requesting that Mr. D'Agostino be the lead attorney on this case.

8. Based on the above, it is respectfully submitted that Mr. D'Agostino be admitted for this matter *pro hac vice*. I thank the Court in advance for its consideration on this application.

Dated: New York, New York  
   July 8, 2024

Respectfully Submitted,

*/s/ Steven A. Metcalf*  
STEVEN A. METCALF II, ESQ.  
Metcalf & Metcalf, P.C.  
99 Park Avenue, Suite 810  
New York, NY 10016  
*Office* 646.253.0514  
*Fax* 646.219.2012  
metcalflawnyc@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served today, July 10, 2024, upon all counsel for all parties to this proceeding through the court's electronic filing system ("ECF").

/s/
_____
STEVEN A. METCALF II

Dated: 7/10/2024