

# EXHIBIT B

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

      -v-                                                      Criminal Case #: 24-CR-265 (TNM)

ROBERT P. BURKE,
YONGCHUL "CHARLIE KIM", and
MEGHAN MESSENGER,
                                 *Defendants*.
-------------------------------------------------------------------X

**PROPOSED ORDER**

Upon consideration of the Motion by Steven Alan Metcalf, II, for the admission *pro hac vice* of Rocco F. D'Agostino, it is hereby ORDERED that the Motion is GRANTED. Rocco F. D'Agostino is ADMITTED *pro hac vice* and may appear for Defendant Meghan Messenger in the above-captioned matter.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that her contract information is as follows:

    Applicant's Name:    Rocco F. D'Agostino

    Address:    445 Hamilton Ave., Suite 605

    City/State/Zip:    White Plains, NY 10601

    Telephone:    (914) 682-1993

    Email:    RFD@RocDLaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Meghan Messenger.

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the District of Columbia.

IT IS HEREBY ORDERED that Applicant is retained and will be the lead attorney for defendant Messenger on the above captioned case.

IT IS HEREBY UNDERSTOOD that all attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July ___, 2024

_____
United States District Judge