# EXHIBIT A

**From:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>
**Sent:** Tuesday, March 11, 2025 1:47 PM
**To:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

Rebecca – we are disappointed that you will not answer our simple question of whether you are challenging the authenticity of the emails. We see no basis for such a challenge. The Cellebrite reports we provided to you show the emails were sent and (2) to whom they were sent. Those reports were pulled from a Cellebrite of Mr. Kim's phone that the government provided to us. The government can pull the same reports very easily to verify them. In such a situation, it is pointless to force us to undertake the expense of generating or seeking out certificates of authenticity. Your unwillingness to resolve the dispute except on your terms is puzzling, especially given that the dispute arose from the government's refusal to obtain exculpatory information from Microsoft that was within the scope of a search warrant served on the ISP.

Regards,
Fritz

**Fritz Scanlon**
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8138 Direct
202.538.8000 Main Office Number
917.439.9786 Cell
fritzscanlon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Sent:** Tuesday, March 11, 2025 10:44 AM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

**[EXTERNAL EMAIL from rebecca.ross2@usdoj.gov]**

Fritz,

We are confused by the tone of your email. After our last correspondence, you said you would be happy to provide a certificate of authenticity.

1

All you have provided are Cellebrite reports, without additional information or certification from the person who used Cellebrite to obtain the versions of the documents you have provided us, which we did not, ourselves, obtain from Mr. Kim's phone. As for the two emails you obtained from Next Jump, we also did not receive those versions from Next Jump in the format you provided them. We believe this issue can easily be solved by a sworn declaration, which would provide comfort that there is someone willing to attest under penalty of perjury as to the authenticity of the documents.

Best,
Rebecca

---

**From:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>
**Sent:** Monday, March 10, 2025 11:59 AM
**To:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: Follow up concerning MSFT

Rebecca – we do not understand your insistence that we go through the trouble of obtaining certificates of authenticity for four emails that we believe are conclusively authentic.  Two certificates would simply attest to the fact that the emails were accurately pulled from an image of Mr. Kim's phone that the government provided in discovery, and two certificates would need to come from Next Jump.  We ask again whether you believe that the emails are <u>not</u> authentic.  If not—that is, if you're not contesting authenticity—then we ask that you please stipulate to authenticity, so we can move on.  Recall that we proposed an authenticity stipulation as a compromise to resolve the dispute over the government's failure to obtain exculpatory information from Microsoft that is undoubtedly within the scope of a search warrant the government served on the ISP.  You stated in your opposition to our motion to compel that we are already in possession of the exculpatory information.  While we agree with that statement (at least regarding the four investor update emails), the dispute is still live because you won't stipulate to authenticity.  We ask you to reconsider your seemingly unfounded resistance to a simple request.

Regards,
Fritz

**Fritz Scanlon**
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8138 Direct
202.538.8000 Main Office Number
917.439.9786 Cell
fritzscanlon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Sent:** Monday, March 10, 2025 10:38 AM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

**[EXTERNAL EMAIL from rebecca.ross2@usdoj.gov]**

Hi Fritz,

Just wanted to follow up on this—I know things are busy but wanted to check in on the status of the certificates.

Thanks,
Rebecca

**From:** Ross, Rebecca (USADC)
**Sent:** Wednesday, February 26, 2025 4:04 PM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

Hi Fritz,

Thank you for getting back to us. We would prefer to have the certificates as well. We appreciate your help.

Best,
Rebecca

**From:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>
**Sent:** Wednesday, February 26, 2025 2:29 PM
**To:** Ross, Rebecca (USADC) <RROSS2@usa.doj.gov>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: Follow up concerning MSFT

Rebecca – thanks for following up on this. Avi and I were traveling and needed to square some things away. We are happy to provide you with 902(13)/(14) certifications for the two emails we pulled for the phone. Any certification for two emails from Next Jump will likely need to come from the company. We do have one over-arching question: do you have any reason to believe that the emails are not authentic? We believe the Cellebrite reports are conclusive.

