1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2

3  UNITED STATES OF AMERICA,        )
                                    )
4          Plaintiff,               )
                                    )
5      vs.                          ) CASE NO. 1:24-cv-00265-TNM
                                    )
6  ROBERT P. BURKE,                 )
                                    )
7          Defendant.               )
   _____ )
8

9              TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 3
                       (Afternoon Session)
10     **BEFORE THE HONORABLE TREVOR N. McFADDEN, DISTRICT JUDGE**
                     Thursday - May 8, 2025
11                   1:35 p.m. - 4:52 p.m.
                       Washington, DC
12

13 **FOR THE GOVERNMENT:**
        Office of the United States Attorney
14      BY:  REBECCA G. ROSS
        601 D Street, NW
15      Washington, DC 20530

16      DOJ-CRM
        BY:  TREVOR C. WILMOT and KATHRYN E. FIFIELD
17      1301 New York Avenue, NW, Suite 1000
        Washington, DC 20530
18

19 **FOR THE DEFENDANT:**
        Parlatore Law Group, LLP
20      BY:  TIMOTHY PARLATORE and ANTOINETTE QUINN O'NEILL
        260 Madison Avenue, 17th Floor
21      New York, New York 10016

22 _____
                        **SONJA L. REEVES**
23                 **Registered Diplomate Reporter**
                    **Certified Realtime Reporter**
24                 **Federal Official Court Reporter**
                     333 Constitution Avenue, NW
25                      Washington, DC 20001
          Transcript Produced from the Stenographic Record

1                              I N D E X

2      WITNESSES CALLED BY THE GOVERNMENT:                    PAGE

3      SEBASTIAN GARDNER
           Direct Examination By Ms. Ross                        7
4          Cross-Examination By Ms. O'Neill                     115

5
                               EXHIBITS
6      GOVERNMENT'S                                         ADMITTED
       61                                                         8
7      62                                                         9
       64                                                        12
8      65                                                        11
       66                                                        13
9      67                                                        17
       68                                                        22
10     73                                                        26
       76                                                        36
11     77                                                        39
       84                                                        41
12     92                                                        44
       97                                                        51
13     98                                                        54
       99                                                        58
14     100                                                       60
       101                                                       56
15     106                                                       66
       107                                                       68
16     109                                                       71
       110                                                       73
17     114                                                       78
       119                                                       86
18     120                                                       87
       121                                                       88
19     122                                                       91
       123                                                       93
20     125                                                       96
       126                                                       98
21     128                                                      100
       129                                                      101
22     130                                                      103
       134                                                      105
23     154                                                       28
       155                                                      110
24     165                                                       49
       166                                                       92

25

1          (Call to Order of the Court at 1:35 p.m.)

2          (Jury absent)

3          THE COURT:  Mr. Wilmot.

4          MR. WILMOT:  Two top-level points here to begin with

5    first.

6          There was no discovery violation here.  Second, the

7    matter concerning Ms. Kraus was one that the defense had an

8    opportunity to explore on cross and they failed to do so.  Let

9    me develop each in turn.

10         Let me begin with the focus of the dispute on the

11   trial transcript here, which we've looked at earlier today.

12   The question posed by Ms. Ross was, did you file a complaint.

13   The answer from Ms. Kraus was, I did complain.  Then she said,

14   I complained to her supervisor, to the lawyer, and eventually

15   to the command inspector general.

16         I would suggest to the Court that the whole nature of

17   the dispute here is around the subjectivity around the question

18   and answer, file a complaint.

19         If you will permit me, the way I hear --

20         THE COURT:  So what do you think she did?

21         MR. WILMOT:  I'm about to develop this.  I think she

22   complained by phone.  I think she called somebody up and gave a

23   complaint.

24         THE COURT:  Okay.

25         MR. WILMOT:  There's no evidence of a written

1    complaint.  In her report, that we produced to the defense in

2    January of 2025, she told us, "I did complain.  I complained by

3    phone call to the IG.  I did not file a written complaint."  So

4    that's in her report from January of this year, which we have

5    produced.

6        And so based on the fact she's saying to us months

7    ago, I didn't file a written complaint, the fact that we don't

8    have a written complaint shows that her statement was accurate.

9    So that's no violation.

10        THE COURT:  Thank you.  Let me hear from

11    Mr. Parlatore.

12        MR. PARLATORE:  The manner in which the inspector

13    general operates is there's many ways that you can file a

14    complaint.  You can do it through the online form or you can

15    call the hotline.

16        So calling the IG, if she, in fact, did that, that

17    would be, you know, correct to file a complaint.  But there's

18    absolutely no record whatsoever of this complaint having ever

19    been filed.  Had somebody called the IG and said, I would like

20    to file a complaint for waste, fraud, and abuse that this

21    contract -- Your Honor, before we continue, can we excuse the

22    witness?

23        THE COURT:  Agent Gardner, can you step out a moment?

24        (Agent Gardner exits courtroom.)

25        MR. PARLATORE:  Had she done that, then the way that

1   the inspector general's office works is they would have opened

2   the case.  They would have assigned, I think it's called the

3   NIGHTS case number is what they use in the Navy.  And then they

4   would have started the inquiry.  They may have closed it from

5   that point, but the Navy inspector general would absolutely

6   have a record of this if it happened.  And from what I

7   understand, and I'm not -- again, I -- from the beginning, I

8   did not accuse them of a discovery violation because I don't

9   think that they had something that they withheld because I

10  don't think it exists.  I think she got up and lied.

11          So, ultimately, you have a witness that came up here,

12  said -- you know, did you file a complaint was the question,

13  and she said she ultimately went to the command inspector

14  general.  Why did you do that?  Because I felt the way this

15  contract came about wasn't appropriate.  Yet, there is no

16  complaint.  It doesn't exist.

17          It's something that if you go back to when she was

18  interviewed by the Department of Defense inspector general, she

19  was asked at that time, tell us about your discussions with the

20  inspector general, and there she said, I was talking to them

21  about a complaint that came from a third party about racism by

22  Next Jump, and that she didn't know anything about.  So

23  clearly, if she had made a complaint to the Navy inspector

24  general at that time, before the DoD inspector general had

25  begun their investigation, which was, again, months after the

1    fact.  This was in August of 2022 --

2         THE COURT:  Yeah.  So, I mean, it sounds like both of

3    you agree, there's no report.

4         MR. PARLATORE:  Right.

5         THE COURT:  What do you think should be done?

6         MR. PARLATORE:  At this point, I think that the law is

7    very clear from the Supreme Court that when the prosecution

8    inadvertently presents evidence that is materially false, they

9    have an obligation to correct it.  What I had suggested to

10   Mr. Wilmot is we could simply do a stipulation that the Navy

11   inspector general never received any complaint from her.  That

12   would be the simplest solution to resolve this issue.  But to

13   simply allow this false testimony to stand without any

14   correction, I think is something that they have an ethical

15   obligation to fix.

16        THE COURT:  All right.  Thank you.

17        I've considered the arguments of both sides.  It

18   sounds to me like there is general agreement that there was not

19   a formal complaint issued.  I'm inclined to agree with

20   Mr. Wilmot that her response could be understood in a few

21   different ways, one of which is not false at all.  I think she

22   talked about complaining to several people, and I certainly

23   didn't take it to mean some sort of formal complaint to all

24   three or however many people she mentioned.

25        I also agree with Mr. Wilmot that the primary

1    opportunity to deal with this was through cross-examination.

2    Having said that, you're about to get an opportunity to

3    cross-examine the case agent.  I'll give you latitude if you

4    want to ask him if he's aware of any report filed by her.  I

5    think you can probably get to the same bottom line that you

6    could through the case agent.  But I don't think there has been

7    any violation by the government, and I'm not going to order any

8    remedy.

9           Can we bring in Agent Gardner and the jury?

10           MR. PARLATORE:  To be clear, Your Honor, I wasn't

11    alleging an intentional violation.

12           THE COURT:  No.  And I got that --

13           MR. PARLATORE:  Either discovery or intentionally

14    bringing out false testimony.  It's just the way it came out.

15           THE COURT:  Yeah.  No.  I appreciate that.  I

16    appreciate how both parties have been working thoroughly and

17    well together.

18           (Agent Gardner retakes the witness stand.)

19           (Jury present)

20           THE COURT:  Welcome back, ladies and gentlemen.  We're

21    ready to resume the testimony from Agent Gardner.

22           Agent Gardner, I'll remind you you're still under

23    oath.

24           SEBASTIAN GARDNER, GOVERNMENT WITNESS, SWORN

25                        DIRECT EXAMINATION

BY MS. ROSS:

Q   Good afternoon, Agent Gardner.  Where we left off before the lunch break, we had been talking about the Leadership Academy and the invitations to that Leadership Academy, and so we're going to keep moving along chronologically in your investigation, perhaps no surprise.

        MS. ROSS:  Next we're going to pull up Government Exhibit 61, please.  This is just for the witness.

BY MS. ROSS:

Q   Agent Gardner, what is this exhibit?

A   This is an email.

        MS. ROSS:  And the government moves to admit and publish Government Exhibit 61.

        MS. O'NEILL:  No objection, Your Honor.

        THE COURT:  Without objection, 61 is in and may be published to the jury.

    (Exhibit 61 admitted)

BY MS. ROSS:

Q   Agent Gardner, can you explain what this exhibit is?

A   Yes.  This is a mobile visitor pass generated for Robert Burke for a visit to Next Jump at their headquarters.

Q   And 512 West 22nd Street, is that the address of Next Jump's offices?

A   Yes.

Q   And can you please read that first paragraph?

1    A    "Hello, Bob Burke.  You have been invited by

2    Meghan Messenger to visit Next Jump, Inc."

3    Q    For what date was the defendant invited?

4    A    Tuesday, November 16, 2021.

5    Q    And, Agent Gardner, before lunch, we looked at an email.

6    Is that the same date that the defendant indicated "looks

7    promising" when he and Kim and Messenger were discussing a

8    visit to Next Jump's headquarters?

9    A    It is.

10          MS. ROSS:  And next, can we please pull up for the

11   witness what has been marked as Government Exhibit 62, please.

12   BY MS. ROSS:

13   Q    And, Agent Gardner, what is this exhibit?

14   A    This is an email receipt.

15          MS. ROSS:  And the government moves to admit and

16   publish Exhibit 62.

17          MS. O'NEILL:  No objection, Your Honor.

18          THE COURT:  Without objection, 62 is in and may be

19   published.

20      (Exhibit 62 admitted)

21   BY MS. ROSS:

22   Q    Agent Gardner, who did this email go to?

23   A    This email went to Robert Burke at his personal email.

24   Q    What is it?

25   A    It is an Amtrak receipt and ticket for a trip from

1  Providence, Rhode Island to New York City's Moynihan Train

2  Hall.

3          MS. ROSS:  And can we go to page 3 of this exhibit,

4  please?

5  BY MS. ROSS:

6  Q   So we're looking at page 3 of Government's Exhibit 62.  And

7  what is this part of the exhibit, Agent Gardner?

8  A   It's a boarding document or a ticket.

9  Q   And, again, where is this train leaving from?

10 A   Providence, Rhode Island.

11 Q   If you know, approximately how far is that from Newport,

12 Rhode Island, where the defendant had the event he mentioned in

13 that email we looked at before lunch in Exhibit 56?

14 A   Within an hour or so.

15 Q   And, again, where is this train heading?

16 A   New York City, or Moynihan Train Hall.

17 Q   On what date?

18 A   November 15, 2021.

19 Q   And when in relation to the meeting that the defendant and

20 Kim and Messenger scheduled is that?

21 A   That's the day before.

22          MS. ROSS:  Next, can we please pull up, just for the

23 witness, what has been marked as Government Exhibit 65, please?

24 BY MS. ROSS:

25 Q   And what is this, Agent Gardner?

1   A    This is an email.

2          MS. ROSS:  And the government moves to admit and

3   publish Government Exhibit 65.

4          MS. O'NEILL:  No objection, Your Honor.

5          THE COURT:  Without objection, 65 is in and may be

6   published.

7       (Exhibit 65 admitted)

8   BY MS. ROSS:

9   Q    What is this a record of, Agent Gardner?

10  A    So similar to that mobile entry pass that we talked about a

11  few moments ago, this is a notification that that pass is

12  scanned in and Robert Burke has arrived at Next Jump's

13  headquarters.

14  Q    What date does it indicate the defendant arrived at

15  Next Jump's offices?

16  A    November 16, 2021.

17  Q    At what time?

18  A    Arrived at 8:51 a.m.

19  Q    Just to be clear, was the defendant employed at this time?

20  A    He was.

21  Q    Where?

22  A    United States Navy.

23          MS. ROSS:  Next, can we please pull up what has been

24  marked as Government Exhibit 64, please?

25  BY MS. ROSS:

1   Q    What is this?

2   A    This is a picture.

3        MS. ROSS:  And the government moves to admit and

4   publish Government Exhibit 64.

5        MS. O'NEILL:  No objection, Your Honor.

6        THE COURT:  Without objection, 64 is in and may be

7   published.

8        (Exhibit 64 admitted)

9   BY MS. ROSS:

10  Q    Agent Gardner, who is in this photo?

11  A    Robert Burke is on the left and Denese Canedo is on the

12  right.

13  Q    Where is it taken?

14  A    It appears to be taken in Times Square in New York City.

15  Q    On what date?

16  A    November 16, 2021.

17  Q    What is the significance of that date?

18  A    That is the same date that he visited Next Jump's

19  headquarters.

20       MS. ROSS:  Next, can we please bring up, just for the

21  witness, what has been marked Government Exhibit 66?

22  BY MS. ROSS:

23  Q    What is this exhibit?

24  A    This is an email.

25       MS. ROSS:  The government moves to admit and publish

1  Government Exhibit 66.

2          MS. O'NEILL:  May I have a moment, Your Honor?

3          THE COURT:  Sure.

4      (Pause)

5          MS. O'NEILL:  Your Honor, we stand on our previous

6  objection.

7          THE COURT:  Over objection, 66 is in and may be

8  published.

9      (Exhibit 66 admitted)

10  BY MS. ROSS:

11  Q    Agent Gardner, who is this email from?

12  A    This email is from Charlie Kim.

13  Q    Who did she send it to?

14  A    A team Next Jump Partners listserv that we discussed

15  earlier this morning.

16  Q    On what date?

17  A    Tuesday, November 16, 2021.

18  Q    Can you read just the first paragraph of this email,

19  please?

20  A    Of course.

21      "Meghan and I met for a little over four hours today with

22  Admiral Burke.  In short, we're about to go full force back

23  into business with the Navy.  We have four of his seniormost

24  people coming in two weeks to our LA," or L Academy.  "They

25  will be the drivers of the pilot program.  Within one week of

LA, he is going to propose back a $1 million engagement with
Next Jump with goal of having it signed before Xmas.  We will
likely launch in the new year.  The work will be in Naples,
Italy, and Rota, Spain.  We will likely engage our partner team
to help with the coaching and training of the pilot sailor
population."

Q   We see here that Kim wrote, "We're about to go full force
back into business with the Navy."

At this point, did Next Jump have a contract with the Navy?

A   It did not.

Q   Who did Kim and Messenger meet with that day?

A   Robert Burke.

Q   Was there any evidence that on this day, when Kim wrote,
"We're about to go full force back into business with the
Navy," that Kim and Messenger spoke with anyone at the Navy
besides the defendant?

A   No.

Q   Any evidence he spoke with Juliet Beyler?

A   No.

Q   Or anybody else involved in the contracting process that
day?

A   No.

Q   Now, we see here that Kim also wrote, "We have four of his
seniormost people coming in two weeks to our Leadership
Academy, or L Academy."

1       Who were those seniormost people?

2   A    Those are the same people we saw in the bios from a

3   previous email, Ben Reynolds, Cameron Chen, JT Merchant, and

4   Kyle Gantt.

5   Q    Then we see here that Kim wrote, "Within one week of LA."

6       What is that short for?

7   A    Leadership Academy.

8   Q    So he wrote, "Within one week of the Leadership Academy, he

9   is going to propose a $1 million engagement with Next Jump,

10  with goal of having it signed before Christmas."

11      Agent Gardner, if you know, what were the dates of the

12  Leadership Academy?

13  A    December 1st and 2nd of 2021.

14  Q    So within one week of that would have been approximately

15  when?

16  A    The 9th or 10th of December.

17  Q    We're going to discuss that in a little bit more detail in

18  a bit.  For now, can you read the rest of this email?

19  A    "Tom and Lokeya, not of this week urgent, but maybe by next

20  week, can you forward to us an email from the contract vehicle

21  company so that we can forward to Burke next week?  Having this

22  in place massively accelerates the process.  Buckle in and stay

23  thirsty, my friends, from the XX Dos Equis commercial."

24  Q    We see here, Agent Gardner, that Kim asked Tom and Lokeya

25  to forward us an email from the contract vehicle company so

1    that we can forward to Burke next week, having this in place

2    massively accelerates the process.

3        Agent Gardner, what does "contract vehicle company" mean in

4    this context?

5    A    In this context, it's a company that already has an active

6    contract with the government that they can basically

7    subcontract with and rapidly accelerate getting a project

8    going, rather than being a primary contractor, which would take

9    a long time, months or more, to get in place.  So given this

10   short timeline, we're looking at a very fast turnaround.  So

11   having an active contract already in place that they can serve

12   as a subcontractor for will rapidly accelerate things and make

13   this possible.

14   Q    And, Agent Gardner, when Next Jump did contract with the

15   Navy that year, did they have to use a contract vehicle

16   company?

17   A    They did.

18   Q    Was that PowerTrain?

19   A    That was.

20       MS. ROSS:  Can we bring up what has been marked as

21   Government Exhibit 67?

22   BY MS. ROSS:

23   Q    What is this, Agent Gardner?

24   A    This is an email.

25       MS. ROSS:  Government moves to admit and publish

1  Government Exhibit 67.

2          MS. O'NEILL:  May I have a moment, Your Honor?

3          THE COURT:  Sure.

4      (Pause)

5          MS. O'NEILL:  Your Honor, we stand on our previous

6  objection.

7          THE COURT:  Over objection, I'm admitting Exhibit 67,

8  and it may be published to the jury.

9      (Exhibit 67 admitted)

10  BY MS. ROSS:

11  Q   Agent Gardner, first, what is the subject line of this

12  email?

13  A   OMM from Michael Collette.

14  Q   I'm not going to pull up that glossary again, but have you

15  reviewed it for the term OMM?

16  A   I have.

17  Q   And what does that refer to, Agent Gardner?

18  A   Stands for On My Mind, which is something that Next Jump

19  does where employees will submit their unfiltered feelings to

20  this app, and in it, those results get sent to Kim and

21  Messenger, and occasionally others within the company.

22          MS. ROSS:  Could we go to page 2 of this exhibit,

23  please?

24  BY MS. ROSS:

25  Q   Can you read this email Kim sent in the middle of the page,

 1  please?

 2  A    "You saw the academy invite December 1 and 2.  It will be

 3  wild, crazy, and fun.  You will get all of Boston and us, plus

 4  UK, plus these amazing leaders.  We spent almost five hours

 5  today with the Navy four-star admiral.  We're about to go full

 6  force to upgrade his top commodores and their group.  Lots to

 7  come.  We may have you come with us.  It's Naples, Italy, and

 8  Rota, Spain."

 9  Q    And what is he responding to here, Agent Gardner?

10  A    Given the subject line --

11  Q    Is he responding to the OMM, Agent Gardner?

12  A    Yes.

13          MS. ROSS:  And can we go to page 1, please?

14          MS. O'NEILL:  Your Honor, I would object to that

15  characterization.  It seems like that email was the first one,

16  not a response.

17          THE COURT:  You'll have an opportunity to

18  cross-examine.

19          Go ahead.

20  BY MS. ROSS:

21  Q    Agent Gardner, looking here at page 1 of this exhibit.  And

22  can you look at the second email on this page, sent at 9:26:54?

23  Who is that from?

24  A    The email at 9:26?

25  Q    Yes.

1  A    That's from Mike Collette.

2  Q    Who does Collette send it to?

3  A    Sends it to Charlie Kim and CCs OMM Perks At Work,

4  Coach Mackey, and Meghan Messenger.

5  Q    Who is Mike Collette?

6  A    He's associated with Next Jump.  He runs a crossfit gym and

7  kind of builds into their Biz 2.

8  Q    And who is Coach Mackey?

9  A    Coach Mackey is a basketball coach, also associated with

10 Next Jump, and is associated with their Biz 2.

11 Q    And that OMM Perks At Work email address, what is that?

12 A    That's a function of the OMM app, which we mentioned

13 before, the weekly or more unfiltered feelings submitted.

14 Q    And the date that he sends this email, November 16, 2021,

15 what is the significance of that date?

16 A    That is the same date that Robert Burke visited their

17 headquarters.

18 Q    And can you read just the first paragraph, please?

19 A    "I saw it, and it looks incredible.  I printed out the PDFs

20 you sent for the four leaders that are coming from there.  I

21 want to make sure I know them before I meet them.  I won't lie

22 and say that I'm not a little nervous, but excited nervous, if

23 that makes sense.

24       How did your meeting go with the admiral?  What are your

25 initial impressions and thoughts?  If I'm invited, I'll do

1   whatever I can to make it happen.   Sounds awesome.

2   Q    How does Charlie Kim respond?

3   A    "Academy is kickoff into an accelerated pilot program to

4   build success to scale to all Navy.  Within one week of

5   academy, these four leaders are going to be tasked with how and

6   what they need help with.  Contract signed before Xmas, and

7   then we're off to the races, ideally tangible success by March.

8   Present April, May for all Navy deal to 640K sailors and 5,000

9   commands globally.  Then Burke ideally leaves Navy, joins

10  Next Jump somewhere between July and October next year, in

11  NYC."

12  Q    We see Kim wrote here, "Contract signed before Christmas,

13  and then we're off to the races."

14       At this point, November 17th, 2021, did you find any

15  evidence that Next Jump had submitted any sort of contract

16  proposal through the Navy's formal processes?

17  A    No.

18  Q    And then this last sentence, we see Kim wrote, "Then Burke

19  ideally leaves Navy, joins Next Jump somewhere between July to

20  October next year, in New York City."

21       At this point, November 17, 2021, did you find any evidence

22  that the defendant notified anyone at the Navy that he was

23  discussing joining Next Jump?

24  A    No.

25  Q    Was the defendant required to report job negotiations?

```
 1   A    Yes.

 2   Q    Was he required to report job offers?

 3           MS. O'NEILL:  Objection, Your Honor.  Foundation for

 4   this witness.

 5           THE COURT:  Sustained.

 6           MS. ROSS:  Next, can we please bring up, just for the

 7   witness, what has been marked as Government Exhibit 68, please?

 8   BY MS. ROSS:

 9   Q    What is this?

10   A    This is an email.

11           MS. ROSS:  The government moves to admit and publish

12   Government Exhibit 68.

13           MS. O'NEILL:  Objection, Your Honor.  Relevance and

14   hearsay.

15           THE COURT:  Parties approach.

16       (Begin bench conference)

17           THE COURT:  I don't really understand.

18           MS. ROSS:  This is right after the meeting between

19   Kim, Messenger and the defendant, and it falls into that bucket

20   of Kim and Messenger talking to each other and kind of talking

21   each other up, trying to remain in the conspiracy.  They're

22   talking about how great book is, how this great work that this

23   person is doing reminds them of him.  He's the leader that's

24   going to be joining their company.  And they also say, "Weird

25   to think that he's going to be joining the company."  So
```

1    they're discussing their plan amongst each other.

2            MS. O'NEILL:  I would also just add an objection to

3    cumulative.  Like, I mean, they're responding to something they

4    saw publicly, talking to each other.  I mean, there's at least

5    25 other emails already in evidence of Meghan Messenger and

6    Charlie Kim talking individually about Burke coming to work for

7    them.  I'm not sure how this gets us closer to -- I don't know.

8            MS. ROSS:  Your Honor, it was right after that --

9            THE COURT:  I don't need a response.  I'm denying the

10   objection.  I think it's within the buckets we discussed.

11       (End bench conference)

12            THE COURT:  Denying the objection.  Exhibit 68 is in

13   and may be published to the jury.

14       (Exhibit 68 admitted)

15   BY MS. ROSS:

16   Q    Agent Gardner, who is this email from?

17   A    Meghan Messenger.

18   Q    Who did she send it to?

19   A    Charlie Kim.

20   Q    What date?

21   A    Thursday, November 18, 2021.

22   Q    And what did she write here?

23   A    "I'm sure this will go to her head.  Reminds me of the good

24   work that guy under Burke did for the destructive behaviors on

25   mental health and destigmatizing it.  Weird to think Burke

1    going to be on our team likely next summer, eh?"

2    Q    We see here that Messenger wrote, "Weird to think Burke

3    going to be on our team likely next summer, eh?"  At this

4    point, November 18, 2021, did you find any evidence that the

5    defendant had notified anyone at the Navy that he was

6    discussing joining Next Jump?

7    A    No.

8    Q    That he was likely going to be joining their team?

9    A    No.

10        MS. ROSS:  Next, can we please bring up for the

11   witness what has been marked as Government Exhibit 69?

12   BY MS. ROSS:

13   Q    Do you recognize this document, Agent Gardner?

14   A    Yes.

15   Q    Where did you get it from?

16   A    This came from a draft email of an inbox of a Next Jump

17   employee.

18   Q    And how was it provided to you, Agent Gardner?

19   A    Through a subpoena.

20   Q    And based on your review of this exhibit --

21        MS. ROSS:  Can we just click through it, please, for

22   Agent Gardner?

23   BY MS. ROSS:

24   Q    Based on your review of this exhibit, what did you conclude

25   it to be?

1    A    It appeared to be meeting notes from an all-hands meeting,

2    including graphs and schematics for a plan with the Navy.

3    Q    Why do you say that?

4    A    Well, on this last page here, you can see the four bios we

5    previously discussed, the location of each member of the Navy,

6    two in Rota, Spain, and two in Naples, Italy, as well as notes

7    on each of them and a potential plan in the previous slides.

8    Q    And then going back to page 1 of this exhibit, prior to the

9    date listed there in the subject line, who did the defendant

10   meet with from the Navy?

11   A    Burke met with --

12   Q    I'm sorry.  Who did Kim and Messenger meet with from the

13   Navy?  I apologize.

14   A    Yeah.  Robert Burke met with Charlie Kim and

15   Meghan Messenger at their headquarters at Next Jump

16   approximately a week prior to the date listed in the subject

17   line of this email.

18          MS. ROSS:  And can we please go to page 6 of this

19   exhibit?

20   BY MS. ROSS:

21   Q    Looking here at page 5, Agent Gardner, what does this

22   appear to be?

23   A    This appears to be notes that were taken and highlighted

24   during this meeting or for this meeting, not necessarily during

25   the meeting, as well as there's some text above that were typed

1    out in the draft email.

2            MS. ROSS:  At this point the government moves to admit

3    and publish what has been admitted -- or sorry.

4            The government moves to admit and publish for the jury

5    what's been marked as Government Exhibit 69.

6            MS. O'NEILL:  Your Honor, may we be heard?

7            THE COURT:  Yeah.  Parties approach.

8        (Begin bench conference)

9            MS. O'NEILL:  Your Honor, this is a draft email.  We

10   don't know who the drafter was.  The closest we can get is, at

11   the very bottom in the email, it's somebody from Next Jump.

12   And then there's words interspersed throughout it.  So we don't

13   have any foundation of exactly who wrote this, so how could

14   they get beyond a hearsay exception that this is in furtherance

15   of the conspiracy when we don't know who wrote it?

16           MS. ROSS:  Your Honor, we would argue that it is a

17   co-conspirator statement made in furtherance of the conspiracy.

18   Kim and Messenger were the only ones who were at the meeting

19   with the defendant where they discussed that $1 million

20   contract which is depicted on page 6 with the meeting notes.

21   They're the only ones who would have had that information.  And

22   we saw in the subject line that it was an all-hands meeting.

23           We saw an earlier email between Kim Messenger where

24   they also referenced a staff meeting.  We know that they hold

25   these staff meetings regularly.  We know that they meet that.

1    They are the only ones who have that information.  So it's --

2    based on the document, it's an authentic document coming from

3    Next Jump and that those notes were taken and received directly

4    from Kim and Messenger.  So it falls into that bucket where Kim

5    and Messenger are relaying information to the employees and

6    staff to keep them engaged.

7            THE COURT:  All right.  I don't think there's

8    sufficient foundation here.  I'm going to grant the objection.

9        (End bench conference)

10            THE COURT:  All right.  Objection is sustained.

11            MS. ROSS:  Next, can we please bring up, just for the

12   witness, what has been marked as Government Exhibit 73, please?

13   BY MS. ROSS:

14   Q    Agent Gardner, what is this?

15   A    This is a meeting invite.

16            MS. ROSS:  The government moves to admit and publish

17   Government Exhibit 73.

18            MS. O'NEILL:  No objection, Your Honor.

19            THE COURT:  Without objection, 73 is in and may be

20   published to the jury.

21       (Exhibit 73 admitted)

22   BY MS. ROSS:

23   Q    Agent Gardner, what is this exhibit?

24   A    This is a meeting invite confirmation.

25   Q    Who sends it?

1    A    Robert Burke.

2    Q    Who does he send it to?

3    A    Himself, Charlie Kim, and Meghan Messenger.

4    Q    What date does he send this invite?

5    A    December 10, 2021.

6    Q    Approximately how long after the Leadership Academy ended

7    is that?

8    A    Approximately eight days after the Leadership Academy

9    ended.

10   Q    And what date is it set for?

11   A    The call is scheduled to start and end on

12   December 14, 2021.

13   Q    And then the first sentence in the bottom of the invite,

14   what does that say?

15   A    "Admiral Burke confirms phone call."

16            MS. ROSS:  Next, can we please bring up for the

17   witness what has been marked as Government Exhibit 154, please?

18   BY MS. ROSS:

19   Q    What is this?

20   A    This is an email.

21            MS. ROSS:  The government moves to admit and publish

22   Government Exhibit 154.

23            MS. O'NEILL:  Can I confirm this is seven pages?

24            MS. ROSS:  It is seven pages.

25            MS. O'NEILL:  May I have just a moment, Your Honor?

```
 1              THE COURT:  Sure.

 2         (Pause)

 3              MS. O'NEILL:  No objection, Your Honor.

 4              THE COURT:  Without objection, 154 is in and may be

 5    published to the jury.

 6         (Exhibit 154 admitted)

 7    BY MS. ROSS:

 8    Q    Looking at the email at the bottom, who does Charlie Kim

 9    send this email to?

10    A    Charlie Kim sends the email to Jim Higham and CCs

11    Meghan Messenger.

12    Q    Who is that, Agent Gardner?

13    A    Jim Higham is with the Royal Navy.

14    Q    And what date does he send this?

15    A    December 14, 2021.

16    Q    Can you read that, please?

17    A    "Jim, Meghan and I, with a team of six, will be at Naples

18    Monday and Tuesday, Jan. 10 and 11, upgrading and training

19    Admiral Burke's top leaders in decision-making, risk taking,

20    and invasion.  Wondered if you and a small team from UK Royal

21    Navy would have interest in joining/observing?  We'd have to

22    ask Burke for permission, but wanted to check first."

23    Q    So we see Kim wrote, "Meghan and I, with a team of six,

24    will be at Naples Monday and Tuesday, Jan. 10th and 11th

25    upgrading and training Admiral Burke's top leaders."
```

1      At this point, Agent Gardner, did Next Jump have a contract

2  with the Navy?

3  A    It did not.

4  Q    At this point, based on your review of the evidence, had

5  Kim and Messenger been in contact with Navy contracting

6  officials about a training in Naples on January 10th and

7  January 11th?

8  A    No.

9  Q    Who at the Navy had they been in contact with?

10  A    Robert Burke.

11  Q    Now, when in relation to the scheduled WhatsApp call with

12  the defendant did Charlie Kim send this email?

13  A    Same day.

14  Q    Now, just looking at the email at the top of the page, who

15  sends this top email?

16  A    Charlie Kim.

17  Q    Who does Kim send it to?

18  A    Team Next Jump Partners listserv, same one we've seen a few

19  times already.

20  Q    What does he write there?

21  A    "We may loop in UK Royal Navy when in Italy.  Warming up

22  the next contract.  Note, NATO, I believe, is 39 countries.

23  Burke will have major influence on them."

24  Q    We see that Kim wrote, "Warming up the next contract."

25      Again, did Next Jump even have one contract at this point

1  with the Navy?

2  A    No.

3  Q    Just to clarify, one active contract with the Navy at this

4  point?

5  A    No, they did not.

6           MS. ROSS:  Next, can we please bring up, just for the

7  witness, what has already been -- I'm sorry, for the witness

8  and for the jury, what has already been admitted as Government

9  Exhibit 75?

10 BY MS. ROSS:

11 Q    Looking at the bottom email, who is this email from?

12 A    Charlie Kim.

13 Q    Who does he send it to?

14 A    Robert Burke at his official and his personal email, and

15 then he CCs Meghan Messenger.

16 Q    And what is the date of this email?

17 A    Wednesday, December 15th.

18 Q    And what's the subject?

19 A    Pricing Proposal For Navy.

20 Q    And when in relation to the scheduled WhatsApp call was

21 this?

22 A    This was the next day.

23 Q    And can you please read this email?

24 A    Of course.  "Bob, two files attached here.  One, proposal

25 with more details on the programs by level, seven pages

1   including title slide.  Two, pricing worksheet.  This allows

2   you to toggle/change inputs and either add more sailors per

3   command, more commands, more level training, move around the

4   variables to whatever budgetary or program needs by command.

5   We think it should be fairly straightforward and a good summary

6   of the discussions we have had.  Let us know any questions and

7   what else you need.  We're excited to get started."

8   Q   Agent Gardner, we see that Kim references two files that he

9   attached, a proposal and a pricing worksheet.  Did he actually

10  attach those documents to this email?

11  A   Yes.

12  Q   Can we go to page 2, please?

13      What is this document?

14  A   This is the pricing worksheet that we just discussed.

15  Q   How much was the pricing proposal for this contract?

16  A   You can see on the bottom, the grand total line is

17  $413,500.

18  Q   And going to page 3 of this document, I won't make you read

19  this entire thing, but what did Charlie Kim attach here?

20  A   This was effectively their pilot proposal for what they

21  want to do in NAVAF and NAVEUR.

22  Q   And can we just scroll through the first couple pages of

23  this, please?

24      Again, we're not going to go through the entire document.

25  But just to be clear, who drafted this, Agent Gardner?

1  A   This was created by Next Jump.

2  Q   Now, going back to page 1, who is this top email from?

3  A   Charlie Kim.

4  Q   Who does Kim forward his email on to?

5  A   Team Next Jump partners.

6  Q   And what does he provide with that email?  What's attached

7  to it?

8  A   The two things that we just discussed, those attachments

9  and the pricing proposal, and the pilot program proposal.

10 Q   And the date and the time that's listed there, the time, is

11 that in UTC time, because it's at the top of this chain?

12 A   Yes.

13 Q   If you were to convert UTC there to Eastern Standard Time,

14 would that be 9:35:36 p.m. on Wednesday, December 15th?

15 A   Yes.

16 Q   So the same day as the email he sent previously?

17 A   Yes.

18 Q   Can you read just the first paragraph of this email,

19 please, Agent Gardner?

20 A   Yes.  "We got a verbal on this attached proposal yesterday.

21 Verbally explained and got go-ahead somewhere between 500K and

22 $1 million.  This is the first gate, and we believe it will

23 open up the floodgates in three ways.  One, within Burke's Navy

24 world.  Two, all Navy.  Three, NATO and other orgs, Coast

25 Guard, West Point, et cetera."

1  Q   So we see here that Kim wrote, "We got a verbal on this

2  attachment proposal yesterday."

3      Again, when is that in relation to the confirmed WhatsApp

4  call with the defendant that we saw?

5  A   So this email was sent on December 15th, but because of UTC

6  time, it looks like December 16th.  The WhatsApp call was on

7  the 14th.

8  Q   Did you find any evidence on the date of this email that

9  Kim and Messenger talked to anyone at the Navy immediately

10 prior to that about the attached pricing proposal, besides the

11 defendant?

12 A   No.

13 Q   Can you just read the rest of this email, please,

14 Agent Gardner?

15 A   Yes.  "Few things for your informing pleasure.  One, Next

16 Jump Navy gate one.  That was from August 2021, their proposal.

17 Just read pages 2 and 23.  You can see how far we've come.

18 Two, spreadsheet.  If you plug in running all three levels for

19 just Burke's world of Europe and Africa Navy, six months equals

20 a $25 million contract.  Number three, if you plug in for

21 600,000-plus sailors, all levels for all Navy, equals

22 $1 billion contract."

23         MS. ROSS:  Next to Government Exhibit 75, can we

24 please pull up what has already been admitted as Government

25 Exhibit 78, please?

BY MS. ROSS:

Q    So Government Exhibit 78 is the email from the defendant to Juliet Beyler in which he forwarded Kim and Messenger's pricing proposal and wrote, "Last page has costing data as I outlined our use to Charlie and Meghan.  Would like to get this in place to support kickoff events in early Jan. if possible."

     Agent Gardner, how soon after the confirmed telephone call with Kim and Messenger did the defendant send this email?

A    This email was sent two days later.

Q    And how soon after the email Kim sent in which he wrote, "We got a verbal on this attached proposal yesterday," did the defendant send this email?

A    This email was sent the next day.

Q    Did you find any evidence that the defendant told anyone at the Navy that he had already verbally agreed to the attached proposal?

A    No.

          MS. ROSS:  And can we please replace Exhibit 75, please, with what was previously admitted as Government Exhibit 66?

BY MS. ROSS:

Q    In Government Exhibit 66, we saw Kim wrote to the Next Jump partners.  He said, "Within one week of the Leadership Academy, he's going to propose back a $1 million engagement with Next Jump, with goal of having it signed before Christmas."

1    Agent Gardner, when in relation to the Leadership Academy

2    finishing did the defendant send this email to Juliet Beyler?

3    A    Approximately two weeks later.

4    Q    When does he say he wants to get it in place by?

5    A    Early January.

6    Q    Now, prior to this point, so December 16, 2021, did you

7    find any evidence that the defendant told anyone at the Navy

8    that he had discussed this contract with Kim and Messenger?

9    A    No.

10    Q    Did you find any evidence that the defendant told anyone at

11    the Navy he had told Kim and Messenger he was going to propose

12    this contract with Next Jump to the Navy?

13    A    No.

14    Q    Did you find any evidence that the defendant told anyone at

15    the Navy that he was discussing joining Next Jump after he

16    retired the following year?

17    A    No.

18    Q    Thank you.

19         MS. ROSS:  We can take both of those exhibits down.

20         Next, can we please bring up, just for the witness,

21    what has been marked as Government Exhibit 76, please?

