FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/17/2024

    On November 12, 2024 Captain Kyle Gantt was interviewed at an NCIS office in the Pentagon in Arlington, Virginia. NCIS Investigator Mary Beth Eversman was also present for the interview.

    Gantt was Deputy Commodore from July 2019 through August 2021. Gantt served as Commodore from August 2021 through August 2022 with Destroyer Squadron 60 and served as Commander of Task Force 65. The aforementioned roles took place in Rota, Spain under NAVEUR. Gantt reported to the 6th Fleet Commander Admiral Gene Black.

    Gantt was told by Black that Gantt was selected by Admiral Robert Burke to attend a training in New York City (NYC). Gantt attended the NYC training alongside Cameron Chen, Ben Reynolds, and JT Merchant in the Fall of 2021. Gantt was told that Burke had identified people that Burke wanted to attend the training. The people identified for the training were upwardly mobile and the end-state of the training was for those attending to receive "executive training." The training was offered by NextJump (NxJ) at their headquarters in NYC. The training took place over a weekend, approximately three days.

    Gantt, Chen, Reynolds, and Merchant all stayed at a hotel near NxJ's headquarters. Individuals from the United Kingdom (UK), Coast Guard, and other companies also attended the training at NxJ. Gantt recalls the training in NYC being "pretty good". The training included small groups and individual coaching as well as group fitness. Gantt thought the training was well done and was impressed.

    Gantt was pretty sure that Burke wanted feedback regarding the NxJ training in NYC via email. Gantt was unsure if the training in NYC was paid for, all he knows is that it did not come out of his budget.

    Meghan Messenger and Charlie Kim knew Burke prior to the NYC training. During the NYC training, Messenger and Kim used Burke as an example of successful leadership. Gantt's impression of NxJ was that they provided executive coaching to mid-level executives. Kim gave testimony about NxJ's history and business model. Perks at work gave NxJ freedom to focus on Kim's passion of coaching and executive leadership. Someone during the training mentioned that NxJ was looking to expand their work.

    It was clear to Gantt that NxJ was seeking profit with regards to their executive coaching training however Gantt does not recall discussions about

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on  11/12/2024  at  Arlington, Virginia, United States (In Person) | |
| File #  58D-WF-3717544 | Date drafted  11/13/2024 |
| by  GARDNER SEBASTIAN | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-0002959128

UNCLASSIFIED//FOUO

58D-WF-3717544
Continuation of FD-302 of (U//FOUO) Interview of Kyle Gantt , On 11/12/2024 , Page 2 of 3

selling training for revenue. While in NYC, there were no discussions with Kim or Messenger about potential future contracts with the Navy. There were no conversations about pushing things along with the Navy.

Gantt found the time in NYC valuable. After the training with NxJ in NYC, Gantt exchanged a few emails with Kim regarding different techniques for prioritization and other related matters, similar to what was taught at the NYC training. Gantt and Kim only emailed each other approximately one time per month after the training in NYC.

In January of 2022 NxJ came to Rota, Spain to provide in-person training to the Navy. The training was short-notice. The Navy personnel had only a few weeks notice, at most, that the training was happening. Gantt pushed back on the timing of the training because his personnel were wrapped up with other necessary, time-sensitive tasks at the time.

The training NxJ provided to the Navy in Rota was a very bad experience. Gantt did not have the ability to schedule the training for a time that worked best for him or his sailors. Thus, because the training timeline was outside his control, he was forced to send more junior sailors to the training than he would have otherwise. Gantt had to put people into the training so he sent who he could.

The training provided by NxJ in Rota, Spain was much different than what was provided in NYC. The training in Rota was more diluted – the instructor to student ratio was more favorable in NYC than in Rota. The feedback Gantt received from the sailors he sent to the training (Chief Petty Officers, etc.) was "not very good." Some of the feedback from sailors was there was "more recruiting than training." The NxJ team told the sailors "come work with us" because NxJ was taking the training Navy-wide. Gantt was told by his sailors that the training was "low level" and "not very useful."

There were approximately 120 training spots available in the NxJ training that were split evenly between Gantt and Chen's sailors. NxJ wanted to continue executive coaching, however, there was a lot of gossip and tearing other people down during sessions with Kim. Kim is good at finding "chinks in armor" in an effort to build someone up.

Gantt's wife Bonnie told him "you need to fire these people" after a one-on-one session with Kim. There was too much gossip involved in the session. Kim preached "snap judgements" about people - maybe that works with small private firms but that does not work with the Navy. Gantt's wife told him "they're [Kim/Messenger] going to get people in trouble."

Gantt and his wife hosted the NxJ team at their home in Rota, as they did with others who visited. Gantt liked Mackey, the basketball coach who worked with NxJ. Gantt also liked the cross-fit guy as well as he believed they were both good people. Gantt found that Kim gossiped and spoke down about people too much. Kim spoke down about Reynolds a lot and told Gantt that he "fired Ben" from NxJ's one-on-one sessions. Kim told Gantt "he's [Reynolds] a snake" in a profanity-laced conversation. Gantt's wife

UNCLASSIFIED//FOUO

believes Kim and Messenger have bad characters and integrity after meeting them in Rota. Gantt stated "he's a jerk" when speaking about Kim. Gantt no longer wants Kim or Messenger in his life. Gantt ended executive coaching with NxJ after the training in Rota.

After the training in Rota, Gantt send Burke and Black an email telling them he was not going to continue the NxJ training with his sailors. After the training in NYC Gantt had a positive view of NxJ's training. After the training in Rota Gantt had a negative view of NxJ and their training. Gantt felt the training in Rota was significantly diminished and diluted from the NYC training. After providing feedback and notifying Burke that he would not be continuing training with NxJ, Burke took the feedback. Gantt did not feel pressure from Burke.

Gantt did not have any post-retirement talks with Burke.

[Agent Note: Notes from the interview are attached as a 1A package to this document.]