# Attachment B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## RECORDS PURSUANT TO FEDERAL RULES OF
## EVIDENCE 902(11) AND 902(13)

I, _Rinata Gafarova_, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by BELGA CAFÉ, and my title is GM I am

qualified to authenticate the records attached hereto because I am familiar with how the records

were created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of BELGA CAFÉ. The attached records

consist of ___1___ pages of ___1___ **[GENERALLY DESCRIBE RECORDS**

**(pages/CDs/megabytes)]**. I further state that:

  a.   all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of BELGA CAFÉ, and they were made by BELGA CAFÉ as a regular

practice; and

  b.   such records were generated by BELGA CAFÉ's electronic process or system

that produces an accurate result, to wit:

  1.   the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of BELGA CAFÉ in a manner to ensure that they are true duplicates of the

original records; and

2.    the process or system is regularly verified by BELGA CAFÉ, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_3/8/2024_
Date

_[signature]_
Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Patricia Porras_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AMERICAN EXPRESS/DATAMARK, and my title is Assistant to Custodian of Records. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AMERICAN EXPRESS/DATAMARK. The attached records consist of __4502 (1-usb)__ pages of __Statements , Payments, Applications__    [GENERALLY DESCRIBE RECORDS Correspondence, Notes, Fraud Report, Chat Recording, Credit Report, Transaction Data File, Account Information (pages/CDs/megabytes)]. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AMERICAN EXPRESS/DATAMARK, and they were made by AMERICAN EXPRESS/DATAMARK as a regular practice; and

b.    such records were generated by AMERICAN EXPRESS/DATAMARK's electronic process or system that produces an accurate result, to wit:

i.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AMERICAN EXPRESS/DATAMARK in a manner to ensure that they are true duplicates of the original records; and

CI-01533MU AMEX000001 - CI-01533MU AMEX004502

2.    the process or system is regularly verified by AMERICAN

EXPRESS/DATAMARK, and at all times pertinent to the records certified here the

process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)

of the Federal Rules of Evidence.

_9/289/2023_    _Patricia Porras_  - Patricia Porras
Date                        Signature - Assistant to the Custodian of Records

CI-01533MU AMEX000001 - CI-01533MU AMEX004502

DOJ-0000701051

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____ Bonnie Quimby _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by NAVY FEDERAL CREDIT UNION,

and my title is _____ Subpoena Speicalist _____. I am qualified to authenticate the records

attached hereto because I am familiar with how the records were created, managed, stored, and

retrieved. I state that the records attached hereto are true duplicates of the original records in the

custody of NAVY FEDERAL CREDIT UNION. The attached records consist of _____

pages of 457 pages & 5 surveillance videos    **[GENERALLY DESCRIBE RECORDS**

**(pages/CDs/megabytes)]**. I further state that:

a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of NAVY FEDERAL CREDIT UNION, and they were made by NAVY

FEDERAL CREDIT UNION as a regular practice; and

b.    such records were generated by NAVY FEDERAL CREDIT UNION's

electronic process or system that produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of NAVY FEDERAL CREDIT UNION in a manner to ensure that they are

true duplicates of the original records; and

DOJ-0000700324

2.      the process or system is regularly verified by NAVY FEDERAL

CREDIT UNION, and at all times pertinent to the records certified here the process and

system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)

of the Federal Rules of Evidence.

| April 10 , 2023 | |
|---|---|
| Date | Signature |

Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *burkerobertp@gmail.com,* with Google Ref. No. 30671127 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Sean Cromer_____                    Date: 03/06/23
(Signature of Records Custodian)


       Sean Cromer
(Name of Records Custodian)

## DECLARATION OF RECORDS CUSTODIAN

I, Mari Stosich-Wall, am the Custodian of Records, or am otherwise qualified to authenticate the records of Microsoft Corporation. Microsoft Corporation has provided the attached records pursuant to a legal demand.

I hereby certify that the attached records are business records of the regularly conducted activity, and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that these records were:

1 made at or near the time of the occurrence of the matter set forth in the records by a person with knowledge of those matters or for information transmitted by a person with knowledge of those matters; and are true copies of the original records described in the legal demand.

2. kept in the course of regularly conducted activity;

3. made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way, Redmond, WA 98052-6399
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Signed: *Mari Stosich-Wall*

Dated this 22nd day of March, 2023.



April 26, 2023

Special Agent Thomas J. Haarstick
145 Pinelawn Road, Suite 200S
Melville, NY 11747
Email: Thomas.haarstick@dodig.mil

Dear Special Agent Haarstick,

<u>Subject: USAO No. 2023R00151-003</u>
<u>HSBC Bank USA Case ID #: 3922614</u>

The undersigned certifies being the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further, that it is this institution's ordinary business to maintain such records, that such records were made contemporaneously with the transactions stated therein, or within a reasonable time after said transaction.

