NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number   1:24-cr-00265-TNM-3

**MEGHAN MESSENGER**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

*/s/ F. Joseph Warin*

PLEASE PRINT THE FOLLOWING INFORMATION:

F. Joseph Warin (D.C. Bar No. 235978)
*(Attorney & Bar ID Number)*

GIBSON, DUNN & CRUTCHER LLP
*(Firm Name)*

1700 M St., N.W.
*(Street Address)*

Washington, D.C. 20036
*(City)   (State)   (Zip)*

(202) 887-3609
*(Telephone Number)*