**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:24-cr-00265-TNM-3 |
| MEGHAN MESSENGER, | |
| Defendant. | |

## MEGHAN MESSENGER'S MOTION FOR
## REED BRODSKY'S ADMISSION PRO HAC VICE

Pursuant to Local Rule 44.1(c), F. Joseph Warin, of Gibson, Dunn & Crutcher LLP (the "Movant") respectfully moves for admission and appearance of Reed Brodsky *pro hac vice* in the above captioned matter as counsel of record for Meghan Messenger.  As set forth in the accompanying declaration, ("Exhibit A"), Reed Brodsky is admitted, practicing, and a member in good standing of the bar of the State of New York.  This motion is supported and signed by F. Joseph Warin, an active and sponsoring member of the Bar of this Court.  A proposed order is attached.

Dated: June 26, 2025

Respectfully submitted,

*/s/ F. Joseph Warin*
F. Joseph Warin (D.C. Bar No. 235978)
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3609
fwarin@gibsondunn.com

*Counsel for Meghan Messenger*

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

     Plaintiff,

  v.                                                          Case No. 1:24-cr-00265-TNM-3

MEGHAN MESSENGER,

     Defendant.

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF**
**REED BRODSKY**

I, Reed Brodsky, declare and state as follows:

1.  My full name is Reed Michael Brodsky.

2.  I am a partner of the law firm of Gibson, Dunn & Crutcher LLP.  My office address is located at 200 Park Avenue, New York City, New York 10166.  My office telephone number is 212.351.5334.

3.  I am a member in good standing of the Bar of the State of New York (Bar No. 2843019).

4.  I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5.  In the past two years, I have been admitted *pro hac vice* before this Court (in *Next Jump v. United States*, Case No.: 24-mc-00105).  I am also listed as counsel in an amended complaint in *History Associates Inc. v. FDIC* (Case No.1:24-CV-1857-ACR); In that case, I have not appeared in court or filed a *pro hac vice* application as of today.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2025.

_____

Reed Brodsky

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

MEGHAN MESSENGER,

                  Defendant.

Case No. 1:24-cr-00265-TNM-3

**[PROPOSED] ORDER**

At the District of Columbia this _____ day of June 2025, having considered the Motion for

Admission *Pro Hac Vice* of Reed Brodsky (ECF No. ___) and the Declaration of Reed Brodsky

submitted in support of this Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Reed Brodsky be, and

that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned

case.

Dated: _____.

_____
Hon. Judge Trevor N. McFadden
United States District Judge



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

————————

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Reed Michael Brodsky

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 18, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 24, 2025.

*Clerk of the Court*

CertID-00238049



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024