**GIBSON DUNN**

Reed Brodsky
Partner
T: +1 212.351.5334
M: +1 917.574.8200
rbrodsky@gibsondunn.com

June 26, 2025

The Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: *United States v. Meghan Messenger*, Case No. 1:24-cr-00265-TNM-3

Dear Judge McFadden:

     In connection with the above-captioned case, I am respectfully submitting an application to appear *pro hac vice* as counsel to Meghan Messenger in the August 18, 2025, trial. If the application is granted, I will file a notice of appearance. My addition will *not* have any impact on the trial date scheduled for August 18, 2025. Ms. Messenger wishes to proceed as scheduled. Before entering into an engagement to represent Ms. Messenger, my prior representation of Next Jump and certain current and/or former employees was terminated. At the pretrial conference and/or prior thereto, Ms. Messenger and I would be happy to address the Court if there are any questions. My only request with respect to scheduling will be to reschedule the final pretrial conference as I have a short trial on damages in a civil case in the Southern District of New York from July 22 to July 25, and I will coordinate with the government and counsel to Mr. Kim in hopes of rescheduling at a time convenient for the Court, the government, and Mr. Kim's counsel.

     Thank you in advance, and I look forward to appearing before Your Honor in the near future.

Yours Truly,

*[signature]*

Reed Brodsky

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Work: (212) 351-5334
Mobile: (917) 574-8200
rbrodsky@gibsondunn.com