# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Richard E. Munn, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Naval Communication and Telecommunication Station (NCTS) in Naples, Italy, and my title is NCTS Europe Regional Information Systems Security Manager (ISSM), Command ISSM and Security Management (SM) Deputy. I am qualified to authenticate the records attached hereto because I am familiar with how the records were managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of NCTS in Naples, Italy. The attached records consist of email records, including: DOJ-0000023153; DOJ-0000006670; DOJ-0000019642, DOJ-0000020121-0000020244; DOJ-0001667132-3; DOJ-0000006267, DOJ-0000006567-8; DOJ-0000025397-9 I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of United States Navy, and they were made by NCTS, in Naples, Italy as a regular practice; and

    b.    such records were generated by NCTS's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of the United States Navy in a manner to ensure that

they are true duplicates of the original records; and

        2.      the process or system is regularly verified by NCTS, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

30 April 2025
Date

MUNN.RICHARD.EDWARD.1027492416
Digitally signed by MUNN.RICHARD.EDWARD.1027492416
Date: 2025.04.30 15:38:36 +02'00'

Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Mitchell L. Stevens, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Leidos LLC, and my title is Senior Forensic Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Department of Navy. The attached records consist of 8 records, including: DOJ-0001032517-8; DOJ-0000895843-4; DOJ-0000895925-6; DOJ-0000893730-1; DOJ-0001031631; DOJ-0002113314-5; DOJ-002113313; DOJ-0000896086-7.

I further state that:

  a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of Navy, and they were made by Peggy G. Crockett (retired), Forensic Analyst as a regular practice; and

  b. such records were generated by Leidos' proprietary methods of electronic process or system that produces an accurate result, to wit:

    1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of Navy in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Leidos' proprietary methods, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____6/24/2025_____    _____
Date                         Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, <u>William Weisberg</u>, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the Law Offices of William Weisberg PLLC, and my title is Principal. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Law Offices of William Weisberg PLLC. The attached records consist of approximately <u>twenty-four</u> pages of a <u>powerpoint training deck and code of conduct draft.</u>

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Law Offices of William Weisberg PLLC and they were made by the Law Offices of William Weisberg PLLC as a regular practice; and

    b.    such records were generated by the Law Offices of William Weisberg PLLC's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Law Offices of William Weisberg PLLC in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by the Law Offices of William Weisberg PLLC, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13)

of the Federal Rules of Evidence.

Date: July 8, 2025

Signature: _William Weisberg_

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: USAO NO. 2023R00151<br>Grand Jury #25-4<br>Subpoena No. 047 | CERTIFICATE OF AUTHENTICITY<br>OF DOMESTIC RECORDS<br>PURSUANT TO FEDERAL RULE<br>OF EVIDENCE 902(11) |

**BUSINESS RECORDS AFFIDAVIT**

STATE OF __Illinois__
COUNTY OF __Cook__

Before me, the undersigned notary, on this day personally appeared _____, a person whose identity is known to me. After administering an oath to him, upon his oath he said:

1. My name is David Nides. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2. I am a custodian of records for KPMG, LLP.

3. The documents produced as KPMG_NextJump_0000001 through KPMG_NextJump_0000200 consist of business records of KPMG, LLP. These are either original records or duplicates of the original records of KPMG, LLP.

4. These records are kept by KPMG, LLP in the regular course of business, and it was the regular practice of KPMG, LLP or an employee or representative of KPMG, LLP, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The records were made at or near the time by—or from information transmitted by—someone with knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

_____

SWORN TO AND SUBSCRIBED before me on this __26__ day of __June__ 2025 by __DAVID NIDES__.

_____
Notary Public in and for the State of __IL__
Cook County

Official Seal
BENJAMIN C MUNARETTO
Notary Public, State of Illinois
Commission No. 992627
My Commission Expires June 21, 2028

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Julien Goltzman, hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001 through APLiC000005 produced June 10, 2025 in response to the legal process served on Apple on June 3, 2025. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

   a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b. kept in the course of a regularly conducted activity of Apple's business; and

   c. made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED: June 10, 2025

**APPLE INC.**

By: /s/ Julien Goltzman

Name: Julien Goltzman

Title: Legal Specialist, Apple Inc.