On Wed, Mar 1, 2023 at 12:42 AM Charlie Kim <ckim@newtamp.com> wrote:

Good to know. Thanks for the feedback

So much going on. Air Force academy will launch a few 10 packs. Space command 1 to start and quickly to 3. 32 people already indicated interest to task.

But best is tank next 4 months making intros for Meghan and I to close 1000 person pilot programs in space force and Air Force

Get Outlook for iOS

**From:** Mike Collette < mike@newtoneartraining.com >
**Sent:** Tuesday, February 28, 2023 8:26:38 PM
**To:** Meghan Messenger <GameanStar@taskgreep.com>
**Cc:** Charlie Kim <ckim@fearofgame.com>
**Subject:** Re: Did our best