Regards,
Fritz

**Fritz Scanlon**
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8138 Direct
202.538.8000 Main Office Number

917.439.9786 Cell
fritzscanlon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Sent:** Friday, February 21, 2025 3:44 PM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

[EXTERNAL EMAIL from rebecca.ross2@usdoj.gov]

Hi Fritz,

Just wanted to follow up. Will we able to receive signed copies of the certificates of authenticity?

Best,
Rebecca

---

**From:** Ross, Rebecca (USADC)
**Sent:** Thursday, February 13, 2025 1:21 PM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

Great- thank you, Fritz.

---

**From:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>
**Sent:** Thursday, February 13, 2025 1:11 PM
**To:** Ross, Rebecca (USADC) <RROSS2@usa.doj.gov>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** [EXTERNAL] Re: Follow up concerning MSFT

We received your email. Thank you. I gave been traveling. We will get back to you after we have had a chance to discuss.

Get Outlook for iOS

---

**From:** Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Sent:** Thursday, February 13, 2025 6:54:18 PM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>

4

**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

**[EXTERNAL EMAIL from rebecca.ross2@usdoj.gov]**

Hi Fritz,

Just wanted to follow up and confirm you received my email. If there are any issues, please just let us know.

Best,
Rebecca

**From:** Ross, Rebecca (USADC)
**Sent:** Monday, February 10, 2025 10:43 AM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** RE: Follow up concerning MSFT

Hi Fritz,

We apologize for the delay in getting back to you. In addition to the attached Cellebrite reports, can you please provide a signed copy of the attached certificates of authenticity attesting to the authenticity of the four emails?

Best,
Rebecca

**From:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>
**Sent:** Friday, December 13, 2024 9:01 PM
**To:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Ross, Rebecca (USADC) <RROSS2@usa.doj.gov>; Avi Perry <aviperry@quinnemanuel.com>
**Subject:** [EXTERNAL] RE: Follow up concerning MSFT

Trevor – we wanted to circle back to the issue discussed in the email below: namely, that the emails produced by the government lacked BCC data. The fact that these emails were sent widely, to people who are not alleged to be co-conspirators, is exculpatory. While we continue to believe the government can and should seek from Microsoft the information that should have been provided to the government in response to the search warrant, we are willing to resolve the dispute if the government agrees that the attached four emails are authentic (and thus went to the listed recipients). Two of the emails (CK_00000239 and CK_00000241) were obtained from Next Jump. The other two emails (CK_00000245 and CK_00000255) were pulled from Mr. Kim's phone. We have attached Cellebrite reports for all four emails confirming that they were sent to the listed recipients.

Please let us know.

Regards,
Fritz

**Fritz Scanlon**
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8138 Direct
202.538.8000 Main Office Number
917.439.9786 Cell
fritzscanlon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>
**Sent:** Wednesday, November 20, 2024 10:25 AM
**To:** Fritz Scanlon <fritzscanlon@quinnemanuel.com>; Brett Raffish <brettraffish@quinnemanuel.com>
**Cc:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Subject:** Follow up concerning MSFT

**[EXTERNAL EMAIL from trevor.wilmot@usdoj.gov]**

Good morning Fritz and Brett,
Hope all is well. In a recent call, you asked the government to explore obtaining BCC data from Microsoft that the company did not produce in response to search warrants. We believe obtaining the data would require us to prepare and submit new legal process and then process and rescope the results. This will be quite time consuming, and we have decided not to pursue seeking this third-party data. We believe it would be far easier for Mr. Kim to obtain the BCC fields for the emails in question because he has access to his work email account.

You also asked us why BCC data appeared intact with respect to certain email that were disclosed by our filter attorney, Branden. We asked Branden to look into this but do not have a definitive answer. It is possible, but this is just a guess, that the documents with BCC data were made and/or stored in a way that was not affected by Microsoft's coding issue. In any event, the prosecution team does not have access to these documents, so I would refer you to Branden for any follow up.

Best,
Trevor

Trevor Wilmot
Trial Attorney | Public Integrity Section
United States Department of Justice
1301 New York Avenue, N.W.
Washington, D.C. 20530
Office: 202-616-2188 | Cell: 202-445-9076
trevor.wilmot@usdoj.gov