22    BY MS. ROSS:

23    Q    What is Exhibit 76?

24    A    Email chain.

25         MS. ROSS:  The government moves to admit and publish

```
 1   what's been marked as Government Exhibit 76.

 2             MS. O'NEILL:  No objection, Your Honor.

 3             THE COURT:  Without objection, 76 is in and may be

 4   published to the jury.

 5        (Exhibit 76 admitted)

 6   BY MS. ROSS:

 7   Q   I'm going to start by looking at the email in the middle of

 8   the page.

 9        Who sends this email?

10   A   Robert Burke.

11   Q   And when does it indicate he sent this message?

12   A   Thursday, December 16th, at 1:06 a.m.

13   Q   If you were to convert that time to the time zone in Italy,

14   would that be 7:06 a.m.?

15   A   Yes.

16   Q   And what does the defendant write in his response to

17   Charlie Kim?

18             MS. ROSS:  And I'm sorry.  Can we zoom in on the

19   entire email?

20   BY MS. ROSS:

21   Q   So we see at the bottom there, is that the email that we

22   were just looking at in which Kim sent the pricing proposal and

23   the worksheet to the defendant?

24   A   Yes.

25   Q   Okay.  And so the email we were just looking at, is that
```

1  what the defendant responded to that email?

2  A   Yes.

3        MS. ROSS:  Okay.  Can we pull that back up?  Thank

4  you.

5  BY MS. ROSS:

6  Q   Can you read what the defendant wrote here?

7  A   "Charlie, thanks.  Very well laid out.  Have turned over to

8  my contracting/fiscal team to move out as you have laid out on

9  last page.  I will keep you advised on progress.  Thanks very

10 much for putting this together."

11       MS. ROSS:  Now, next to this email, can we please pull

12 back up what was previously admitted as Exhibit 78.

13 BY MS. ROSS:

14 Q   And accounting for the time difference here, Agent Gardner,

15 how soon after the defendant wrote to Beyler, "Would like to

16 get this in place to support kickoff events in early Jan. if

17 possible," does the defendant write to Kim, "Have turned over

18 to my contracting/fiscal team to move out as you have laid out

19 on the last page"?

20 A   Approximately one minute later.

21 Q   Did you find any evidence that the defendant ever informed

22 anyone at the Navy that he told Kim and Messenger his team was

23 working on this contract?

24 A   No.

25 Q   How about any evidence that the defendant ever informed

1  anyone at the Navy that he was updating Kim and Messenger on

2  the progress of that contract?

3  A    No.

4  Q    Thank you.

5        MS. ROSS:  We can take down Exhibit 78.

6  BY MS. ROSS:

7  Q    We'll just focus back on Exhibit 76.

8        What does Charlie Kim do with that email the defendant

9  sent?

10  A    He forwarded the email.

11  Q    And then how does Mike Collette respond to that?

12  A    Mike Collette responds, "Awesome.  I remember you saying

13  things with the military can be slow/take time.  Is this

14  something that may get hung up/delayed?"

15  Q    And can you read Kim's response to Mike Collette's email,

16  please?

17  A    "Not when you have four-star and turnaround in hours and

18  days.  This should be done almost immediately.  As per Bob

19  below, he's given the green light to his legal and deputy go

20  make it happen."

21  Q    We see that Charlie Kim wrote, "Not when you have a

22  four-star."

23        How many stars did the defendant have, Agent Gardner?

24  A    Four.

25        MS. ROSS:  Next, can we please bring up, just for the

1    witness, what has been marked as Government Exhibit 77, please?

2    BY MS. ROSS:

3    Q    Agent Gardner, what is this?

4    A    This is an email.

5            MS. ROSS:  Government moves to admit and publish

6    Government Exhibit 77.

7            MS. O'NEILL:  May I have just a moment, Your Honor?

8            THE COURT:  Sure.

9        (Pause)

10            MS. O'NEILL:  No objection, Your Honor.

11            THE COURT:  Without objection, 77 is in and may be

12    published to the jury.

13        (Exhibit 77 admitted)

14    BY MS. ROSS:

15    Q    Agent Gardner, we previously saw the email there from the

16    defendant which he sent on December 16th, where he said, "Have

17    turned over to my contracting/fiscal team to move out as you

18    have laid out on the last page.  I'll keep you advised on any

19    progress."  Is that right?

20    A    That's correct.

21    Q    And you testified that was sent at 7:06 a.m. when you did

22    the conversion to Italian time.  Is that right?

23    A    Yes.

24    Q    And I want to look at the response next.

25            First, who responds to the defendant?

1  A    Charlie Kim responds.

2  Q    When does he respond?

3  A    He responds at 12:40 p.m. on December 16th.

4  Q    What email addresses does he send this to?

5  A    Robert Burke's official and his personal email, also CC

6  Meghan Messenger.

7  Q    Can you read that email, please?

8  A    "We're looking at leave NYC January 8, Saturday, and arrive

9  on the 9th, overnight flight, then spend Jan. 10 and 11, Monday

10  and Tuesday, full days in Naples, Wednesday, Jan. 12, travel

11  date to Rota.  Spend Jan. 13 and 14 full days in Rota.

12  Jan. 15, travel back.  Also, UK Royal Navy, would you be okay

13  if their head of HR came to Naples to join/observe?  I'll

14  forward you note we sent to them and said we'd have to get your

15  okay."

16  Q    And can you read the response to that email, please,

17  Agent Gardner?

18  A    "Charlie, let me work the dates with rest of team to make

19  sure the right people will be here.  Also, I would feel much

20  better if we had the contract in place before you travel.  I

21  never trust the U.S. Government to do anything elegantly, so

22  this is worst-case planning.  So I recommend book

23  changeable/refundable, if you can."

24        MS. ROSS:  Next, can we please bring up, just for the

25  witness, what has been marked as Government Exhibit 84?

1    BY MS. ROSS:

2    Q    Agent Gardner, what is Exhibit 84?

3    A    This is an email.

4    Q    The government moves to admit and publish Government

5    Exhibit 84.

6              MS. O'NEILL:  May I have a moment, Your Honor?

7              THE COURT:  Sure.

8         (Pause)

9              MS. O'NEILL:  No objection, Your Honor.

10             THE COURT:  Without objection, 84 is in and may be

11   published to the jury.

12        (Exhibit 84 admitted)

13   BY MS. ROSS:

14   Q    So, Agent Gardner, again, at the bottom here, we see the

15   email that Charlie Kim sent with the proposal and the pricing

16   worksheet; is that correct?

17   A    That is correct.

18   Q    So this one, it says it was sent at 3:26 a.m.

19        So we're going to jump in time a little bit and we're going

20   to look at the next email here.  What date is that sent?

21   A    That email is sent December 20, 2021.

22   Q    And who sends that email?

23   A    Robert Burke.

24   Q    Who does he send it to?

25   A    Sends the email to Charlie Kim, Robert Burke's personal

1    email, his Gmail account, and he CCs Meghan Messenger.

2    Q    And can you read that email, please, Agent Gardner?

3    A    Of course.  "Charlie, our teams have been talking.  Some

4    challenges ahead on the contracting due to your proprietary

5    contracting partner, SDM SOMA.  They have not yet executed a

6    contract with DoD, so there is no existing DoD contract we can

7    just add a task to.  This is the normal fast track method.

8    They are an IT company we are contracting for training.  This

9    means I have to go through an additional process to get an

10   approved exception to contract for training.  Because they are

11   a small business association, we have to go to big Navy

12   contracting officers to do this.  I can't do it locally.  None

13   of the above are show stoppers, but they will add time.  Add to

14   this the holidays bringing a lot of things to a halt, maybe

15   weeks, not months, but 10 January is likely a no-go.  End of

16   January more likely.  We're still much better off than the

17   situation we had with N1.  A statement of work is ready and it

18   goes into the process tomorrow.  I'll keep you posted."

19   Q    We see here that the defendant wrote, "This is the normal

20   fast track method."

21        Agent Gardner, if you know, why did this contract between

22   Next Jump and the Navy have to be fast tracked?

23   A    Well, when they discussed, they agreed to try and get this

24   kicked off in early January, and they had this conversation in

25   mid December, so it didn't leave much time, especially given

1  the holidays.

2  Q   Now, looking at the next email, who responded to the

3  defendant?

4  A   Charlie Kim responds.

5  Q   What does he write there?

6  A   "Bob, PowerTrain is the other contracting vehicle.  It's

7  the one we used before.  We've been in touch with them.  We

8  like this group/vehicle more, but for the sake of speed, should

9  we consider PowerTrain."

10 Q   Agent Gardner, did the Navy end up having to use PowerTrain

11 to ensure a contract with Next Jump was in place by

12 January 10th?

13 A   Yes.

14 Q   And, to be clear, who suggested using PowerTrain?

15 A   Next Jump.

16        MS. ROSS:  Next, can we please bring up, just for the

17 witness, what has been marked as Government Exhibit 92?

18 BY MS. ROSS:

19 Q   What is this exhibit?

20 A   This is an email.

21        MS. ROSS:  The government moves to admit and publish

22 Government Exhibit 92, please.

23        MS. O'NEILL:  No objection, Your Honor.

24        THE COURT:  Without objection, 92 is in and may be

25 published to the jury.

1        (Exhibit 92 admitted)

2    BY MS. ROSS:

3    Q    Who is this email from, Agent Gardner?

4    A    This email is from Meghan Messenger.

5    Q    Who does she send it to?

6    A    Team Next Jump partners.

7    Q    What is the subject line?

8    A    "Buzz From Italy."

9    Q    What date is it?

10   A    Monday, January 10, 2022.

11   Q    Can you read just the top line of that email, starting with

12   "Some"?

13   A    "Some fun pics to share for buzz in staff meeting."

14   Q    And then, Agent Gardner, looking at the second bullet

15   there, what does that say?

16   A    "Charlie and I had dinner last night with Burke and his

17   wife."

18           MS. ROSS:  Can we go to page 3 of this exhibit,

19   please?

20   BY MS. ROSS:

21   Q    Who is in this photo?

22   A    Meghan Messenger.

23           MS. ROSS:  Can we go back to page 1, please?

24   BY MS. ROSS:

25   Q    The second bullet point there says, "Charlie and I had

1    dinner with Burke and his wife."

2        What day of the week would that have been?

3    A    That would have been Sunday.

4    Q    I'm sorry.  What date would that have been, as well?

5    A    January 9th.

6            MS. ROSS:  Next, can we please bring up, just for the

7    witness, what has been marked as Government Exhibit 93, please?

8    BY MS. ROSS:

9    Q    What is this exhibit, Agent Gardner?

10   A    This is an AMEX statement for a Next Jump corporate card.

11           MS. ROSS:  The government moves to admit and publish

12   Government Exhibit 93.

13           MS. O'NEILL:  Your Honor, may we be heard?

14           THE COURT:  You may approach.

15       (Begin bench conference)

16           MS. O'NEILL:  Your Honor, this document is incredibly

17   misleading.  Number one, the witness just testified that the

18   dinner that Burke and his wife had was on the 9th, and the

19   government's own evidence that they had given us in discovery

20   says that Next Jump had dinner with the Royal Navy on the 10th

21   at the same restaurant and paid for that meal.  So maybe the

22   Royal Navy had some sort of issue or maybe they're allowed to

23   accept a dinner like that.

24           THE COURT:  Why isn't this all stuff you can show in

25   cross-examination?

1          MS. O'NEILL:  It's not relevant.  Like, there's

2    nothing relevant about Charlie Kim spending $590 on the 10th of

3    January when they haven't proven that that had anything to do

4    with the defendant in this case.

5          THE COURT:  Okay.  What's the relevance?

6          MS. ROSS:  The relevance is -- we actually disagree

7    with that characterization, so I think it's a topic for

8    cross-examination.  We anticipate Agent Gardner is going to

9    testify that the charge on that credit card typically,

10   especially when things are overseas, that the date of the

11   dinner was posted the next day.  So the charge of that dinner

12   would have been on the 9th, which is when Kim confirms and

13   Messenger confirmed they had dinner with the defendant and his

14   wife.

15         THE COURT:  What's the point?  They had dinner

16   together?

17         MS. ROSS:  Yeah.  I mean, they met, they talked.

18   Their private meetings, especially over dinner in a casual

19   setting outside the Navy, is absolutely relevant to go to what

20   the defendant and Kim and Messenger were talking about and

21   their private conversations.

22         MS. O'NEILL:  My understanding is that Charlie Kim and

23   Meghan Messenger stayed at Admiral Burke's home.

24         MS. ROSS:  Not at this time.  This is during the

25   training.  That's a later date.  That's in May.  We're talking

1    about the leadership training, when they were there for work

2    and the defendant has a private dinner with his wife.  That is

3    actually relevant to go towards their conversation.

4           THE COURT:  This date is -- you think this is actually

5    the wrong date?

6           MS. ROSS:  We think it posted the next day.  And I

7    anticipate Agent Gardner to testify about that.  If they

8    disagree with his testimony, that is what cross-examination is

9    for.  This is a business record that we have a business cert

10   for that Your Honor has already admitted, and it's relevant

11   because it goes to their private meetings.  If they don't think

12   that charge is for that private meeting, that is for

13   cross-examination.

14          THE COURT:  What's the basis for thinking it posts the

15   next day?

16          MS. ROSS:  His experience.  He has looked at thousands

17   of financial records.  That is his job.  He knows.  He's

18   familiar with the way postings work, especially overseas.  If

19   they don't like his testimony, they can poke holes at his

20   experience with credit card charges posting the next day.  I'm

21   not testifying, but that is my experience too, that often

22   credit card charges post the next day.

23          THE COURT:  Right.  I agree, often.  But abroad, my

24   experience, they can be other days.

25          MS. ROSS:  I mean, that's for cross-examination, Your

1  Honor.  If that's his testimony and they don't like it, that is

2  what cross-examination is for.

3         THE COURT:  I'm sustaining the objection.

4      (End bench conference)

5         THE COURT:  The objection is sustained.

6         MS. ROSS:  Can we please pull back up Government

7  Exhibit 92, please?

8         This is for everyone.  It's already been admitted.

9  Thank you so much for checking.

10 BY MS. ROSS:

11 Q   Agent Gardner, can you read the text on this page again,

12 just the body of this email?

13 A   "Some fun pics to share for buzz in staff meeting.

14 Celebrating making it on the plane after all the logistical

15 COVID nightmares.  Charlie and I had dinner last night with

16 Burke and his wife.  Mackey holding court before he started the

17 basketball truth reps.  W/NW exercise super effective.

18 Royal Navy here observing and wants in ASAP."

19         MS. ROSS:  Could we go to page 2 of this exhibit,

20 please?

21 BY MS. ROSS:

22 Q   Who is in this photo, Agent Gardner?

23 A   In the front, we see Meghan Messenger on the left,

24 Charlie Kim on the right.  Behind are two more members of

25 Next Jump.

1          MS. ROSS:  And can we go to page 3 of this exhibit,

2     please?

3          And then can we go to page 4?

4     BY MS. ROSS:

5     Q    Were these all pictures attached to the email that

6     Messenger sent?

7     A    They were all within the email.

8          MS. ROSS:  Next, can we please pull up, just for the

9     witness, what has been marked as Government Exhibit 165?

10    BY MS. ROSS:

11    Q    What is this, Agent Gardner?

12    A    This is an email.

13    Q    The government moves to admit and publish for the jury

14    Government Exhibit 165.

15         MS. O'NEILL:  We would stand on our previous

16    objection.

17         THE COURT:  Over objection, 165 is in and may be

18    published for the jury.

19       (Exhibit 165 admitted)

20    BY MS. ROSS:

21    Q    Agent Gardner, who is this email from?

22    A    This email is from Meghan Messenger.

23    Q    Who does she send it to?

24    A    She sends the email to Tom Fuller and Lokeya Venkatachalam

25    and CCs Charlie Kim.

1    Q    What date does she send this?

2    A    Friday, March 11, 2022.

3    Q    We have jumped ahead a couple months.  Approximately how

4    long after the training in Naples, Italy, is this?

5    A    Approximately two months later.

6    Q    What is the subject?

7    A    "Brief for Burke."

8    Q    And can you read the second paragraph of this email,

9    please?

10   A    "Brief for Burke.  Update on the program, which he is going

11   to be able to use to update the CNP.  And this update will

12   include a recommendation on what to do next."

13   Q    And then can you read the paragraph beginning, "Our goal"?

14   A    "Our goal is to get this in Burke's hands the last week of

15   March, which means we need a lot done next week so he can get

16   this out and upselling in April."

17   Q    We see here that Messenger wrote, "Our goal is to get this

18   in Burke's hands the last week of March, which means we need a

19   lot done next week so he can get this out and upselling in

20   April."

21        We'll talk about that in a little more detail.  But did you

22   find evidence that the defendant began sharing information

23   about Next Jump with others?

24   A    Yes.

25   Q    Including other high-ranking officials?

1  A    Yes.

2  Q    And based on your understanding of the three phases of the

3  plan that we saw in the email that Charlie Kim sent out, where

4  does this fall?

5  A    This would fall under phase 2.

6            MS. ROSS:  Next, can we please pull up, just for the

7  witness, what has been marked as Government Exhibit 97, please?

8  BY MS. ROSS:

9  Q    What is this, Agent Gardner?

10  A    This is an email.

11            MS. ROSS:  The government moves to admit and publish

12  Government Exhibit 97.

13            MS. O'NEILL:  May I have a moment, Your Honor?

14            THE COURT:  You may.

15      (Pause)

16            MS. O'NEILL:  We stand on our previous objection, Your

17  Honor.

18            THE COURT:  Over objection, 97 is in and may be

19  published to the jury.

20      (Exhibit 97 admitted)

21  BY MS. ROSS:

22  Q    Looking at the second email, who is that from?

23  A    The second email is from Robert Burke.

24  Q    Who does he send that email to?

25  A    Paul Beattie, and he CCs Jim Higham, Charlie Kim, and

1  Meghan Messenger, as well as Gus Carnie.

2  Q    Who is Paul Beattie?

3  A    He is with the Royal Navy.

4  Q    What date does the defendant send this email?

5  A    January 13, 2022.

6  Q    When in relation to the last email we just read,

7  Exhibit 165, in which Messenger referenced Burke upselling

8  this, is this email?

9  A    This email took place just after the Leadership Academy, so

10  it was about two months prior to the email about upselling.

11  Q    Can we read the next email, please?

12  A    Of course.  "Bob, we gave Paul a heads up that you may be

13  reaching out to discuss some of the initiatives and plans for

14  the UK Royal Navy to improve leadership and decision-making of

15  their sailors."

16  Q    And when in relation to the last email we just read in

17  which Messenger referenced upselling was this email?

18  A    This email was on March 11th, within a few days of the

19  previous one.  If I had it pulled up, I could lock that down

20  for Messenger.

21        MS. ROSS:  Can we bring up Exhibit 165 briefly,

22  please?

23        THE WITNESS:  Ah.  It was the same day.

24  BY MS. ROSS:

25  Q    Thank you, Agent Gardner.

```
 1              MS. ROSS:  And can we please bring back up 97?
 2   BY MS. ROSS:
 3   Q    Just to be clear, Agent Gardner, when Kim sent this message
 4   to the defendant and Paul Beattie and said, "We gave Paul a
 5   heads up that you may be reaching out to discuss some of the
 6   initiative and plans for the UK Royal Navy," is that the same
 7   date as Messenger's upselling email?
 8   A    Yes.  When Kim sent this email to Burke and other members
 9   of the Royal Navy, that was the same day.
10   Q    Then does the defendant follow up from this email?
11   A    He does.
12   Q    Can you read that, please?
13   A    "Paul, hope you don't mind me reaching in.  Charlie
14   mentioned that you and your team have an outline of how you
15   might institutionalize the Next Jump tools into your new
16   accessions and pipeline training in order to scale up.  Would
17   it be possible to share your approach, understanding that it
18   might be pre-decisional and/or a work in progress?  I would be
19   most grateful.  Need the intellectual kick start to help
20   package this up for a wider U.S. Navy proposal.  Many thanks."
21   Q    And, Agent Gardner, we'll talk about this in a little bit
22   more detail.  But did the defendant ultimately receive more
23   information from Paul Beattie?
24   A    Yes.
25              MS. ROSS:  Next, can we please pull up, just for the
```

1    witness, what has been marked Exhibit 98?

2    BY MS. ROSS:

3    Q    What is this, Agent Gardner?

4    A    This is an email.

5            MS. ROSS:  The government moves to admit and publish

6    Government Exhibit 98.

7            MS. O'NEILL:  No objection, Your Honor.

8            THE COURT:  Without objection, 98 is in and may be

9    published to the jury.

10        (Exhibit 98 admitted)

11   BY MS. ROSS:

12   Q    I don't want to make you read this whole thing,

13   Agent Gardner, but we're going to look in the middle of this

14   first page here.

15        Who sends this email?

16   A    Kevin McCoy.

17   Q    And when does he send it?

18   A    March 12, 2022.

19   Q    So the day after the email the defendant sent to

20   Paul Beattie; is that right?

21   A    There's been a few emails discussed.  I guess I'm not

22   square on the date of this specific one you're asking about.

23   Q    Okay.  The one -- is it fair to say it was within the same

24   time period?

25   A    Yes.  It's within just a couple days of that previous

1    email.

2    Q    And then looking at the email at the top of this page, who

3    sends this?

4    A    Charlie Kim.

5    Q    On what date?

6    A    March 14, 2022.

7    Q    Who does he send it to?

8    A    He sends it to Robert Burke at his personal and official

9    email, as well as Meghan Messenger.

10    Q    What does he say?

11    A    "Bob, see below what our team shared with the UK Navy."

12    Q    Does he share the email that Kevin McCoy sent?

13    A    Yes.

14           MS. ROSS:    Next, can we bring up for the witness what

15    has been marked Government Exhibit 101?

16    BY MS. ROSS:

17    Q    What is this, Agent Gardner?

18    A    This is an email.

19           MS. ROSS:    The government moves to admit and publish

20    for the jury Exhibit 101.

21           MS. O'NEILL:    May I have a moment, Your Honor?

22           THE COURT:    Sure.

23        (Pause)

24           MS. O'NEILL:    Can I verify this is a five-page

25    document?

1        MS. ROSS:  It is five pages.

2        MS. O'NEILL:  Thank you.

3     (Pause)

4        MS. ROSS:  We can scroll through it if you need us to.

5        MS. O'NEILL:  Your Honor, we have no objection.

6        THE COURT:  Without objection, 101 is in and may be

7   published to the jury.

8     (Exhibit 101 admitted)

9        MS. ROSS:  Can we please go to page 5 of this exhibit?

10  BY MS. ROSS:

11  Q   I'm not going to have you read this whole thing again.  But

12  who does the defendant address this bottom email to?

13  A   He addresses the bottom email to Charlie and Meghan.

14  Q   What does he say in the first paragraph?

15  A   "Sending you an electronic introduction -- reintroduction

16  to Admiral Daryl Caudle, Commander U.S. Fleet Forces.  Daryl

17  met both of you during one of your AFLEX visits a few years

18  back and just put on his fourth star last fall."

19  Q   And can you please read the last three paragraphs?

20  A   "I described to him how you have evolved your approach and

21  tools, the current small-scale pilot we're running at NAVEUR,

22  and how your programs might be adapted for use as part of the

23  overall developing Navy program.

24      "I did get a reply back from the Royal Navy on their plans

25  to fold Next Jump into their HR programs.  No details yet, but

1  they committed to sending them to me when available.

2      "Bottom line, Daryl is willing to make the time to learn

3  more to see if it might be a fit for what he envisions."

4  Q   What date does he send this?

5  A   March 14, 2022.

6  Q   Does Charlie Kim follow-up with Daryl Caudle after the

7  defendant sent this email?

8  A   He does.

9  Q   On what date?

10  A   Monday, March 14th.

11  Q   Can you just read the first sentence for the jury, please?

12  A   Of course.  "Daryl, any chance we could host you for a

13  visit in our NYC offices.  Would love to walk you through some

14  of our latest work on improving people's judgment and

15  decision-making."

16        MS. ROSS:  Next, can we please bring up for the

17  witness what has been marked 99?

18  BY MS. ROSS:

19  Q   What is this, Agent Gardner?

20  A   This is an email.

21        MS. ROSS:  The government moves to admit and publish

22  what's been marked as Government Exhibit 99.

23        MS. O'NEILL:  May I have just a moment, Your Honor?

24        THE COURT:  Sure.

25      (Pause)

 1          MS. O'NEILL:  No objection, Your Honor.

 2          THE COURT:  Without objection, 99 is in and may be

 3   published to the jury.

 4      (Exhibit 99 admitted)

 5          MS. ROSS:  Can we please go to page 3 of this exhibit?

 6   We're going to start there.

 7   BY MS. ROSS:

 8   Q   So we're going to pick up the thread of this email that we

 9   looked at earlier.  And looking at the -- looking in the middle

10   of the page there, who does the defendant send that email to at

11   9:06 a.m. on March 12, 2022?

12   A   He sends an email to Paul Beattie of the Royal Navy.

13   Q   Is this the email that we read earlier?

14   A   It is.

15          MS. ROSS:  Then can we please go to page 1 of this

16   exhibit, please?

17   BY MS. ROSS:

18   Q   And looking at the email at 4:04 p.m., who is this email

19   from?

20   A   This email is from Paul Beattie.

21   Q   Who does he send it to?

22   A   Robert Burke, as well as CCing Charlie Kim.

23   Q   And then what does he write there, just that top first

24   line?

25   A   "Admiral, apologies for delays.  EXCO draft submission

1    attached.  Draft business case below.  Both are work in

2    progress."

3    Q    Is Paul Beattie sending this information in response to the

4    email that we looked at earlier from the defendant to

5    Paul Beattie?

6    A    Yes.

7    Q    He says it's a draft business case.  I'm not going to have

8    you read the whole thing.  But is that what Paul Beattie has

9    provided there?

10   A    Yes.

11   Q    And for the draft business case, what was it for?

12   A    Effectively, a pilot with Next Jump and the Royal Navy.

13   Q    Now, looking at the top email, what does the defendant do

14   with Paul Beattie's draft case?

15   A    He forwards it to Daryl Caudle.

16   Q    Is that the same Daryl Caudle from the email we looked at a

17   little while ago?

18   A    Yes.

19   Q    Is he another high-ranking official with the Navy?

20   A    Yes.

21   Q    Did he work in a different part of the Navy from where the

22   defendant worked?

23   A    He did.

24   Q    When did the defendant send this?

25   A    March 28th, just a few weeks after the emails we had been

1  looking at earlier.

2  Q   So approximately two weeks after the defendant introduced

3  Kim and Messenger to Admiral Caudle; is that right?

4  A   Approximately two weeks, a little more.

5  Q   Can you read the email that the defendant sends to

6  Admiral Caudle, please?

7  A   "Daryl, the RN's draft Next Jump pilot program outline for

8  your reference.  Sort of the same components I would see us

9  using."

10         MS. ROSS:  Next, can we pull up, just for the witness,

11  what has been marked as Government Exhibit 100, please?

12  BY MS. ROSS:

13  Q   What is this, Agent Gardner?

14  A   This is an email.

15         MS. ROSS:  The government moves to admit and publish

16  this to the jury.

17         MS. O'NEILL:  I'm sorry.  I got confused.  Which?

18         MS. ROSS:  It's Government Exhibit 100.

19         MS. O'NEILL:  May I have a moment, Your Honor?

20         THE COURT:  Sure.

21     (Pause)

22         MS. O'NEILL:  No objection, Your Honor.

23         THE COURT:  Without objection, 100 is in and may be

24  published to the jury.

25         (Exhibit 100 admitted)

1              MS. ROSS:  Can we go to page 4 of this exhibit?

2    BY MS. ROSS:

3    Q    I'm not going to have you read this whole thing.  But who

4    is it from, Agent Gardner?

5    A    The email at the top of page 4?

6    Q    Yes.

7    A    From Charlie Kim.

8    Q    What is the subject line?

9    A    "Invite, mini event, one-day Leadership Academy, focused on

10   four types of decision-making."

11   Q    Just looking at last paragraph of this, what was the date

12   of this training?

13   A    There were four listed dates, March 31st, April 14th,

14   May 12th, and May 26th.

15   Q    Where was the training?

16   A    At Next Jump's office in New York City, 512 West

17   22nd Street.

18   Q    Were there images embedded in this email?

19   A    I have to see the email to recall.

20   Q    Is this an image that was embedded in that email?

21   A    Yes.

22   Q    Where is this image taken?

23   A    This image is taken at Next Jump's headquarters.

24             MS. ROSS:  And can we go to page 6, please?

25   BY MS. ROSS:

1   Q   And what is this an image of, Agent Gardner?

2   A   Next Jump's headquarters.

3   Q   Now can we go to page 3 of this exhibit, please?

4       Who responded to Kim's email with the invite for the

5   training?

6   A   Jim Higham.

7   Q   Again, who is that?

8   A   With the Royal Navy.

9           MS. ROSS:  Going to page 2 of this exhibit, please.

10  BY MS. ROSS:

11  Q   How does Kim respond at the bottom there?  Can you read the

12  second and third paragraphs, please?

13  A   "Copying Cameron here from USN.  Cameron would love if you

14  could connect with Jim and/or Paul.  Two stars for UK Navy.

15  Paul was there at December Leadership Academy 2021 at NYC.

16  Cameron, we've coached a few times to help him, for him to

17  share with you what happened, value or not, what changed in his

18  mental model, how he operates/his judgment upgrade, how it

19  happened, habits changed, truth explored."

20  Q   So we see that Kim wrote, "Copying Cameron here from USN."

21      Did Kim actually CC Cameron Chen here?

22  A   He did.

23  Q   And did Cameron Chen kind of share his thoughts about the

24  Leadership Academy in response to this?

25  A   He did.

1   Q   Going to page 1 of this exhibit.  Looking at Cameron Chen's

2   email response there, can you read just the first paragraph,

3   what's on the screen there, please?

4   A   Yes.  "Admiral Higham, I attended Meghan and Charlie's

5   Leadership Academy along with Admiral Beattie in December.

6   Then we hosted the Next Jump team in early January to kick off

7   a 13-week program with various teams located in Rota, Spain,

8   and Naples, Italy.  There were certainly some lessons learned

9   with the rollout.  The biggest issue was that, due to

10  contracting rules, we didn't find out that this was going to

11  happen until the week prior.  So there was very little time for

12  planning or preparation.  I have a list of things we could have

13  done better.  Need to identify the right people, facilities to

14  accommodate the events, and early messaging to the troops, but

15  90 percent of the problem was with our rollout.  It didn't help

16  that Putin decided to move next door while we were getting our

17  program started.

18      "Overall, my assessment is that while this training could

19  apply broadly to everyone, it is best focused on senior

20  enlisted and command leadership teams who have decision

21  authority and need to collaborate on those decisions."

22  Q   We see Cameron Chen wrote, "The biggest issue was due to

23  contracting role.  We didn't find out this was going to happen

24  until the week prior."

25      First, Agent Gardner, when did the defendant reach out to

1    Juliet Beyler to get the contract process started for this

2    training?

3    A    December 16, 2021.

4    Q    And approximately when was that contract approved?

5    A    Right in early December -- or, sorry, early January.

6    Depends on when the NIPR -- or when the official approval went

7    through.  So right at the very end of December or very early

8    January, to be in place for that January 10th kickoff in

9    Europe.

10    Q    When did that training kick off?

11    A    January 10th.

12    Q    Now, looking at the next email in this chain, what does

13    Messenger write there?

14    A    Messenger writes, "Bob, see below email, starting at bottom

15    from Jim Higham, Royal Navy, to us about the rollout with

16    U.S. Navy, and Cameron Chen responds.  Best, Meghan."

17    Q    How does the defendant respond to the top?

18    A    "Thanks.  I agree.  We rushed into it."

19    Q    What date was that response?

20    A    March 29th, 2022.

21            MS. ROSS:  Next, can we please bring up, just for the

22    witness, what has been marked as Government Exhibit 106,

23    please?

24            THE COURT:  Why don't we take a break here.

25            Ladies and gentlemen, I'll ask you to be back in 10

1  minutes.

2          Agent Gardner, I'll ask you not to discuss the

3  contents of your testimony with anyone over the break.

4      (Jury absent)

5          THE COURT:  Ms. Ross, how much longer are you

6  expecting?

7          MS. ROSS:  I'm not positive, Your Honor.  I suspect it

8  may go into Monday.

9          What time are you planning on stopping today?

10         THE COURT:  Around 5:00.

11         MS. ROSS:  Okay.

12         THE COURT:  So hours more?

13         MS. ROSS:  I think so, Your Honor.

14         THE COURT:  Okay.  All right.  Thanks, folks.  See you

15  in ten minutes.

16     (Recessed from 3:03 p.m. to 3:14 p.m.)

17     (Jury present)

18         THE COURT:  Welcome back, folks.  We're ready to

19  resume the testimony from Agent Gardner.

20         Agent Gardner, I'll remind you you're still under

21  oath.

22         Ms. Ross.

23         MS. ROSS:  Thank you, Your Honor.

24         Next, can we bring up, just for the witness,

25  Government Exhibit 106?

1    BY MS. ROSS:

2    Q    What is this, Agent Gardner?

3    A    This is an email.

4           MS. ROSS:  The government moves to admit and publish

5    Government Exhibit 106.

6           MS. O'NEILL:  May I have just a moment, please, Your

7    Honor?

8       (Pause)

9           MS. O'NEILL:  No objection, Your Honor.

10          THE COURT:  Without objection, 106 is in and may be

11    published to the jury.

12       (Exhibit 106 admitted)

13    BY MS. ROSS:

14    Q    Can we go to page 2 of this exhibit, please?

15       I want to focus on the bottom email first, Agent Gardner.

16       Who is this from?

17    A    This email is from Charlie Kim.

18    Q    Can you read just the top line, please?

19    A    "Barbara, we're so excited to see you guys in Naples.  Few

20    things wanted to informate."

21    Q    First, who is the Barbara referring to here, Agent Gardner?

22    A    Barbara Burke.

23    Q    Agent Gardner, based on your investigation, what trip is

24    Charlie Kim referring to here?

25    A    Kim Messenger and Messenger's parents went out after their

1    Leadership Academy training.  They went out to visit Burke in

2    Naples.

3    Q    When they went to Naples, where did they stay?

4    A    They stayed at Burke's villa, or his house in Italy.

5    Q    So we're going to skip some of the back and forth in this

6    email.  We're going to go back to page 1.  I just want to look

7    at the top email.

8         Again, who is this from?

9    A    This email is from Charlie Kim.

10   Q    And who does he send it to?

11   A    He sends it to Barbara Burke, and he CCs Meghan Messenger.

12   Q    And what does he send her?  Can you read just that first

13   line of the email?

14   A    Of course.  "Barbara, our flight info.  Will also send to

15   Bob via WhatsApp."

16   Q    And when was everybody supposed to arrive in Naples?

17   A    According to this email, the arrival day was May 1st.

18             MS. ROSS:  Next, can we please bring up, just for the

19   witness, what has been marked as Government Exhibit 107?

20   BY MS. ROSS:

21   Q    And what is this document, Agent Gardner?

22   A    This is an email from Charlie Kim.

23             MS. ROSS:  The government moves to admit and publish

24   Government Exhibit 107.

25             MS. O'NEILL:  No objection, Your Honor.

1        THE COURT:  Without objection, 107 is in and may be

2   published to the jury.

3        (Exhibit 107 admitted)

4   BY MS. ROSS:

5   Q   Agent Gardner, who does Charlie Kim send this email to?

6   A   He sends this email to the Team Strategy Committee

7   listserv.  We discussed it quite a few hours ago.

8   Q   And what is the subject line?

9   A   "Touching Eden."

10  Q   Can you read this email, please?

11  A   "Never seen Meghan this happy.  Also, we're about to hire

12  Burke to start after Labor Day."

13  Q   That photo there, who was in that photo?

14  A   That is Messenger on the right, and presumably her dad on

15  the left.

16  Q   Can we go to page 2 of this exhibit, please?

17      Who is in this photo?

18  A   It's Robert Burke on the far right, with Messenger and

19  presumably her parents.

20        MS. ROSS:  Now going back to page 1, please.

21  BY MS. ROSS:

22  Q   We see here that Kim wrote, "We're about to hire Burke to

23  start after Labor Day."

24      What date does he send this email?

25  A   May 2nd, 2022.

1  Q    And at this point -- so we've jumped in time a little bit.

2  We're up to May 2nd, 2022.  At this point, based on your review

3  of the evidence, had the defendant reported to anybody at the

4  Navy that he had had job discussions with Next Jump?

5  A    No.

6  Q    Again, what date is that?

7  A    That is May 2nd, 2022.

8        MS. ROSS:  We're going to go to Exhibit 108, please,

9  just for the witness.

10  BY MS. ROSS:

11  Q    What is this?

12  A    This is an email.

13        MS. ROSS:  The government moves to admit and publish

14  Government Exhibit 108.

15        MS. O'NEILL:  Your Honor, could we be heard?

16        THE COURT:  All right.

17    (Begin bench conference)

18        MS. O'NEILL:  Your Honor, the copy that I have doesn't

19  have redactions, and we would ask for the entire document to

20  come in.  It's in response to an email about how happy the

21  UK Navy is with the program and how they're looking to get

22  Next Jump involved.  And so his -- the response that he speaks

23  to Admiral Key, on drop the plug, is in response to the UK

24  Navy, the Royal Navy, being excited about Next Jump.  So we

25  don't think that redacting that is appropriate.  So under the

1    Rule of Completeness, we would ask if this would come in, it

2    would be the whole document.

3            THE COURT:  Any objection?

4            MS. ROSS:  Just a moment, Your Honor.

5            MS. O'NEILL:  And I apologize, Your Honor.  I didn't

6    know it was a redacted document or I would have discussed this.

7        (Pause)

8            MS. ROSS:  Your Honor, I think our position is that

9    the Rule of Completeness doesn't apply here.  That's not a

10   continuation of same statement.  They're trying to offer it for

11   the truth of the matter.  So it's hearsay, which is why we

12   redacted it.  We don't think that the Rule of Completeness

13   applies, and we don't think that this is admissible because

14   it's hearsay.

15           THE COURT:  All right.  I agree with Ms. O'Neill that

16   when you -- when it says "see below," I think you should be

17   able to see stuff below.  Can you remove the redaction?

18           MS. ROSS:  We'll remove it and consider whether we

19   want to move it at all at this point.

20           THE COURT:  Okay.  Off the record.

21       (End bench conference)

22           THE COURT:  So I'm sustaining the defense objection, I

23   think is the correct way to put this.

24           MS. ROSS:  Next, can we please bring up, just for the

25   witness, what has been marked as Government Exhibit 109?

1           THE COURT:  What exhibit was that?

2           MS. ROSS:  That was 108, Your Honor.

3           THE COURT:  All right.  And you're not looking to

4    admit that at this point?

5           MS. ROSS:  Not at this point.  Thank you, Your Honor.

6           So now we have up Government Exhibit 109 just for the

7    witness.

8    BY MS. ROSS:

9    Q    Agent Gardner, what is Exhibit 109?

10   A    This is an email.

11          MS. ROSS:  The government moves to admit and publish

12   Government Exhibit 109.

13          MS. O'NEILL:  May I have just a moment, Your Honor,

14   please?