### DEPOSIT ACCOUNTS

| Exact Name on Account | Account Number | Period Covered | |
|---|---|---|---|
| | | **From** | **To** |
| Next Jump Inc | 0USMMBI038000766412 | 05/01/2021 | 12/08/2021-Closed |
| Next Jump Inc | 0USMMBI038000766413 | 05/01/2021 | 12/08/2021-Closed |
| Next Jump Inc | 006078222 | 05/01/2021 | 12/31/2022 |
| Next Jump Inc | 006090907 | 05/01/2021 | 12/31/2022 |
| Next Jump Inc | 006135692 | 05/01/2021 | 12/31/2022 |
| Next Jump Inc | 038031345 | 05/01/2021 | 12/31/2022 |

The following documents are enclosed for the above-mentioned Deposit Accounts:

- Account Opening Documents
- Monthly statements for the time period stated
- Images (canceled checks, withdrawal and deposit images)
- Wire Transfers Records for Next Jump Inc, Yong Chul Kim, Charles Kim, & Charlie Kim.

Please note that some documents have been redacted in order to provide only the information requested in the subpoena.

**- HSBC Bank USA, National Association**
P.O. Box 1145, Buffalo, NY 14240

DOJ-0000698022



After a diligent search of HSBC Bank USA systems no account relationships or wire transfer records were located for the remaining individuals listed in your subpoena.

## LOAN ACCOUNTS

| Exact Name on Account | Account Number | Period Covered | |
|---|---|---|---|
| | | From | To |
| Next Jump Inc | 0USMMBI959075359200 | 05/01/2021 | 09/02/2021-Closed |
| Next Jump Inc | 0USMMBI959075359201 | 05/01/2021 | 12/02/2021-Closed |
| Next Jump Inc | 504018656750 | 05/01/2021 | 12/31/2022 |

We are still researching the above-mentioned Loan Accounts. Outstanding documents will be provided upon completion of our research.

## CREDIT CARD ACCOUNTS

| Exact Name on Account | Account Number | Period Covered | |
|---|---|---|---|
| | | From | To |
| Next Jump Inc | 3702455376 | 05/01/2021 | 09/02/2021-Closed |
| Next Jump Inc | 3702455780 | 05/01/2021 | 12/02/2021-Closed |
| Next Jump Inc | 3702456929 | 05/01/2021 | 06/02/2021-Closed |
| Next Jump Inc | 3702465524 | 05/01/2021 | 06/02/2021-Closed |
| Next Jump Inc | 3702481315 | 05/01/2021 | 01/02/2021-Closed |
| Next Jump Inc | 6727120149 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727215279 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727366882 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727487845 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727526972 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727533366 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727552432 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727588956 | 05/01/2021 | 07/29/2022-Closed |
| Next Jump Inc | 6727647380 | 05/01/2021 | 07/29/2022-Closed |

We are still researching the above-mentioned Credit Card Accounts. Outstanding documents will be provided upon completion of our research.

HSBC Bank USA, N.A's document retention period is seven years for many types of documents.

**- HSBC Bank USA, National Association**
P.O. Box 1145, Buffalo, NY 14240

DOJ-0000698023



Therefore, some of documents you are requesting may be unavailable.

Based on the search terms used and the method used for searching wire details using the names/words included in your Subpoena, it is possible that some or all of the matches provided in the above file can be construed as "false-positive" matches. If you find that to be the case, please delete/dispose of any information provided that will not aid you in your investigation.

The enclosed materials concern or may concern nonpublic, confidential, proprietary or privileged business, commercial and/or personal information concerning HSBC Bank USA, N.A., its personnel and/or its customers, including financial customer information and/or trade secrets. Accordingly, these materials are subject to all applicable provisions governing the use of such information, including any protective order or confidentiality obligation, grand jury requirements, or federal or state Freedom of Information Acts, and may only be used in connection with the above-referenced matter.

Should further assistance be required please contact me at (716) 841-6666 or call Legal Paper Processing customer service line 877-874-2403.

Sincerely,

*Amani Coleman*

Amani Coleman
Legal Regulatory Operations Specialist
Legal Processing Department

Enclosure

**- HSBC Bank USA, National Association**
P.O. Box 1145, Buffalo, NY 14240

RESTRICTED

**DECLARATION**

**Case No. : 2023R00151;2210;001**

Vincent Gray, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist IV  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 3/31/2023             By: _____

                                   Vincent Gray
                                   Transactions Specialist IV
                                   JPMORGAN CHASE BANK, N.A.