15          THE COURT:  Sure.

16      (Pause)

17          MS. O'NEILL:  No objection, Your Honor.

18          THE COURT:  Without objection, 109 is in and may be

19   published to the jury.

20      (Exhibit 109 admitted)

21   BY MS. ROSS:

22   Q    I want to look at that header at the bottom there, of the

23   screen.

24       Who is that email from?

25   A    John Hilliard.

1   Q   Who is John Hilliard?

2   A   Former Next Jump employee.

3   Q   What does Charlie Kim do with the email?

4   A   He forwards it.  He forwards the email to Robert Burke.

5   Q   And can you just read that email, please?

6   A   The forwarded email or the top one?

7   Q   Can you read the email from May 3rd at 3:15, from

8   Charlie Kim, please?

9   A   Of course.  "First, thank you, an amazing two days.

10  Nonstop chatter in the car ride reminiscing the last few days.

11  Sharing this note.  John joined us in Naples -- or in January

12  in Naples.  Sometimes an exit note can be more telling of who

13  we are.  You two get to know us better, your new family."

14  Q   And what is the date of this email?

15  A   May 3rd, 2022.

16  Q   Does the defendant respond to it?

17  A   He does.

18  Q   And what does he write there?

19  A   "Thanks, Charlie.  So glad you guys made the trip.  Was

20  good to finally be able to talk.  Enjoy Rome and Milan.  Safe

21  travels home."

22  Q   Focusing first on the date of that bottom email, we see

23  May 3rd, 2022.  Charlie Kim wrote, "Thank you, an amazing two

24  days."

25      How soon after Kim and Messenger stayed at the defendant's

1    house in Naples was that?

2    A    That was the day after they left -- or the day they left.

3    Q    And we see here that the defendant wrote, "So glad you guys

4    made the trip.  Was good to finally be able to talk."

5        At this point, Agent Gardner, so we're up to May 4, 2022.

6    Did you find any evidence that the defendant informed anyone at

7    the Navy that he was speaking to Kim and Messenger about a job?

8    A    No.

9            MS. ROSS:  Next, can we please pull up, just for the

10   witness, what has been marked as Government Exhibit 110?

11   BY MS. ROSS:

12   Q    What is this exhibit, Agent Gardner?

13   A    This is an email.

14           MS. ROSS:  The government moves to admit and publish

15   Exhibit 110.

16           MS. O'NEILL:  No objection, Your Honor.

17           THE COURT:  Without objection, 110 is in and may be

18   published to the jury.

19       (Exhibit 110 admitted)

20   BY MS. ROSS:

21   Q    Looking at the bottom email, who is this from?

22   A    The bottom email is from Charlie Kim.

23   Q    And who does he send it to?

24   A    Coach Mackey, Mike Collette, and Meghan Messenger.

25   Q    Can you read just the top paragraph, please?

1    A    "Keep this on the down-low, but we made an offer to Burke.

2    Going through legal process with Navy as well.  Will formalize

3    very quickly.  I'm looking to start in NYC after Labor."

4    Q    And what date does he send this email?

5    A    May 6th.

6    Q    And is that the day after he wrote the defendant and his

7    wife and said, "As you get to know -- as you two get to know

8    you better, your new family"?

9    A    Within a few days.

10   Q    And then looking at the top email, what does Kim do with

11   this?

12   A    He forwards it to the Team Strategy Committee listserv.

13   Q    We see here that Charlie Kim said, "Keep this on the

14   down-low, but we made an offer to Burke."

15       How soon after Kim and Messenger and Messenger's family

16   were in Naples was this?

17   A    This was within four days or so.

18            MS. ROSS:  Next, can we please bring up, just for the

19   witness, what has been pre-admitted as Government Exhibit 111?

20            I'm sorry.  Can we publish it for the jury too?  Thank

21   you.

22   BY MS. ROSS:

23   Q    Agent Gardner, what is this?

24   A    This is an email.

25   Q    So we're going to talk about this email chain in a little

1   bit more detail later on in trial.  We're going to skip to

2   page 2 for now, please.

3       We're just going to focus here on page 2.  I want to look

4   at the header at the bottom of the page.

5       Who is this email from?

6   A   This email is from Robert Burke.

7   Q   Who does he send it to?

8   A   Brad Appleman.

9   Q   Can you remind the jury, who is Bradley Appleman?

10  A   He was assigned as ethics counselor or JAG for

11  Admiral Burke.

12  Q   What is the subject line of this?

13  A   "Request For Legal Opinion."

14  Q   What is the date of that?

15  A   Friday, May 6, 2022.

16  Q   Can we go to page 3, please?  We're just going to look at

17  the body of this email.

18      Can you read just the first paragraph, please?

19  A   "I did not expect to be coming to you so soon, or I would

20  have held off on requesting the general MFR.  So accept my

21  apologies up front."

22  Q   And can you read the last paragraph of the email, beginning

23  "Request ethics advice"?

24  A   "Request ethics advice beyond that which you included in

25  your comprehensive but general advice letter of 29 April 2022

1  regarding potential employment discussions and potential
2  subsequent employment with this specific organization.  I still
3  do not intend to work while on terminal leave."
4  Q    We see here in the second paragraph -- can you just read
5  that first, please?
6  A    "Next Jump has approached me, asking if I would be
7  interested in having post Navy employment discussions.  I let
8  them know I could not, had some prerequisites to meet, and
9  would get back with them if such when I met those
10 prerequisites."
11 Q    Agent Gardner, we see here that the defendant wrote that
12 "Next Jump had approached me, asking if I would be interested
13 in having post Navy employment discussions.  I let them know I
14 could not."
15     Agent Gardner, in the course of your investigation and in
16 some of the evidence we reviewed today, did you find evidence
17 that Next Jump had approached the defendant much earlier,
18 asking if he would be interested in joining Next Jump?
19 A    Yes.
20 Q    Based on your review of the evidence, did the defendant
21 engage in those?
22 A    Yes.
23 Q    And did he tell Canedo that he had essentially agreed to
24 work for Next Jump back in July of 2021?
25 A    Yes.

1  Q   So based on your review of the evidence, is that an

2  accurate statement?

3          MS. O'NEILL:  Your Honor, I'm going to object.

4          THE COURT:  Sustained.

5          MS. ROSS:  Next to this email, can we please pull up

6  Government Exhibit 110, please?

7          So we just looked at this email, Agent Gardner, and we

8  saw here that Kim wrote, "Keep this on the down-low, but we

9  made an offer to Burke.  Going through legal process with Navy

10  as well.  Will formalize very quickly, and looking to start

11  after Labor Day."

12          Now, what date did he send that email?

13  A   That email was sent on May 6th.

14  Q   And then just focusing again on the bottom of page 2 of

15  Government Exhibit 111.  What date did the defendant send this

16  email to Appleman?

17  A   Also on May 6th.

18  Q   Same date?

19  A   Yes.

20  Q   Thank you.

21          MS. ROSS:  Can we take down Exhibit 110?  And we're

22  going to focus on Exhibit 111.

23  BY MS. ROSS:

24  Q   And, again, I want to go through this email in a little bit

25  more detail later in trial.  But have you reviewed the entirety

1    of this email, Agent Gardner?

2    A    Yes.

3    Q    Anywhere in this email did the defendant inform Appleman

4    that he received an offer from Next Jump prior to May 6, 2022?

5    A    No.

6    Q    And anywhere in this email did the defendant inform

7    Appleman that he was looking to start working for Next Jump in

8    New York City after Labor Day?

9    A    No.

10            MS. ROSS:  Next, can we please bring up, just for the

11    witness, what has been marked as Government Exhibit 114?

12    BY MS. ROSS:

13    Q    What is this, Agent Gardner?

14    A    This is an email.

15            MS. ROSS:  The government moves to admit and publish

16    for the jury what's been marked as Government Exhibit 114.

17            MS. O'NEILL:  No objection, Your Honor.

18            THE COURT:  Without objection, 114 is in and may be

19    published to the jury.

20        (Exhibit 114 admitted)

21    BY MS. ROSS:

22    Q    Who is this email from?

23    A    Robert Burke at his personal email address.

24    Q    Who does he send it to?

25    A    Charlie Kim, Meghan Messenger, and he CCs his spouse,

1    Barbara Burke.

2    Q    What is the subject line?

3    A    "Paperwork."

4    Q    Can you read the first paragraph?

5    A    Yes.  "Charlie and Meghan, I have all my ducks in a row now

6    with Navy to have discussions with you on employment."

7    Q    And can you read just the first two sentences of that

8    second paragraph?

9    A    "Have attached two files, FYSA, a letter of

10    disqualification I was required to submit before talking to you

11    on this, which says I will not involve myself with decisions

12    for new or existing contracts with Next Jump while still on

13    this job and having conversations with you.  Second one is a

14    more specific ethics advice letter to me, much like the one I

15    already gave you, but with a couple specific modifications to

16    reflect the fact that I was personally involved in two Navy

17    contracting actions with you."

18    Q    And did the defendant actually attach two files to this

19    email, like he said?

20    A    Yes.

21    Q    And what are those attachments?

22    A    The disqualification letter and the ethics advice letter.

23    Q    I want to focus on the first line of this email.  The

24    defendant says, "I have all my ducks in a row now with Navy to

25    have discussions with you on employment."

1    What date is this?

2    A    May 13th.

3        MS. ROSS:    Next to Government Exhibit 114, can we

4    please bring up what has already been admitted as Exhibit 39,

5    please?

6    BY MS. ROSS:

7    Q    So we looked at this earlier.    We're going to look at the

8    bottom one here.

9        We see in the -- in the email that Kim wrote, "We talked,

10   also, July 2022 him joining Next Jump.    Wants to come in

11   New York City office, talk salary, equity, et cetera.    He was

12   very excited, wanted to resign next week.    Told him to hold off

13   and first launch part one."

14       When was this email, Agent Gardner?

15   A    July 23, 2021.

16   Q    How many months prior to Burke sending this email that

17   says, "I have all my ducks in a row now with Navy to have

18   discussions with you on employment," is that email?

19   A    Approximately ten months later.

20       MS. ROSS:    And can we take down Government Exhibit 39,

21   and next to 114, can we pull up 42B, please?    And go to Page 4.

22   BY MS. ROSS:

23   Q    And looking at the message at the top of this page, Agent

24   Gardner, it says, "I asked him to write out a job description,

25   but I've essentially agreed to work for them."

1    Who sent that text message, Agent Gardner?

2  A    Robert Burke.

3  Q    And how many months prior to Burke sending this email that

4  says, "I have all my ducks in a row now with Navy to have

5  discussions with you on employment," is that text message?

6  A    Approximately ten months prior.

7         MS. ROSS:  Can we please replace Government

8  Exhibit 42B and pull up Government Exhibit 46, please?

9         We'll go to page 2.

10  BY MS. ROSS:

11  Q    Agent Gardner, we looked at this email earlier, right?

12  A    Correct.

13  Q    Is this the three-phase email that Kim wrote?

14  A    Yes.

15  Q    What date did he write this?

16  A    This email was sent on July 28, 2021.

17  Q    We see in this email that Kim wrote, "A series of meetings

18  culminated in in-person DC meeting with the four-star Navy

19  admiral."  Is that right?

20  A    Yes.

21  Q    And then going to page 3 of this email, we see that Kim

22  went on to write in phase 3, "In phase 3, four-star Navy

23  Admiral Burke is looking to join Next Jump as full-time

24  employee in July of 2022."

25       When was that email written, Agent Gardner?

1  A    This is a part of the same email we just discussed.

2  Q    It is, Agent Gardner.

3  A    Yes.

4  Q    So July 28th; is that right?

5  A    Yes.

6  Q    And how many months prior to the defendant sending this

7  email that says, "I have all my ducks in a row now with Navy to

8  have discussions with you on employment," is that?

9  A    Approximately ten months.

10         MS. ROSS:  And can we please replace Government

11  Exhibit 46 with Government Exhibit 68, please?

12         So we also looked at this email a little bit earlier.

13  We saw in this email that Messenger wrote, "We are to think

14  Burke going to be on our team likely next summer, eh?"

15         MS. O'NEILL:  Your Honor, I'm going to object to

16  relevance at this point, these questions.

17         THE COURT:  Yeah.  I get your point.  Let's move on.

18         MS. ROSS:  Can I finish this one, Your Honor?

19         THE COURT:  Let's move on.

20         MS. ROSS:  Okay.

21  BY MS. ROSS:

22  Q    We're going to focus back on Government Exhibit 114,

23  please.

24     So we see that attached to this email is an attachment

25  called "Burke Disqualification Letter."  Is that right?

1    A    Yes.

2    Q    As well as an ethics advice document?

3    A    Yes.

4    Q    And did he actually attach those?

5    A    Yes.

6            MS. ROSS:  Can we go to page 2 of this exhibit,

7    please?

8    BY MS. ROSS:

9    Q    I'm not going to have you read this whole thing.  But can

10   you explain what this document is, Agent Gardner?

11   A    This is the disqualification statement letter.

12   Q    What's the date on that?

13   A    May 9, 2022.

14   Q    What does this document say?

15   A    Want me to read it?

16   Q    What is the point of this letter?  What is this informing?

17           MS. O'NEILL:  I'm going to object to relevance.

18           THE COURT:  Overruled.

19   BY MS. ROSS:

20   Q    Can you read the first paragraph, Agent Gardner?

21   A    Of course.  "I anticipate commencing discussions related to

22   employment with the company listed below, Next Jump.  In

23   accordance with Section 208 of Title 18 of the United States

24   Code and Section 2635.604 of Title 5 of the Code of Federal

25   Regulations, I am disqualified from participating personally

1    and substantially, as a government officer or employee, in any

2    particular matter that would have a direct and predictable

3    effect on the financial interests of Next Jump, their parent

4    companies, subsidiaries, affiliates, and joint ventures,

5    covered parties."

6    Q    What does it mean that he was disqualified, Agent Gardner?

7    A    He was not to participate in any, effectively,

8    decision-making regarding contracts involving Next Jump.

9         MS. ROSS:  Can we go to page 3 of this document,

10   please?

11   BY MS. ROSS:

12   Q    What is this?

13   A    This is a post government employment opinion letter.

14   Q    And what's the date listed there?

15   A    May 13, 2022.

16        MS. ROSS:  Can we go to page 10 of this exhibit,

17   please?

18   BY MS. ROSS:

19   Q    Who signed this opinion?

20   A    Brad Appleman.

21   Q    What do the first two sentences say under "Conclusion"

22   there?

23   A    "These restrictions are complex and fact dependent.  If any

24   of the facts in this opinion are not accurate, please let me

25   know, as it could change my analysis on whether a particular

1  restriction applies to you."

2  Q   I won't have you read this entire document, Agent Gardner.

3  But have you reviewed the entire thing?

4  A   Yes.

5  Q   Is there any indication that the defendant told

6  Captain Appleman that he had been in contact with Kim and

7  Messenger about working for Next Jump prior to May 6, 2022?

8          MS. O'NEILL:  Objection, Your Honor.  Calls for

9  hearsay.

10          THE COURT:  Are you talking about in the letter?

11          MS. ROSS:  In the letter, Your Honor.

12          THE COURT:  Overruled.

13  BY MS. ROSS:

14  Q   So in the letter, Agent Gardner, which you've just

15  testified you reviewed in its entirety, was there any

16  indication that the defendant told Captain Appleman that he had

17  been in contact with Kim and Messenger about working for

18  Next Jump prior to May 6, 2022, when the defendant asked

19  Captain Appleman for this document?

20  A   No.

21  Q   Is there any indication he told Captain Appleman that he

22  had begun employment discussions with Next Jump prior to

23  May 6, 2022?

24  A   No.

25  Q   Is there any indication he told Captain Appleman that he

1  had been offered a job at Next Jump prior to May 6, 2022?

2  A    No.

3  Q    Is there any indication he told Captain Appleman that he

4  planned to join Next Jump after Labor Day?

5  A    No.

6  Q    Next, can we please bring up for the witness what has been

7  marked as Government Exhibit 119, please?

8       What is this document?

9  A    This is an email.

10          MS. ROSS:  The government moves to admit and publish

11  Government Exhibit 119.

12          MS. O'NEILL:  No objection, Your Honor.

13          THE COURT:  Without objection, 119 is in and may be

14  published for the jury.

15      (Exhibit 119 admitted)

16  BY MS. ROSS:

17  Q    We're going to start with the bottom email.  Is this the

18  email we just reviewed from the defendant in which he told Kim

19  and Messenger, "I have all my ducks in a row now with the Navy

20  to have discussions with you on employment"?

21  A    Yes.

22  Q    So we're going to go to the top email, so the next one in

23  this chain.  Who is it from?

24  A    Meghan Messenger.

25  Q    Can you read just the first and third paragraph, please?

1    A    "Bob, thanks for sending everything.  We haven't had a

2    chance to review yet, but last night our legal team sent us a

3    summary of the docs to read through.  Since so many moving

4    pieces, any chance we can catch up Tuesday next week?  We can

5    give update from our end, too.  I'm sure you're following the

6    markets and valuations coming down, tech market layoff/firings.

7    We prepared for this after COVID hit, and it just took two

8    years for the market to correct.  We are in a strong position

9    because we prepared.  Just wanted you to know this/as in not

10   worry."

11          MS. ROSS:  And can we please bring up, just for the

12   witness, Government Exhibit 120, please?

13   BY MS. ROSS:

14   Q    And what is this, Agent Gardner?

15   A    This is an email.

16          MS. ROSS:  The government moves to admit and publish

17   120.

18          MS. O'NEILL:  No objection, Your Honor.

19          THE COURT:  Without objection, 120 is in and may be

20   published to the jury.

21       (Exhibit 120 admitted)

22   BY MS. ROSS:

23   Q    Who is this email from, Agent Gardner?

24   A    This email is from Robert Burke at his personal email

25   address.

1    Q    Who does he send it to?

2    A    Charlie Kim and Meghan Messenger.

3    Q    Is this after the legal opinion that we just looked at,

4    Agent Gardner?

5    A    It is.

6    Q    And what does he say here?

7    A    "Charlie and Meghan, I'm having to get a new email address

8    for Ben Key.  Evidently, his address changed when he moved to

9    First Sea Lord.  Such a cool name.  I'll have it tomorrow and

10    will forward a copy of what I send to you.  Thanks for today's

11    call."

12    Q    Agent Gardner, just to be clear, did the defendant include

13    his official email address here?

14    A    No.

15          MS. ROSS:  Can we please bring up, just for the

16    witness, what has been marked as Government Exhibit 121?

17    BY MS. ROSS:

18    Q    What is this, Agent Gardner?

19    A    This is an email.

20          MS. ROSS:  The government moves to admit and publish

21    Government Exhibit 121.

22          MS. O'NEILL:  No objection, Your Honor.

23          THE COURT:  Without objection, 121 is in and may be

24    published to the jury.

25          (Exhibit 121 admitted)

 1  BY MS. ROSS:

 2  Q    Who sends this email?

 3  A    Charlie Kim.

 4  Q    Who does he send it to?

 5  A    Robert Burke at his personal email, and he CCs

 6  Meghan Messenger.

 7  Q    Did Charlie Kim include the defendant's official email

 8  address?

 9  A    No.

10  Q    What date does he send this?

11  A    Tuesday, May 24th.

12  Q    Again, is that after the legal opinion?

13  A    Yes.

14  Q    Can you read this email, please?

15  A    Bob, please find attached a formal offer letter to join

16  Next Jump.  If you could print a copy and sign, indicating

17  acceptance of the offer, then take a picture and email back, we

18  will have our team file into their records.  We will then

19  countersign and return digitally to you, as well, for your

20  records.  We're excited to have you on board and look

21  forward -- look forward to your next career and our

22  partnership."

23  Q    Did Charlie Kim attach something to this email,

24  Agent Gardner?

25  A    He did.

1    Q    What did he attach?

2    A    The offer letter.

3           MS. ROSS:  Can we go to page 2 of this exhibit,

4    please?

5    BY MS. ROSS:

6    Q    Is this that offer letter, Agent Gardner?

7    A    Yes.

8    Q    What is the date of this letter?

9    A    May 24, 2022.

10   Q    Can you read just the first paragraph, please?

11   A    "Dear Robert, it is my pleasure to extend to you a formal

12   offer of employment as senior partner with Next Jump, Inc.

13   Your business acumen and personal qualities give us confidence

14   that you will make great contributions to the company."

15   Q    And then can you read paragraph 3, please?

16   A    "Your annual starting base salary will be $500,000.  It

17   will be prorated for the fiscal year of your employment and

18   paid in semimonthly installments on the 1st and 15th of every

19   month."

20          MS. ROSS:  And I want to pause briefly here.  And can

21   we bring up Government Exhibit 42B, please?  Can we go to

22   page 4, zooming in on the fifth message here?

23   BY MS. ROSS:

24   Q    What message did Canedo send to the defendant here?

25   A    On July 24, 2021, Canedo wrote, "Was it 10 percent equity

1  in entire biz or just whatever projects you'd work on?  It was

2  hard to hear with 500K base salary ringing in my ears.  LOL."

3  BY MS. ROSS:

4  Q    How did the defendant respond?  His response is on page 6.

5  A    Burke wrote, "I asked.  He wants all his team to own some

6  of the company so he can pay a lower salary and incentive

7  performance through ownership."

8  Q    And how many months prior to the offer letter that the

9  defendant received indicating that the defendant had a $500,000

10  salary and 100,000 stock options was this message sent?

11  A    Ten months prior.

12         MS. ROSS:  Next, can we please bring up, just for the

13  for witness, what has been marked as Government Exhibit 122,

14  please?

15  BY MS. ROSS:

16  Q    What is this exhibit?

17  A    This is an email.

18         MS. ROSS:  The government moves to admit and publish

19  Government Exhibit 122.

20         MS. O'NEILL:  No objection, Your Honor.

21         THE COURT:  Without objection, 122 is in and may be

22  published to the jury.

23      (Exhibit 122 admitted)

24  BY MS. ROSS:

25  Q    Looking at the top email, who is this from?

1    A    This email is from Charlie Kim.

2    Q    And what was Charlie Kim forwarding?

3    A    He forwarded the offer letter made to Burke.

4    Q    Can you just read that top email that Kim sent?

5    A    "Kevin, we made the changes, including taking a few words

6    out of your to be clear.  Sent and will send back once signed.

7    This is an exciting and monumental moment time in our history."

8              MS. ROSS:  Next, can we please bring up Government

9    Exhibit 166 just for the witness?

10   BY MS. ROSS:

11   Q    What is this, Agent Gardner?

12   A    This is an email.

13             MS. ROSS:  The government moves to admit and publish

14   Government Exhibit 166.

15             MS. O'NEILL:  May I have just a moment, please, Your

16   Honor?

17             THE COURT:  Sure.

18      (Pause)

19             MS. O'NEILL:  No objection, Your Honor.

20             THE COURT:  Without objection, 166 is in and may be

21   published to the jury.

22      (Exhibit 166 admitted)

23   BY MS. ROSS:

24   Q    Looking at Government Exhibit 166, Agent Gardner, who is

25   this email from?

1    A    Charlie Kim.

2    Q    On what day?

3    A    Wednesday, May 25, 2022.

4    Q    Can you read Kim's email, please?

5    A    "See below.  Great meeting Kevin had yesterday with Rich,

6    who battled Katie when in our three-day mega Leadership

7    Academy.  Admiral Burke is likely to shoot a note to

8    Admiral Key, UK Navy head today, to further help the momentum.

9    We gave the formal offer letter to Burke last night."

10   Q    The date is May 25, 2022, and Kim wrote, "Admiral Burke is

11   likely to shoot a note to Admiral Key, UK Navy head."

12        In your investigation, did you find evidence that the

13   defendant did email Admiral Key?

14   A    Yes.

15        MS. ROSS:  Next, can we please bring up for the

16   witness what has been marked as Government Exhibit 123.

17   BY MS. ROSS:

18   Q    What is this?

19   A    This is an email.

20        MS. ROSS:  The government moves to admit and publish

21   Government Exhibit 123.

22        MS. O'NEILL:  No objection, Your Honor.

23        THE COURT:  Without objection, 123 is in and may be

24   published to the jury.

25        (Exhibit 123 admitted)

```
 1  BY MS. ROSS:
 2  Q   Looking at the bottom email, who does the defendant send
 3  this email to?
 4  A   Ben Key.
 5  Q   What date does he send it?
 6  A   May 25, 2022.
 7  Q   Using what email address?
 8  A   His official Navy email address.
 9  Q   What's the subject line?
10  A   "Personnel Projects."
11  Q   Can you read the second paragraph?
12  A   "I wanted to write you a short note on Next Jump, something
13  I know the Royal Navy is exploring.  For your context and for
14  the sake of offering to compare notes as you go forward, I am
15  out of the driver's seat on the project.  I expect to retire as
16  soon as my relief gets through the U.S. Senate confirmation
17  process, but wanted you to have SA on what we have done in the
18  U.S. Navy and what is being contemplated next, as I know your
19  team is considering something similar."
20  Q   Then looking at the last paragraph on this page, can you
21  read just the first sentence of that paragraph?
22  A   "I have put together a proposal for wider U.S. Navy
23  implementation that includes incorporation of these tools into
24  our initial accessions recruit training with leadership -- with
25  leader development milestone and personal development
```

1   touchpoints throughout the various career paths."

2   Q   And can you just read the next -- the next sentence as

3   well, please?

4   A   "I exchanged notes with Paul a while back, and now he is

5   considering a similar approach."

6   Q   And who is the Paul he's referencing there, Agent Gardner?

7   A   Paul Beattie.

8   Q   And then can you read the beginning of that next sentence?

9   A   "For the U.S. Navy, this is now in the hands of

10  Daryl Caudle at U.S. Fleet Forces.

11  Q   And is Daryl Caudle who the defendant sent the business

12  proposal to?

13  A   Yes.

14  Q   I know we only read portions of this email, Agent Gardner,

15  but have you reviewed the entire thing?

16  A   Yes.

17  Q   And anywhere in this email, does the defendant tell Ben Key

18  that he has received an offer letter to work at Next Jump?

19  A   No.

20  Q   Anywhere in the email did the defendant tell Ben Key he had

21  agreed to work for Next Jump?

22  A   No.

23  Q   What does the defendant do with this email that he sent to

24  Ben Key?

25  A   He forwards the note to Charlie Kim and Meghan Messenger.

1  Q    And what does he say in that email?

2  A    "Charlie, my note to Ben Key, FYSA."

3  Q    How does Messenger respond?

4  A    "This is excellent.  Thank you for sharing."

5         MS. ROSS:  Next, can we please bring up, just for the

6  witness, what has been marked as Government Exhibit 125?

7  BY MS. ROSS:

8  Q    What is this?

9  A    This is an email.

10        MS. ROSS:  Government moves to admit and publish

11  Government 125.

12        MS. O'NEILL:  No objection.

13        THE COURT:  Without objection, 125 is in and may be

14  published to the jury.

15     (Exhibit 125 admitted)

16  BY MS. ROSS:

17  Q    Looking at the middle email there at 12:24 p.m., who is

18  that from?

19  A    That email is from Robert Burke at his personal email

20  address.

21  Q    Who does he send it to?

22  A    "Charlie and Meghan, thanks so much.  This is perfect."

23     Oh, sorry.  Who does he send it to?

24        THE COURT:  Yes.

25        THE WITNESS:  Charlie Kim, and CC Meghan Messenger.

1  BY MS. ROSS:

2  Q   What's the subject line?

3  A   "Next Jump Offer Letter."

4  Q   What does he write?

5  A   "Charlie and Meghan, thanks so much.  This is perfect.

6  Doing one last triple-check with the lawyers that I'm clear to

7  sign.  I'll have it back to you tomorrow."

8  Q   And then what does Kim do with the defendant's email?

9  A   He forwards it to the Team Strategy Committee listserv.

10         MS. ROSS:  Next, can we please bring up, just for the

11  witness, what has been marked Government Exhibit 126?

12  BY MS. ROSS:

13  Q   What is this?

14  A   This is the offer letter for Robert Burke to join

15  Next Jump.

16         MS. ROSS:  And can we please go to page 2 of this

17  exhibit, please?

18  BY MS. ROSS:

19  Q   Looking at the last line of this page, what does the text

20  say?

21  A   "By signing and dating below, I hereby accept this job

22  offer."

23  Q   And is there a signature there?

24  A   There is.

25  Q   Whose signature is that?

1  A    Robert Burke's.

2  Q    What date is this signed?

3  A    May 26, 2022.

4  Q    How many days after receiving the letter is that?

5  A    Two days.

6        MS. ROSS:  Can we go back to the first page of the

7  offer letter, please?

8  BY MS. ROSS:

9  Q    Looking at the fifth paragraph there, can you read just the

10 top three sentences of that fifth paragraph, please?

11 A    "You will also receive a grant of 100,000 Next Jump stock

12 options.  They will be priced at fair market value.  These

13 options reflect a significant component of employee

14 compensation."

15 Q    Can we publish this for the jury, please?

16       MS. ROSS:  The government moves to admit and publish

17 Government Exhibit 126.

18       MS. O'NEILL:  No objection.

19       THE COURT:  Without objection, 126 is in and may be

20 published to the jury.

21    (Exhibit 126 admitted)

22 BY MS. ROSS:

23 Q    Agent Gardner, I apologize.  What is this?

24 A    This is an offer letter to Robert Burke from Next Jump.

25 Q    And then can we go -- just looking at the fifth paragraph

1   there.  Can you read the top three sentences?

2   A   You will also receive a grant of 100,000 Next Jump, Inc.

3   stock options.  They will be priced at fair market value.

4   These options reflect a significant component of employee

5   compensation."

6   Q   Then looking at the third paragraph, what was the salary

7   they offered?

8   A   $500,000.

9   Q   And then going to the last page, did the defendant agree to

10  the terms in this offer letter?

11  A   Robert Burke signed the offer letter below, where it says:

12  "By signing and dating below, I hereby accept this job offer."

13  That was on May 26, 2022.

14  Q   How many days after receiving the letter is that?

15  A   Two days.

16          MS. ROSS:  Next, can we please bring up, just for the

17  witness, what has been marked as Government Exhibit 128?

18  BY MS. ROSS:

19  Q   What is this, Agent Gardner?

20  A   This is an email.

21          MS. ROSS:  I'm not going to forget this time.

22          The government moves to admit and publish what's been

23  marked as Government Exhibit 128.

24          MS. O'NEILL:  No objection, Your Honor.

25          THE COURT:  Without objection, 128 is in.

```
 1        (Exhibit 128 admitted)

 2   BY MS. ROSS:

 3   Q    Agent Gardner, looking at the bottom email, who is that

 4   from?

 5   A    Meghan Messenger.

 6   Q    Who does she send it to?

 7   A    Robert Burke and Charlie Kim.

 8   Q    On what date?

 9   A    May 26, 2022.

10   Q    What does she write?

11   A    "Bob countersigned offer letter attached.  Congratulations

12   to our newest Next Jump member."

13   Q    Looking at the next email, what does Messenger do?

14   A    Forwards the email to Team Strategy Company.

15        MS. ROSS:  Can we bring up what has been marked as

16   Government Exhibit 129?

17   BY MS. ROSS:

18   Q    What is this?

19   A    This is an email.

20        MS. ROSS:  Government moves to admit and publish

21   Government Exhibit 129.

22        MS. O'NEILL:  May I have a moment, please, Your Honor?

23        THE COURT:  Sure.

24      (Pause)

25        MS. O'NEILL:  No objection, Your Honor.
```

1          THE COURT:  Without objection, 129 is in and may be

2    published to the jury.

3        (Exhibit 129 admitted)

4          MS. ROSS:  Can we go to page 2 of Government

5    Exhibit 129, please?

6    BY MS. ROSS:

7    Q    Who sent this email, Agent Gardner?

8    A    Robert Burke.

9    Q    Who did he send it to?

10   A    Ben Key at the Royal Navy.

11   Q    Okay.  And have we looked at this email already today,

12   Agent Gardner?

13   A    We have.

14   Q    Okay.  So I'm not going to read it again.  So can we go

15   back to page 1.

16       Did Ben Key respond to the defendant's email?

17   A    He did.

18   Q    When did he respond?

19   A    He responded on Monday, May 30th.

20   Q    I won't have you read the whole thing.  But can you read

21   the first sentence there, please?

22   A    "Dear Bob, thank you for reaching out and taking the time

23   to describe where Next Jump has gotten to in U.S. Navy

24   thinking."

25   Q    And then looking at the next email, who is that from?

1    A    The next email is from Robert Burke.

2    Q    What did he do with the email from Ben Key?

3    A    He forwarded the email to Charlie and Meghan.

4    Q    Using what account?

5    A    His personal email.

6    Q    And what did he write there?

7    A    "Charlie, Meghan, Happy Memorial Day.  Forwarding a very

8    nice response from Ben Key below.  Sincerely, Bob."

9    Q    Just looking at the top email, who responds to the

10   defendant?

11   A    Messenger.

12   Q    Can you read just the top two paragraphs, please?

13   A    "Thanks for sharing.  Hadn't heard of Andy Burns.  Charlie

14   reached out to Paul Beattie on Friday to bring some of key

15   leaders to NYC for Leadership Academy this summer as a preview

16   before we kick off the partnership."

17           MS. ROSS:  Next, can we please bring up, just for the

18   witness, Government Exhibit 130, please?

19   BY MS. ROSS:

20   Q    What is this, Agent Gardner?

21   A    This is an email.

22           MS. ROSS:  The government moves to admit and publish

23   Government Exhibit 130.

24           MS. O'NEILL:  May I have a moment, please, Your Honor?

25           THE COURT:  Sure.

1     (Pause)

2          MS. O'NEILL:  No objection, Your Honor.

3          THE COURT:  Without objection, 130 is in and may be

4     published to the jury.

5     (Exhibit 130 admitted)

6          MS. ROSS:  Can we go to page 2 of this exhibit,

7     please?

8     BY MS. ROSS:

9     Q    Agent Gardner, is this the same email the defendant sent to

10    Ben Key that we've been looking at?

11    A    Yes.

12    Q    I want to pick up this chain a little farther along.

13         Going back to page 1, who is this bottom email from?

14    A    This email is from Charlie Kim.

15    Q    And what does he write?

16    A    "Bob, talking with Meghan.  Daryl Caudle, how/what do you

17    think is the best approach to connect with him?  Wetlaufer (ph)

18    I believe lives next to him.  Do you think connecting with

19    Wetlaufer first?  The last note we sent to Daryl, didn't hear

20    back.  Within the bounds of what you're able to do, what do you

21    think is the right approach?"

22    Q    Now, looking at the response to this email, who is that

23    from?

24    A    Robert Burke at his personal email address.

25    Q    Can you just read the first two paragraphs, please?

1  A   Yes.  "Charlie, I tried going directly to Daryl again

2  first, proposing either he come see your HQ or you coming to

3  brief him.  I suspect he sent your last one to his team to

4  schedule, and they dropped it accidentally when the next helmet

5  fire came up.  My last note to him and our conversations after

6  that centered on adapting a version of the modular approach the

7  Royal Navy would use to the U.S. Navy under what Daryl has

8  coined total sailor fitness, an expansion of the current Navy

9  Culture of Excellence Program."

10  Q   Can you read the last two paragraphs, please?

11  A   "He's an engineer with a Ph.D. in statistical math.  You

12  can appeal to him with your DEV GPS model as one example of

13  individual growth.  While the Navy already has many mechanisms

14  in place to approximate a measure of team growth, but they are

15  results oriented and they don't really factor in people factors

16  yet.

17      "And finally, the train to trainers aspect of your current

18  program.  Not sure this is helpful.  I'm at a conference all

19  day today.  Could potentially talk later in the day Thursday if

20  it would be of help."

21         MS. ROSS:  Please bring up 134, please.

22  BY MS. ROSS:

23  Q   What is this?

24  A   This is an email.

25  Q   Does it include an attachment?

1   A    It does.

2           MS. ROSS:  The government moves to admit and publish

3   Government Exhibit 134.

4           MS. O'NEILL:  Your Honor, may I have just a moment?

5           THE COURT:  Sure.

6      (Pause)

7           MS. O'NEILL:  No objection, Your Honor.

8           THE COURT:  Without objection, 134 is in and may be

9   published to the jury.

10      (Exhibit 134 admitted)

11  BY MS. ROSS:

12  Q    Who is this email from?

13  A    Robert Burke at his official email address.

14  Q    Who is he sending it to?

15  A    Himself at his personal email address.

16  Q    On what date?

17  A    July 18, 2022.

18  Q    What is attached?

19  A    Termination OGE 278 form.

20  Q    Going to page 2, what is this?

21  A    The aforementioned termination form.

22  Q    Have we referenced this document or an OGE 278 form earlier

23  in your testimony?

24  A    Yes.

25  Q    Then looking there at the electronic signature, what does

1   it say after that?

2   A   "I certify that the statements I have made in this form are

3   true, complete, and correct to the best of my knowledge."

4   Q   And who does it say electronically signed this document?

5   A   Robert Burke.

6   Q   And what date?

7   A   July 18, 2022.

8          MS. ROSS:  And can we go to page 5 of this exhibit,

9   please?

10  BY MS. ROSS:

11  Q   What does it say at the bottom of the page next to

12  number 3?

13  A   "Filer's employment agreements and arrangements."

14         MS. ROSS:  Then can we go to page 6 of this exhibit,

15  please?

16  BY MS. ROSS:

17  Q   Under "Employer or Party," what does it say?

18  A   "Next Jump."

19  Q   And then under "Status and Terms," what does it say there?

20  A   "I have tentatively accepted a job offer from Next Jump for

21  post-retirement employment to begin in September or October.

22  Exact details have not been worked out.  Retirement was

23  approved on 9 May 2022.  Disqualification memo signed

24  9 March 2022.  Disqualification memo signed 9 May 2022.

25  Received post-government employment advice memo from ethics

1    counselor on 13 May 2022.  Letter of offer received 24 May and

2    accepted 26 May '22.  Stock Act Notice signed on 26 May '22.

3    No pay or benefits to be received prior to starting employment

4    in September/October."

5    Q    Anywhere here, Agent Gardner, did the defendant inform

6    anyone that he had begun job discussions with Next Jump prior

7    to May 2022?

8    A    No.

9    Q    Did he inform anyone that he had been offered a job at

10   Next Jump prior to May 2022?

11   A    No.

12   Q    When did the defendant say he planned on starting at

13   Next Jump?

14   A    October of 2022.

15   Q    If you know, when did he, Agent Gardner?

16   A    October of 2022.

17          MS. ROSS:  Next, can we please bring up, just for the

18   witness, what has been marked as Government Exhibit 155?

19   BY MS. ROSS:

20   Q    What is this document, Agent Gardner?

21   A    This is another extraction report for a cell phone, a

22   Cellebrite report.

23   Q    Is this another report from Kim's phone?

24   A    Correct.

25   Q    Can we please go --

1              MS. ROSS:  Your Honor, the government moves to admit

2    and publish Government Exhibit 155.