SB1429831-F1

                                                  SUBP52a

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Lisa Cox _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by POWERTRAIN, INC., and my title is

Chief Executive Officer _____.  I am qualified to authenticate the records

attached hereto because I am familiar with how the records were created, managed, stored, and

retrieved. I state that the records attached hereto are true duplicates of the original records in the

custody of POWERTRAIN, INC..  The attached records consist of __13__ pages of
purchase orders and invoices, with some related correspondence
_____**[GENERALLY DESCRIBE RECORDS**

**(pages/CDs/megabytes)]**.  I further state that:

a.      all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of POWERTRAIN, INC., and they were made by POWERTRAIN, INC. as a

regular practice; and

b.      such records were generated by POWERTRAIN, INC.'s electronic process or

system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of POWERTRAIN, INC. in a manner to ensure that they are true duplicates

of the original records; and

2.    the process or system is regularly verified by POWERTRAIN, INC., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

3/3/2025
Date

Signature

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **ROBERT P. BURKE,** **YONGCHUL "CHARLIE" KIM, and** **MEGHAN MESSENGER,** | **Case No. 1:24-cr-00265-TNM** |
| **Defendants.** | |

## AGREED STIPULATION

Defendants Yongchul "Charlie" Kim and Meghan Messenger, and the United States of America, hereby submit the following stipulation, which the parties have discussed and jointly agree upon:

The emails attached as Exhibits 1 to 4 (the "Emails") and described below are true and correct copies of the original records, and therefore the parties agree that the Emails are authentic for purposes of the Federal Rules of Evidence, including Rule 901. The United States hereby waives any objections to the Emails' authenticity. The United States reserves all other objections to the admissibility of the Emails.

Exhibit 1: Email dated April 9, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Next Jump Update…" and bears Bates numbers CK_00000239 – CK_00000240.

Exhibit 2: Email dated April 13, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Follow up: Next Jump Update…" and bears Bates numbers CK_00000241 – CK_00000244.

Exhibit 3: Email with attachments dated July 28, 2021, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients. The email

1

has the subject line "Next Jump Investor Update: Q1 2021," and the email and attachments bear Bates numbers CK_00000245 – CK_00000254.

Exhibit 4:  Email with attachments dated July 28, 2022, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients.  The email has the subject line "Next Jump Investor Update...," and the email and attachments bear Bates numbers CK_00000255 – CK_00000294.

Respectfully submitted,

DATED March 18, 2025

*/s/ William A. Burck*
William A. Burck

Rocco F. D'Agostino
(Bar No. NY0592)
445 Hamilton Ave., Suite 605
White Plains, NY 10601
Tel: (914) 682-1993

*Counsel for Defendant Meghan Messenger*

William A. Burck (DC Bar No.: 979677)
Avi Perry (DC Bar No.: 90023480)
Rachel G. Frank (DC Bar No.: 1659649)
John (Fritz) Scanlon (DC Bar No.:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com
rachelfrank@quinnemanuel.com
fritzscanlon@quinnemanuel.com

Christopher Clore (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*

MATTHEW R. GALEOTTI
SUPERVISORY OFFICIAL
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: _/s/_____
    Trevor Wilmot
    Kathryn Fifield
    Trial Attorneys
    Public Integrity Section
    1301 New York Ave. NW
    Washington, D.C. 20530
    Office: (202) 514-1412

    EDWARD R. MARTIN, JR.
    UNITED STATES ATTORNEY
    D.C. Bar No. 481866

    _/s/_____
    Rebecca G. Ross
    Assistant United States Attorney
    601 D Street N.W.
    Washington, DC 20530
    Office: (202) 252-4490

    *Counsel for the United States of
    America*

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, Alice Bartek-Santiago, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by the Department of the Navy, and my title is Assistant General Counsel (Ethics).   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of The Financial Disclosure Management System (FDM) and INTEGRITY, which are online databases that store these types of records and which the Office of the Assistant General Counsel (Ethics) has access to.  The attached records consist of 49 pages of the following:

(1) 2018 OGE 278e (Annual)_Robert P. Burke

(2) 2018 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(3) 2018 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(4) 2019 OGE 278e (Annual)_Robert P. Burke

(5) 2019 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(6) 2020 OGE 278e (Annual)_Robert P. Burke

(7) 2020 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(8) 2021 OGE 278e (Annual)_Robert P. Burke