3              MS. O'NEILL:  May I have a moment, Your Honor?

4              THE COURT:  You may.

5         (Pause)

6              MS. O'NEILL:  Your Honor, may we be heard?

7              THE COURT:  Yes.

8         (Begin bench conference)

9              MS. O'NEILL:  Your Honor, we would object to hearsay

10   and relevance.  This is after the alleged conspiracy.  He's no

11   longer a government employee at this point, no longer bound by

12   the ethics rules working for a civilian employer.  She's just

13   describing her emotions and how she feels in a text message.

14   We would argue it's not relevant."

15             MS. ROSS:  Your Honor, it is still within the charged

16   conspiracy.  It's from October.  And we would argue that these

17   are co-conspirator statements made in furtherance of the

18   conspiracy.  This is between Kim and Messenger, so it falls

19   into that bucket.  And the relevant part is no contract, no

20   job.  They're talking about the conspiracy.  They're talking

21   about bringing the defendant on to Next Jump and how kind of

22   rocky that is.  It's showing their cohesiveness, trying to

23   bring them together to kind of work through their issues about

24   finalizing and completing this conspiracy.  He's still, you

25   know, coming in.  He has -- he started maybe right around then.

1    And whether he's officially committed to joining Next Jump

2    given this rocky start.  They're still trying to be cohesive

3    and work together to ensure they complete this phase three and

4    that he remains on board at Next Jump.

5         MS. O'NEILL:  We would argue that it's not in

6    furtherance of the conspiracy because the conspiracy was a job

7    for a contract.  So the contract has already happened, and he's

8    working there.  He started two days before this email was sent,

9    so that would be the end of it.

10         THE COURT:  I don't think the government's theory is

11    just a job for a contract.  The government has suggested it was

12    a job for him pushing people to multiple people, including the

13    Royal Navy.  So I'm overruling the objection.

14         MS. ROSS:  Thank you, Your Honor.

15         MS. O'NEILL:  We would argue, as far as the Royal Navy

16    goes, it's not an official act to push it to the Royal Navy

17    because that's not part of the United States Navy.  And so we

18    would argue that that's not in furtherance of the conspiracy

19    because there is nothing illegal about him talking to the

20    Royal Navy.

21         THE COURT:  I understand your position.  I think

22    you're misconstruing the conspiracy the government has

23    described, and I think this is in furtherance of it.

24         MS. O'NEILL:  Your Honor --

25         THE COURT:  Thank you.

1          (End bench conference)

2              MS. ROSS:  Your Honor, the government moves to admit

3     and publish Government Exhibit 155.

4              THE COURT:  Over objection, 155 is in and may be

5     published to the jury.

6          (Exhibit 155 admitted)

7     BY MS. ROSS:

8     Q    What is this exhibit?

9     A    So we saw what -- one of these earlier today.  This is a

10    Cellebrite extraction report, and you're seeing a cover page

11    with key information about the device and who performed the

12    extraction.

13    Q    And is it from Kim's phone?

14    A    It is.

15             MS. ROSS:  Can we go to page 2 of this exhibit,

16    please?

17    BY MS. ROSS:

18    Q    We're going to zoom in on this for you so it's a little bit

19    bigger.

20         Who sent this message?

21    A    This message was sent by Meghan Messenger and sent to

22    Charlie Kim.

23    Q    What date did she send this?

24    A    It was read on October 5, 2022.

25    Q    And when in relation to this message did the defendant join

1    Next Jump?

2    A    October 1st, 2022.

3    Q    And can you please read this for the jury?

4    A    "I'm just getting in bed.  I'm in a bad place remembering

5    all the pain we went through with Burke to sharing two

6    $100 million verbals to come up with $0 on both, losing creds,

7    employees, pissed-off investors, just hell, to come back around

8    to reset for $300,000 to then build up to bigger only to

9    realize Burke has already moved into wanting what he wants,

10    which is his future secure, get onboard with that, and have to

11    have his shit now.  I feel like I got shit end of a stick

12    that's lasted three years, and the only thing I got was a trip

13    to his place in Italy, which we paid for, and a retired

14    four-star, maybe two-star with attitude.

15        "He blames us for some of his pain.  I blame him for some

16    of our pain, too.  And to act psycho on top of it, when I've

17    been shoving down my anger, except one outburst, saying no

18    contract, no job, go screw.  The contract doesn't even cover

19    one year's salary.  Feeling played.  Maybe he feels played.

20    Either way, if that's the case, we are even.  But he works for

21    us now, not other way around.  Eat shit and say thank you."

22    Q    Agent Gardner, we see that Messenger referenced

23    $100 million verbals to come up with zero in both.  What do you

24    understand that to be a reference to?

25    A    Earlier discussions with potential massive contracts for

1    Next Jump for the Navy.

2    Q   We see here that Messenger writes, "I feel like I got shit

3    end of stick that lasted three years, and the only thing I got

4    was a trip to his place in Italy, which we paid for, and a

5    retired four-star, maybe two-star with attitude."

6        Agent Gardner, how many trips relevant to your

7    investigation did Kim and Messenger take to Italy?

8    A   Two.

9    Q   And when were those trips?

10   A   First was for the training in early January.  The second

11   was end of April, early May.

12   Q   And where did Kim and Messenger stay on that second trip?

13   A   They stayed at Burke's house in Italy.

14   Q   Was that after Next Jump's approximately $300,000 contract

15   with the Navy?

16   A   Yes.

17   Q   And we see here that Messenger writes, "When I have been

18   shoving down my anger, except one outburst saying no contract,

19   no job."

20       I just want to be clear.  In 2020, did Next Jump have a

21   contract with the Navy?

22   A   It did not.

23   Q   In the beginning of 2022, did Next Jump get a new contract

24   with the Navy?

25   A   It did.

1   Q   And after that contract, when did the defendant join

2   Next Jump?

3   A   The fall of 2022.

4   Q   Thank you.

5       MS. ROSS:  We can take that exhibit down.

6   BY MS. ROSS:

7   Q   Agent Gardner, based on your investigation, if you know,

8   how did the defendant adjust to working at Next Jump?

9   A   It did not go well.

10  Q   How long was he employed at Next Jump?

11  A   He was employed from October through January of 2023, so

12  just a few months.

13      MS. ROSS:  Can we please pull up, just for witness,

14  what has previously been admitted as Government Exhibit 143?

15  BY MS. ROSS:

16  Q   What is this, Agent Gardner?

17  A   This is an email.

18      MS. ROSS:  I believe this has previously been

19  admitted.

20      Can we publish it for the jury too, please?  Thank

21  you.

22  BY MS. ROSS:

23  Q   Who is this email from?

24  A   This is from Robert Burke at his Next Jump email address.

25  Q   What is the subject line?

1   A   Personal.

2   Q   And is there an attachment?

3   A   There is.

4   Q   What is that attachment?

5   A   A resignation letter.

6   Q   And can you read this email, please?

7   A   "Charlie, Meghan, hoping you have a few minutes to talk

8   this morning before all hands.  BLUF, please find my attached

9   resignation letter providing two weeks' notice.  I would like

10  to come by and discuss in person rather than by email.  This is

11  sensitive personal information I have not shared with anyone

12  else.  Thanks, Bob."

13  Q   Going to page 2 of this exhibit, what is this?

14  A   This is the aforementioned resignation letter.

15  Q   Can you read just the first two sentences, please?

16  A   "Dear Charlie and Meghan, please accept this letter as

17  formal notification that I'm resigning from my position as a

18  senior partner in Next Jump.  My last day will be

19  January 31st, 2023."

20  Q   Approximately how many months after the defendant started

21  at Next Jump is that?

22  A   Four months.

23  Q   And if you know, how much did he make in those months,

24  approximately?

25  A   He received his $500,000 base salary, prorated for those

1    four months, so approximately $166,000.

2         MS. ROSS:  No further questions, Your Honor.

3         THE COURT:  All right.  Ms. O'Neill.

4                        CROSS-EXAMINATION

5    BY MS. O'NEILL:

6    Q    Thank you, Your Honor.

7         Good afternoon, Agent Gardner.

8    A    Good afternoon.

9    Q    And, clearly, you have been intimately involved in the

10   investigation into Admiral Burke; is that correct?

11   A    I'm one of the case agents in this matter.  Correct.

12   Q    Are you lead agent?

13   A    We don't really have a lead agent.  We're a pretty

14   well-organized team.

15   Q    And how many times have you met with the prosecutors to

16   prepare for your testimony today?

17   A    I don't know offhand.

18   Q    Several times?

19   A    Sure.

20   Q    And we've never met before; is that correct?

21   A    I have never met you, no.

22   Q    Have you met Mr. Parlatore?

23   A    I have not.

24        MS. O'NEILL:  Can you pull up No. 110, please?

25   BY MS. O'NEILL:

1  Q   Agent Gardner, can you tell us how this investigation

2  began?  What was the initial, I guess, I don't know, complaint

3  or --

4        MS. ROSS:  Objection, Your Honor.  Relevance and

5  outside the scope.

6        THE COURT:  Overruled.

7        THE WITNESS:  So I believe it was a complaint.  I'm

8  not sure on the exact source of the complaint or where the

9  complaint went to.  I know the FBI joined the investigation

10 after the investigation had already been going on.

11 BY MS. O'NEILL:

12 Q   Who did you join?

13 A   We joined NCIS and DCIS.

14 Q   What do -- what does NCIS stand for?

15 A   Naval Criminal Investigative Service, I believe.

16 Q   So that's the Navy's investigators?

17 A   That seems correct.

18 Q   Okay.  And DCIS, what does that stand for?

19 A   Defense Criminal Investigative Service, I believe.

20 Q   Okay.  And so the investigation started with them, and the

21 FBI joined?

22 A   Yeah, the FBI joined.  I'm not sure how far along into it,

23 but...

24 Q   It's your testimony, you don't remember what type of

25 complaint or source it was?

```
 1   A    I can't say specifically.  If you have a document with the
 2   initial complainant, that might refresh me, but I don't want to
 3   speculate on how it initially began.
 4   Q    Do you know who initially made the complaint?
 5   A    I know of a complainant.  I don't know if this person was
 6   the first complainant or the initial predicator of everything.
 7   Q    And do you know Denese Canedo as a complainant?
 8   A    Yes.
 9   Q    And were you looking over to the prosecutor just then to
10   see if it was okay to answer the question?
11   A    She was standing up, so I didn't know if she was going to
12   say something.
13   Q    Okay.  Denese Canedo was -- you found out during your
14   investigation that she had been romantically involved with
15   Admiral Burke?
16   A    Correct.
17   Q    And you found out during your investigation that she was
18   very upset when he broke up with her?
19   A    I don't want to speculate on how she was feeling about
20   their relationship ending or whatnot.  I can't get in her head.
21   Q    You can't get in her head.  She's been interviewed many
22   times; is that correct?
23   A    She has.
24   Q    And that would be in the case file in your investigation;
25   is that correct?
```

1    A    How she exactly felt about their breakup?  I don't recall

2    specifically.

3    Q    Okay.  I'll turn to Government Exhibit 110.

4        The prosecution asked you about this exhibit and they

5    wanted you to read just this first line.  Can you read it

6    again, starting with "Keep"?

7    A    "Keep this on the down-low, but we made an offer to Burke.

8    Going through legal" -- just the first sentence or keep

9    reading?

10   Q    You can go on to the second one.

11   A    "Going through legal process with Navy as well."

12   Q    Okay.  And that does say "an offer," not "another offer."

13   Is that correct?

14   A    That is correct.

15        MS. O'NEILL:  Can we have Exhibit No. 121, please?

16   Can you scroll down until you can see the shares?

17        Right there is good.

18   BY MS. O'NEILL:

19   Q    Agent Gardner, I'm going to direct you to kind of the

20   middle of the page, where it says, "You will also receive a

21   grant of 100,000 Next Jump, Inc. stock options."

22        Do you see that line?

23   A    I do.

24   Q    The government asked you to compare that to a text message

25   that said 10 percent interest in the company.

1    Do you remember comparing that text message with this

2  document?

3  A    I remember being asked about them around the same time,

4  yes.

5  Q    This says "$100,000 Next Jump, Inc. stock options."

6    How many stock options were there at Next Jump?

7  A    I'm not sure.

8  Q    Okay.  So this does not -- 100,000, to the best of your

9  knowledge, does not equal 10 percent, does it?

10  A    I'm not aware of what percentage that relates to.

11    MS. O'NEILL:  May I have a moment, please, Your Honor?

12    THE COURT:  You may.

13    (Pause)

14  BY MS. O'NEILL:

15  Q    I'm now showing you page 4 of that.  Do you see this

16  estimated valuation report?

17  A    I do.

18  Q    And so what they're doing here is they're projecting, if

19  the company is worth 100 million, if the company is worth

20  1 billion, 10 billion, 100 billion.  Is that what you

21  understand this to mean?

22  A    Yes.

23  Q    Okay.  And so if you extrapolate that of how much his

24  100,000 shares would be worth, that would be about .06 percent

25  of the company.  Is that correct?

1    A    That's a lot of quick math for me to do up here --

2    Q    Sure.

3    A    -- so I'm not even going to attempt it.

4    Q    Okay.  That's not part of something you did as part of your

5    investigation to verify the veracity of the text messages?

6    A    I did not compare the 100,000 stock options with this table

7    and what that equated to percentage-wise.

8    Q    Okay.  You have both of these documents in your report; is

9    that correct?

10   A    We have them in our case files as a team.

11   Q    Okay.  There has been a lot of talk about multimillion

12   dollar contracts.  In 2020, 2021, or 2022, how many

13   multimillion dollar contracts did Next Jump have with the Navy?

14   A    How many did they actually receive?

15   Q    Multimillion dollar contracts with the Navy.

16   A    In '21 and '22?

17   Q    Correct.

18   A    Zero.

19   Q    In 2020?

20   A    Zero.

21   Q    So we saw a lot of emails between Meghan Messenger and

22   Charlie Kim back and forth.  Those came in through you and your

23   testimony with Ms. Ross.  Is that correct?

24   A    I don't know specific emails you're talking about, but

25   there were emails between them.

1  Q   And you saw them mention, we're about to have a $1 million

2  contract with the Navy or a $10 million contract with the Navy

3  or a $20 million contact with the Navy.  You saw those numbers

4  in those emails?

5  A   Without looking at the specific emails you're referencing,

6  I can't say the specific amounts, but there were various

7  amounts thrown around.

8  Q   And many of those amounts were in the millions?

9  A   Correct.

10  Q   And, like you said, there were no million or more dollar

11  contract with Next Jump and the Navy during 2020 and 2021 or

12  2022?

13  A   None that came to fruition.

14  Q   Okay.  So you say none that came to fruition.  Do you have

15  any paperwork where somebody in the Navy started a contract

16  with Next Jump for a million dollars or multimillion dollars

17  between 2020 and 2021 or 2022?

18  A   I have not seen that, no.

19  Q   Okay.  So it's not just that one didn't come to fruition,

20  there's no evidence of one even beginning.  Is that correct?

21  A   Formally within the Navy process, no.

22  Q   Correct.  So every time we see numbers like million,

23  10 million, 20 million, that's just coming from Charlie Kim and

24  Meghan Messenger, correct?

25  A   The actually written-down numbers of that, yes.

1  Q   Okay.  You didn't see any Navy personnel writing down

2  numbers of we're going to give Next Jump a contract of a

3  million, 10 million, 20 million, correct?

4  A   I have not seen those, no.

5  Q   You looked for that, right?

6  A   We reviewed all of the evidence in the case, and anything

7  that's relevant gets brought up.

8  Q   So your job is not just reviewing evidence in the case.

9  You gathered evidence as well, correct?

10 A   Correct.  What I'm saying is, we don't look for

11 specifically, I got to go find this one email that has someone

12 saying X, Y or Z.  We review it all, determine its relevance,

13 determine how it fits in the case, and go from there.

14 Q   My question is:  Did you go looking for whether anyone in

15 the Navy began a 1 million, 10 million, or 20 million dollar

16 contract with the Navy in any of 2020 to 2022, based on what

17 you saw in the text messages or emails between Charlie Kim and

18 Meghan Messenger?

19 A   Again, what I'm saying is we reviewed all relevant

20 documentation.  We didn't necessarily go hunting for it.  We

21 had to find someone with the Navy that may have written down a

22 20 million dollar contract to see if it did or didn't exist.

23 It wasn't like a prove-the-negative-type scenario.  It was,

24 review all relevant records and then apply them accordingly to

25 everything we find.

1  Q   Okay.  So why not prove the negative?

2  A   Well, we use the facts that are in front of us, see what

3  picture they paint, where they point, and then we go from

4  there.

5  Q   So if somebody says, we're starting a $20 million contract

6  with the Navy, but you're not aware of a $20 million contract

7  with the navy, don't you feel like you need to check that?

8  A   We would check, but, once again, we're not specifically

9  looking, like keyword searching, find me a $20 million

10  contract.

11     Does that make sense?

12  Q   It does for what you have.  But don't you have the ability

13  as an FBI agent to go out and talk to people?

14  A   Of course.

15  Q   So did you interview people within the Navy?

16  A   Yes.

17  Q   And did those people within the Navy let you know that they

18  had begun work on creating a 1 million, 10 million, or

19  20 million dollar contract for Next Jump in 2020, 2021, or

20  2022?

21  A   In all of our interviews with members of the Navy, we did

22  not find any evidence of that.

23  Q   Okay.

24     MS. O'NEILL:  You can take this exhibit down.  Thank

25  you.

BY MS. O'NEILL:

Q   Do you have a military background, Agent Gardner?

A   I do not.

Q   In your investigation, did you learn that admirals, flag officers in general throughout the military, it's quite common for many people to have access to their official government emails?

A   Yes.

Q   So if somebody sends an email to four-star Admiral Burke, it doesn't just go to four-star Admiral Burke; is that correct?

A   Not necessarily.

Q   Okay.  So several people can see the emails that go to that email address, correct?

A   I imagine members of the staff maybe have access to those emails.  I don't know of necessarily a rule of who does and doesn't have access.

Q   Sure.  But you understand that it's general policy that they're not the only ones that can access emails that go to the email address for a four-star admiral?

A   Again, I wouldn't categorize it as a general policy.  I just know it happens.  Not necessarily alleging any sort of impropriety to it.  I just -- I know that there are people with high-ranking officials who have access to their emails if they're part of they're staff.  Once again, I wouldn't characterize confidently as a policy that they do that.

1    Q   In this case, did you learn that at least five other people

2    on Admiral Burke's staff had access to any email that went to

3    his official Navy email?

4    A   I know others did.  I don't know how many.

5    Q   Okay.  You were aware that his executive director,

6    Juliet Beyler, had access to any email that went to

7    Admiral Burke?

8    A   That sounds correct.

9    Q   He had specific aides.  He had both a captain in the Navy

10   and officer O-6 aide that would have access to every email as

11   well?

12   A   Again, as a rule, I don't know.  I'm sure his flag aides

13   and his aides did.

14   Q   Okay.  Were you also aware that the military archives all

15   emails sent to flag officers?

16   A   I'm not necessarily sure if it's just flag officers, but

17   I'm aware that the Navy archives their emails.  That's how

18   we're able to retrieve them for investigations and other

19   matters.

20   Q   Okay.  So you would be able to access any email that was

21   sent to or from Admiral Burke to his official Navy email,

22   correct?

23   A   As long as we received those emails from the Navy when

24   requested, yes.

25   Q   Any reason to believe the Navy wouldn't have sent you what

1   you asked for?

2   A   No.

3           MS. O'NEILL:  Can you pull up Government Exhibit 28,

4   please?  And publish.  Thank you.

5   BY MS. O'NEILL:

6   Q   So back to my question on the multimillions.

7       Do you see here how --

8           MS. ROSS:  Actually, can you scroll down, please?

9           Keep going.  Stop there.

10  BY MS. ROSS:

11  Q   Do you see the email in the middle of the page from

12  Charlie Kim to Admiral Burke?

13  A   I do.

14  Q   Do you see how he's asking -- do you see that the date is

15  May 10, 2021?

16  A   Yes.

17  Q   Do you see how Charlie Kim there is asking for a

18  $20 million proposal?

19  A   That is what Kim is proposing, yes.

20  Q   You understand that the only contract that existed with the

21  Navy and Next Jump after this date of May 10, 2021, was a

22  $330,000 contract?  Is that correct?

23  A   Approximately, correct.

24          MS. O'NEILL:  Okay.  Can you scroll to the top of that

25  page?  I'm sorry.  The top of the entire document.  Thank you.

1          Scroll down a little bit so we can see the whole

2     email.  That's good.

3     BY MS. O'NEILL:

4     Q   Can you -- can you look towards the bottom of page, where

5     it says "Navy contact..."?

6     A   Yeah, I see that.

7     Q   So do you understand this to be that Mr. Kim is looking for

8     the government contractor that he can use to then be a

9     subcontractor to?

10    A   One moment.

11    Q   Sure.

12        (Pause)

13    A   Can you ask that question one more time, please?

14    Q   Sure.  Do you understand this to be that he's looking for

15    what government contractor he can use to be a subcontractor to?

16    A   Yes.

17    Q   That he's got to find somebody that is a government

18    contractor in order to get a contract with the Navy, correct?

19    A   Correct.  A contract vehicle, as we talked earlier.

20    Q   Okay.  And Next Jump was not a government contractor,

21    that's correct?

22    A   They were not a prime contractor.  They had been a

23    subcontractor, but they did not have an existing government

24    contract.

25    Q   And so a percentage, he's talking about commission here, 30

1   to 40 percent commission or standard 5 percent commission.  Is

2   that -- that's what he's talking about, that money going to the

3   prime contractor?

4   A    Correct.

5   Q    And Next Jump then gets what's left?

6   A    Correct.

7   Q    And in your investigation, you discovered that Next Jump

8   got $257,000 of the $330,000 contract; is that correct?

9   A    I don't have the number specifically in front of me, but I

10  do know a portion went to PowerTrain as a prime contractor.  I

11  don't know specifically how much, but...

12  Q    Does that sound about right, 257,000?

13  A    Sounds ballpark correct.

14          MS. O'NEILL:  Can you go to Exhibit 153, please?

15          THE COURT:  Ms. O'Neill, why don't you wrap up once

16  you're finished with 153.

17          MS. O'NEILL:  Absolutely, Your Honor.  This should be

18  quick.

19  BY MS. O'NEILL:

20  Q    Do you see here, this is an email that Admiral Burke is

21  sending to Brett Genoble?

22  A    Yes.

23  Q    And it -- you understand that to be senior executive

24  service?

25  A    I do.

1    Q    Within the Navy?

2    A    Correct.

3    Q    Now, this email, here he's talking about how he is a

4    perfectionist or micro manager?  That might be further down.

5    A    Yeah, I see it.  A little over midway through that email.

6    Q    You understand that in your investigation you learned

7    Admiral Burke's background.  Is that correct?

8    A    Within the Navy, yes.

9    Q    Within the Navy, that he's a submariner?

10   A    Yes.

11   Q    And a nuclear guy, nuclear submarines?

12          MS. ROSS:  Objection, Your Honor.  Relevance.  Outside

13   the scope.

14          THE COURT:  Overruled.

15   BY MS. O'NEILL:

16   Q    Is that what you understand it to be, nuclear submarine?

17   A    Yes.

18          MS. O'NEILL:  Your Honor, if you want to end there

19   with this document, that would be a good place.

20          THE COURT:  Great.  All right.

21          Ladies and gentlemen, we've had a long day.

22   Appreciate your attention throughout.  Let's go ahead and

23   recess for the weekend.  The attorneys and I have all of our

24   other matters that we have to deal with tomorrow when we're not

25   in trial.

 1          So let me ask you to return for a continued trial for

 2    9:30 on Monday morning.  Of course, as discussed before, please

 3    do not talk with anyone about the trial over the weekend.  I

 4    know that's difficult, but as we discussed earlier this week,

 5    it's really important that you not talk with other people.

 6    And, of course, don't do any investigating on your own.

 7          I'll direct Agent Gardner not to discuss the content

 8    of his testimony until we're back again at 9:30.

 9          Happy Mother's Day to all you mothers.  Have a great

10    weekend.

11       (Jury absent)

12          THE COURT:  All right.  Ms. Ross, who do you have next

13    for us?

14          You're welcome to step down, Agent Gardner.

15          MS. ROSS:  One moment, please, Your Honor.

16       (Pause)

17          MS. ROSS:  Your Honor, we're still trying to work it

18    out, but I believe it will be either Captain Bradley Appleman

19    or Admiral John Hannink.

20          THE COURT:  Why don't I get your revised guess on how

21    much longer do we have?

22          MS. ROSS:  Can we tell you Monday morning?  Or we're

23    happy to send it to chambers.

24          THE COURT:  Why don't you email us all.  I think one

25    thing I'm trying to figure out is how quickly we need to deal

1  with jury instructions.  Why don't you three just huddle for a

2  minute.

3        MS. ROSS:  Your Honor, I think with our collective

4  brain power, we have decided, likely, no later than Wednesday,

5  possibly even Tuesday.

6        THE COURT:  Okay.  Great.  So you all know, I have

7  another commitment Wednesday afternoon, so Wednesday will be a

8  short day.

9        MS. ROSS:  It's even possible we'll finish by then,

10  Your Honor.

11        THE COURT:  Great.  Anything -- why don't we go ahead

12  and plan to just resume at 9:30.  If anything comes up over the

13  weekend that we need to get together early for, email chambers

14  and one another, and we can plan to talk at 9:00.  Otherwise,

15  we'll plan to get going with the trial at 9:30.

16        Then we'll need to discuss jury instructions.

17  Probably shoot for Monday afternoon.

18        Anything further for the government?

19        MS. ROSS:  Nothing from the government.

20        THE COURT:  For defense?

21        MR. PARLATORE:  No, Your Honor.

22        THE COURT:  Thank, folks.  Have a good weekend.  See

23  you all on Monday.

24      (Proceedings concluded at 4:52 p.m.)

25

1                              CERTIFICATE

2          I, Sonja L. Reeves, Federal Official Court Reporter in and
   for the United States District Court of the District of
3    Columbia, do hereby certify that the foregoing transcript is a
   true and accurate transcript from the original stenographic
4    record in the above-entitled matter and that the transcript
   page format is in conformance with the regulations of the
5    Judicial Conference of the United States.

6          Dated this 8th day of May, 2025.

7

8                                    /s/ Sonja L. Reeves
                                  SONJA L. REEVES, RDR-CRR
9                                 FEDERAL OFFICIAL COURT REPORTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 121:2
**$100** [2] - 111:6, 111:23
**$100,000** [1] - 119:5
**$166,000** [1] - 115:1
**$20** [5] - 121:3, 123:5, 123:6, 123:9, 126:18
**$25** [1] - 33:20
**$257,000** [1] - 128:8
**$300,000** [2] - 111:8, 112:14
**$330,000** [2] - 126:22, 128:8
**$413,500** [1] - 31:17
**$500,000** [4] - 90:16, 91:9, 99:8, 114:25
**$590** [1] - 46:2

## '

**'21** [1] - 120:16
**'22** [3] - 107:2, 120:16

## /

**/s** [1] - 132:8

## 0

**0** [1] - 111:6
**06** [1] - 119:24

## 1

**1** [22] - 14:1, 15:9, 18:2, 18:13, 18:21, 24:8, 25:19, 32:2, 32:22, 33:22, 34:24, 44:23, 58:15, 63:1, 67:6, 68:20, 101:15, 103:13, 119:20, 121:1, 122:15, 123:18
**10** [17] - 27:5, 28:18, 40:9, 42:15, 44:10, 64:25, 84:16, 90:25, 118:25, 119:9, 119:20, 121:23, 122:3, 122:15, 123:18, 126:15, 126:21
**100** [8] - 2:14, 2:21, 60:11, 60:18, 60:23, 60:25, 119:19, 119:20
**100,000** [7] - 91:10, 98:11, 99:2, 118:21, 119:8, 119:24, 120:6

**1000** [1] - 1:17
**10016** [1] - 1:21
**101** [6] - 2:14, 2:21, 55:15, 55:20, 56:6, 56:8
**103** [1] - 2:22
**105** [1] - 2:22
**106** [2] - 2:15, 64:22, 65:25, 66:5, 66:10, 66:12
**107** [5] - 2:15, 67:19, 67:24, 68:1, 68:3
**108** [3] - 69:8, 69:14, 71:2
**109** [7] - 2:16, 70:25, 71:6, 71:9, 71:12, 71:18, 71:20
**10th** [8] - 15:16, 28:24, 29:6, 43:12, 45:20, 46:2, 64:8, 64:11
**11** [4] - 2:8, 28:18, 40:9, 50:2
**110** [10] - 2:16, 2:23, 73:10, 73:15, 73:17, 73:19, 77:6, 77:21, 115:24, 118:3
**111** [3] - 74:19, 77:15, 77:22
**114** [8] - 2:17, 78:11, 78:16, 78:18, 78:20, 80:3, 80:21, 82:22
**115** [1] - 2:4
**119** [5] - 2:17, 86:7, 86:11, 86:13, 86:15
**11th** [3] - 28:24, 29:7, 52:18
**12** [4] - 2:7, 40:10, 54:18, 58:11
**120** [5] - 2:18, 87:12, 87:17, 87:19, 87:21
**121** [6] - 2:18, 88:16, 88:21, 88:23, 88:25, 118:15
**122** [5] - 2:19, 91:13, 91:19, 91:21, 91:23
**123** [5] - 2:19, 93:16, 93:21, 93:23, 93:25
**125** [5] - 2:20, 96:6, 96:11, 96:13, 96:15
**126** [5] - 2:20, 97:11, 98:17, 98:19, 98:21
**128** [5] - 2:21, 99:17, 99:23, 99:25, 100:1
**129** [6] - 2:21, 100:16, 100:21, 101:1, 101:3, 101:5
**12:24** [1] - 96:17
**12:40** [1] - 40:3
**12th** [1] - 61:14

**13** [5] - 2:8, 40:11, 52:5, 84:15, 107:1
**13-week** [1] - 63:7
**130** [5] - 2:22, 102:18, 102:23, 103:3, 103:5
**1301** [1] - 1:17
**134** [5] - 2:22, 104:21, 105:3, 105:8, 105:10
**13th** [1] - 80:2
**14** [5] - 27:12, 28:15, 40:11, 55:6, 57:5
**143** [1] - 113:14
**14th** [3] - 33:7, 57:10, 61:13
**15** [2] - 10:18, 40:12
**153** [1] - 128:14, 128:16
**154** [5] - 2:23, 27:17, 27:22, 28:4, 28:6
**155** [6] - 2:23, 107:18, 108:2, 110:3, 110:4, 110:6
**15th** [4] - 30:17, 32:14, 33:5, 90:18
**16** [7] - 9:4, 11:16, 12:16, 13:17, 19:14, 35:6, 64:3
**165** [7] - 2:24, 49:9, 49:14, 49:17, 49:19, 52:7, 52:21
**166** [6] - 2:24, 92:9, 92:14, 92:20, 92:22, 92:24
**16th** [4] - 33:6, 36:12, 39:16, 40:3
**17** [2] - 2:9, 20:17
**17th** [2] - 1:20, 20:14
**18** [5] - 22:21, 23:4, 83:23, 105:17, 106:7
**1:06** [1] - 36:12
**1:24-cv-00265-TNM** [1] - 1:5
**1:35** [2] - 1:11, 3:1
**1st** [4] - 15:13, 67:17, 90:18, 111:2

## 2

**2** [23] - 17:22, 18:2, 19:7, 19:10, 31:12, 33:17, 48:19, 51:5, 62:9, 66:14, 68:16, 75:2, 75:3, 77:14, 81:9, 83:6, 90:3, 97:16, 101:4, 103:6, 105:20, 110:15, 114:13
**20** [6] - 41:21,

**121:23, 122:3, 122:15, 122:22, 123:19**
**20001** [1] - 1:25
**2020** [7] - 112:20, 120:12, 120:19, 121:11, 121:17, 122:16, 123:19
**2021** [29] - 9:4, 10:18, 11:16, 12:16, 13:17, 15:13, 19:14, 20:14, 20:21, 22:21, 23:4, 27:5, 27:12, 28:15, 33:16, 35:6, 41:21, 62:15, 64:3, 76:24, 80:15, 81:16, 90:25, 120:12, 121:11, 121:17, 123:19, 126:15, 126:21
**2022** [52] - 6:1, 44:10, 50:2, 52:5, 54:18, 55:6, 57:5, 58:11, 64:20, 68:25, 69:2, 69:7, 72:15, 72:23, 73:5, 75:15, 75:25, 78:4, 80:10, 81:24, 83:13, 84:15, 85:7, 85:18, 85:23, 86:1, 90:9, 93:3, 93:10, 94:6, 98:3, 99:13, 100:9, 105:17, 106:7, 106:23, 106:24, 107:1, 107:7, 107:10, 107:14, 107:16, 110:24, 111:2, 112:23, 113:3, 120:12, 121:12, 121:17, 122:16, 123:20
**2023** [2] - 113:11, 114:19
**2025** [3] - 1:10, 4:2, 132:6
**20530** [2] - 1:15, 1:17
**208** [1] - 83:23
**22** [1] - 2:9
**22nd** [2] - 8:22, 61:17
**23** [2] - 33:17, 80:15
**24** [3] - 90:9, 90:25, 107:1
**24th** [1] - 89:11
**25** [4] - 22:5, 93:3, 93:10, 94:6
**257,000** [1] - 128:12
**26** [6] - 2:10, 98:3, 99:13, 100:9, 107:2
**260** [1] - 1:20
**2635.604** [1] - 83:24

**26th** [1] - 61:14
**278** [2] - 105:19, 105:22
**28** [3] - 2:23, 81:16, 126:3
**28th** [2] - 59:25, 82:4
**29** [1] - 75:25
**29th** [1] - 64:20
**2nd** [4] - 15:13, 68:25, 69:2, 69:7

## 3

**3** [15] - 1:9, 10:3, 10:6, 31:18, 44:18, 49:1, 58:5, 62:3, 75:16, 81:21, 81:22, 84:9, 90:15, 106:12
**30** [1] - 127:25
**30th** [1] - 101:19
**31st** [2] - 61:13, 114:19
**333** [1] - 1:24
**36** [1] - 2:10
**39** [4] - 2:11, 29:22, 80:4, 80:20
**3:03** [1] - 65:16
**3:14** [1] - 65:16
**3:15** [1] - 72:7
**3:26** [1] - 41:18
**3rd** [3] - 72:7, 72:15, 72:23

## 4

**4** [7] - 49:3, 61:1, 61:5, 73:5, 80:21, 90:22, 119:15
**40** [1] - 128:1
**41** [1] - 2:11
**42B** [3] - 80:21, 81:8, 90:21
**44** [1] - 2:12
**46** [2] - 81:8, 82:11
**49** [1] - 2:24
**4:04** [1] - 58:18
**4:52** [2] - 1:11, 131:24

## 5

**5** [6] - 24:21, 56:9, 83:24, 106:8, 110:24, 128:1
**5,000** [1] - 20:8
**500K** [2] - 32:21, 91:2
**51** [1] - 2:12
**512** [2] - 8:22, 61:16
**54** [1] - 2:13

**56** [2] - 2:14, 10:13
**58** [1] - 2:13
**5:00** [1] - 65:10

**6**

**6** [11] - 24:18, 25:20,
61:24, 75:15, 78:4,
85:7, 85:18, 85:23,
86:1, 91:4, 106:14
**60** [1] - 2:14
**600,000-plus** [1] -
33:21
**601** [1] - 1:14
**61** [5] - 2:6, 8:8, 8:13,
8:15, 8:17
**62** [6] - 2:7, 9:11,
9:16, 9:18, 9:20, 10:6
**64** [5] - 2:7, 11:24,
12:4, 12:6, 12:8
**640K** [1] - 20:8
**65** [5] - 2:8, 10:23,
11:3, 11:5, 11:7
**66** [8] - 2:8, 2:15,
12:21, 13:1, 13:7,
13:9, 34:20, 34:22
**67** [5] - 2:9, 16:21,
17:1, 17:7, 17:9
**68** [7] - 2:9, 2:15,
21:7, 21:12, 22:12,
22:14, 82:11
**69** [2] - 23:11, 25:5
**6th** [3] - 74:5, 77:13,
77:17

**7**

**7** [1] - 2:3
**71** [1] - 2:16
**73** [6] - 2:10, 2:16,
26:12, 26:17, 26:19,
26:21
**75** [3] - 30:9, 33:23,
34:18
**76** [7] - 2:10, 35:21,
35:23, 36:1, 36:3,
36:5, 38:7
**77** [5] - 2:11, 39:1,
39:6, 39:11, 39:13
**78** [5] - 2:17, 33:25,
34:2, 37:12, 38:5
**7:06** [2] - 36:14,
39:21

**8**

**8** [3] - 1:10, 2:6, 40:8
**84** [6] - 2:11, 40:25,
41:2, 41:5, 41:10,
41:12

**86** [1] - 2:17
**87** [1] - 2:18
**88** [1] - 2:18
**8:51** [1] - 11:18
**8th** [1] - 132:6

**9**

**9** [5] - 2:7, 83:13,
106:23, 106:24
**90** [1] - 63:15
**91** [1] - 2:19
**92** [7] - 2:12, 2:24,
43:17, 43:22, 43:24,
44:1, 48:7
**93** [3] - 2:19, 45:7,
45:12
**96** [1] - 2:20
**97** [6] - 2:12, 51:7,
51:12, 51:18, 51:20,
53:1
**98** [3] - 2:13, 2:20,
54:1, 54:6, 54:8,
54:10
**99** [5] - 2:13, 57:17,
57:22, 58:2, 58:4
**9:00** [1] - 131:14
**9:06** [1] - 58:11
**9:26** [1] - 18:24
**9:26:54** [1] - 18:22
**9:30** [4] - 130:2,
130:8, 131:12, 131:15
**9:35:36** [1] - 32:14
**9th** [5] - 15:16, 40:9,
45:5, 45:18, 46:12

**A**

**a.m** [6] - 11:18,
36:12, 36:14, 39:21,
41:18, 58:11
**ability** [1] - 123:12
**able** [5] - 50:11,
70:17, 72:20, 73:4,
103:20, 125:18,
125:20
**above-entitled** [1] -
132:4
**abroad** [1] - 47:23
**absent** [3] - 3:2,
65:4, 130:11
**absolutely** [4] - 4:18,
5:5, 46:19, 128:17
**abuse** [1] - 4:20
**Academy** [21] - 8:4,
13:24, 14:25, 15:7,
15:8, 15:12, 20:3,
27:6, 27:8, 34:23,
35:1, 52:9, 61:9,
62:15, 62:24, 63:5,