(9) 2022 OGE 278e (Annual)_Robert P. Burke

(10) 2022 OGE 278e (Termination)_Robert P. Burke

(11) 2022 OGE 278e (Termination) Cautionary Notice_Robert P. Burke

I further state that:

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, Richard E. Munn, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by Naval Communication and Telecommunication Station (NCTS) in Naples, Italy, and my title is NCTS Europe Regional Information Systems Security Manager (ISSM), Command ISSM and Security Management (SM) Deputy.   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of NCTS in Naples, Italy.  The attached records consist of email records, including:  DOJ-0001667009-11; DOJ-0001667075-7; DOJ-0001667239-41;  DOJ-0000022305-14;  DOJ-0002043484;  DOJ-0001711989-90;  DOJ-0001667471;  DOJ-0001667099-101;  DOJ-0001667525-30;  DOJ-0001655100-5;  DOJ-0001700177-9;  DOJ-0001667419-20;  DOJ-0000024139-41;  DOJ-0000048347-8;  DOJ-0000024147,  DOJ-0000024244-5;  DOJ-0000024185-7;  DOJ-0000018116-20,  DOJ-0000018911-3,  DOJ-0000018907-10;  DOJ-0001667438-9;  DOJ-0001667092-98,  DOJ-0001667949-52;  DOJ-0000020454-5,  DOJ-0000021022-7;  DOJ-0000017475,  DOJ-0000018680,  DOJ-0000018556-679;  DOJ-0000006465-6;  DOJ-0001450881-2;  DOJ-0001450883-6;  DOJ-0002024466-69;  DOJ-0001477540-7;  DOJ-0001501773-80;  DOJ-0001501730-6; DOJ-0001501660-73; DOJ-0001501706-9; DOJ-0001502233-4.

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of United States Navy, and they were made by NCTS, in Naples, Italy as a regular practice; and

    b.    such records were generated by NCTS's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of the United States Navy in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by NCTS, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

MUNN.RICHARD.EDWARD.1027492416

Digitally signed by MUNN.RICHARD.EDWARD.1027492416
Date: 2025.03.06 14:02:14 +01'00'

06 March 2025
_____
Date

_____
Signature

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Office of the Assistant General Counsel (Ethics) and they were made by Sara Tetreault, the previous Assistant General Counsel (Ethics), as a regular practice; and

b.    such records were generated by FDM and Integrity's electronic process or system that produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Sara Tetreault in a manner to ensure that they are true duplicates of the original records; and

2.    the process or system is regularly verified by the FDM administrators, for FDM, and the Office of Government Ethics (OGE), for INTEGRITY, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____1-29-2025_____     _____
Date                              Signature

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, CAPT Peter R. Koebler, JAGC, USN____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by _the U.S. Navy_____, and my title is CAPT (as I am currently on terminal leave before retirement).   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of myself_____.  The attached records consist of 1 (3-page) e-mail of 16 Aug 20 from LCDR John C. White (with a 22-page PPT attachment), 1 (5-page) e-mail of 27 May 21 from CAPT Peter R. Koebler (with a 3-page legal opinion attachment), 1 (1-page) e-mail of 10 Aug 21 from Ms. Juliet M. Beyler (with 4-page attachment), 1 e-mail of 10 Aug 21 from CAPT Peter R. Koebler, and 1 (2-page) e-mail of 28 Sep 20 from CAPT Peter R. Koebler (with 2 (4-page) legal opinion attachments.  I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of _CAPT Koebler_____, and they were made by by me_____ as a regular practice; and

b.    such records were generated by _CAPT Koebler_____'s electronic process or system that produces an

accurate result, to wit:

      1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _me_____ in a manner to ensure that they are true duplicates of the original records; and the process or system is regularly verified by _me_____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

      I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

22 Oct 24
_____    _____
Date                        Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 901

I, __Weiwei Hu__, attest under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Next Jump__, and my title is __Partner__.

I am qualified to authenticate the records produced to the United States pursuant to <u>United States District Court Subpoena dated October 8, 2024</u>, requesting specified records of the business named below, and as otherwise requested by the United States Department of Justice. Specifically, I am qualified to authenticate the records produced to the United States labeled <u>NEXTJUMP-0000122-23, NEXTJUMP-0000131, NEXTJUMP-0003100-15, and NEXTJUMP-0020008-13</u> because I am familiar with how the records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of <u>Next Jump, Inc</u>.

I further state that this certification is intended to satisfy Rule 901 of the Federal Rules of Evidence.