67:1, 93:7, 102:15
**academy** [2] - 18:2,
20:5
**accelerate** [2] - 16:7,
16:12
**accelerated** [1] -
20:3
**accelerates** [2] -
15:22, 16:2
**accept** [5] - 45:23,
75:20, 97:21, 99:12,
114:16
**acceptance** [1] -
89:17
**accepted** [2] -
106:20, 107:2
**access** [9] - 124:6,
124:14, 124:16,
124:18, 124:23,
125:2, 125:6, 125:10,
125:20
**accessions** [2] -
53:16, 94:24
**accidentally** [1] -
104:4
**accommodate** [1] -
63:14
**accordance** [1] -
83:23
**according** [1] - 67:17
**accordingly** [1] -
122:24
**account** [2] - 42:1,
102:4
**accounting** [1] -
37:14
**accurate** [4] - 4:8,
77:2, 84:24, 132:3
**accuse** [1] - 5:8
**Act** [1] - 107:2
**act** [2] - 109:16,
111:16
**actions** [1] - 79:17
**active** [3] - 16:5,
16:11, 30:3
**acumen** [1] - 90:13
**adapted** [1] - 56:22
**adapting** [1] - 104:6
**add** [5] - 22:2, 31:2,
42:7, 42:13
**additional** [1] - 42:9
**address** [18] - 8:22,
19:11, 56:12, 78:23,
87:25, 88:7, 88:8,
88:13, 89:8, 94:7,
94:8, 96:20, 103:24,
105:13, 105:15,
113:24, 124:13,
124:19
**addresses** [2] - 40:4,

56:13
**adjust** [1] - 113:8
**Admiral** [30] - 13:22,
27:15, 28:19, 28:25,
46:23, 56:16, 58:25,
60:3, 60:6, 63:4, 63:5,
69:23, 75:11, 81:23,
93:7, 93:8, 93:10,
93:11, 93:13, 115:10,
117:15, 124:9,
124:10, 125:2, 125:7,
125:21, 126:12,
128:20, 129:7, 130:19
**admiral** [4] - 18:5,
19:24, 81:19, 124:19
**admirals** [1] - 124:4
**admissible** [1] -
70:13
**admit** [43] - 8:12,
9:15, 11:2, 12:3,
12:25, 16:25, 21:11,
25:2, 25:4, 26:16,
27:21, 35:25, 39:5,
41:4, 43:21, 45:11,
49:13, 51:11, 54:5,
55:19, 57:21, 60:15,
66:4, 67:23, 69:13,
71:4, 71:11, 73:14,
78:15, 86:10, 87:16,
88:20, 91:18, 92:13,
93:20, 96:10, 98:16,
99:22, 100:20,
102:22, 105:2, 108:1,
110:2
**ADMITTED** [1] - 2:6
**admitted** [48] - 8:17,
9:20, 11:7, 12:8, 13:9,
17:9, 22:14, 25:3,
26:21, 28:6, 30:8,
33:24, 34:19, 36:5,
37:12, 39:13, 41:12,
44:1, 47:10, 48:8,
49:19, 51:20, 54:10,
56:8, 58:4, 60:25,
66:12, 68:3, 71:20,
73:19, 74:19, 78:20,
80:4, 86:15, 87:21,
88:25, 91:23, 92:22,
93:25, 96:15, 98:21,
100:1, 101:3, 103:5,
105:10, 110:6,
113:14, 113:19
**admitting** [1] - 17:7
**advice** [7] - 75:23,
75:24, 75:25, 79:14,
79:22, 83:2, 106:25
**advised** [2] - 37:9,
39:18
**affiliates** [1] - 84:4
**AFLEX** [1] - 56:17

**aforementioned** [2] -
105:21, 114:14
**Africa** [1] - 33:19
**Afternoon** [1] - 1:9
**afternoon** [5] - 8:2,
115:7, 115:8, 131:7,
131:17
**agent** [6] - 7:3, 7:6,
76:15, 115:12,
115:13, 123:13
**Agent** [132] - 4:23,
4:24, 7:9, 7:18, 7:21,
7:22, 8:2, 8:10, 8:19,
9:5, 9:13, 9:22, 10:7,
10:25, 11:9, 12:10,
13:11, 15:11, 15:24,
16:3, 16:14, 16:23,
17:11, 17:17, 18:9,
18:11, 18:21, 22:16,
23:13, 23:18, 23:22,
24:21, 26:14, 26:23,
28:12, 29:1, 31:8,
31:25, 32:19, 33:14,
34:7, 35:1, 37:14,
38:23, 39:3, 39:15,
40:17, 41:2, 41:14,
42:2, 42:21, 43:10,
44:3, 44:14, 45:9,
46:8, 47:7, 48:11,
48:22, 49:11, 49:21,
51:9, 52:25, 53:3,
53:21, 54:3, 54:13,
55:17, 57:19, 60:13,
61:4, 62:1, 63:25,
65:2, 65:19, 65:20,
66:2, 66:15, 66:21,
66:23, 67:21, 68:5,
71:9, 73:5, 73:12,
74:23, 76:11, 77:7,
78:1, 78:13, 80:14,
80:23, 81:1, 81:11,
81:25, 82:2, 83:10,
83:20, 84:6, 85:2,
85:14, 87:14, 87:23,
88:4, 88:12, 88:18,
89:24, 90:6, 92:11,
92:24, 95:6, 95:14,
98:23, 99:19, 100:3,
101:7, 101:12,
102:20, 103:9, 107:5,
107:15, 107:20,
111:22, 112:6, 113:7,
113:16, 115:7, 116:1,
118:19, 124:2, 130:7,
130:14
**agents** [1] - 115:11
**ago** [4] - 4:7, 11:11,
59:17, 68:7
**agree** [7] - 6:3, 6:19,
6:25, 47:23, 64:18,

70:15, 99:9
**agreed** [5] - 34:15, 42:23, 76:23, 80:25, 95:21
**agreement** [1] - 6:18
**agreements** [1] - 106:13
**ahead** [6] - 18:19, 32:21, 42:4, 50:3, 129:22, 131:11
**aide** [1] - 125:10
**aides** [3] - 125:9, 125:12, 125:13
**all-hands** [2] - 24:1, 25:22
**alleged** [1] - 108:10
**alleging** [2] - 7:11, 124:21
**allow** [1] - 6:13
**allowed** [1] - 45:22
**allows** [1] - 31:1
**almost** [2] - 18:4, 38:18
**amazing** [3] - 18:4, 72:9, 72:23
**AMERICA** [1] - 1:3
**AMEX** [1] - 45:10
**amounts** [3] - 121:6, 121:7, 121:8
**Amtrak** [1] - 9:25
**analysis** [1] - 84:25
**Andy** [1] - 102:13
**anger** [2] - 111:17, 112:18
**annual** [1] - 90:16
**answer** [3] - 3:13, 3:18, 117:10
**anticipate** [2] - 46:8, 47:7, 83:21
**ANTOINETTE** [1] - 1:20
**apologies** [2] - 58:25, 75:21
**apologize** [3] - 24:13, 70:5, 98:23
**app** [2] - 17:20, 19:12
**appeal** [1] - 104:12
**appear** [1] - 24:22
**appeared** [1] - 24:1
**Appleman** [13] - 75:8, 75:9, 77:16, 78:3, 78:7, 84:20, 85:6, 85:16, 85:19, 85:21, 85:25, 86:3, 130:18
**applies** [2] - 70:13, 85:1
**apply** [3] - 63:19, 70:9, 122:24

**appreciate** [3] - 7:15, 7:16, 129:22
**approach** [9] - 21:15, 25:7, 45:14, 53:17, 56:20, 95:5, 103:17, 103:21, 104:6
**approached** [3] - 76:6, 76:12, 76:17
**appropriate** [2] - 5:15, 69:25
**approval** [1] - 64:6
**approved** [2] - 42:10, 64:4, 106:23
**approximate** [1] - 104:14
**April** [6] - 20:8, 50:16, 50:20, 61:13, 75:25, 112:11
**archives** [2] - 125:14, 125:17
**argue** [4] - 25:16, 108:14, 108:16, 109:5, 109:15, 109:18
**arguments** [1] - 6:17
**arrangements** [1] - 106:13
**arrival** [1] - 67:17
**arrive** [2] - 40:8, 67:16
**arrived** [3] - 11:12, 11:14, 11:18
**ASAP** [1] - 48:18
**aspect** [1] - 104:17
**assessment** [1] - 63:18
**assigned** [2] - 5:2, 75:10
**associated** [3] - 19:6, 19:9, 19:10
**association** [1] - 42:11
**attach** [6] - 31:10, 31:19, 79:18, 83:4, 89:23, 90:1
**attached** [15] - 30:24, 31:9, 32:6, 32:20, 33:10, 34:11, 34:15, 49:5, 59:1, 79:9, 82:24, 89:15, 100:11, 105:18, 114:8
**attachment** [5] - 33:2, 82:24, 104:25, 114:2, 114:4
**attachments** [2] - 32:8, 79:21
**attempt** [1] - 120:3
**attended** [1] - 63:4
**attention** [1] - 129:22
**attitude** [2] - 111:14, 112:5

**Attorney** [1] - 1:13
**attorneys** [1] - 129:23
**August** [2] - 6:1, 33:16
**authentic** [1] - 26:2
**authority** [1] - 63:21
**available** [1] - 57:1
**Avenue** [3] - 1:17, 1:20, 1:24
**aware** [6] - 7:4, 119:10, 123:6, 125:5, 125:14, 125:17
**awesome** [1] - 20:1
**Awesome** [1] - 38:12

## B

**background** [2] - 124:2, 129:7
**bad** [1] - 111:4
**ballpark** [1] - 128:13
**Barbara** [6] - 66:19, 66:21, 66:22, 67:11, 67:14, 79:1
**base** [3] - 90:16, 91:2, 114:25
**based** [12] - 4:6, 23:20, 23:24, 26:2, 29:4, 51:2, 66:23, 69:2, 76:20, 77:1, 113:7, 122:16
**basis** [1] - 47:14
**basketball** [2] - 19:9, 48:17
**battled** [1] - 93:6
**Beattie** [13] - 51:25, 52:2, 53:4, 53:23, 54:20, 58:12, 58:20, 59:3, 59:5, 59:8, 63:5, 95:7, 102:14
**Beattie's** [1] - 59:14
**bed** [1] - 111:4
**BEFORE** [1] - 1:10
**began** [4] - 50:22, 116:2, 117:3, 122:15
**begin** [5] - 3:4, 3:10, 106:21
**Begin** [5] - 21:16, 25:8, 45:15, 69:17, 108:8
**beginning** [6] - 5:7, 50:13, 75:22, 95:8, 112:23, 121:20
**begun** [4] - 5:25, 85:22, 107:6, 123:18
**behaviors** [1] - 22:24
**behind** [1] - 48:24
**below** [12] - 38:19, 55:11, 59:1, 64:14,

70:16, 70:17, 83:22, 93:5, 97:21, 99:11, 99:12, 102:8
**Ben** [12] - 15:3, 88:8, 94:4, 95:17, 95:20, 95:24, 96:2, 101:10, 101:16, 102:2, 102:8, 103:10
**bench** [10] - 21:16, 22:11, 25:8, 26:9, 45:15, 48:4, 69:17, 70:21, 108:8, 110:1
**benefits** [1] - 107:3
**best** [5] - 63:19, 64:16, 103:17, 106:3, 119:8
**better** [5] - 40:20, 42:16, 63:13, 72:13, 74:8
**between** [11] - 20:10, 20:19, 21:18, 25:23, 32:21, 42:21, 108:18, 120:21, 120:25, 121:17, 122:17
**Beyler** [6] - 14:18, 34:3, 35:2, 37:15, 64:1, 125:6
**beyond** [2] - 25:14, 75:24
**big** [1] - 42:11
**bigger** [2] - 110:19, 111:8
**biggest** [2] - 63:9, 63:22
**billion** [4] - 33:22, 119:20
**bios** [2] - 15:2, 24:4
**bit** [10] - 15:17, 15:18, 41:19, 53:21, 69:1, 75:1, 77:24, 82:12, 110:18, 127:1
**Biz** [2] - 19:7, 19:10
**biz** [1] - 91:1
**blame** [1] - 111:15
**blames** [1] - 111:15
**BLUF** [1] - 114:8
**board** [2] - 89:20, 109:4
**boarding** [1] - 10:8
**Bob** [15] - 9:1, 30:24, 38:18, 43:6, 52:12, 55:11, 64:14, 67:15, 87:1, 89:15, 100:11, 101:22, 102:8, 103:16, 114:12
**body** [2] - 48:12, 75:17
**book** [2] - 21:22, 40:22
**Boston** [1] - 18:3

**bottom** [27] - 7:5, 25:11, 27:13, 28:8, 30:11, 31:16, 36:21, 41:14, 56:12, 56:13, 57:2, 62:11, 64:14, 66:15, 71:22, 72:22, 73:21, 73:22, 75:4, 77:14, 80:8, 86:17, 94:2, 100:3, 103:13, 106:11, 127:4
**bound** [1] - 108:11
**bounds** [1] - 103:20
**Brad** [2] - 75:8, 84:20
**Bradley** [2] - 75:9, 130:18
**brain** [1] - 131:4
**break** [3] - 8:3, 64:24, 65:3
**breakup** [1] - 118:1
**Brett** [1] - 128:21
**brief** [3] - 50:7, 50:10, 104:3
**briefly** [2] - 52:21, 90:20
**bring** [40] - 7:9, 12:20, 16:20, 21:6, 23:10, 26:11, 27:16, 30:6, 35:20, 38:25, 40:24, 43:16, 45:6, 52:21, 53:1, 55:14, 57:16, 64:21, 65:24, 67:18, 70:24, 74:18, 78:10, 80:4, 86:6, 87:11, 88:15, 90:21, 91:12, 92:8, 93:15, 96:5, 97:10, 99:16, 100:15, 102:14, 102:17, 104:21, 107:17, 108:23
**bringing** [3] - 7:14, 42:14, 108:21
**broadly** [1] - 63:19
**broke** [1] - 117:18
**brought** [2] - 122:7, 26:4, 108:19
**bucket** [3] - 21:19, 26:4, 108:19
**buckets** [1] - 22:10
**buckle** [1] - 15:22
**budgetary** [1] - 31:4
**build** [2] - 20:4, 111:8
**builds** [1] - 19:7
**bullet** [2] - 44:14, 44:25
**Burke** [86] - 8:21, 9:1, 9:23, 11:12, 12:11, 13:22, 14:12, 15:21, 16:1, 19:16, 20:9, 20:18, 22:6, 22:24, 22:25, 23:2,

24:11, 24:14, 27:1, 27:15, 28:22, 29:10, 29:23, 30:14, 36:10, 41:23, 44:16, 45:1, 45:18, 48:16, 50:7, 50:10, 51:23, 52:7, 53:8, 55:8, 58:22, 66:22, 67:1, 67:11, 68:12, 68:18, 68:22, 72:4, 74:1, 74:14, 75:6, 75:11, 77:9, 78:23, 79:1, 80:16, 81:2, 81:3, 81:23, 82:14, 82:25, 87:24, 89:5, 91:5, 92:3, 93:7, 93:9, 93:10, 96:19, 97:14, 98:24, 99:11, 100:7, 101:8, 102:1, 103:24, 105:13, 106:5, 111:5, 111:9, 113:24, 115:10, 117:15, 118:7, 124:9, 124:10, 125:7, 125:21, 126:12, 128:20
**BURKE** [1] - 1:6
**Burke's** [14] - 28:19, 28:25, 32:23, 33:19, 40:5, 41:25, 46:23, 50:14, 50:18, 67:4, 98:1, 112:13, 125:2, 129:7
**Burns** [1] - 102:13
**business** [11] - 13:23, 14:8, 14:14, 42:11, 47:9, 59:1, 59:7, 59:11, 90:13, 95:11
**but..** [2] - 116:23, 128:11
**buzz** [3] - 44:8, 44:13, 48:13
**BY** [139] - 1:9, 1:14, 1:16, 1:20, 2:2, 8:1, 8:9, 8:18, 9:12, 9:21, 10:5, 10:24, 11:8, 11:25, 12:9, 12:22, 13:10, 16:22, 17:10, 17:24, 18:20, 21:8, 22:15, 23:12, 23:23, 24:20, 26:13, 26:22, 27:18, 28:7, 30:10, 34:1, 34:21, 35:22, 36:6, 36:20, 37:5, 37:13, 38:6, 39:2, 39:14, 41:1, 41:13, 43:18, 44:2, 44:20, 44:24, 45:8, 48:10, 48:21, 49:4, 49:10, 49:20, 51:8, 51:21,

52:24, 53:2, 54:2, 54:11, 55:16, 56:10, 57:18, 58:7, 58:17, 60:12, 61:2, 61:25, 62:10, 66:1, 66:13, 67:20, 68:4, 68:21, 69:10, 71:8, 71:21, 73:11, 73:20, 74:22, 77:23, 78:12, 78:21, 80:6, 80:22, 81:10, 82:21, 83:8, 83:19, 84:11, 84:18, 85:13, 86:16, 87:13, 87:22, 88:17, 89:1, 90:5, 90:23, 91:3, 91:15, 91:24, 92:10, 92:23, 93:17, 94:1, 96:7, 96:16, 97:1, 97:12, 97:18, 98:8, 98:22, 99:18, 100:2, 100:17, 101:6, 102:19, 103:8, 104:22, 105:11, 106:10, 106:16, 107:19, 110:7, 110:17, 113:6, 113:15, 113:22, 115:5, 115:25, 116:11, 118:18, 119:14, 124:1, 126:5, 126:10, 127:3, 128:19, 129:15

**C**

**CALLED** [1] - 2:2
**Cameron** [10] - 15:3, 62:13, 62:16, 62:20, 62:21, 62:23, 63:1, 63:22, 64:16
**Canedo** [6] - 12:11, 76:23, 90:24, 90:25, 117:7, 117:13
**captain** [1] - 125:9
**Captain** [7] - 85:6, 85:16, 85:19, 85:21, 85:25, 86:3, 130:18
**car** [1] - 72:10
**card** [4] - 45:10, 46:9, 47:20, 47:22
**career** [2] - 89:21, 95:1
**Carnie** [1] - 52:1
**case** [18] - 5:2, 5:3, 7:3, 7:6, 40:22, 46:4, 59:1, 59:7, 59:11, 59:14, 111:20, 115:11, 117:24, 120:10, 122:6, 122:8, 122:13, 125:1
**CASE** [1] - 1:5

**casual** [1] - 46:18
**catch** [1] - 87:4
**categorize** [1] - 124:20
**Caudle** [9] - 56:16, 57:6, 59:15, 59:16, 60:3, 60:6, 95:10, 95:11, 103:16
**CC** [3] - 40:5, 62:21, 96:25
**CCing** [1] - 58:22
**CCs** [9] - 19:3, 28:10, 30:15, 42:1, 49:25, 51:25, 67:11, 78:25, 89:5
**celebrating** [1] - 48:14
**cell** [1] - 107:21
**Cellebrite** [2] - 107:22, 110:10
**centered** [1] - 104:6
**cert** [1] - 47:9
**certainly** [2] - 6:22, 63:8
**CERTIFICATE** [1] - 132:1
**Certified** [1] - 1:23
**certify** [2] - 106:2, 132:3
**cetera** [2] - 32:25, 80:11
**chain** [6] - 32:11, 35:24, 64:12, 74:25, 86:23, 103:12
**challenges** [1] - 42:4
**chambers** [2] - 130:23, 131:13
**chance** [3] - 57:12, 87:2, 87:4
**change** [1] - 84:25
**changeable/refundable** [1] - 40:23
**changed** [3] - 62:17, 62:19, 88:8
**changes** [1] - 92:5
**characterization** [2] - 18:15, 46:7
**characterize** [1] - 124:25
**charge** [3] - 46:9, 46:11, 47:12
**charged** [1] - 108:15
**charges** [2] - 47:20, 47:22
**Charlie** [79] - 13:12, 19:3, 20:2, 22:6, 22:19, 24:14, 27:3, 28:8, 28:10, 29:12, 29:16, 30:12, 31:19, 32:3, 34:5, 36:17,

37:7, 38:8, 38:21, 40:1, 40:18, 41:15, 41:25, 42:3, 43:4, 44:16, 44:25, 46:2, 46:22, 48:15, 48:24, 49:25, 51:3, 51:25, 53:13, 55:4, 56:13, 57:6, 58:22, 61:7, 66:17, 66:24, 67:9, 67:22, 68:5, 72:3, 72:8, 72:19, 72:23, 73:22, 74:13, 78:25, 79:5, 88:2, 89:3, 89:7, 89:23, 92:1, 92:2, 93:1, 95:25, 96:2, 96:22, 96:25, 97:5, 100:7, 102:3, 102:7, 102:13, 103:14, 104:1, 110:22, 114:7, 114:16, 120:22, 121:23, 122:17, 126:12, 126:17
**charlie** [1] - 88:7
**Charlie's** [1] - 63:4
**chatter** [1] - 72:10
**check** [4] - 28:22, 97:6, 123:7, 123:8
**checking** [1] - 48:9
**Chen** [5] - 15:3, 62:21, 62:23, 63:22, 64:16
**Chen's** [1] - 63:1
**Christmas** [3] - 15:10, 20:12, 34:25
**chronologically** [1] - 8:5
**City** [6] - 10:16, 12:14, 20:20, 61:16, 78:8, 80:11
**City's** [1] - 10:1
**civilian** [1] - 108:12
**clarify** [1] - 30:3
**clear** [10] - 6:7, 7:10, 11:19, 31:25, 43:14, 53:3, 88:12, 92:6, 97:6, 112:20
**clearly** [2] - 5:23, 115:9
**click** [1] - 23:21
**closed** [1] - 5:4
**closer** [1] - 22:7
**closest** [1] - 25:10
**CNP** [1] - 50:11
**co** [2] - 25:17, 108:17
**co-conspirator** [2] - 25:17, 108:17
**Coach** [2] - 19:4, 19:8
**coach** [3] - 19:9, 73:24

**coached** [1] - 62:16
**coaching** [1] - 14:5
**Coast** [1] - 32:24
**Code** [2] - 83:24
**cohesive** [1] - 109:2
**cohesiveness** [1] - 108:22
**coined** [1] - 104:8
**collaborate** [1] - 63:21
**collective** [1] - 131:3
**Collette** [7] - 17:13, 19:1, 19:2, 19:5, 38:11, 38:12, 73:24
**Collette's** [1] - 38:15
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 132:3
**coming** [10] - 13:24, 14:24, 19:20, 22:6, 26:2, 75:19, 87:6, 104:2, 108:25, 121:23
**command** [5] - 3:15, 5:13, 31:3, 31:4, 63:20
**Commander** [1] - 56:16
**commands** [2] - 20:9, 31:3
**commencing** [1] - 83:21
**commercial** [1] - 15:23
**commission** [3] - 127:25, 128:1
**commitment** [1] - 131:7
**committed** [2] - 57:1, 109:1
**Committee** [3] - 68:6, 74:12, 97:9
**commodores** [1] - 18:6
**common** [1] - 124:5
**companies** [1] - 84:4
**Company** [1] - 100:14
**company** [16] - 15:21, 15:25, 16:3, 16:5, 16:16, 17:21, 21:24, 21:25, 42:8, 83:22, 90:14, 91:6, 118:25, 119:19, 119:25
**compare** [3] - 94:14, 118:24, 120:6
**comparing** [1] - 119:1
**compensation** [1] - 98:14, 99:5
**complain** [2] - 3:13,

4:2

**complainant** [4] - 117:2, 117:5, 117:6, 117:7

**complained** [3] - 3:14, 3:22, 4:2

**complaining** [1] - 6:22

**complaint** [24] - 3:12, 3:18, 3:23, 4:1, 4:3, 4:7, 4:8, 4:14, 4:17, 4:18, 4:20, 5:12, 5:16, 5:21, 5:23, 6:11, 6:19, 6:23, 116:2, 116:7, 116:8, 116:9, 116:25, 117:4

**complete** [2] - 106:3, 109:3

**Completeness** [3] - 70:1, 70:9, 70:12

**completing** [1] - 108:24

**complex** [1] - 84:23

**component** [2] - 98:13, 99:4

**components** [1] - 60:8

**comprehensive** [1] - 75:25

**concerning** [1] - 3:7

**conclude** [1] - 23:24

**concluded** [1] - 131:24

**Conclusion** [1] - 84:21

**conference** [11] - 21:16, 22:11, 25:8, 26:9, 45:15, 48:4, 69:17, 70:21, 104:18, 108:8, 110:1

**Conference** [1] - 132:5

**confidence** [1] - 90:13

**confidently** [1] - 124:25

**confirm** [1] - 27:23

**confirmation** [2] - 26:24, 94:16

**confirmed** [3] - 33:3, 34:7, 46:13

**confirms** [2] - 27:15, 46:12

**conformance** [1] - 132:4

**confused** [1] - 60:17

**congratulations** [1] - 100:11

**connect** [2] - 62:14, 103:17

**connecting** [1] - 103:18

**consider** [2] - 43:9, 70:18

**considered** [1] - 6:17

**considering** [2] - 94:19, 95:5

**conspiracy** [12] - 21:21, 25:15, 25:17, 108:10, 108:16, 108:18, 108:20, 108:24, 109:6, 109:18, 109:22

**conspirator** [2] - 25:17, 108:17

**Constitution** [1] - 1:24

**contact** [5] - 29:5, 29:9, 85:6, 85:17, 121:3

**contact..** [1] - 127:5

**contemplated** [1] - 94:18

**content** [1] - 130:7

**contents** [1] - 65:3

**context** [3] - 16:4, 16:5, 94:13

**continuation** [1] - 70:10

**continue** [1] - 4:21

**continued** [1] - 130:1

**Contract** [1] - 20:12

**contract** [41] - 4:21, 5:15, 14:9, 15:20, 15:25, 16:3, 16:6, 16:11, 16:14, 16:15, 20:6, 20:15, 25:20, 29:1, 29:22, 29:24, 29:25, 30:3, 31:15, 33:20, 33:22, 35:8, 35:12, 37:23, 38:2, 40:20, 42:6, 42:10, 42:21, 43:11, 64:1, 64:4, 108:19, 109:7, 109:11, 111:18, 112:14, 112:18, 112:21, 112:23, 113:1, 121:2, 121:11, 121:15, 122:2, 122:16, 122:22, 123:5, 123:6, 123:10, 123:19, 126:20, 126:22, 127:18, 127:19, 127:24, 128:8

**contracting** [10] - 14:20, 29:5, 42:4, 42:5, 42:8, 42:12, 42:13, 63:10, 63:23, 79:17

**contracting/fiscal**

[3] - 37:8, 37:18, 39:17

**contractor** [8] - 16:8, 127:8, 127:15, 127:18, 127:20, 127:22, 128:3, 128:10

**contracts** [6] - 79:12, 84:8, 111:25, 120:12, 120:13, 120:15

**contributions** [1] - 90:14

**conversation** [2] - 42:24, 47:3

**conversations** [3] - 46:21, 79:13, 104:5

**conversion** [1] - 39:22

**convert** [2] - 32:13, 36:13

**cool** [1] - 88:9

**copy** [3] - 69:18, 88:10, 89:16

**copying** [1] - 62:13

**Copying** [1] - 62:20

**corporate** [1] - 45:10

**correct** [45] - 4:17, 6:9, 39:20, 41:16, 41:17, 70:23, 81:12, 87:8, 106:3, 107:24, 115:10, 115:11, 115:20, 116:17, 116:16, 117:22, 117:25, 118:13, 118:14, 119:25, 120:9, 120:17, 120:23, 121:9, 121:20, 121:22, 121:24, 122:3, 122:9, 122:10, 124:10, 124:13, 125:8, 125:22, 126:22, 126:23, 127:18, 127:19, 127:21, 128:4, 128:6, 128:8, 128:13, 129:2, 129:7

**correction** [1] - 6:14

**costing** [1] - 34:4

**counselor** [2] - 75:10, 107:1

**countersign** [1] - 89:19

**countersigned** [1] - 100:11

**countries** [1] - 29:22

**couple** [4] - 31:22, 50:3, 54:25, 79:15

**course** [12] - 13:20, 30:24, 42:3, 52:12, 57:12, 67:14, 72:9, 76:15, 83:21, 123:14, 130:2, 130:6

**court** [1] - 48:16

**Court** [6] - 1:24, 3:1, 3:16, 6:7, 132:2, 132:2

**COURT** [119] - 1:1, 3:3, 3:20, 3:24, 4:10, 4:23, 6:2, 6:5, 6:16, 7:12, 7:15, 7:20, 8:15, 9:18, 11:5, 12:6, 13:3, 13:7, 17:3, 17:7, 18:17, 21:5, 21:15, 21:17, 22:9, 22:12, 25:7, 26:7, 26:10, 26:19, 28:1, 28:4, 36:3, 39:8, 39:11, 41:7, 41:10, 43:24, 45:14, 45:24, 46:5, 46:15, 47:4, 47:14, 47:23, 48:3, 48:5, 49:17, 51:14, 51:18, 54:8, 55:22, 56:6, 57:24, 58:2, 60:20, 60:23, 64:24, 65:5, 65:10, 65:12, 65:14, 65:18, 66:10, 68:1, 69:16, 70:3, 70:15, 70:20, 70:22, 71:1, 71:3, 71:15, 71:18, 73:17, 77:4, 78:18, 82:17, 82:19, 83:18, 85:10, 85:12, 86:13, 87:19, 88:23, 91:21, 92:17, 92:20, 93:23, 96:13, 96:24, 98:19, 99:25, 100:23, 101:1, 102:25, 103:3, 105:5, 105:8, 108:4, 108:7, 109:10, 109:21, 109:25, 110:4, 115:3, 116:6, 119:12, 128:15, 129:14, 129:20, 130:12, 130:20, 130:24, 131:6, 131:11, 131:20, 131:22, 132:9

**courtroom** [1] - 4:24

**cover** [2] - 110:10, 111:18

**covered** [1] - 84:5

**COVID** [2] - 48:15, 87:7

**crazy** [1] - 18:3

**created** [1] - 32:1

**creating** [1] - 123:18

**credit** [3] - 46:9, 47:20, 47:22

**creds** [1] - 111:6

**Criminal** [2] - 116:15, 116:19

**CRM** [1] - 1:16

**cross** [10] - 3:8, 7:1, 7:3, 18:18, 45:25, 46:8, 47:8, 47:13, 47:25, 48:2

**CROSS** [1] - 115:4

**Cross** [1] - 2:4

**cross-examination** [7] - 7:1, 45:25, 46:8, 47:8, 47:13, 47:25, 48:2

**CROSS-EXAMINATION** [1] - 115:4

**Cross-Examination** [1] - 2:4

**cross-examine** [2] - 7:3, 18:18

**crossfit** [1] - 19:6

**CRR** [1] - 132:8

**culminated** [1] - 81:18

**Culture** [1] - 104:9

**cumulative** [1] - 22:3

**current** [3] - 56:21, 104:8, 104:17

**D**

**dad** [1] - 68:14

**Daryl** [14] - 56:16, 57:2, 57:6, 57:12, 59:15, 59:16, 60:7, 95:10, 95:11, 103:16, 103:19, 104:1, 104:7

**data** [1] - 34:4

**date** [61] - 9:3, 9:6, 10:17, 11:14, 12:15, 12:17, 12:18, 13:16, 19:14, 19:15, 19:16, 22:20, 24:9, 24:16, 27:4, 27:10, 28:14, 30:16, 32:10, 33:8, 40:11, 41:20, 44:9, 45:4, 46:10, 46:25, 47:4, 47:5, 50:1, 52:4, 53:7, 54:22, 55:5, 57:4, 57:9, 61:11, 64:19, 68:24, 69:6, 72:14, 72:22, 74:4, 75:14, 77:12, 77:15, 77:18, 80:1, 81:15, 83:12, 84:14, 89:10, 90:8, 93:10, 94:5, 98:2, 100:8, 105:16, 106:6, 110:23, 126:14, 126:21

**Dated** [1] - 132:6

**dates** [3] - 15:11, 40:18, 61:13

**dating** [2] - 97:21,

99:12
**DAY** [1] - 1:9
**days** [18] - 27:8, 34:9, 38:18, 40:10, 40:11, 47:24, 52:18, 54:25, 72:9, 72:10, 72:24, 74:9, 74:17, 98:4, 98:5, 99:14, 99:15, 109:8
**DC** [5] - 1:11, 1:15, 1:17, 1:25, 81:18
**DCIS** [2] - 116:13, 116:18
**deal** [4] - 7:1, 20:8, 129:24, 130:25
**Dear** [1] - 101:22
**dear** [2] - 90:11, 114:16
**December** [21] - 15:13, 15:16, 18:2, 27:5, 27:12, 28:15, 30:17, 32:14, 33:5, 33:6, 35:6, 36:12, 39:16, 40:3, 41:21, 42:25, 62:15, 63:5, 64:3, 64:5, 64:7
**decided** [2] - 63:16, 131:4
**decision** [6] - 28:19, 52:14, 57:15, 61:10, 63:20, 84:8
**decision-making** [5] - 28:19, 52:14, 57:15, 61:10, 84:8
**decisional** [1] - 53:18
**decisions** [2] - 63:21, 79:11
**Defendant** [1] - 1:7
**defendant** [98] - 9:3, 9:6, 10:12, 10:19, 11:14, 11:19, 14:16, 20:22, 20:25, 21:19, 23:5, 24:9, 25:19, 29:12, 33:4, 33:11, 34:2, 34:8, 34:12, 34:14, 35:2, 35:7, 35:10, 35:14, 36:16, 36:23, 37:1, 37:6, 37:15, 37:17, 37:21, 37:25, 38:8, 38:23, 39:16, 39:25, 42:19, 43:3, 46:4, 46:13, 46:20, 47:2, 50:22, 52:4, 53:4, 53:10, 53:22, 54:19, 56:12, 57:7, 58:10, 59:4, 59:13, 59:22, 59:24, 60:2, 60:5, 63:25, 64:17, 69:3, 72:16,

73:3, 73:6, 74:6, 76:11, 76:17, 76:20, 77:15, 78:3, 78:6, 79:18, 79:24, 82:6, 85:5, 85:16, 85:18, 86:18, 88:12, 90:24, 91:4, 91:9, 93:13, 94:2, 95:11, 95:17, 95:20, 95:23, 99:9, 102:10, 103:9, 107:5, 107:12, 108:21, 110:25, 113:1, 113:8, 114:20
**DEFENDANT** [1] - 1:19
**defendant's** [4] - 72:25, 89:7, 97:8, 101:16
**Defense** [1] - 5:18
**defense** [5] - 3:7, 4:1, 70:22, 116:19, 131:20
**delays** [1] - 58:25
**Denese** [3] - 12:11, 117:7, 117:13
**denying** [2] - 22:9, 22:12
**Department** [1] - 5:18
**dependent** [1] - 84:23
**depicted** [1] - 25:20
**deputy** [1] - 38:19
**describe** [1] - 101:23
**described** [2] - 56:20, 109:23
**describing** [1] - 108:13
**description** [1] - 80:24
**destigmatizing** [1] - 22:25
**destructive** [1] - 22:24
**detail** [5] - 15:17, 50:21, 53:22, 75:1, 77:25
**details** [3] - 30:25, 56:25, 106:22
**determine** [2] - 122:12, 122:13
**DEV** [1] - 104:12
**develop** [2] - 3:9, 3:21
**developing** [1] - 56:23
**development** [2] - 94:25
**device** [1] - 110:11
**difference** [1] - 37:14

**different** [2] - 6:21, 59:21
**difficult** [1] - 130:4
**digitally** [1] - 89:19
**dinner** [12] - 44:16, 45:1, 45:18, 45:20, 45:23, 46:11, 46:13, 46:15, 46:18, 47:2, 48:15
**Diplomate** [1] - 1:23
**direct** [3] - 84:2, 118:19, 130:7
**Direct** [1] - 2:3
**DIRECT** [1] - 7:25
**directly** [2] - 26:3, 104:1
**director** [1] - 125:5
**disagree** [2] - 46:6, 47:8
**discovered** [1] - 128:7
**discovery** [4] - 3:6, 5:8, 7:13, 45:19
**discuss** [7] - 15:17, 52:13, 53:5, 65:2, 114:10, 130:7, 131:16
**discussed** [14] - 13:14, 22:10, 24:5, 25:19, 31:14, 32:8, 35:8, 42:23, 54:21, 68:7, 70:6, 82:1, 130:2, 130:4
**discussing** [5] - 9:7, 20:23, 22:1, 23:6, 35:15
**discussions** [16] - 5:19, 31:6, 69:4, 76:1, 76:7, 76:13, 79:6, 79:25, 80:18, 81:5, 82:8, 83:21, 85:22, 86:20, 107:6, 111:25
**dispute** [2] - 3:10, 3:17
**disqualification** [5] - 79:10, 79:22, 83:11, 106:23, 106:24
**Disqualification** [1] - 82:25
**disqualified** [2] - 83:25, 84:6
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 132:2
**docs** [1] - 87:3
**document** [27] - 10:8, 23:13, 26:2, 31:13, 31:18, 31:24, 45:16, 55:25, 67:21, 69:19, 70:2, 70:6, 83:2, 83:10, 83:14,

84:9, 85:2, 85:19, 86:8, 105:22, 106:4, 107:20, 117:1, 119:2, 126:25, 129:19
**documentation** [1] - 122:20
**documents** [2] - 31:10, 120:8
**DoD** [3] - 5:24, 42:6
**DOJ** [1] - 1:16
**DOJ-CRM** [1] - 1:16
**dollar** [2] - 120:12, 120:13, 120:15, 121:10, 122:15, 122:22, 123:19
**dollars** [2] - 121:16
**done** [7] - 4:25, 6:5, 38:18, 50:15, 50:19, 63:13, 94:17
**door** [1] - 63:16
**Dos** [1] - 15:23
**down** [22] - 35:19, 38:5, 52:19, 74:1, 74:14, 77:8, 77:21, 80:20, 87:6, 111:17, 112:18, 113:5, 118:7, 118:16, 121:25, 122:1, 122:21, 123:24, 126:8, 127:1, 129:4, 130:14
**down-low** [4] - 74:1, 74:14, 77:8, 118:7
**draft** [3] - 23:16, 25:1, 25:9, 58:25, 59:1, 59:7, 59:11, 59:14, 60:7
**drafted** [1] - 31:25
**drafter** [1] - 25:10
**driver's** [1] - 94:15
**drivers** [1] - 13:25
**drop** [1] - 69:23
**dropped** [1] - 104:4
**ducks** [6] - 79:5, 79:24, 80:17, 81:4, 82:7, 86:19
**due** [3] - 42:4, 63:9, 63:22
**during** [7] - 24:24, 46:24, 56:17, 117:13, 117:17, 121:11

## E

**early** [12] - 34:6, 35:5, 37:16, 42:24, 63:6, 63:14, 64:5, 64:7, 112:10, 112:11, 131:13
**ears** [1] - 91:2
**Eastern** [1] - 32:13