__2/25/2025__
Date

*Huweiwei*

Signature of Declarant

Weiwei Hu
Name and Title of Declarant

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 901

I, __Weiwei Hu__, attest under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Next Jump__, and my title is __Partner__.

I am qualified to authenticate the records produced to the United States pursuant to United States District Court Subpoenas dated October 3, 2023, and October 8, 2024, requesting specified records of the business named below, and as otherwise requested by the United States Department of Justice. Specifically, I am qualified to authenticate the records produced to the United States labeled DOJ-NXJ-000075, DOJ-NXJ-000082-96, DOJ-NXJ-008162-64, DOJ-NXJ-044364-5, and NEXTJUMP-0000122-23, NEXTJUMP-0000131, NEXTJUMP-0003100-15, NEXTJUMP-0020008-13, because I am familiar with how the records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of Next Jump, Inc.

I further state that this certification is intended to satisfy Rule 901 of the Federal Rules of Evidence.

| | |
|---|---|
| 03/19/2025 | *Huweiwei* |
| Date | Signature of Declarant |
| | Weiwei Hu   Partner |
| | Name and Title of Declarant |

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Mitchell L. Stevens, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Leidos LLC, and my title is Senior Forensic Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Department of Navy. The attached records consist of 4 records consisting of 14 pages of email records, including: DOJ-0000895922-4; DOJ-0002113249, DOJ-0002113787-88, DOJ-2113792-6; DOJ-0002113158; and, DOJ-0002113311-2.

I further state that:

     a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of Navy, and they were made by Peggy G Crockett (retired), Forensic Analyst, as a regular practice; and

     b.    such records were generated by Leidos' propriety methods of electronic process or system that produces an accurate result, to wit:

     1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of Navy in a manner to ensure that they are true duplicates of the original records; and

2.    the process or system is regularly verified by Leidos' propriety methods, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____January 30, 2025_____

Date

Signature

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Julie K Niswonger, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed as a Contractor for the Defense Manpower Data Center (DMDC) Defense Travel System-Program Management Office (DTS-PMO), and my title is Systems Engineer. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Defense Travel System (DTS). The attached records consist of ONE page of DOJ-0000046719. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Defense Travel System (DTS), and they were made by Julie K Niswonger as a regular practice; and

b.      such records were generated by the Defense Travel System (DTS)'s electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Julie K Niswonger in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Defense Manpower

Data Center (DMDC), and at all times pertinent to the records certified here the process

and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)

of the Federal Rules of Evidence.

NISWONGER.JULIE.K.1076
476892
_____

Digitally signed by
NISWONGER.JULIE.K.1076476892
Date: 2025.04.16 09:58:27 -05'00'

Date                            Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Mitchell L. Stevens, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Leidos LLC, and my title is Senior Forensic Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Department of Navy. The attached records consist of 1 record consisting of 2 pages of email records, including: DOJ-0000893859-60. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of Navy, and they were made by Peggy G. Crockett (retired), Forensic Analyst as a regular practice; and

b.    such records were generated by Leidos' proprietary methods of electronic process or system that produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of Navy in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Leidos' proprietary methods, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.


_4/18/25_ 

Date

_____

Signature

<u>**CERTIFICATE OF AUTHENTICITY OF DOMESTIC**</u>
<u>**RECORDS PURSUANT TO FEDERAL RULES OF**</u>
<u>**EVIDENCE 902(11) AND 902(13)**</u>

I, Richard E. Munn, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Naval Communication and Telecommunication Station (NCTS) in Naples, Italy, and my title is NCTS Europe Regional Information Systems Security Manager (ISSM), Command ISSM and Security Management (SM) Deputy. I am qualified to authenticate the records attached hereto because I am familiar with how the records were managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of NCTS in Naples, Italy. The attached records consist of email records, including: DOJ-0000023153; DOJ-0000006670; DOJ-0000019642, DOJ-0000020121-0000020244; DOJ-0001667132-3; DOJ-0000006267, DOJ-0000006567-8; DOJ-0000025397-9 I further state that:

a.       all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of United States Navy, and they were made by NCTS, in Naples, Italy as a regular practice; and

b.       such records were generated by NCTS's electronic process or system that produces an accurate result, to wit:

1.       the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of the United States Navy in a manner to ensure that

they are true duplicates of the original records; and

        2.     the process or system is regularly verified by NCTS, and at all times pertinent to the records certified here the process and system functioned properly and normally.

     I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

MUNN.RICHARD.E
DWARD.10274924
16

Digitally signed by
MUNN.RICHARD.EDWARD.1027
492416
Date: 2025.04.30 15:38:36
+02'00'

_____
30 April 2025
       Date

_____
       Signature