**eat** [1] - 111:21
**Eden** [1] - 68:9
**effect** [1] - 84:3
**effective** [1] - 48:17
**effectively** [3] - 31:20, 59:12, 84:7
**eight** [1] - 27:8
**either** [5] - 7:13, 31:2, 104:2, 111:20, 130:18
**electronic** [2] - 56:15, 105:25
**electronically** [1] - 106:4
**elegantly** [1] - 40:21
**email** [299] - 8:11, 9:5, 9:14, 9:22, 9:23, 10:13, 11:1, 11:2, 12:24, 13:11, 13:12, 13:18, 15:3, 15:18, 15:20, 15:25, 16:24, 17:12, 17:25, 18:15, 18:22, 18:24, 19:11, 19:14, 21:10, 22:16, 23:16, 24:17, 25:1, 25:9, 25:11, 25:23, 27:20, 28:8, 28:9, 28:10, 29:12, 29:14, 29:15, 30:11, 30:14, 30:16, 30:23, 31:10, 32:2, 32:4, 32:6, 32:16, 32:18, 33:5, 33:8, 33:13, 34:2, 34:8, 34:9, 34:10, 34:12, 34:13, 35:2, 35:24, 36:7, 36:9, 36:19, 36:21, 36:25, 37:1, 37:11, 38:8, 38:10, 38:15, 39:4, 39:15, 40:4, 40:5, 40:7, 40:16, 41:3, 41:15, 41:20, 41:21, 41:22, 41:25, 42:1, 42:2, 43:2, 43:20, 44:3, 44:4, 44:11, 48:12, 49:5, 49:7, 49:12, 49:21, 49:22, 49:24, 50:8, 51:3, 51:10, 51:22, 51:23, 51:24, 52:4, 52:6, 52:8, 52:9, 52:10, 52:11, 52:16, 52:17, 52:18, 53:7, 53:8, 53:10, 54:4, 54:15, 54:19, 55:1, 55:2, 55:9, 55:12, 55:18, 56:12, 56:13, 57:7, 57:20, 58:8, 58:10, 58:12, 58:13, 58:18, 58:20, 59:4, 59:13, 59:16, 60:5,

60:14, 61:5, 61:18,
61:19, 61:20, 62:4,
63:2, 64:12, 64:14,
66:3, 66:15, 66:17,
67:6, 67:7, 67:9,
67:13, 67:17, 67:22,
68:5, 68:6, 68:10,
68:24, 69:12, 69:20,
71:10, 71:24, 72:3,
72:4, 72:5, 72:6, 72:7,
72:14, 72:22, 73:13,
73:21, 73:22, 74:4,
74:10, 74:24, 74:25,
75:5, 75:6, 75:17,
75:22, 77:5, 77:7,
77:12, 77:13, 77:16,
77:24, 78:1, 78:3,
78:6, 78:14, 78:22,
78:23, 79:19, 79:23,
80:9, 80:14, 80:16,
80:18, 81:3, 81:11,
81:13, 81:16, 81:17,
81:21, 81:25, 82:1,
82:7, 82:12, 82:13,
82:24, 86:9, 86:17,
86:18, 86:22, 87:15,
87:23, 87:24, 88:7,
88:13, 88:19, 89:2,
89:5, 89:7, 89:14,
89:17, 89:23, 91:17,
91:25, 92:1, 92:4,
92:12, 92:25, 93:4,
93:13, 93:19, 94:2,
94:3, 94:7, 94:8,
95:14, 95:17, 95:20,
95:23, 96:1, 96:9,
96:17, 96:19, 97:8,
99:20, 100:3, 100:13,
100:14, 100:19,
101:7, 101:11,
101:16, 101:25,
102:1, 102:2, 102:3,
102:5, 102:9, 102:21,
103:9, 103:13,
103:14, 103:22,
103:24, 104:24,
105:12, 105:13,
105:15, 109:8,
113:17, 113:23,
113:24, 114:6,
114:10, 122:11,
124:9, 124:13,
124:19, 125:2, 125:3,
125:6, 125:10,
125:20, 125:21,
126:11, 127:2,
128:20, 129:3, 129:5,
130:24, 131:13
   **emails** [17] - 22:5,
54:21, 59:25, 120:21,
120:24, 120:25,

121:4, 121:5, 122:17,
124:7, 124:12,
124:15, 124:18,
124:23, 125:15,
125:17, 125:23
   **embedded** [2] -
61:18, 61:20
   **emotions** [1] -
108:13
   **employed** [3] -
11:19, 113:10, 113:11
   **employee** [7] -
23:17, 72:2, 81:24,
84:1, 98:13, 99:4,
108:11
   **employees** [3] -
17:19, 26:5, 111:7
   **Employer** [1] -
106:17
   **employer** [1] -
108:12
   **employment** [19] -
76:1, 76:2, 76:7,
76:13, 79:6, 79:25,
80:18, 81:5, 82:8,
83:22, 84:13, 85:22,
86:20, 90:12, 90:17,
106:13, 106:21,
106:25, 107:3
   **end** [10] - 27:11,
42:15, 43:10, 64:7,
87:5, 109:9, 111:11,
112:3, 112:11, 129:18
   **End** [5] - 22:11, 26:9,
48:4, 70:21, 110:1
   **ended** [2] - 27:6,
27:9
   **ending** [1] - 117:20
   **engage** [2] - 14:4,
76:21
   **engaged** [1] - 26:6
   **engagement** [3] -
14:1, 15:9, 34:24
   **engineer** [1] - 104:11
   **enjoy** [1] - 72:20
   **enlisted** [1] - 63:20
   **ensure** [2] - 43:11,
109:3
   **entire** [9] - 31:19,
31:24, 36:19, 69:19,
85:2, 85:3, 91:1,
95:15, 126:25
   **entirety** [2] - 77:25,
85:15
   **entitled** [1] - 132:4
   **entry** [1] - 11:10
   **envisions** [1] - 57:3
   **equal** [1] - 119:9
   **equals** [2] - 33:19,
33:21

   **equated** [1] - 120:7
   **Equis** [1] - 15:23
   **equity** [2] - 80:11,
90:25
   **especially** [4] -
42:25, 46:10, 46:18,
47:18
   **essentially** [2] -
76:23, 80:25
   **estimated** [1] -
119:16
   **et** [2] - 32:25, 80:11
   **ethical** [1] - 6:14
   **ethics** [8] - 75:10,
75:23, 75:24, 79:14,
79:22, 83:2, 106:25,
108:12
   **Europe** [2] - 33:19,
64:9
   **event** [2] - 10:12,
61:9
   **events** [3] - 34:6,
37:16, 63:14
   **eventually** [1] - 3:14
   **evidence** [30] - 3:25,
6:8, 14:13, 14:18,
20:15, 20:21, 22:5,
23:4, 29:4, 33:8,
34:14, 35:7, 35:10,
35:14, 37:21, 37:25,
45:19, 50:22, 69:3,
73:6, 76:16, 76:20,
77:1, 93:12, 121:20,
122:6, 122:8, 122:9,
123:22
   **evidently** [1] - 88:8
   **evolved** [1] - 56:20
   **exact** [2] - 106:22,
116:8
   **exactly** [2] - 25:13,
118:1
   **EXAMINATION** [2] -
7:25, 115:4
   **examination** [7] -
7:1, 45:25, 46:8, 47:8,
47:13, 47:25, 48:2
   **Examination** [2] -
2:3, 2:4
   **examine** [2] - 7:3,
18:18
   **example** [1] - 104:12
   **Excellence** [1] -
104:9
   **excellent** [1] - 96:4
   **except** [2] - 111:17,
112:18
   **exception** [2] -
25:14, 42:10
   **exchanged** [1] - 95:4
   **excited** [6] - 19:22,

31:7, 66:19, 69:24,
80:12, 89:20
   **exciting** [1] - 92:7
   **EXCO** [1] - 58:25
   **excuse** [1] - 4:21
   **executed** [1] - 42:5
   **executive** [2] -
125:5, 128:23
   **exercise** [1] - 48:17
   **Exhibit** [157] - 8:8,
8:13, 8:17, 9:11, 9:16,
9:20, 10:6, 10:13,
10:23, 11:3, 11:7,
11:24, 12:4, 12:8,
12:21, 13:1, 13:9,
16:21, 17:1, 17:7,
17:9, 21:7, 21:12,
22:12, 22:14, 23:11,
25:5, 26:12, 26:17,
26:21, 27:17, 27:22,
28:6, 30:9, 33:23,
33:25, 34:2, 34:18,
34:20, 34:22, 35:21,
35:23, 36:1, 36:5,
37:12, 38:5, 38:7,
39:1, 39:6, 39:13,
40:25, 41:2, 41:5,
41:12, 43:17, 43:22,
44:1, 45:7, 45:12,
48:7, 49:9, 49:14,
49:19, 51:7, 51:12,
51:20, 52:7, 52:21,
54:1, 54:6, 54:10,
55:15, 55:20, 56:8,
57:22, 58:4, 60:11,
60:18, 60:25, 64:22,
65:25, 66:5, 66:12,
67:19, 67:24, 68:3,
69:8, 69:14, 70:25,
71:6, 71:9, 71:12,
71:20, 73:10, 73:15,
73:19, 74:19, 77:6,
77:15, 77:21, 77:22,
78:11, 78:16, 78:20,
80:3, 80:4, 80:20,
81:8, 82:11, 82:22,
86:7, 86:11, 86:15,
87:12, 87:21, 88:16,
88:21, 88:25, 90:21,
91:13, 91:19, 91:23,
92:9, 92:14, 92:22,
92:24, 93:16, 93:21,
93:25, 96:6, 96:15,
97:11, 98:17, 98:21,
99:17, 99:23, 100:1,
100:16, 100:21,
101:3, 101:5, 102:18,
102:23, 103:5, 105:3,
105:10, 107:18,
108:2, 110:3, 110:6,

113:14, 118:3,
118:15, 126:3, 128:14
   **exhibit** [43] - 8:10,
8:19, 9:13, 10:3, 10:7,
12:23, 17:22, 18:21,
23:20, 23:24, 24:8,
24:19, 26:23, 43:19,
44:18, 45:9, 48:19,
49:1, 56:9, 58:5,
58:16, 61:1, 62:3,
62:9, 63:1, 66:14,
68:16, 71:1, 73:12,
83:6, 84:16, 90:3,
91:16, 97:17, 103:6,
106:8, 106:14, 110:8,
110:15, 113:5,
114:13, 118:4, 123:24
   **exhibits** [1] - 35:19
   **EXHIBITS** [1] - 2:5
   **exist** [2] - 5:16,
122:22
   **existed** [1] - 126:20
   **existing** [3] - 42:6,
79:12, 127:23
   **exists** [1] - 5:10
   **exit** [1] - 72:12
   **exits** [1] - 4:24
   **expansion** [1] -
104:8
   **expect** [2] - 75:19,
94:15
   **expecting** [1] - 65:6
   **experience** [4] -
47:16, 47:20, 47:21,
47:24
   **explain** [2] - 8:19,
83:10
   **explained** [1] - 32:21
   **explore** [1] - 3:8
   **explored** [1] - 62:19
   **exploring** [1] - 94:13
   **extend** [1] - 90:11
   **extraction** [3] -
107:21, 110:10,
110:12
   **extrapolate** [1] -
119:23

## F

   **facilities** [1] - 63:13
   **fact** [6] - 4:6, 4:7,
4:16, 6:1, 79:16,
84:23
   **factor** [1] - 104:15
   **factors** [1] - 104:15
   **facts** [2] - 84:24,
123:2
   **failed** [1] - 3:8
   **fair** [3] - 54:23,

98:12, 99:3
**fairly** [1] - 31:5
**fall** [4] - 51:4, 51:5, 56:18, 113:3
**falls** [3] - 21:19, 26:4, 108:18
**false** [4] - 6:8, 6:13, 6:21, 7:14
**familiar** [1] - 47:18
**family** [3] - 72:13, 74:8, 74:15
**far** [5] - 10:11, 33:17, 68:18, 109:15, 116:22
**fast** [4] - 16:10, 42:7, 42:20, 42:22
**FBI** [4] - 116:9, 116:21, 116:22, 123:13
**FEDERAL** [1] - 132:9
**Federal** [2] - 83:24, 132:2
**federal** [1] - 1:24
**feelings** [2] - 17:19, 19:13
**felt** [2] - 5:14, 118:1
**few** [16] - 6:20, 11:11, 29:18, 33:15, 52:18, 54:21, 56:17, 59:25, 62:16, 66:19, 68:7, 72:10, 74:9, 92:5, 113:12, 114:7
**FIFIELD** [1] - 1:16
**fifth** [4] - 90:22, 98:9, 98:10, 98:25
**figure** [1] - 130:25
**file** [10] - 3:12, 3:18, 4:3, 4:7, 4:13, 4:17, 4:20, 5:12, 89:18, 117:24
**filed** [2] - 4:19, 7:4
**filer's** [1] - 106:13
**files** [5] - 30:24, 31:8, 79:9, 79:18, 120:10
**finalizing** [1] - 108:24
**finally** [3] - 72:20, 73:4, 104:17
**financial** [2] - 47:17, 84:3
**finish** [2] - 82:18, 131:9
**finished** [1] - 128:16
**finishing** [1] - 35:2
**fire** [1] - 104:5
**First** [1] - 88:9
**first** [44] - 3:5, 8:25, 13:18, 17:11, 18:15, 19:18, 27:13, 28:22, 31:22, 32:18, 32:22, 39:25, 54:14, 56:14,

**57:11, 58:23, 63:2,** 63:25, 66:15, 66:21, 67:12, 72:9, 72:22, 75:18, 76:5, 79:4, 79:7, 79:23, 80:13, 83:20, 84:21, 86:25, 90:10, 94:21, 98:6, 101:21, 103:19, 103:25, 104:2, 112:10, 114:15, 117:6, 118:5, 118:8
**fiscal** [1] - 90:17
**fit** [1] - 57:3
**fitness** [1] - 104:8
**fits** [1] - 122:13
**five** [4] - 18:4, 55:24, 56:1, 125:1
**five-page** [1] - 55:24
**fix** [1] - 6:15
**flag** [4] - 124:4, 125:12, 125:15, 125:16
**Fleet** [2] - 56:16, 95:10
**flight** [2] - 40:9, 67:14
**floodgates** [1] - 32:23
**Floor** [1] - 1:20
**focus** [7] - 3:10, 38:7, 66:15, 75:3, 77:22, 79:23, 82:22
**focused** [2] - 61:9, 63:19
**focusing** [2] - 72:22, 77:14
**fold** [1] - 56:25
**folks** [3] - 65:14, 65:18, 131:22
**follow** [2] - 53:10, 57:6
**follow-up** [1] - 57:6
**following** [2] - 35:16, 87:5
**FOR** [3] - 1:1, 1:13, 1:19
**force** [4] - 13:22, 14:7, 14:14, 18:6
**Forces** [2] - 56:16, 95:10
**foregoing** [1] - 132:3
**forget** [1] - 99:21
**form** [5] - 4:14, 105:19, 105:21, 105:22, 106:2
**formal** [7] - 6:19, 6:23, 20:16, 89:15, 90:11, 93:9, 114:17
**formalize** [2] - 74:2, 77:10

**formally** [1] - 121:21
**format** [1] - 132:4
**former** [1] - 72:2
**forth** [2] - 67:5, 120:22
**forward** [10] - 15:20, 15:21, 15:25, 16:1, 32:4, 40:14, 88:10, 89:21, 94:14
**forwarded** [5] - 34:3, 38:10, 72:6, 92:3, 102:3
**forwarding** [2] - 92:2, 102:7
**forwards** [7] - 59:15, 72:4, 74:12, 95:25, 97:9, 100:14
**foundation** [5] - 21:3, 25:13, 26:8
**four** [22] - 13:21, 13:23, 14:23, 18:5, 19:20, 20:5, 24:4, 38:17, 38:22, 38:24, 61:10, 61:13, 74:17, 81:18, 81:22, 111:14, 112:5, 114:22, 115:1, 124:9, 124:10, 124:19
**four-star** [10] - 18:5, 38:17, 38:22, 81:18, 81:22, 111:14, 112:5, 124:9, 124:10, 124:19
**fourth** [1] - 56:18
**fraud** [1] - 4:20
**Friday** [3] - 50:2, 75:15, 102:14
**friends** [1] - 15:23
**front** [4] - 48:23, 75:21, 123:2, 128:9
**fruition** [3] - 121:13, 121:14, 121:19
**full** [7] - 13:22, 14:7, 14:14, 18:5, 40:10, 40:11, 81:23
**full-time** [1] - 81:23
**Fuller** [1] - 49:24
**fun** [3] - 18:3, 44:13, 48:13
**function** [1] - 19:12
**furtherance** [6] - 25:14, 25:17, 108:17, 109:6, 109:18, 109:23
**future** [1] - 111:10
**FYSA** [2] - 79:9, 96:2

## G

**Gantt** [1] - 15:4
**Gardner** [133] - 4:23, 4:24, 7:9, 7:18, 7:21, 7:22, 8:2, 8:10, 8:19,

9:5, 9:13, 9:22, 10:7, 10:25, 11:9, 12:10, 13:11, 15:11, 15:24, 16:3, 16:14, 16:23, 17:11, 17:17, 18:9, 18:11, 18:21, 22:16, 23:13, 23:18, 23:22, 24:21, 26:14, 26:23, 28:12, 29:1, 31:8, 31:25, 32:19, 33:14, 34:7, 35:1, 37:14, 38:23, 39:3, 39:15, 40:17, 41:2, 41:14, 42:2, 42:21, 43:10, 44:3, 44:14, 45:9, 46:8, 47:7, 48:11, 48:22, 49:11, 49:21, 51:9, 52:25, 53:3, 53:21, 54:3, 54:13, 55:17, 57:19, 60:13, 61:4, 62:1, 63:25, 65:2, 65:19, 65:20, 66:2, 66:15, 66:21, 66:23, 67:21, 68:5, 71:9, 73:5, 73:12, 74:23, 76:11, 76:15, 77:7, 78:1, 78:13, 80:14, 80:24, 81:1, 81:11, 81:25, 82:2, 83:10, 83:20, 84:6, 85:2, 85:14, 87:14, 87:23, 88:4, 88:12, 88:18, 89:24, 90:6, 92:11, 92:24, 95:6, 95:14, 98:23, 99:19, 100:3, 101:7, 101:12, 102:20, 103:9, 107:5, 107:15, 107:20, 111:22, 112:6, 113:7, 113:16, 115:7, 116:1, 118:19, 124:2, 130:7, 130:14
**GARDNER** [2] - 2:3, 7:24
**gate** [2] - 32:22, 33:16
**gathered** [1] - 122:9
**general** [15] - 3:15, 4:13, 5:5, 5:14, 5:18, 5:20, 5:24, 6:11, 6:18, 75:20, 75:25, 124:5, 124:17, 124:20
**general's** [1] - 5:1
**generated** [1] - 8:20
**Genoble** [1] - 128:21
**gentlemen** [3] - 7:20, 64:25, 129:21
**given** [6] - 16:9, 18:10, 38:19, 42:25, 45:19, 109:2

**glad** [2] - 72:19, 73:3
**globally** [1] - 20:9
**glossary** [1] - 17:14
**Gmail** [1] - 42:1
**go-ahead** [1] - 32:21
**goal** [6] - 14:2, 15:10, 34:25, 50:13, 50:14, 50:17
**GOVERNMENT** [3] - 1:13, 2:2, 7:24
**government** [59] - 7:7, 8:12, 9:15, 11:2, 12:3, 12:25, 16:6, 16:25, 21:11, 25:2, 25:4, 26:16, 27:21, 35:25, 39:5, 41:4, 43:21, 45:11, 49:13, 51:11, 54:5, 55:19, 57:21, 60:15, 66:4, 67:23, 69:13, 71:11, 73:14, 78:15, 84:1, 84:13, 86:10, 87:16, 88:20, 91:18, 92:13, 93:20, 96:10, 98:16, 99:22, 100:20, 102:22, 105:2, 106:25, 108:1, 108:11, 109:11, 109:22, 110:2, 118:24, 124:6, 127:8, 127:15, 127:17, 127:20, 127:23, 131:18, 131:19
**Government** [99] - 8:7, 8:13, 9:11, 10:23, 11:3, 11:24, 12:4, 12:21, 13:1, 16:21, 17:1, 21:7, 21:12, 23:11, 25:5, 26:12, 26:17, 27:17, 27:22, 30:8, 33:23, 33:24, 34:2, 34:19, 34:22, 35:21, 36:1, 39:1, 39:6, 40:21, 40:25, 41:4, 43:17, 43:22, 45:7, 45:12, 48:6, 49:9, 49:14, 51:7, 51:12, 54:6, 55:15, 57:22, 60:11, 60:18, 64:22, 65:25, 66:5, 67:19, 67:24, 69:14, 70:25, 71:6, 71:12, 73:10, 74:19, 77:6, 77:15, 78:11, 78:16, 80:3, 80:20, 81:7, 81:8, 82:10, 82:11, 82:22, 86:7, 86:11, 87:12, 88:16, 88:21, 90:21, 91:13, 91:19, 92:8, 92:14, 92:24,

93:16, 93:21, 96:6, 96:11, 97:11, 98:17, 99:17, 99:23, 100:16, 100:21, 101:4, 102:18, 102:23, 105:3, 107:18, 108:2, 110:3, 113:14, 118:3, 126:3
government's [2] - 45:19, 109:10
Government's [1] - 10:6
GOVERNMENT'S [1] - 2:6
GPS [1] - 104:12
grand [1] - 31:16
grant [4] - 26:8, 98:11, 99:2, 118:21
graphs [1] - 24:2
grateful [1] - 53:19
great [8] - 21:22, 90:14, 93:5, 129:20, 130:9, 131:6, 131:11
green [1] - 38:19
group [1] - 18:6
Group [1] - 1:19
group/vehicle [1] - 43:8
growth [2] - 104:13, 104:14
Guard [1] - 32:25
guess [3] - 54:21, 116:2, 130:20
Gus [1] - 52:1
guy [2] - 22:24, 129:11
guys [3] - 66:19, 72:19, 73:3
gym [1] - 19:6

**H**

habits [1] - 62:19
Hall [2] - 10:2, 10:16
halt [1] - 42:14
hands [6] - 24:1, 25:22, 50:14, 50:18, 95:9, 114:8
Hannink [1] - 130:19
happy [4] - 68:11, 69:20, 130:9, 130:23
Happy [1] - 102:7
hard [1] - 91:2
head [6] - 22:23, 40:13, 93:8, 93:11, 117:20, 117:21
header [2] - 71:22, 75:4
heading [1] - 10:15
headquarters [8] -

8:21, 9:8, 11:13, 12:19, 19:17, 24:15, 61:23, 62:2
heads [2] - 52:12, 53:5
health [1] - 22:25
hear [4] - 3:19, 4:10, 91:2, 103:19
heard [5] - 25:6, 45:13, 69:15, 102:13, 108:6
hearsay [6] - 21:14, 25:14, 70:11, 70:14, 85:9, 108:9
held [1] - 75:20
hell [1] - 111:7
hello [1] - 9:1
helmet [1] - 104:4
help [7] - 14:5, 20:6, 53:19, 62:16, 63:15, 93:8, 104:20
helpful [1] - 104:18
hereby [3] - 97:21, 99:12, 132:3
high [3] - 50:25, 59:19, 124:23
high-ranking [3] - 50:25, 59:19, 124:23
Higham [6] - 28:10, 28:13, 51:25, 62:6, 63:4, 64:15
highlighted [1] - 24:23
Hilliard [2] - 71:25, 72:1
himself [2] - 27:3, 105:15
hire [2] - 68:11, 68:22
history [1] - 92:7
hit [1] - 87:7
hold [2] - 25:24, 80:12
holding [1] - 48:16
holes [1] - 47:19
holidays [2] - 42:14, 43:1
home [2] - 46:23, 72:21
Honor [95] - 4:21, 7:10, 8:14, 9:17, 11:4, 12:5, 13:2, 13:5, 17:2, 17:5, 18:14, 21:3, 21:13, 22:8, 25:6, 25:9, 25:16, 26:18, 27:25, 28:3, 36:2, 39:7, 39:10, 41:6, 41:9, 43:23, 45:13, 45:16, 47:10, 48:1, 51:13, 51:17, 54:7,

55:21, 56:5, 57:23, 58:1, 60:19, 60:22, 65:7, 65:13, 65:23, 66:7, 66:9, 67:25, 69:15, 69:18, 70:4, 70:5, 70:8, 71:2, 71:5, 71:13, 71:17, 73:16, 77:3, 78:17, 82:15, 82:18, 85:8, 85:11, 86:12, 87:18, 88:22, 91:20, 92:16, 92:19, 93:22, 99:24, 100:22, 100:25, 102:24, 103:2, 105:4, 105:7, 108:1, 108:3, 108:6, 108:9, 108:15, 109:14, 109:24, 110:2, 115:2, 115:6, 116:4, 119:11, 128:17, 129:12, 129:18, 130:15, 130:17, 131:3, 131:10, 131:21
HONORABLE [1] - 1:10
hope [1] - 53:13
hoping [1] - 114:7
host [1] - 57:12
hosted [1] - 63:6
hotline [1] - 4:15
hour [1] - 10:14
hours [5] - 13:21, 18:4, 38:17, 65:12, 68:7
house [3] - 67:4, 73:1, 112:13
how/what [1] - 103:16
HQ [1] - 104:2
HR [2] - 40:13, 56:25
huddle [1] - 131:1
hung [1] - 38:14
hunting [1] - 122:20

**I**

ideally [3] - 20:7, 20:9, 20:19
identify [1] - 63:13
IG [3] - 4:3, 4:16, 4:19
illegal [1] - 109:19
image [4] - 61:20, 61:22, 61:23, 62:1
images [1] - 61:18
imagine [1] - 124:14
immediately [2] - 33:9, 38:18
implementation [1] - 94:23

important [1] - 130:5
impressions [1] - 19:25
impropriety [1] - 124:22
improve [1] - 52:14
improving [1] - 57:14
in-person [1] - 81:18
inadvertently [1] - 6:8
inbox [1] - 23:16
Inc [5] - 9:2, 90:12, 99:2, 118:21, 119:5
incentive [1] - 91:6
inclined [1] - 6:19
include [4] - 50:12, 88:12, 89:7, 104:25
included [1] - 75:24
includes [1] - 94:23
including [5] - 24:2, 31:1, 50:25, 92:5, 109:12
incorporation [1] - 94:23
incredible [1] - 19:19
incredibly [1] - 45:16
indicate [2] - 11:14, 36:11
indicated [1] - 9:6
indicating [2] - 89:16, 91:9
indication [5] - 85:5, 85:16, 85:21, 85:25, 86:3
individual [1] - 104:13
individually [1] - 22:6
influence [1] - 29:23
info [1] - 67:14
inform [4] - 78:3, 78:6, 107:5, 107:9
informate [1] - 66:20
informating [1] - 33:15
information [8] - 25:21, 26:1, 26:5, 50:22, 53:23, 59:3, 110:11, 114:11
informed [3] - 37:21, 37:25, 73:6
informing [1] - 83:16
initial [5] - 19:25, 94:24, 116:2, 117:2, 117:6
initiative [1] - 53:6
initiatives [1] - 52:13
inputs [1] - 31:2
inquiry [1] - 5:4

inspector [10] - 3:15, 4:12, 5:1, 5:5, 5:13, 5:18, 5:20, 5:23, 5:24, 6:11
installments [1] - 90:18
institutionalize [1] - 53:15
instructions [2] - 131:1, 131:16
intellectual [1] - 53:19
intend [1] - 76:3
intentional [1] - 7:11
intentionally [1] - 7:13
interest [2] - 28:21, 118:25
interested [3] - 76:7, 76:12, 76:18
interests [1] - 84:3
interspersed [1] - 25:12
interview [1] - 123:15
interviewed [2] - 5:18, 117:21
interviews [1] - 123:21
intimately [1] - 115:9
introduced [1] - 60:2
introduction [1] - 56:15
invasion [1] - 28:20
investigating [1] - 130:6
investigation [19] - 5:25, 8:6, 66:23, 76:15, 93:12, 112:7, 113:7, 115:10, 116:1, 116:9, 116:10, 116:20, 117:14, 117:17, 117:24, 120:5, 124:4, 128:7, 129:6
investigations [1] - 125:18
Investigative [2] - 116:15, 116:19
investigators [1] - 116:16
investors [1] - 111:7
invitations [1] - 8:4
invite [7] - 18:2, 26:15, 26:24, 27:4, 27:13, 61:9, 62:4
invited [3] - 9:1, 9:3, 19:25
involve [1] - 79:11
involved [5] - 14:20,

69:22, 79:16, 115:9,
117:14
**involving** [1] - 84:8
**Island** [3] - 10:1,
10:10, 10:12
**issue** [4] - 6:12,
45:22, 63:9, 63:22
**issued** [1] - 6:19
**issues** [1] - 108:23
**IT** [1] - 42:8
**Italian** [1] - 39:22
**Italy** [13] - 14:4, 18:7,
24:6, 29:21, 36:13,
44:8, 50:4, 63:8, 67:4,
111:13, 112:4, 112:7,
112:13

# J

**JAG** [1] - 75:10
**Jan** [8] - 28:18,
28:24, 34:6, 37:16,
40:9, 40:10, 40:11,
40:12
**January** [23] - 4:2,
4:4, 29:6, 29:7, 35:5,
40:8, 42:15, 42:16,
42:24, 43:12, 44:10,
45:5, 46:3, 52:5, 63:6,
64:5, 64:8, 64:11,
72:11, 112:10,
113:11, 114:19
**Jim** [7] - 28:10,
28:13, 28:17, 51:25,
62:6, 62:14, 64:15
**job** [20] - 20:25, 21:2,
47:17, 69:4, 73:7,
79:13, 80:24, 86:1,
97:21, 99:12, 106:20,
107:6, 107:9, 108:20,
109:6, 109:11,
109:12, 111:18,
112:19, 122:8
**John** [4] - 71:25,
72:1, 72:11, 130:19
**join** [7] - 81:23, 86:4,
89:15, 97:14, 110:25,
113:1, 116:12
**join/observe** [1] -
40:13
**joined** [5] - 72:11,
116:9, 116:13,
116:21, 116:22
**joining** [9] - 20:23,
21:24, 21:25, 23:6,
23:8, 35:15, 76:18,
80:10, 109:1
**joining/observing**
[1] - 28:21
**joins** [2] - 20:9,

20:19
**joint** [1] - 84:4
**JT** [1] - 15:3
**JUDGE** [1] - 1:10
**judgment** [2] - 57:14,
62:18
**Judicial** [1] - 132:5
**Juliet** [5] - 14:18,
34:3, 35:2, 64:1,
125:6
**July** [11] - 20:10,
20:19, 76:24, 80:10,
80:15, 81:16, 81:24,
82:4, 90:25, 105:17,
106:7
**Jump** [107] - 5:22,
8:21, 9:2, 13:14, 14:2,
14:9, 15:9, 16:14,
17:18, 19:6, 19:10,
20:10, 20:15, 20:19,
20:23, 23:6, 23:16,
24:15, 25:11, 26:3,
29:1, 29:18, 29:25,
32:1, 32:5, 33:16,
34:22, 34:25, 35:12,
35:15, 42:22, 43:11,
43:15, 44:6, 45:10,
45:20, 48:25, 50:23,
53:15, 56:25, 59:12,
60:7, 63:6, 69:4,
69:22, 69:24, 72:2,
76:6, 76:12, 76:17,
76:18, 76:24, 78:4,
78:7, 79:12, 80:10,
83:8, 83:22, 84:3,
84:8, 85:7, 85:18,
85:22, 86:1, 86:4,
89:16, 90:12, 94:12,
95:18, 95:21, 97:3,
97:15, 98:11, 98:24,
99:2, 100:12, 101:23,
106:18, 106:20,
107:6, 107:10,
107:13, 108:21,
109:1, 109:4, 111:1,
112:1, 112:20,
112:23, 113:2, 113:8,
113:10, 113:24,
114:18, 114:21,
118:21, 119:5, 119:6,
120:13, 121:11,
121:16, 122:2,
123:19, 126:21,
127:20, 128:5, 128:7
**jump** [1] - 41:19
**Jump's** [9] - 8:23,
9:8, 11:12, 11:15,
12:18, 61:16, 61:23,
62:2, 112:14
**jumped** [2] - 50:3,

69:1
**Jury** [5] - 3:2, 7:19,
65:4, 65:17, 130:11
**JURY** [1] - 1:9
**jury** [47] - 7:9, 8:16,
17:8, 22:13, 25:4,
26:20, 28:5, 30:8,
36:4, 39:12, 41:11,
43:25, 49:13, 49:18,
51:19, 54:9, 55:20,
56:7, 57:11, 58:3,
60:16, 60:24, 66:11,
68:2, 71:19, 73:18,
74:20, 75:9, 78:16,
78:19, 86:14, 87:20,
88:24, 91:22, 92:21,
93:24, 96:14, 98:15,
98:20, 101:2, 103:4,
105:9, 110:5, 111:3,
113:20, 131:1, 131:16

# K

**KATHRYN** [1] - 1:16
**Katie** [1] - 93:6
**Keep** [3] - 74:13,
77:8, 118:6
**keep** [9] - 8:5, 26:6,
37:9, 39:18, 42:18,
74:1, 118:7, 118:8,
126:9
**Kevin** [4] - 54:16,
55:12, 92:5, 93:5
**key** [2] - 102:14,
110:11
**Key** [15] - 69:23,
88:8, 93:8, 93:11,
93:13, 94:4, 95:17,
95:20, 95:24, 96:2,
101:10, 101:16,
102:2, 102:8, 103:10
**keyword** [1] - 123:9
**kick** [4] - 53:19, 63:6,
64:10, 102:16
**kicked** [1] - 42:24
**kickoff** [4] - 20:3,
34:6, 37:16, 64:8
**Kim** [127] - 9:7,
10:20, 13:12, 14:7,
14:11, 14:13, 14:15,
14:23, 15:5, 15:24,
17:20, 17:25, 19:3,
20:2, 20:12, 20:18,
21:19, 21:20, 22:6,
22:19, 24:12, 24:14,
25:18, 25:23, 26:4,
27:3, 28:8, 28:10,
28:23, 29:5, 29:12,
29:16, 29:17, 29:24,
30:12, 31:8, 31:19,

32:3, 32:4, 33:1, 33:9,
34:3, 34:8, 34:10,
34:22, 35:8, 35:11,
36:17, 36:22, 37:17,
37:22, 38:1, 38:8,
38:21, 40:1, 41:15,
41:25, 43:4, 46:2,
46:12, 46:20, 46:22,
48:24, 49:25, 51:3,
51:25, 53:3, 53:8,
55:4, 57:6, 58:22,
60:3, 61:7, 62:11,
62:20, 62:21, 66:17,
66:24, 66:25, 67:9,
67:22, 68:5, 68:22,
72:3, 72:8, 72:23,
72:25, 73:7, 73:22,
74:10, 74:13, 74:15,
77:8, 78:25, 80:9,
81:13, 81:17, 81:21,
85:6, 85:17, 86:18,
88:2, 89:3, 89:7,
89:23, 92:1, 92:2,
92:4, 93:1, 93:10,
95:25, 96:25, 97:8,
100:7, 103:14,
108:18, 110:22,
112:7, 112:12,
120:22, 121:23,
122:17, 126:12,
126:17, 126:19, 127:7
**Kim's** [5] - 38:15,
62:4, 93:4, 107:23,
110:13
**kind** [6] - 19:7,
21:20, 62:23, 108:21,
108:23, 118:19
**knowledge** [2] -
106:3, 119:9
**knows** [1] - 47:17
**Kraus** [2] - 3:7, 3:13
**Kyle** [1] - 15:4

# L

**LA** [3] - 13:24, 14:1,
15:5
**Labor** [6] - 68:12,
68:23, 74:3, 77:11,
78:8, 86:4
**ladies** [3] - 7:20,
64:25, 129:21
**laid** [4] - 37:7, 37:8,
37:18, 39:18
**last** [27] - 20:18,
24:4, 37:9, 37:19,
39:18, 44:16, 48:15,
50:14, 50:18, 52:6,
52:16, 56:18, 56:19,
61:11, 72:10, 75:22,

87:2, 93:9, 94:20,
97:6, 97:19, 99:9,
103:19, 104:3, 104:5,
104:10, 114:18
**Last** [1] - 34:4
**lasted** [2] - 111:12,
112:3
**latest** [1] - 57:14
**latitude** [1] - 7:3
**launch** [2] - 14:3,
80:13
**Law** [1] - 1:19
**law** [1] - 6:6
**lawyer** [1] - 3:14
**lawyers** [1] - 97:6
**layoff/firings** [1] -
87:6
**lead** [2] - 115:12,
115:13
**leader** [2] - 21:23,
94:25
**leaders** [6] - 18:4,
19:20, 20:5, 28:19,
28:25, 102:15
**leadership** [4] - 47:1,
52:14, 63:20, 94:24
**Leadership** [18] -
8:3, 8:4, 14:24, 15:7,
15:8, 15:12, 27:6,
27:8, 34:23, 35:1,
52:9, 61:9, 62:15,
62:24, 63:5, 67:1,
93:6, 102:15
**learn** [3] - 57:2,
124:4, 125:1
**learned** [2] - 63:8,
129:6
**least** [2] - 22:4, 125:1
**leave** [3] - 40:8,
42:25, 76:3
**leaves** [2] - 20:9,
20:19
**leaving** [1] - 10:9
**left** [7] - 8:2, 12:11,
48:23, 68:15, 73:2,
128:5
**legal** [8] - 38:19,
74:2, 77:9, 87:2, 88:3,
89:12, 118:8, 118:11
**Legal** [1] - 75:13
**lessons** [1] - 63:8
**Letter** [2] - 82:25,
97:3
**letter** [32] - 75:25,
79:9, 79:14, 79:22,
83:11, 83:16, 84:13,
85:10, 85:11, 85:14,
89:15, 90:2, 90:6,
90:8, 91:8, 92:3, 93:9,
95:18, 97:14, 98:4,

98:7, 98:24, 99:10, 99:11, 99:14, 100:11, 107:1, 114:5, 114:9, 114:14, 114:16
**level** [3] - 3:4, 30:25, 31:3
**levels** [2] - 33:18, 33:21
lie [1] - 19:21
**lied** [1] - 5:10
**light** [1] - 38:19
**likely** [11] - 14:3, 14:4, 23:1, 23:3, 23:8, 42:15, 42:16, 82:14, 93:7, 93:11, 131:4
**line** [24] - 7:5, 17:11, 18:10, 24:9, 24:17, 25:22, 31:16, 44:7, 44:11, 57:2, 58:24, 61:8, 66:18, 67:13, 68:8, 75:12, 79:2, 79:23, 94:9, 97:2, 97:19, 113:25, 118:5, 118:22
**list** [1] - 63:12
**listed** [6] - 24:9, 24:16, 32:10, 61:13, 83:22, 84:14
**listserv** [5] - 13:14, 29:18, 68:7, 74:12, 97:9
**lives** [1] - 103:18
**LLP** [1] - 1:19
**locally** [1] - 42:12
**located** [1] - 63:7
**location** [1] - 24:5
**lock** [1] - 52:19
**logistical** [1] - 48:14
**Lokeya** [3] - 15:19, 15:24, 49:24
**LOL** [1] - 91:2
**look** [13] - 18:22, 39:24, 41:20, 54:13, 67:6, 71:22, 75:3, 75:16, 80:7, 89:20, 89:21, 122:10, 127:4
**looked** [14] - 3:11, 9:5, 10:13, 47:16, 58:9, 59:4, 59:16, 77:7, 80:7, 81:11, 82:12, 88:3, 101:11, 122:5
**looking** [54] - 10:6, 16:10, 18:21, 24:21, 28:8, 29:14, 30:11, 36:7, 36:22, 36:25, 40:8, 43:2, 44:14, 51:22, 55:2, 58:9, 58:18, 59:13, 60:1, 61:11, 63:1, 64:12,

69:21, 71:3, 73:21, 74:3, 74:10, 77:10, 78:7, 80:23, 81:23, 91:25, 92:24, 94:2, 94:20, 96:17, 97:19, 98:9, 98:25, 99:6, 100:3, 100:13, 101:25, 102:9, 103:10, 103:22, 105:25, 117:9, 121:5, 122:14, 123:9, 127:7, 127:14
**looks** [1] - 9:6, 19:19, 33:6
**loop** [1] - 29:21
**Lord** [1] - 88:9
**losing** [1] - 111:6
**love** [2] - 57:13, 62:13
**low** [4] - 74:1, 74:14, 77:8, 118:7
**lower** [1] - 91:6
**lunch** [3] - 8:3, 9:5, 10:13

# M

**Mackey** [5] - 19:4, 19:8, 19:9, 48:16, 73:24
**Madison** [1] - 1:20
**major** [1] - 29:23
**manager** [1] - 129:4
**manner** [1] - 4:12
**March** [14] - 20:7, 50:2, 50:15, 50:18, 52:18, 54:18, 55:6, 57:5, 57:10, 58:11, 59:25, 61:13, 64:20, 106:24
marked [39] - 9:11, 10:23, 11:24, 12:21, 16:20, 21:7, 23:11, 25:5, 26:12, 27:17, 35:21, 36:1, 39:1, 40:25, 43:17, 45:7, 49:9, 51:7, 54:1, 55:15, 57:17, 57:22, 60:11, 64:22, 67:19, 70:25, 73:10, 78:11, 78:16, 86:7, 88:16, 91:13, 93:16, 96:6, 97:11, 99:17, 99:23, 100:15, 107:18
**market** [4] - 87:6, 87:8, 98:12, 99:3
**markets** [1] - 87:6
**massive** [1] - 111:25
**massively** [2] - 15:22, 16:2

**materially** [1] - 6:8
**math** [2] - 104:11, 120:1
**matter** [5] - 3:7, 70:11, 84:2, 115:11, 132:4
**matters** [2] - 125:19, 129:24
**McCoy** [2] - 54:16, 55:12
**McFADDEN** [1] - 1:10
**meal** [1] - 45:21
**mean** [9] - 6:2, 6:23, 16:3, 22:3, 22:4, 46:17, 47:25, 84:6, 119:21
**means** [3] - 42:9, 50:15, 50:18
**measure** [1] - 104:14
**mechanisms** [1] - 104:13
**meet** [6] - 14:11, 19:21, 24:10, 24:12, 25:25, 76:8
**meeting** [19] - 10:19, 19:24, 21:18, 24:1, 24:24, 24:25, 25:18, 25:20, 25:22, 25:24, 26:15, 26:24, 44:13, 47:12, 48:13, 81:18, 93:5
**meetings** [4] - 25:25, 46:18, 47:11, 81:17
**mega** [1] - 93:6
**Meghan** [47] - 9:2, 13:21, 19:4, 22:5, 22:17, 24:15, 27:3, 28:11, 28:17, 28:23, 30:15, 34:5, 40:6, 42:1, 44:4, 44:22, 46:23, 48:23, 49:22, 52:1, 55:9, 56:13, 63:4, 64:16, 67:11, 68:11, 73:24, 78:25, 79:5, 86:24, 88:2, 88:7, 89:6, 95:25, 96:22, 96:25, 97:5, 100:5, 102:3, 102:7, 103:16, 110:21, 114:7, 114:16, 120:21, 121:24, 122:18
member [2] - 24:5, 100:12
members [4] - 48:24, 53:8, 123:21, 124:14
memo [3] - 106:23, 106:24, 106:25
**Memorial** [1] - 102:7

**mental** [2] - 22:25, 62:18
**mention** [1] - 121:1
**mentioned** [4] - 6:24, 10:12, 19:12, 53:14
**Merchant** [1] - 15:3
**message** [14] - 36:11, 53:3, 80:23, 81:1, 81:5, 90:22, 90:24, 91:10, 108:13, 110:20, 110:21, 110:25, 118:24, 119:1
**messages** [2] - 120:5, 122:17
**messaging** [1] - 63:14
**Messenger** [79] - 9:2, 9:7, 10:20, 14:11, 14:15, 17:21, 19:4, 21:19, 21:20, 22:5, 22:17, 23:2, 24:12, 24:15, 25:18, 25:23, 26:4, 26:5, 27:3, 28:11, 29:5, 30:15, 33:9, 34:8, 35:8, 35:11, 37:22, 38:1, 40:6, 42:1, 44:4, 44:22, 46:13, 46:20, 46:23, 48:23, 49:6, 49:22, 50:17, 52:1, 52:7, 52:17, 52:20, 55:9, 60:3, 64:13, 64:14, 66:25, 67:11, 68:14, 68:18, 72:25, 73:7, 73:24, 74:15, 78:25, 82:13, 85:7, 85:17, 86:19, 86:24, 88:2, 89:6, 95:25, 96:3, 96:25, 100:5, 100:13, 102:11, 108:18, 110:21, 111:22, 112:2, 112:7, 112:12, 112:17, 120:21, 121:24, 122:18
**Messenger's** [4] - 34:3, 53:7, 66:25, 74:15
met [10] - 13:21, 24:11, 24:14, 46:17, 56:17, 76:9, 115:15, 115:20, 115:21, 115:22
**method** [2] - 42:7, 42:20
**MFR** [1] - 75:20
**Michael** [1] - 17:13
**micro** [1] - 129:4
**mid** [1] - 42:25
**middle** [7] - 17:25,

36:7, 54:13, 58:9, 96:17, 118:20, 126:11
**midway** [1] - 129:5
**might** [6] - 53:15, 53:18, 56:22, 57:3, 117:2, 129:4
**Mike** [6] - 19:1, 19:5, 38:11, 38:12, 38:15, 73:24
**Milan** [1] - 72:20
**milestone** [1] - 94:25
**military** [4] - 38:13, 124:2, 124:5, 125:14
**million** [31] - 14:1, 15:9, 25:19, 32:22, 33:20, 34:24, 111:6, 111:23, 119:19, 121:1, 121:2, 121:3, 121:10, 121:16, 121:22, 121:23, 122:3, 122:15, 122:22, 123:5, 123:6, 123:9, 123:18, 123:19, 126:18
**millions** [1] - 121:8
**Mind** [1] - 17:18
**mind** [1] - 53:13
**mini** [1] - 61:9
**minute** [2] - 37:20, 131:2
**minutes** [3] - 65:1, 65:15, 114:7
**misconstruing** [1] - 109:22
**misleading** [1] - 45:17
**mobile** [2] - 8:20, 11:10
**model** [2] - 62:18, 104:12
**modifications** [1] - 79:15
**modular** [1] - 104:6
**moment** [22] - 4:23, 13:2, 17:2, 27:25, 39:7, 41:6, 51:13, 55:21, 57:23, 60:19, 66:6, 70:4, 71:13, 92:7, 92:15, 100:22, 102:24, 105:4, 108:3, 119:11, 127:10, 130:15
**moments** [1] - 11:11
**momentum** [1] - 93:8
**Monday** [11] - 28:18, 28:24, 40:9, 44:10, 57:10, 65:8, 101:19, 130:2, 130:22, 131:17, 131:23

**money** [1] - 128:2
**month** [1] - 90:19
**months** [21] - 4:6, 5:25, 16:9, 33:19, 42:15, 50:3, 50:5, 52:10, 80:16, 80:19, 81:3, 81:6, 82:6, 82:9, 91:8, 91:11, 113:12, 114:20, 114:22, 114:23, 115:1
**monumental** [1] - 92:7
**morning** [4] - 13:15, 114:8, 130:2, 130:22
**most** [1] - 53:19
**Mother's** [1] - 130:9
**mothers** [1] - 130:9
**move** [8] - 31:3, 37:8, 37:18, 39:17, 63:16, 70:19, 82:17, 82:19
**moved** [2] - 88:8, 111:9
**moves** [42] - 8:12, 9:15, 11:2, 12:3, 12:25, 16:25, 21:11, 25:2, 25:4, 26:16, 27:21, 35:25, 39:5, 41:4, 43:21, 45:11, 49:13, 51:11, 54:5, 55:19, 57:21, 60:15, 66:4, 67:23, 69:13, 71:11, 73:14, 78:15, 86:10, 87:16, 88:20, 91:18, 92:13, 93:20, 96:10, 98:16, 99:22, 100:20, 102:22, 105:2, 108:1, 110:2
**moving** [2] - 8:5, 87:3
**Moynihan** [2] - 10:1, 10:16
**MR** [10] - 3:4, 3:21, 3:25, 4:12, 4:25, 6:4, 6:6, 7:10, 7:13, 131:21
**MS** [383] - 8:1, 8:7, 8:9, 8:12, 8:14, 8:18, 9:10, 9:12, 9:15, 9:17, 9:21, 10:3, 10:5, 10:22, 10:24, 11:2, 11:4, 11:8, 11:23, 11:25, 12:3, 12:5, 12:9, 12:20, 12:22, 12:25, 13:2, 13:5, 13:10, 16:20, 16:22, 16:25, 17:2, 17:5, 17:10, 17:22, 17:24, 18:13, 18:14, 18:20, 21:3, 21:6, 21:8,

21:11, 21:13, 21:18, 22:2, 22:8, 22:15, 23:10, 23:12, 23:21, 23:23, 24:18, 24:20, 25:2, 25:6, 25:9, 25:16, 26:11, 26:13, 26:16, 26:18, 26:22, 27:16, 27:18, 27:21, 27:23, 27:24, 27:25, 28:3, 28:7, 30:6, 30:10, 33:23, 34:1, 34:18, 34:21, 35:19, 35:22, 35:25, 36:2, 36:6, 36:18, 36:20, 37:3, 37:5, 37:11, 37:13, 38:5, 38:6, 38:25, 39:2, 39:5, 39:7, 39:10, 39:14, 40:24, 41:1, 41:6, 41:9, 41:13, 43:16, 43:18, 43:21, 43:23, 44:2, 44:18, 44:20, 44:23, 44:24, 45:6, 45:8, 45:11, 45:13, 45:16, 46:1, 46:6, 46:17, 46:22, 46:24, 47:6, 47:16, 47:25, 48:6, 48:10, 48:19, 48:21, 49:1, 49:4, 49:8, 49:10, 49:15, 49:20, 51:6, 51:8, 51:11, 51:13, 51:16, 51:21, 52:21, 52:24, 53:1, 53:2, 53:25, 54:2, 54:5, 54:7, 54:11, 55:14, 55:16, 55:19, 55:21, 55:24, 56:1, 56:2, 56:4, 56:5, 56:9, 56:10, 57:16, 57:18, 57:21, 57:23, 58:1, 58:5, 58:7, 58:15, 58:17, 60:10, 60:12, 60:15, 60:17, 60:18, 60:19, 60:22, 61:1, 61:2, 61:24, 61:25, 62:9, 62:10, 64:21, 65:7, 65:11, 65:13, 65:23, 66:1, 66:4, 66:6, 66:9, 66:13, 67:18, 67:20, 67:23, 67:25, 68:4, 68:20, 68:21, 69:8, 69:10, 69:13, 69:15, 69:18, 70:4, 70:5, 70:8, 70:18, 70:24, 71:2, 71:5, 71:8, 71:11, 71:13, 71:17, 71:21, 73:9, 73:11, 73:14, 73:16, 73:20, 74:18, 74:22, 77:3, 77:5, 77:21, 77:23,

78:10, 78:12, 78:15, 78:17, 78:21, 80:3, 80:6, 80:20, 80:22, 81:7, 81:10, 82:10, 82:15, 82:18, 82:20, 82:21, 83:6, 83:8, 83:17, 83:19, 84:9, 84:11, 84:16, 84:18, 85:8, 85:11, 85:13, 86:10, 86:12, 86:16, 87:11, 87:13, 87:16, 87:18, 87:22, 88:15, 88:17, 88:20, 88:22, 89:1, 90:3, 90:5, 90:20, 90:23, 91:3, 91:12, 91:15, 91:18, 91:20, 91:24, 92:8, 92:10, 92:13, 92:15, 92:19, 92:23, 93:15, 93:17, 93:20, 93:22, 94:1, 96:5, 96:7, 96:10, 96:12, 96:16, 97:1, 97:10, 97:12, 97:16, 97:18, 98:6, 98:8, 98:16, 98:18, 98:22, 99:16, 99:18, 99:21, 99:24, 100:2, 100:15, 100:17, 100:20, 100:22, 100:25, 101:4, 101:6, 102:17, 102:19, 102:22, 102:24, 103:2, 103:6, 103:8, 104:21, 104:22, 105:2, 105:4, 105:7, 105:11, 106:8, 106:10, 106:14, 106:16, 107:17, 107:19, 108:1, 108:3, 108:6, 108:9, 108:15, 109:5, 109:14, 109:15, 109:24, 110:2, 110:7, 110:15, 110:17, 113:5, 113:6, 113:13, 113:15, 113:18, 113:22, 115:2, 115:5, 115:24, 115:25, 116:4, 116:11, 118:15, 118:18, 119:11, 119:14, 123:24, 124:1, 126:3, 126:5, 126:8, 126:10, 126:24, 127:3, 128:14, 128:17, 128:19, 129:12, 129:15, 129:18, 130:15, 130:17, 130:22, 131:3, 131:9, 131:19
**multimillion** [4] -

120:11, 120:13, 120:15, 121:16
**multimillions** [1] - 126:6
**multiple** [1] - 109:12

**N**

**N1** [1] - 42:17
**name** [1] - 88:9
**Naples** [18] - 14:3, 18:7, 24:6, 28:17, 28:24, 29:6, 40:10, 40:13, 50:4, 63:8, 66:19, 67:2, 67:3, 67:16, 72:11, 72:12, 73:1, 74:16
**NATO** [2] - 29:22, 32:24
**nature** [1] - 3:16
**NAVAF** [1] - 31:21
**Naval** [1] - 116:15
**NAVEUR** [2] - 31:21, 56:21
**Navy** [137] - 5:3, 5:5, 5:23, 6:10, 11:22, 13:23, 14:8, 14:9, 14:15, 16:15, 18:5, 20:4, 20:8, 20:9, 20:19, 20:22, 23:5, 24:2, 24:5, 24:10, 24:13, 28:13, 28:21, 29:2, 29:5, 29:9, 29:21, 30:1, 30:3, 30:19, 32:23, 32:24, 33:9, 33:16, 33:19, 33:21, 34:15, 35:7, 35:11, 35:12, 35:15, 37:22, 38:1, 40:12, 42:11, 42:22, 43:10, 45:20, 45:22, 46:19, 48:18, 52:3, 52:14, 53:6, 53:9, 53:20, 55:11, 56:23, 56:24, 58:12, 59:12, 59:19, 59:21, 62:8, 62:14, 64:15, 64:16, 69:14, 69:21, 69:24, 73:7, 74:2, 76:7, 76:13, 77:9, 79:6, 79:16, 79:24, 80:17, 81:4, 81:18, 81:22, 82:7, 86:19, 93:8, 93:11, 94:8, 94:13, 94:18, 94:22, 95:9, 101:10, 101:23, 104:7, 104:8, 104:13, 109:13, 109:15, 109:16, 109:17, 109:20, 112:1, 112:15,

112:21, 112:24, 118:11, 120:13, 120:15, 121:2, 121:3, 121:11, 121:15, 121:21, 122:1, 122:15, 122:6, 122:21, 123:6, 123:15, 123:17, 123:21, 125:3, 125:9, 125:17, 125:21, 125:23, 125:25, 126:21, 127:5, 127:18, 129:1, 129:8, 129:9
**navy** [1] - 123:7
**Navy's** [2] - 20:16, 116:16
**NCIS** [2] - 116:13, 116:14
**necessarily** [6] - 24:24, 122:20, 124:11, 124:15, 124:21, 125:16
**need** [13] - 20:6, 22:9, 31:7, 50:15, 50:18, 53:19, 56:4, 63:13, 63:21, 123:7, 130:25, 131:13, 131:16
**needs** [1] - 31:4
**negative** [2] - 122:23, 123:1
**negotiations** [1] - 20:25
**nervous** [2] - 19:22
**never** [5] - 6:11, 40:21, 68:11, 115:20, 115:21
**new** [7] - 14:3, 53:15, 72:13, 74:8, 79:12, 88:7, 112:23
**New** [10] - 1:17, 1:21, 10:1, 10:16, 12:14, 20:20, 61:16, 78:8, 80:11
**newest** [1] - 100:12
**Newport** [1] - 10:11
**next** [83] - 8:7, 9:10, 10:22, 11:23, 12:20, 15:19, 15:21, 16:1, 20:10, 20:20, 21:6, 23:1, 23:3, 23:10, 26:11, 27:16, 29:22, 29:24, 30:6, 30:22, 33:23, 34:13, 35:20, 37:11, 38:25, 39:24, 40:24, 41:20, 43:2, 43:16, 45:6, 46:11, 47:6, 47:15, 47:20, 47:22, 49:8, 50:12,

50:15, 50:19, 51:6,
52:11, 53:25, 55:14,
57:16, 60:10, 63:16,
64:12, 64:21, 65:24,
67:18, 70:24, 73:9,
74:18, 77:5, 78:10,
80:3, 80:12, 80:21,
82:14, 86:6, 86:22,
87:4, 89:21, 91:12,
92:8, 93:15, 94:18,
95:2, 95:8, 96:5,
97:10, 99:16, 100:13,
101:25, 102:1,
102:17, 103:18,
104:4, 106:11,
107:17, 130:12
**Next** [116] - 5:22,
8:21, 8:23, 9:2, 9:8,
11:12, 11:15, 12:18,
13:14, 14:2, 14:9,
15:9, 16:14, 17:18,
19:6, 19:10, 20:10,
20:15, 20:19, 20:23,
23:6, 23:16, 24:15,
25:11, 26:3, 29:1,
29:18, 29:25, 32:1,
32:5, 33:15, 34:22,
34:24, 35:12, 35:15,
42:22, 43:11, 43:15,
44:6, 45:10, 45:20,
48:25, 50:23, 53:15,
56:25, 59:12, 60:7,
61:16, 61:23, 62:2,
63:6, 69:4, 69:22,
69:24, 72:2, 76:6,
76:12, 76:17, 76:18,
76:24, 78:4, 78:7,
79:12, 80:10, 81:23,
83:22, 84:3, 84:8,
85:7, 85:18, 85:22,
86:1, 86:4, 89:16,
90:12, 94:12, 95:18,
95:21, 97:3, 97:15,
98:11, 98:24, 99:2,
100:12, 101:23,
106:18, 106:20,
107:6, 107:10,
107:13, 108:21,
109:1, 109:4, 111:1,
112:1, 112:14,
112:20, 112:23,
113:2, 113:8, 113:10,
113:24, 114:18,
114:21, 118:21,
119:5, 119:6, 120:13,
121:11, 121:16,
122:2, 123:19,
126:21, 127:20,
128:5, 128:7
**nice** [1] - 102:8
**night** [4] - 44:16,

48:15, 87:2, 93:9
**nightmares** [1] -
48:15
**NIGHTS** [1] - 5:3
**NIPR** [1] - 64:6
**NO** [1] - 1:5
**no-go** [1] - 42:15
**none** [3] - 42:12,
121:13, 121:14
**nonstop** [1] - 72:10
**normal** [2] - 42:7,
42:19
**note** [11] - 29:22,
40:14, 72:11, 72:12,
93:7, 93:11, 94:12,
95:25, 96:2, 103:19,
104:5
**notes** [7] - 24:1,
24:6, 24:23, 25:20,
26:3, 94:14, 95:4
**nothing** - 46:2,
109:19, 131:19
**Notice** [1] - 107:2
**notice** [1] - 114:9
**notification** [2] -
11:11, 114:17
**notified** [2] - 20:22,
23:5
**November** [10] - 9:4,
10:18, 11:16, 12:16,
13:17, 19:14, 20:14,
20:21, 22:21, 23:4
**nuclear** [3] - 129:11,
129:16
**number** [5] - 5:3,
33:20, 45:17, 106:12,
128:9
**numbers** [4] - 121:3,
121:22, 121:25, 122:2
**NW** [3] - 1:14, 1:17,
1:24
**NYC** [6] - 20:11,
40:8, 57:13, 62:15,
74:3, 102:15

# O

**O'NEILL** [97] - 1:20,
8:14, 9:17, 11:4, 12:5,
13:2, 13:5, 17:2, 17:5,
18:14, 21:3, 21:13,
22:2, 25:6, 25:9,
26:18, 27:23, 27:25,
28:3, 36:2, 39:7,
39:10, 41:6, 41:9,
43:23, 45:13, 45:16,
46:1, 46:22, 49:15,
51:13, 51:16, 54:7,
55:21, 55:24, 56:2,
56:5, 57:23, 58:1,

60:17, 60:19, 60:22,
66:6, 66:9, 67:25,
69:15, 69:18, 70:5,
71:13, 71:17, 73:16,
77:3, 78:17, 82:15,
83:17, 85:8, 86:12,
87:18, 88:22, 91:20,
92:15, 92:19, 93:22,
96:12, 98:18, 99:24,
100:22, 100:25,
102:24, 103:2, 105:4,
105:7, 108:3, 108:6,
108:9, 109:5, 109:15,
109:24, 115:5,
115:24, 115:25,
116:11, 118:15,
118:18, 119:11,
119:14, 123:24,
124:1, 126:3, 126:5,
126:24, 127:3,
128:14, 128:17,
128:19, 129:15,
129:18
**O'Neill** [4] - 2:4,
70:15, 115:3, 128:15
**O-6** [1] - 125:10
**oath** [2] - 7:23, 65:21
**object** [5] - 18:14,
77:3, 82:15, 83:17,
108:9
**objection** [86] - 8:14,
8:15, 9:17, 9:18, 11:4,
11:5, 12:5, 12:6, 13:6,
13:7, 17:6, 17:7, 21:3,
21:13, 22:2, 22:10,
22:12, 26:8, 26:10,
26:18, 26:19, 28:3,
28:4, 36:2, 36:3,
39:10, 39:11, 41:9,
41:10, 43:23, 43:24,
48:3, 48:5, 49:16,
49:17, 51:16, 51:18,
54:7, 54:8, 56:5, 56:6,
58:1, 58:2, 60:22,
60:23, 66:9, 66:10,
67:25, 68:1, 70:3,
70:22, 71:17, 71:18,
73:16, 73:17, 78:17,
78:18, 85:8, 86:12,
86:13, 87:18, 87:19,
88:22, 88:23, 91:20,
91:21, 92:19, 92:20,
93:22, 93:23, 96:12,
96:13, 98:18, 98:19,
99:24, 99:25, 100:25,
101:1, 103:2, 103:3,
105:7, 105:8, 109:13,
110:4, 116:4, 129:12
**obligation** [2] - 6:9,
6:15

**observing** [1] - 48:18
**occasionally** [1] -
17:21
**October** [9] - 20:10,
20:20, 106:21,
107:14, 107:16,
108:16, 110:24,
111:2, 113:11
**OF** [3] - 1:1, 1:3, 1:9
**Offer** [1] - 97:3
**offer** [27] - 70:10,
74:1, 74:14, 77:9,
78:4, 89:15, 89:17,
90:2, 90:6, 90:12,
91:8, 92:3, 93:9,
95:18, 97:14, 97:22,
98:7, 98:24, 99:10,
99:11, 99:12, 100:11,
106:20, 107:1, 118:7,
118:12
**offered** [3] - 86:1,
99:7, 107:9
**offering** [1] - 94:14
**offers** [1] - 21:2
**offhand** [1] - 115:17
**office** [5] - 5:1,
61:16, 80:11
**Office** [1] - 1:13
**officer** [2] - 84:1,
125:10
**officers** [4] - 42:12,
124:5, 125:15, 125:16
**offices** [3] - 8:23,
11:15, 57:13
**OFFICIAL** [1] - 132:9
**Official** [2] - 1:24,
132:2
**official** [13] - 30:14,
40:5, 55:8, 59:19,
64:6, 88:13, 89:7,
94:8, 105:13, 109:16,
124:6, 125:3, 125:21
**officially** [1] - 109:1
**officials** [3] - 29:6,
50:25, 124:23
**often** [2] - 47:21,
47:23
**OGE** [2] - 105:19,
105:22
**OMM** [6] - 17:13,
17:15, 18:11, 19:3,
19:11, 19:12
**onboard** [1] - 111:10
**once** [4] - 92:6,
123:8, 124:24, 128:15
**one** [49] - 3:7, 6:21,
13:25, 15:5, 15:8,
15:14, 18:15, 24:4,
29:18, 29:25, 30:3,
30:24, 32:23, 33:15,

33:16, 34:23, 37:20,
41:18, 43:7, 45:17,
52:19, 54:22, 54:23,
56:17, 61:9, 72:6,
79:13, 79:14, 80:8,
80:13, 82:18, 86:22,
97:6, 104:3, 104:12,
110:9, 111:17,
111:19, 112:18,
115:11, 118:10,
121:19, 121:20,
122:11, 127:10,
127:13, 130:15,
130:24, 131:14
**one-day** [1] - 61:9
**ones** [4] - 25:18,
25:21, 26:1, 124:18
**online** [1] - 4:14
**open** [1] - 32:23
**opened** [1] - 5:1
**operates** [1] - 4:13
**operates/his** [1] -
62:18
**Opinion** [1] - 75:13
**opinion** [5] - 84:13,
84:19, 84:24, 88:3,
89:12
**opportunity** [4] - 3:8,
7:1, 7:2, 18:17
**options** [9] - 91:10,
98:12, 98:13, 99:3,
99:4, 118:21, 119:5,
119:6, 120:6
**order** [3] - 7:7, 53:16,
127:18
**Order** [1] - 3:1
**organization** [1] -
76:2
**organized** [1] -
115:14
**orgs** [1] - 32:24
**oriented** [1] - 104:15
**original** [1] - 132:3
**otherwise** [1] -
131:14
**outburst** [2] -
111:17, 112:18
**outline** [2] - 53:14,
60:7
**outlined** [1] - 34:4
**outside** [3] - 46:19,
116:5, 129:12
**overall** [2] - 56:23,
63:18
**overnight** [1] - 40:9
**overruled** [4] -
83:18, 85:12, 116:6,
129:14
**overruling** [1] -
109:13

**overseas** [2] - 46:10, 47:18
**own** [3] - 45:19, 91:5, 130:6
**ownership** [1] - 91:7

**P**

**p.m** [10] - 1:11, 3:1, 32:14, 40:3, 58:18, 65:16, 96:17, 131:24
**package** [1] - 53:20
**page** [80] - 10:3, 10:6, 17:22, 17:25, 18:13, 18:21, 18:22, 24:4, 24:8, 24:18, 24:21, 25:20, 29:14, 31:12, 31:18, 32:2, 34:4, 36:8, 37:9, 37:19, 39:18, 44:18, 44:23, 48:11, 48:19, 49:1, 49:3, 54:14, 55:2, 55:24, 56:9, 58:5, 58:10, 58:15, 61:1, 61:5, 61:24, 62:3, 62:9, 63:1, 66:14, 67:6, 68:16, 68:20, 75:2, 75:3, 75:4, 75:16, 77:14, 80:23, 81:9, 81:21, 83:6, 84:9, 84:16, 90:3, 90:22, 91:4, 94:20, 97:16, 97:19, 98:6, 99:9, 101:4, 101:15, 103:6, 103:13, 105:20, 106:8, 106:11, 106:14, 110:10, 110:15, 114:13, 118:20, 119:15, 126:11, 126:25, 127:4, 132:4
**Page** [1] - 80:21
**PAGE** [1] - 2:2
**pages** [6] - 27:23, 27:24, 30:25, 31:22, 33:17, 56:1
**paid** [4] - 45:21, 90:18, 111:13, 112:4
**pain** [3] - 111:5, 111:15, 111:16
**paint** [1] - 123:3
**paperwork** [2] - 79:3, 121:15
**paragraph** [26] - 8:25, 13:18, 19:18, 32:18, 50:8, 50:13, 56:14, 61:11, 63:2, 73:25, 75:18, 75:22, 76:4, 79:4, 79:8,

83:20, 86:25, 90:10, 90:15, 94:11, 94:20, 94:21, 98:9, 98:10, 98:25, 99:6
**paragraphs** [5] - 56:19, 62:12, 102:12, 103:25, 104:10
**parent** [1] - 84:3
**parents** [2] - 66:25, 68:19
**Parlatore** [3] - 1:19, 4:11, 115:22
**PARLATORE** [8] - 1:20, 4:12, 4:25, 6:4, 6:6, 7:10, 7:13, 131:21
**part** [10] - 10:7, 56:22, 59:21, 80:13, 82:1, 108:19, 109:17, 120:4, 124:24
**participate** [1] - 84:7
**participating** [1] - 83:25
**particular** [2] - 84:2, 84:25
**parties** [4] - 7:16, 21:15, 25:7, 84:5
**partner** [4] - 14:4, 42:5, 90:12, 114:18
**partners** [3] - 32:5, 34:23, 44:6
**Partners** [2] - 13:14, 29:18
**partnership** [2] - 89:22, 102:16
**party** [1] - 5:21
**Party** [1] - 106:17
**pass** [3] - 8:20, 11:10, 11:11
**paths** [1] - 95:1
**Paul** [20] - 51:25, 52:2, 52:12, 53:4, 53:13, 53:23, 54:20, 58:12, 58:20, 59:3, 59:5, 59:8, 59:14, 62:14, 62:15, 95:4, 95:6, 95:7, 102:14
**pause** [1] - 90:20
**Pause** [21] - 13:4, 17:4, 28:2, 39:9, 41:8, 51:15, 55:23, 56:3, 57:25, 60:21, 66:8, 70:7, 71:16, 92:18, 100:24, 103:1, 105:6, 108:5, 119:13, 127:12, 130:16
**pay** [2] - 91:6, 107:3
**PDFs** [1] - 19:19
**people** [19] - 6:22, 6:24, 13:24, 14:24,

15:1, 15:2, 40:19, 63:13, 104:15, 109:12, 123:13, 123:15, 123:17, 124:6, 124:12, 124:22, 125:1, 130:5
**people's** [1] - 57:14
**per** [2] - 31:2, 38:18
**percent** [7] - 63:15, 90:25, 118:25, 119:9, 119:24, 128:1
**percentage** [3] - 119:10, 120:7, 127:25
**percentage-wise** [1] - 120:7
**perfect** [2] - 96:22, 97:5
**perfectionist** [1] - 129:4
**performance** [1] - 91:7
**performed** [1] - 110:11
**perhaps** [1] - 8:6
**period** [1] - 54:24
**Perks** [2] - 19:3, 19:11
**permission** [1] - 28:22
**permit** [1] - 3:19
**person** [4] - 21:23, 81:18, 114:10, 117:5
**personal** [16] - 9:23, 30:14, 40:5, 41:25, 55:8, 78:23, 87:24, 89:5, 90:13, 94:25, 96:19, 102:5, 103:24, 105:15, 114:1, 114:11
**personally** [2] - 79:16, 83:25
**personnel** [2] - 94:10, 122:1
**ph** [1] - 103:17
**Ph.D** [1] - 104:11
**phase** [5] - 51:5, 81:13, 81:22, 109:3
**phases** [1] - 51:2
**phone** [6] - 3:22, 4:3, 27:15, 107:21, 107:23, 110:13
**photo** [2] - 12:10, 44:21, 48:22, 68:13, 68:17
**pick** [2] - 58:8, 103:12
**pics** [2] - 44:13, 48:13
**picture** [3] - 12:22, 89:17, 123:3
**pictures** [1] - 49:5

**pieces** [1] - 87:4
**pilot** [8] - 13:25, 14:5, 20:3, 31:20, 32:9, 56:21, 59:12, 60:7
**pipeline** [1] - 53:16
**pissed** [1] - 111:7
**pissed-off** [1] - 111:7
**place** [16] - 15:22, 16:1, 16:9, 16:11, 34:5, 35:4, 37:16, 40:20, 43:11, 52:9, 64:8, 104:14, 111:4, 111:13, 112:4, 129:19
**Plaintiff** [1] - 1:4
**plan** [7] - 22:1, 24:2, 24:7, 51:3, 131:12, 131:14, 131:15
**plane** [1] - 48:14
**planned** [2] - 86:4, 107:12
**planning** [3] - 40:22, 63:12, 65:9
**plans** [3] - 52:13, 53:6, 56:24
**played** [2] - 111:19
**pleasure** [3] - 33:15, 90:11
**plug** [1] - 33:18, 33:20, 69:23
**plus** [2] - 18:3, 18:4
**point** [25] - 5:5, 6:6, 14:9, 20:14, 20:21, 23:4, 25:2, 29:1, 29:4, 29:25, 30:4, 35:6, 44:25, 46:15, 69:1, 69:2, 70:19, 71:4, 71:5, 73:5, 82:16, 82:17, 83:16, 108:11, 123:3
**Point** [1] - 32:25
**points** [1] - 3:4
**poke** [1] - 47:19
**policy** [3] - 124:17, 124:20, 124:25
**population** [1] - 14:6
**portion** [1] - 128:10
**portions** [1] - 95:14
**posed** [1] - 3:12
**position** [4] - 70:8, 87:8, 109:21, 114:17
**positive** [1] - 65:7
**possible** [5] - 16:13, 34:6, 37:17, 53:17, 131:9
**possibly** [1] - 131:5
**post** [6] - 47:22, 76:7, 76:13, 84:13, 106:21, 106:25
**post-government** [1]

- 106:25
**post-retirement** [1] - 106:21
**posted** [3] - 42:18, 46:11, 47:6
**posting** [1] - 47:20
**postings** [1] - 47:18
**posts** [1] - 47:14
**potential** [4] - 24:7, 76:1, 111:25
**potentially** [1] - 104:19
**power** [1] - 131:4
**PowerTrain** [7] - 16:18, 43:6, 43:9, 43:10, 43:14, 128:10
**pre** [2] - 53:18, 74:19
**pre-admitted** [1] - 74:19
**pre-decisional** [1] - 53:18
**predicator** [1] - 117:6
**predictable** [1] - 84:2
**preparation** [1] - 63:12
**prepare** [1] - 115:16
**prepared** [2] - 87:7, 87:9
**prerequisites** [2] - 76:8, 76:10
**present** [3] - 7:19, 20:8, 65:17
**presents** [1] - 6:8
**presumably** [2] - 68:14, 68:19
**pretty** [1] - 115:13
**preview** [1] - 102:15
**previous** [8] - 13:5, 15:3, 17:5, 24:7, 49:15, 51:16, 52:19, 54:25
**previously** [7] - 24:5, 32:16, 34:19, 37:12, 39:15, 113:14, 113:18
**priced** [2] - 98:12, 99:3
**pricing** [10] - 30:19, 31:1, 31:9, 31:14, 31:15, 32:9, 33:10, 34:3, 36:22, 41:15
**primary** [2] - 6:25, 16:8
**prime** [3] - 127:22, 128:3, 128:10
**print** [1] - 89:16
**printed** [1] - 19:19
**private** [5] - 46:18, 46:21, 47:2, 47:11, 47:12

**problem** [1] - 63:15
**Proceedings** [1] - 131:24
**process** [11] - 14:20, 15:22, 16:2, 42:9, 42:18, 64:1, 74:2, 77:9, 94:17, 118:11, 121:21
**processes** [1] - 20:16
**Produced** [1] - 1:25
**produced** [2] - 4:1, 4:5
**Program** [1] - 104:9
**program** [11] - 13:25, 20:3, 31:4, 32:9, 50:10, 56:23, 60:7, 63:7, 63:17, 69:21, 104:18
**programs** [3] - 30:25, 56:22, 56:25
**progress** [5] - 37:9, 38:2, 39:19, 53:18, 59:2
**project** [2] - 16:7, 94:15
**projecting** [1] - 119:18
**projects** [1] - 91:1
**Projects** [1] - 94:10
**promising** [1] - 9:7
**proposal** [20] - 20:16, 30:24, 31:9, 31:15, 31:20, 32:9, 32:20, 33:2, 33:10, 33:16, 34:4, 34:11, 34:16, 36:22, 41:15, 53:20, 94:22, 95:12, 126:18
**Proposal** [1] - 30:19
**propose** [4] - 14:1, 15:9, 34:24, 35:11
**proposing** [2] - 104:2, 126:19
**proprietary** [1] - 42:4
**prorated** [2] - 90:17, 114:25
**prosecution** [2] - 6:7, 118:4
**prosecutor** [1] - 117:9
**prosecutors** [1] - 115:15
**prove** [2] - 122:23, 123:1
**prove-the-negative -type** [1] - 122:23
**proven** [1] - 46:3
**provide** [1] - 32:6
**provided** [2] - 23:18,

59:9
**Providence** [2] - 10:1, 10:10
**providing** [1] - 114:9
**psycho** [1] - 111:16
**publicly** [1] - 22:4
**publish** [46] - 8:13, 9:16, 11:3, 12:4, 12:25, 16:25, 21:11, 25:3, 25:4, 26:16, 27:21, 35:25, 39:5, 41:4, 43:21, 45:11, 49:13, 51:11, 54:5, 55:19, 57:21, 60:15, 66:4, 67:23, 69:13, 71:11, 73:14, 74:20, 78:15, 86:10, 87:16, 88:20, 91:18, 92:13, 93:20, 96:10, 98:15, 98:16, 99:22, 100:20, 102:22, 105:2, 108:2, 110:3, 113:20, 126:4
**published** [36] - 8:16, 9:19, 11:6, 12:7, 13:8, 17:8, 22:13, 26:20, 28:5, 36:4, 39:12, 41:11, 43:25, 49:18, 51:19, 54:9, 56:7, 58:3, 60:24, 66:11, 68:2, 71:19, 73:18, 78:19, 86:14, 87:20, 88:24, 91:22, 92:21, 93:24, 96:14, 98:20, 101:2, 103:4, 105:9, 110:5
**pull** [20] - 8:7, 9:10, 10:22, 11:23, 17:14, 33:24, 37:3, 37:11, 48:6, 49:8, 51:6, 53:25, 60:10, 73:9, 77:5, 80:21, 81:8, 113:13, 115:24, 126:3
**pulled** [1] - 52:19
**push** [1] - 109:16
**pushing** [1] - 109:12
**put** [3] - 56:18, 70:23, 94:22
**Putin** [1] - 63:16
**putting** [1] - 37:10

**Q**

**qualities** [1] - 90:13
**questions** [3] - 31:6, 82:16, 115:2
**quick** [2] - 120:1, 128:18
**quickly** [3] - 74:3, 77:10, 130:25
**QUINN** [1] - 1:20

**quite** [2] - 68:7, 124:5

**R**

**races** [2] - 20:7, 20:13
**racism** [1] - 5:21
**ranking** [1] - 50:25, 59:19, 124:23
**rapidly** [2] - 16:7, 16:12
**rather** [2] - 16:8, 114:10
**RDR** [1] - 132:8
**RDR-CRR** [1] - 132:8
**reach** [1] - 63:25
**reached** [1] - 102:14
**reaching** [4] - 52:13, 53:5, 53:13, 101:22
**read** [75] - 8:25, 13:18, 15:18, 17:25, 19:18, 28:16, 30:23, 31:18, 32:18, 33:13, 33:17, 37:6, 38:15, 40:7, 40:16, 42:2, 44:11, 48:11, 50:8, 50:13, 52:6, 52:11, 52:16, 53:12, 54:12, 56:11, 56:19, 57:11, 58:13, 59:8, 60:5, 61:3, 62:11, 63:2, 66:18, 67:12, 68:10, 72:5, 72:7, 73:25, 75:18, 75:22, 76:4, 79:4, 79:7, 83:9, 83:15, 83:20, 85:2, 86:25, 87:3, 89:14, 90:10, 90:15, 92:4, 93:4, 94:11, 94:21, 95:2, 95:8, 95:14, 98:9, 99:1, 101:14, 101:20, 102:12, 103:25, 104:10, 110:24, 111:3, 114:6, 114:15, 118:5
**reading** [1] - 118:9
**ready** [2] - 7:21, 42:17, 65:18
**realize** [1] - 111:9
**really** [4] - 21:17, 104:15, 115:13, 130:5
**Realtime** [1] - 1:23
**reason** [1] - 125:25
**REBECCA** [1] - 1:14
**receipt** [2] - 9:14, 9:25
**receive** [5] - 53:22, 98:11, 99:2, 118:20, 120:14

**received** [10] - 6:11, 26:3, 78:4, 91:9, 95:18, 106:25, 107:1, 107:3, 114:25, 125:23
**receiving** [2] - 98:4, 99:14
**recess** [1] - 129:23
**Recessed** [1] - 65:16
**recognize** [1] - 23:13
**recommend** [1] - 40:22
**recommendation** [1] - 50:12
**record** [6] - 4:18, 5:6, 11:9, 47:9, 70:20, 132:4
**Record** [1] - 1:25
**records** [4] - 47:17, 89:18, 89:20, 122:24
**recruit** [1] - 94:24
**redacted** [2] - 70:6, 70:12
**redacting** [1] - 69:25
**redaction** [1] - 70:17
**redactions** [1] - 69:19
**REEVES** [2] - 1:22, 132:8
**Reeves** [2] - 132:2, 132:8
**refer** [1] - 17:17
**reference** [2] - 60:8, 111:24
**referenced** [5] - 25:24, 52:7, 52:17, 105:22, 111:22
**references** [1] - 31:8
**referencing** [2] - 95:6, 121:5
**referring** [2] - 66:21, 66:24
**reflect** [2] - 79:16, 98:13, 99:4
**refresh** [1] - 117:2
**regarding** [2] - 76:1, 84:8
**Registered** [1] - 1:23
**regularly** [1] - 25:25
**Regulations** [1] - 83:25
**regulations** [1] - 132:4
**reintroduction** [1] - 56:15
**related** [1] - 83:21
**relates** [1] - 119:10
**relation** [8] - 10:19, 29:11, 30:20, 33:3, 35:1, 52:6, 52:16, 110:25

**relationship** [1] - 117:20
**relaying** [1] - 26:5
**relevance** [9] - 21:13, 46:5, 46:6, 82:16, 83:17, 108:10, 116:4, 122:12, 129:12
**relevant** [11] - 46:1, 46:2, 46:19, 47:3, 47:10, 108:14, 108:19, 112:6, 122:7, 122:19, 122:24
**relief** [1] - 94:16
**remain** [1] - 21:21
**remains** [1] - 109:4
**remedy** [1] - 7:8
**remember** [4] - 38:12, 116:24, 119:1, 119:3
**remembering** [1] - 111:4
**remind** [3] - 7:22, 65:20, 75:9
**reminds** [2] - 21:23, 22:23
**reminiscing** [1] - 72:10
**remove** [2] - 70:17, 70:18
**replace** [3] - 34:18, 81:7, 82:10
**reply** [1] - 56:24
**report** [12] - 4:1, 4:4, 6:3, 7:4, 20:25, 21:2, 107:21, 107:22, 107:23, 110:10, 119:16, 120:8
**reported** [1] - 69:3
**REPORTER** [1] - 132:9
**Reporter** [4] - 1:23, 1:23, 1:24, 132:2
**reps** [1] - 48:17
**request** [2] - 75:13, 75:24
**Request** [1] - 75:23
**requested** [1] - 125:24
**requesting** [1] - 75:20
**required** [3] - 20:25, 21:2, 79:10
**reset** [1] - 111:8
**resign** [1] - 80:12
**resignation** [3] - 114:5, 114:9, 114:14
**resigning** [1] - 114:17
**resolve** [1] - 6:12
**respond** [10] - 20:2,

38:11, 40:2, 62:11,
64:17, 72:16, 91:4,
96:3, 101:16, 101:18
**responded** [4] -
37:1, 43:2, 62:4,
101:19
**responding** [3] -
18:9, 18:11, 22:3
**responds** [7] - 38:12,
39:25, 40:1, 40:3,
43:4, 64:16, 102:9
**response** [17] - 6:20,
18:16, 22:9, 36:16,
38:15, 39:24, 40:16,
59:3, 62:24, 63:2,
64:19, 69:20, 69:22,
69:23, 91:4, 102:8,
103:22
**rest** [3] - 15:18,
33:13, 40:18
**restaurant** [1] -
45:21
**restriction** [1] - 85:1
**restrictions** [1] -
84:23
**results** [2] - 17:20,
104:15
**resume** [3] - 7:21,
65:19, 131:12
**retakes** [1] - 7:18
**retire** [1] - 94:15
**retired** [3] - 35:16,
111:13, 112:5
**retirement** [2] -
106:21, 106:22
**retrieve** [1] - 125:18
**return** [2] - 89:19,
130:1
**review** [9] - 23:20,
23:24, 29:4, 69:2,
76:20, 77:1, 87:2,
122:12, 122:24
**reviewed** [9] - 17:15,
76:16, 77:25, 85:3,
85:15, 86:18, 95:15,
122:6, 122:19
**reviewing** [1] - 122:8
**revised** [1] - 130:20
**Reynolds** [1] - 15:3
**Rhode** [3] - 10:1,
10:10, 10:12
**Rich** [1] - 93:5
**ride** [1] - 72:10
**ringing** [1] - 91:2
**risk** [1] - 28:19
**RN's** [1] - 60:7
**ROBERT** [1] - 1:6
**Robert** [37] - 8:21,
9:23, 11:12, 12:11,
14:12, 19:16, 24:14,

27:1, 29:10, 30:14,
36:10, 40:5, 41:23,
41:25, 51:23, 55:8,
58:22, 68:18, 72:4,
75:6, 78:23, 81:2,
87:24, 89:5, 90:11,
96:19, 97:14, 98:1,
98:24, 99:11, 100:7,
101:8, 102:1, 103:24,
105:13, 106:5, 113:24
**rocky** [2] - 108:22,
109:2
**role** [1] - 63:23
**rollout** [3] - 63:9,
63:15, 64:15
**romantically** [1] -
117:14
**Rome** [1] - 72:20
**Ross** [6] - 2:3, 3:12,
65:5, 65:22, 120:23,
130:12
**ROSS** [288] - 1:14,
8:1, 8:7, 8:9, 8:12,
8:18, 9:10, 9:12, 9:15,
9:21, 10:3, 10:5,
10:22, 10:24, 11:2,
11:8, 11:23, 11:25,
12:3, 12:9, 12:20,
12:22, 12:25, 13:10,
16:20, 16:22, 16:25,
17:10, 17:22, 17:24,
18:13, 18:20, 21:6,
21:8, 21:11, 21:18,
22:8, 22:15, 23:10,
23:12, 23:21, 23:23,
24:18, 24:20, 25:2,
25:16, 26:11, 26:13,
26:16, 26:22, 27:16,
27:18, 27:21, 27:24,
28:7, 30:6, 30:10,
33:23, 34:1, 34:18,
34:21, 35:19, 35:22,
35:25, 36:6, 36:18,
36:20, 37:3, 37:5,
37:11, 37:13, 38:5,
38:6, 38:25, 39:2,
39:5, 39:14, 40:24,
41:1, 41:13, 43:16,
43:18, 43:21, 44:2,
44:18, 44:20, 44:23,
44:24, 45:6, 45:8,
45:11, 46:6, 46:17,
46:24, 47:6, 47:16,
47:25, 48:6, 48:10,
48:19, 48:21, 49:1,
49:4, 49:8, 49:10,
49:20, 51:6, 51:8,
51:11, 51:21, 52:21,
52:24, 53:1, 53:2,
53:25, 54:2, 54:5,

54:11, 55:14, 55:16,
55:19, 56:1, 56:4,
56:9, 56:10, 57:16,
57:18, 57:21, 58:5,
58:7, 58:15, 58:17,
60:10, 60:12, 60:15,
60:18, 61:1, 61:2,
61:24, 61:25, 62:9,
62:10, 64:21, 65:7,
65:11, 65:13, 65:23,
66:1, 66:4, 66:13,
67:18, 67:20, 67:23,
68:4, 68:20, 68:21,
69:8, 69:10, 69:13,
70:4, 70:8, 70:18,
70:24, 71:2, 71:5,
71:8, 71:11, 71:21,
73:9, 73:11, 73:14,
73:20, 74:18, 74:22,
77:5, 77:21, 77:23,
78:10, 78:12, 78:15,
78:21, 80:3, 80:6,
80:20, 80:22, 81:7,
81:10, 82:10, 82:18,
82:20, 82:21, 83:6,
83:8, 83:19, 84:9,
84:11, 84:16, 84:18,
85:11, 85:13, 86:10,
86:16, 87:11, 87:13,
87:16, 87:22, 88:15,
88:17, 88:20, 89:1,
90:3, 90:5, 90:20,
90:23, 91:3, 91:12,
91:15, 91:18, 91:24,
92:8, 92:10, 92:13,
92:23, 93:15, 93:17,
93:20, 94:1, 96:5,
96:7, 96:10, 96:16,
97:1, 97:10, 97:12,
97:16, 97:18, 98:6,
98:8, 98:16, 98:22,
99:16, 99:18, 99:21,
100:2, 100:15,
100:17, 100:20,
101:4, 101:6, 102:17,
102:19, 102:22,
103:6, 103:8, 104:21,
104:22, 105:2,
105:11, 106:8,
106:10, 106:14,
106:16, 107:17,
107:19, 108:1,
108:15, 109:14,
110:2, 110:7, 110:15,
110:17, 113:5, 113:6,
113:13, 113:15,
113:18, 113:22,
115:2, 116:4, 126:8,
126:10, 129:12,
130:15, 130:17,
130:22, 131:3, 131:9,

131:19
**Rota** [6] - 14:4, 18:8,
24:6, 40:11, 63:7
**row** [6] - 79:5, 79:24,
80:17, 81:4, 82:7,
86:19
**Royal** [24] - 28:13,
28:20, 29:21, 40:12,
45:20, 45:22, 48:18,
52:3, 52:14, 53:6,
53:9, 56:24, 58:12,
59:12, 62:8, 64:15,
69:24, 94:13, 101:10,
104:7, 109:13,
109:15, 109:16,
109:20
**rule** [2] - 124:15,
125:12
**Rule** [3] - 70:1, 70:9,
70:12
**rules** [2] - 63:10,
108:12
**running** [2] - 33:18,
56:21
**runs** [1] - 19:6
**rushed** [1] - 64:18

**S**

**SA** [1] - 94:17
**safe** [1] - 72:20
**sailor** [2] - 14:5,
104:8
**sailors** [4] - 20:8,
31:2, 33:21, 52:15
**sake** [2] - 43:8, 94:14
**salary** [8] - 80:11,
90:16, 91:2, 91:6,
91:10, 99:6, 111:19,
114:25
**Saturday** [1] - 40:8
**saw** [17] - 15:2, 18:2,
19:19, 22:4, 25:22,
25:23, 33:4, 34:22,
39:15, 51:3, 77:8,
82:13, 110:9, 120:21,
121:1, 121:3, 122:17
**scale** [3] - 20:4,
53:16, 56:21
**scanned** [1] - 11:12
**scenario** [1] - 122:23
**schedule** [1] - 104:4
**scheduled** [4] -
10:20, 27:11, 29:11,
30:20
**schematics** [1] -
24:2
**scope** [2] - 116:5,
129:13
**screen** [2] - 63:3,

71:23
**screw** [1] - 111:18
**scroll** [6] - 31:22,
56:4, 118:16, 126:8,
126:24, 127:1
**SDM** [1] - 42:5
**Sea** [1] - 88:9
**searching** [1] - 123:9
**seat** [1] - 94:15
**SEBASTIAN** [2] -
2:3, 7:24
**second** [15] - 3:6,
18:22, 44:14, 44:25,
50:8, 51:22, 51:23,
62:12, 76:4, 79:8,
79:13, 94:11, 112:10,
112:12, 118:10
**Section** [2] - 83:23,
83:24
**secure** [1] - 111:10
**see** [65] - 14:7,
14:23, 15:5, 15:24,
20:12, 20:18, 23:2,
24:4, 28:23, 29:24,
31:8, 31:16, 33:1,
33:17, 36:21, 38:21,
41:14, 42:19, 48:23,
50:17, 55:11, 57:3,
60:8, 61:19, 62:20,
66:19, 68:22, 70:16,
70:17, 72:22, 73:3,
74:13, 76:4, 76:11,
80:9, 81:17, 81:21,
82:24, 93:5, 104:2,
111:22, 112:2,
112:17, 117:10,
118:16, 118:22,
119:15, 121:22,
122:1, 122:22, 123:2,
124:12, 126:7,
126:11, 126:14,
126:17, 127:1, 127:6,
128:20, 129:5, 131:22
**seeing** [1] - 110:10
**semimonthly** [1] -
90:18
**Senate** [1] - 94:16
**send** [51] - 13:13,
19:2, 22:18, 27:2,
27:4, 28:9, 28:14,
29:12, 29:17, 30:13,
34:8, 34:12, 35:2,
40:4, 41:24, 44:5,
49:23, 50:1, 51:24,
52:4, 54:17, 55:7,
57:4, 58:10, 58:21,
59:24, 67:10, 67:12,
67:14, 68:5, 68:24,
73:23, 74:4, 75:7,

77:12, 77:15, 78:24, 88:1, 88:10, 89:4, 89:10, 90:24, 92:6, 94:2, 94:5, 96:21, 96:23, 100:6, 101:9, 110:23, 130:23

**sending** [9] - 56:15, 57:1, 59:3, 80:16, 81:3, 82:6, 87:1, 105:14, 128:21

**sends** [18] - 19:3, 19:14, 26:25, 28:10, 29:15, 36:9, 41:22, 41:25, 49:24, 54:15, 55:3, 55:8, 58:12, 60:5, 67:11, 68:6, 89:2, 124:9

**senior** [4] - 63:19, 90:12, 114:18, 128:23

**seniormost** [3] - 13:23, 14:24, 15:1

**sense** [2] - 19:23, 123:11

**sensitive** [1] - 114:11

**sent** [46] - 17:20, 17:25, 18:22, 19:20, 32:16, 33:5, 34:9, 34:10, 34:13, 36:11, 36:22, 38:9, 39:16, 39:21, 40:14, 41:15, 41:18, 41:20, 41:21, 49:6, 51:3, 53:3, 53:8, 54:19, 55:12, 57:7, 77:13, 81:1, 81:16, 87:2, 91:10, 92:4, 92:6, 95:11, 95:23, 101:7, 103:9, 103:19, 104:3, 109:8, 110:20, 110:21, 125:15, 125:21, 125:25

**sentence** [8] - 20:18, 27:13, 57:11, 94:21, 95:2, 95:8, 101:21, 118:8

**sentences** [5] - 79:7, 84:21, 98:10, 99:1, 114:15

**September** [1] - 106:21

**September/ October** [1] - 107:4

**series** [1] - 81:17

**serve** [1] - 16:11

**Service** [2] - 116:15, 116:19

**service** [1] - 128:24

**Session** [1] - 1:9

**set** [1] - 27:10

**setting** [1] - 46:19

**seven** [3] - 27:23, 27:24, 30:25

**several** [3] - 6:22, 15:18, 124:12

**share** [6] - 44:13, 48:13, 53:17, 55:12, 62:17, 62:23

**shared** [2] - 55:11, 114:11

**shares** [2] - 118:16, 119:24

**sharing** [5] - 50:22, 72:11, 96:4, 102:13, 111:5

**shit** [4] - 111:11, 111:21, 112:2

**shoot** [3] - 93:7, 93:11, 131:17

**short** [5] - 13:22, 15:6, 16:10, 94:12, 131:8

**shoving** [2] - 111:17, 112:18

**show** [2] - 42:13, 45:24

**showing** [2] - 108:22, 119:15

**shows** [1] - 4:8

**sides** [1] - 6:17

**sign** [2] - 89:16, 97:7

**signature** [3] - 97:23, 97:25, 105:25

**signed** [13] - 14:2, 15:10, 20:6, 20:12, 34:25, 84:19, 92:6, 98:2, 99:11, 106:4, 106:23, 106:24, 107:2

**significance** [2] - 12:17, 19:15

**significant** [2] - 98:13, 99:4

**signing** [2] - 97:21, 99:12

**similar** [3] - 11:10, 94:19, 95:5

**simplest** [1] - 6:12

**simply** [2] - 6:10, 6:13

**sincerely** [1] - 102:8

**situation** [1] - 42:17

**six** [3] - 28:17, 28:23, 33:19

**skip** [2] - 67:5, 75:1

**slide** [1] - 31:1

**slides** [1] - 24:7

**slow/take** [1] - 38:13

**small** [3] - 28:20, 42:11, 56:21

**small-scale** [1] - 56:21

**solution** [1] - 6:12

**SOMA** [1] - 42:5

**someone** [2] - 122:11, 122:21

**sometimes** [1] - 72:12

**somewhere** [3] - 20:10, 20:19, 32:21

**SONJA** [2] - 1:22, 132:8

**Sonja** [2] - 132:2, 132:8

**soon** [7] - 34:7, 34:10, 37:15, 72:25, 74:15, 75:19, 94:16

**sorry** [10] - 24:12, 25:3, 30:7, 36:18, 45:4, 60:17, 64:5, 74:20, 96:23, 126:25

**sort** [5] - 6:23, 20:15, 45:22, 60:8, 124:21

**sound** [1] - 128:12

**sounds** [5] - 6:2, 6:18, 20:1, 125:8, 128:13

**source** [2] - 116:8, 116:25

**Spain** [4] - 14:4, 18:8, 24:6, 63:7

**speaking** [1] - 73:7

**speaks** [1] - 69:22

**specific** [8] - 54:22, 76:2, 79:14, 79:15, 120:24, 121:5, 121:6, 125:9

**specifically** [6] - 117:1, 118:2, 122:11, 123:8, 128:9, 128:11

**speculate** [2] - 117:3, 117:19

**speed** [1] - 43:8

**spend** [2] - 40:9, 40:11

**spending** [1] - 46:2

**spent** [1] - 18:4

**spouse** [1] - 78:25

**spreadsheet** [1] - 33:18

**Square** [1] - 12:14

**square** [1] - 54:22

**staff** [8] - 25:24, 25:25, 26:6, 44:13, 48:13, 124:14, 124:24, 125:2

**stand** [8] - 6:13, 7:18, 13:5, 17:5, 49:15, 51:16, 116:14, 116:18

**standard** [1] - 128:1

**Standard** [1] - 32:13

**standing** [1] - 117:11

**stands** [1] - 17:18

**star** [13] - 18:5, 38:17, 38:22, 56:18, 81:18, 81:22, 111:14, 112:5, 124:9, 124:10, 124:19

**stars** [2] - 38:23, 62:14

**start** [11] - 27:11, 36:7, 53:19, 58:6, 68:12, 68:23, 74:3, 77:10, 78:7, 86:17, 109:2

**started** [10] - 5:4, 31:7, 48:16, 63:17, 64:1, 108:25, 109:8, 114:20, 116:20, 121:15

**starting** [7] - 44:11, 64:14, 90:16, 107:3, 107:12, 118:6, 123:5

**statement** [2] - 4:8, 25:17, 42:17, 45:10, 70:10, 77:2, 83:11

**statements** [2] - 106:2, 108:17

**STATES** [2] - 1:1, 1:3

**States** [6] - 1:13, 11:22, 83:23, 109:17, 132:2, 132:5

**statistical** [1] - 104:11

**Status** [1] - 106:19

**stay** [3] - 15:22, 67:3, 112:12

**stayed** [4] - 46:23, 67:4, 72:25, 112:13

**stenographic** [1] - 132:3

**Stenographic** [1] - 1:25

**step** [2] - 4:23, 130:14

**stick** [2] - 111:11, 112:3

**still** [9] - 7:22, 42:16, 65:20, 76:2, 79:12, 108:15, 108:24, 109:2, 130:17

**stipulation** [1] - 6:10

**stock** [8] - 91:10, 98:11, 99:3, 107:2, 118:21, 119:5, 119:6, 120:6

**stop** [1] - 126:9

**stoppers** [1] - 42:13

**stopping** [1] - 65:9

**straightforward** [1] - 31:5

**Strategy** [4] - 68:6, 74:12, 97:9, 100:14

**Street** [3] - 1:14, 8:22, 61:17

**strong** [1] - 87:8

**stuff** [2] - 45:24, 70:17

**subcontract** [1] - 16:7

**subcontractor** [4] - 16:12, 127:9, 127:15, 127:23

**subject** [15] - 17:11, 18:10, 24:9, 24:16, 25:22, 30:18, 44:7, 50:6, 61:8, 68:8, 75:12, 79:2, 94:9, 97:2, 113:25

**subjectivity** [1] - 3:17

**submarine** [1] - 129:16

**submariner** [1] - 129:9

**submarines** [1] - 129:11

**submission** [1] - 58:25

**submit** [2] - 17:19, 79:10

**submitted** [2] - 19:13, 20:15

**subpoena** [1] - 23:19

**subsequent** [1] - 76:2

**subsidiaries** [1] - 84:4

**substantially** [1] - 84:1

**success** [2] - 20:4, 20:7

**sufficient** [1] - 26:8

**suggest** [1] - 3:16

**suggested** [3] - 6:9, 43:14, 109:11

**Suite** [1] - 1:17

**summary** [2] - 31:5, 87:3

**summer** [4] - 23:1, 23:3, 82:14, 102:15

**Sunday** [1] - 45:3

**super** [1] - 48:17

**supervisor** [1] - 3:14

**support** [2] - 34:6, 37:16

**supposed** [1] - 67:16

**Supreme** [1] - 6:7

**surprise** [1] - 8:6

**suspect** [2] - 65:7, 104:3

**sustained** [4] - 21:5, 26:10, 48:5, 77:4
**sustaining** [2] - 48:3, 70:22
**SWORN** [1] - 7:24

## T

**table** [1] - 120:6
**tangible** [1] - 20:7
**task** [1] - 42:7
**tasked** [1] - 20:5
**Team** [4] - 68:6, 74:12, 97:9, 100:14
**team** [28] - 13:14, 14:4, 23:1, 23:3, 23:8, 28:17, 28:20, 28:23, 29:18, 32:5, 37:8, 37:18, 37:22, 39:17, 40:18, 44:6, 53:14, 55:11, 63:6, 82:14, 87:2, 89:18, 91:5, 94:19, 104:3, 104:14, 115:14, 120:10
**teams** [3] - 42:3, 63:7, 63:20
**tech** [1] - 87:6
**telephone** [1] - 34:7
**ten** [5] - 65:15, 80:19, 81:6, 82:9, 91:11
**tentatively** [1] - 106:20
**term** [1] - 17:15
**terminal** [1] - 76:3
**termination** [2] - 105:19, 105:21
**terms** [1] - 99:10
**Terms** [1] - 106:19
**testified** [3] - 39:21, 45:17, 85:15
**testify** [2] - 46:9, 47:7
**testifying** [1] - 47:21
**testimony** [13] - 6:13, 7:14, 7:21, 47:8, 47:19, 48:1, 65:3, 65:19, 105:23, 115:16, 116:24, 120:23, 130:8
**text** [10] - 24:25, 48:11, 81:1, 81:5, 97:19, 108:13, 118:24, 119:1, 120:5, 122:17
**THE** [125] - 1:1, 1:10, 1:13, 1:19, 2:2, 3:3, 3:20, 3:24, 4:10, 4:23, 6:2, 6:5, 6:16, 7:12, 7:15, 7:20, 8:15, 9:18,

11:5, 12:6, 13:3, 13:7, 17:3, 17:7, 18:17, 21:5, 21:15, 21:17, 22:9, 22:12, 25:7, 26:7, 26:10, 26:19, 28:1, 28:4, 36:3, 39:8, 39:11, 41:7, 41:10, 43:24, 45:14, 45:24, 46:5, 46:15, 47:4, 47:14, 47:23, 48:3, 48:5, 49:17, 51:14, 51:18, 52:23, 54:8, 55:22, 56:6, 57:24, 58:2, 60:20, 60:23, 64:24, 65:5, 65:10, 65:12, 65:14, 65:18, 66:10, 68:1, 69:16, 70:3, 70:15, 70:20, 70:22, 71:1, 71:3, 71:15, 71:18, 73:17, 77:4, 78:18, 82:17, 82:19, 83:18, 85:10, 85:12, 86:13, 87:19, 88:23, 91:21, 92:17, 92:20, 93:23, 96:13, 96:24, 96:25, 98:19, 99:25, 100:23, 101:1, 102:25, 103:3, 105:5, 105:8, 108:4, 108:7, 109:10, 109:21, 109:25, 110:4, 115:3, 116:6, 116:7, 119:12, 128:15, 129:14, 129:20, 130:12, 130:20, 130:24, 131:6, 131:11, 131:20, 131:22
**theory** [1] - 109:10
**thinking** [2] - 47:14, 101:24
**third** [4] - 5:21, 62:12, 86:25, 99:6
**thirsty** [1] - 15:23
**this/as** [1] - 87:9
**thoroughly** [1] - 7:16
**thoughts** [2] - 19:25, 62:23
**thousands** [1] - 47:16
**thread** [1] - 58:8
**three** [15] - 6:24, 32:23, 32:24, 33:18, 33:20, 51:2, 56:19, 81:13, 93:6, 98:10, 99:1, 109:3, 111:12, 112:3, 131:1
**three-day** [1] - 93:6
**three-phase** [1] - 81:13
**throughout** [4] -

25:12, 95:1, 124:5, 129:22
**thrown** [1] - 121:7
**Thursday** [4] - 1:10, 22:21, 36:12, 104:19
**ticket** [2] - 9:25, 10:8
**timeline** [1] - 16:10
**TIMOTHY** [1] - 1:20
**title** [1] - 31:1
**Title** [2] - 83:23, 83:24
**today** [10] - 3:11, 13:21, 18:5, 65:9, 76:16, 93:8, 101:11, 104:19, 110:9, 115:16
**today's** [1] - 88:10
**together** [7] - 7:17, 37:10, 46:16, 94:22, 108:23, 109:3, 131:13
**toggle/change** [1] - 31:2
**Tom** [3] - 15:19, 15:24, 49:24
**tomorrow** [4] - 42:18, 88:9, 97:7, 129:24
**took** [2] - 52:9, 87:7
**tools** [3] - 53:15, 56:21, 94:23
**top** [30] - 3:4, 18:6, 28:19, 28:25, 29:14, 29:15, 32:2, 32:11, 44:11, 55:2, 58:23, 59:13, 61:5, 64:17, 66:18, 67:7, 72:6, 73:25, 74:10, 80:23, 86:22, 91:25, 92:4, 98:10, 99:1, 102:9, 102:12, 111:16, 126:24, 126:25
**top-level** [1] - 3:4
**topic** [1] - 46:7
**total** [2] - 31:16, 104:8
**touch** [1] - 43:7
**touching** [1] - 68:9
**touchpoints** [1] - 95:1
**towards** [2] - 47:3, 127:4
**track** [2] - 42:7, 42:20
**tracked** [1] - 42:22
**Train** [2] - 10:1, 10:16
**train** [3] - 10:9, 10:15, 104:17
**trainers** [1] - 104:17
**training** [20] - 14:5, 28:18, 28:25, 29:6,

31:3, 42:8, 42:10, 46:25, 47:1, 50:4, 53:16, 61:12, 61:15, 62:5, 63:18, 64:2, 64:10, 67:1, 94:24, 112:10
**Transcript** [1] - 1:25
**transcript** [4] - 3:11, 132:3, 132:3, 132:4
**TRANSCRIPT** [1] - 1:9
**travel** [3] - 40:10, 40:12, 40:20
**travels** [1] - 72:21
**TREVOR** [2] - 1:10, 1:16
**trial** [7] - 3:11, 75:1, 77:25, 129:25, 130:1, 130:3, 131:15
**TRIAL** [2] - 1:9
**tried** [1] - 104:1
**trip** [7] - 9:25, 66:23, 72:19, 73:4, 111:12, 112:4, 112:12
**triple** [1] - 97:6
**triple-check** [1] - 97:6
**trips** [2] - 112:6, 112:9
**troops** [1] - 63:14
**true** [3] - 106:3, 132:3
**trust** [1] - 40:21
**truth** [3] - 48:17, 62:19, 70:11
**try** [1] - 42:23
**trying** [6] - 21:21, 70:10, 108:22, 109:2, 130:17, 130:25
**Tuesday** [8] - 9:4, 13:17, 28:18, 28:24, 40:10, 87:4, 89:11, 131:5
**turn** [2] - 3:9, 118:3
**turnaround** [2] - 16:10, 38:17
**turned** [1] - 37:7, 37:17, 39:17
**two** [44] - 3:4, 13:24, 14:24, 24:6, 30:24, 31:1, 31:8, 32:8, 32:24, 33:18, 34:9, 35:3, 48:24, 50:5, 52:10, 60:2, 60:4, 62:14, 72:9, 72:13, 72:23, 74:7, 79:7, 79:9, 79:16, 79:18, 84:21, 87:7, 98:5, 99:15, 102:12, 103:25, 104:10,

109:8, 111:5, 111:14, 112:5, 112:8, 114:9, 114:15
**two-star** [2] - 111:14, 112:5
**type** [2] - 116:24, 122:23
**typed** [1] - 24:25
**types** [1] - 61:10
**typically** [1] - 46:9

## U

**U.S** [11] - 40:21, 53:20, 56:16, 64:16, 94:16, 94:18, 94:22, 95:9, 95:10, 101:23, 104:7
**UK** [12] - 18:4, 28:20, 29:21, 40:12, 52:14, 53:6, 55:11, 62:14, 69:21, 69:23, 93:8, 93:11
**ultimately** [3] - 5:11, 5:13, 53:22
**under** [9] - 7:22, 22:24, 51:5, 65:20, 69:25, 84:21, 104:7, 106:17, 106:19
**understood** [1] - 6:20
**unfiltered** [2] - 17:19, 19:13
**UNITED** [2] - 1:1, 1:3
**United** [6] - 1:13, 11:22, 83:23, 109:17, 132:2, 132:5
**up** [89] - 3:22, 5:10, 5:11, 8:7, 9:10, 10:22, 11:23, 12:20, 16:20, 17:14, 21:6, 21:21, 23:10, 26:11, 27:16, 29:21, 29:24, 30:6, 32:23, 33:24, 35:20, 37:3, 37:12, 38:25, 40:24, 43:10, 43:16, 45:6, 48:6, 49:8, 51:6, 52:12, 52:19, 52:21, 53:1, 53:5, 53:10, 53:16, 53:20, 53:25, 55:14, 57:6, 57:16, 58:8, 60:10, 64:21, 65:24, 67:18, 69:2, 70:24, 71:6, 73:5, 73:9, 74:18, 75:21, 77:5, 78:10, 80:4, 80:21, 81:8, 86:6, 87:4, 87:11, 88:15, 90:21, 91:12, 92:8, 93:15, 96:5, 97:10,

99:16, 100:15, 102:17, 103:12, 104:5, 104:21, 107:17, 111:6, 111:8, 111:23, 113:13, 115:24, 117:11, 117:18, 120:1, 122:7, 126:3, 128:15, 131:12
**up/delayed** [1] - 38:14
**update** [4] - 50:10, 50:11, 87:5
**updating** [1] - 38:1
**upgrade** [2] - 18:6, 62:18
**upgrading** [2] - 28:18, 28:25
**upselling** [6] - 50:16, 50:19, 52:7, 52:10, 52:17, 53:7
**upset** [1] - 117:18
**urgent** [1] - 15:19
**USN** [2] - 62:13, 62:20
**UTC** [3] - 32:11, 32:13, 33:5

## V

**valuation** [1] - 119:16
**valuations** [1] - 87:6
**value** [3] - 62:17, 98:12, 99:3
**variables** [1] - 31:4
**various** [3] - 63:7, 95:1, 121:6
**vehicle** [6] - 15:20, 15:25, 16:3, 16:15, 43:6, 127:19
**Venkatachalam** [1] - 49:24
**ventures** [1] - 84:4
**veracity** [1] - 120:5
**verbal** [3] - 32:20, 33:1, 34:11
**verbally** [2] - 32:21, 34:15
**verbals** [2] - 111:6, 111:23
**verify** [2] - 55:24, 120:5
**version** [1] - 104:6
**via** [1] - 67:15
**villa** [1] - 67:4
**violation** [5] - 3:6, 4:9, 5:8, 7:7, 7:11
**visit** [5] - 8:21, 9:2, 9:8, 57:13, 67:1
**visited** [2] - 12:18,

19:16
**visitor** [1] - 8:20
**visits** [1] - 56:17
**vs** [1] - 1:5

## W

**W/NW** [1] - 48:17
**walk** [1] - 57:13
**wants** [5] - 35:4, 48:18, 80:10, 91:5, 111:9
**warming** [1] - 29:21
**Warming** [1] - 29:24
**Washington** [4] - 1:11, 1:15, 1:17, 1:25
**waste** [1] - 4:20
**ways** [3] - 4:13, 6:21, 32:23
**Wednesday** [7] - 30:17, 32:14, 40:10, 93:3, 131:4, 131:7
**week** [21] - 13:25, 15:5, 15:8, 15:14, 15:19, 15:20, 15:21, 16:1, 20:4, 24:16, 34:23, 45:2, 50:14, 50:15, 50:18, 50:19, 63:11, 63:24, 80:12, 87:4, 130:4
**weekend** [5] - 129:23, 130:3, 130:10, 131:13, 131:22
**weekly** [1] - 19:13
**weeks** [7] - 13:24, 14:24, 35:3, 42:15, 59:25, 60:2, 60:4
**weeks'** [1] - 114:9
**Weird** [2] - 21:24, 23:2
**weird** [1] - 22:25
**welcome** [3] - 7:20, 65:18, 130:14
**well-organized** [1] - 115:14
**West** [3] - 8:22, 32:25, 61:16
**Wetlaufer** [2] - 103:17, 103:19
**whatnot** [1] - 117:20
**WhatsApp** [5] - 29:11, 30:20, 33:3, 33:6, 67:15
**whatsoever** [1] - 4:18
**whole** [9] - 3:16, 54:12, 56:11, 59:8, 61:3, 70:2, 83:9, 101:20, 127:1

**wider** [2] - 53:20, 94:22
**wife** [7] - 44:17, 45:1, 45:18, 46:14, 47:2, 48:16, 74:7
**wild** [1] - 18:3
**willing** [1] - 57:2
**WILMOT** [4] - 1:16, 3:4, 3:21, 3:25
**Wilmot** [3] - 3:3, 6:10, 6:20, 6:25
**wise** [1] - 120:7
**withheld** [1] - 5:9
**WITNESS** [4] - 7:24, 52:23, 96:25, 116:7
**witness** [47] - 4:22, 5:11, 7:18, 8:8, 9:11, 10:23, 12:21, 21:4, 21:7, 23:11, 26:12, 27:17, 30:7, 35:20, 39:1, 40:25, 43:17, 45:7, 45:17, 49:9, 51:7, 54:1, 55:14, 57:17, 60:10, 64:22, 65:24, 67:19, 69:9, 70:25, 71:7, 73:10, 74:19, 78:11, 86:6, 87:12, 88:16, 91:13, 92:9, 93:16, 96:6, 97:11, 99:17, 102:18, 107:18, 113:13
**WITNESSES** [1] - 2:2
**wondered** [1] - 28:20
**words** [2] - 25:12, 92:5
**works** [2] - 5:1, 111:20
**worksheet** [5] - 31:1, 31:9, 31:14, 36:23, 41:16
**world** [2] - 32:24, 33:19
**worry** [1] - 87:10
**worst** [1] - 40:22
**worst-case** [1] - 40:22
**worth** [3] - 119:19, 119:24
**wrap** [1] - 128:15
**write** [16] - 22:22, 29:20, 36:16, 37:17, 43:5, 58:23, 64:13, 72:18, 80:24, 81:15, 81:22, 94:12, 97:4, 100:10, 102:6, 103:15
**writes** [3] - 64:14, 112:2, 112:17
**writing** [1] - 122:1
**written** [7] - 3:25, 4:3, 4:7, 4:8, 81:25,

121:25, 122:21
**written-down** [1] - 121:25
**wrote** [36] - 14:7, 14:13, 14:23, 15:5, 15:8, 20:12, 20:18, 23:2, 25:13, 25:15, 28:23, 29:24, 33:1, 34:4, 34:10, 34:22, 37:6, 37:15, 38:21, 42:19, 50:17, 62:20, 63:22, 68:22, 72:23, 73:3, 74:6, 76:11, 77:8, 80:9, 81:13, 81:17, 82:13, 90:25, 91:5, 93:10

## X

**Xmas** [2] - 14:2, 20:6
**XX** [1] - 15:23

## Y

**year** [7] - 4:4, 14:3, 16:15, 20:10, 20:20, 35:16, 90:17
**year's** [1] - 111:19
**years** [4] - 56:17, 87:8, 111:12, 112:3
**yesterday** [4] - 32:20, 33:2, 34:11, 93:5
**York** [10] - 1:17, 1:21, 10:1, 10:16, 12:14, 20:20, 61:16, 78:8, 80:11

## Z

**zero** [3] - 111:23, 120:18, 120:20
**zone** [1] - 36:13
**zoom** [2] - 36:18, 110:18
**zooming** [1] - 90:22