DEFENSE EXHIBIT

**DX 442R**

## Fwd: Follow up: Next Jump Update...

**From:** Charlie Kim <ckim@nextjump.com>
**To:** ███████████ @skadden.com>
**Cc:** Meghan Messenger <mmessenger@nextjump.com>; ██████ < ██████ @skadden.com>
**Date:** Wed, 14 Apr 2021 20:49:23 +0000



Regards,
Charlie

Sent from my iPad

Begin forwarded message:

> **From:** ████████████████████
> **Date:** April 13, 2021 at 10:08:35 PM EDT
> **To:** Charlie Kim <ckim@nextjump.com>
> **Cc:** Meghan Messenger <mmessenger@nextjump.com>
> **Subject:** Re: Follow up: Next Jump Update...
>
>  Charlie/Meghan,
>
> Thanks for the emails and detailed responses - very useful (the video was also excellent).   Exciting information, and very powerful.
>
> I hope that you're both well and keep up the great work.
>
> ████
>
>> On Apr 13, 2021, at 4:42 PM, Charlie Kim <ckim@nextjump.com> wrote:

Dear Investors,

Apologies for not being able to respond to all your emails. Our schedules and inboxes went nuclear in the past week. In the interest of time, responding to everyone at once. Starting by sharing some of the comments/responses we got from our

investors:

"Is the offer to liquidate equity shares still outstanding?"

"How are you doing in your quest to make Next Jump a unicorn? Has there been any progress? I've now owned NxJ stock for 20 years. Longest investment of my life to date. Maybe you should seize the moment and do a deal while the opportunity presents itself?"

"Conceptually, this sounds like a winner. The two product lines complement and can feed off each other. And the product/market fit exists for both.  Once you have unlocked growth, the world is your oyster!"

"You do not have enough capital or critical mass of people for this for the moment - so once you have proof of concept delivered and functioning you will need to raise capital fast."

"I was struck by the comment that 1200 orgs are using Biz 2 software. My second take away was that the connectivity between the businesses and the reinforcement to each other was always the central point."

"I did watch the video over the weekend and found it very interesting. The first thing I noticed is the command you both have of this subject. Your meeting with Bob Burke sounds very exciting. I'm sure you've been frustrated by the delays but with him in your corner, hopefully you can close that Navy business soon and move on to other branches of the military."

----

We wanted to quickly share our intentions/ thinking. Of course open to any reactions/ feedback to improve it.

BLUF (bottom-line-up-front): We are not looking to raise any primary capital for Next Jump. On a $50MM Biz 2 contract, ~80-90%+ drops to the bottom line. The high margins are a result of approx. $30MM in R&D invested annually over the last 14 years to build all this software/IP/etc (which Skadden is helping us patent/protect). Capital is no longer the accelerant for most businesses, including ours.

However, the reason to entertain discussions with investors is for only 1 reason, liquidity for our shareholders (investors and employees). If you get the chance, please watch the video presentation of why NxJ is being pegged as the next trillion dollar business, given our moat/advantages. In order to prevent any misunderstanding, our first goal is to clear $1B valuation. At this stage, after 27 years building Next Jump, my personal goal is to preserve as much equity as we can. $1B would be a 99.9% discount to where we believe we are heading. Many of our investors have been patient and supporting the company for nearly 20 years, we need existing shareholders to sell, in order to allow a transaction to occur.

--------

Our goal with Navy is a $50MM deal. Anything larger will be bonus. Regardless of deal-size, the endorsement of Navy can best be illustrated by this Tier A PE firm who said to us recently: "If you can get government to use your HR Software, you can get everyone else." We experienced this firsthand May 2019, Bob Burke invited us as his guest to Norfolk VA where they hosted the conference board (F100 HR heads) on the USS Truman. To this audience of ~100, Bob had Meghan and I stand up and said most of what we're learning in this field of leadership and development is from Next Jump. We went from nobodies to instantly being swarmed by the heads of HR from HSBC, KPMG, Boeing, AT&T and many more. Head of HR at HSBC whispered in Meghan's ear: "If Navy is doing this, every Fortune 1000 company is going to do this." This is why in "Project FU" – we selected the Navy as our first partner for Biz 2. Our $10MM pilot program (paid beta where we needed to work out our internal HR software for external enterprise use) twice got a go ahead from two different CNO's (Bill Moran, then Mike Gilday) to increase 10x. However, this beta didn't quite work but had enough signals of success. Bob Burke said to us the problem is so big and so important, and that NxJ is ahead of anyone they'd seen which is why despite the non-success from the beta, he wanted "us" on it for the Navy. Last week when we met with Bob, we presented the very same presentation below (in the video), towards the last page, we showed him the "missing piece" (the nucleus/ center hub) to the whole HR Software business 2 of Next Jump: The Develop-Mental GPS. An assessment tool that scores a person's decision making abilities + tools & strategies (AI Coach, etc.) for improvement. Upon the assessment, it directs/guides people into using the Feedback App, OMM App, 10X app…plus all the programs. Without it, all our tech solved human development problems, but was unclear how to start, where to start…the unifying product that ties it all together was missing. This DevGPS allows for a metrics-driven measurement of the most important 21st century skill: decision making. We have been working 10 years on this decision making tool. Version 1 came out in 2014: Moneyball of Decision Making (which got widely adopted by the CIA, DoD and thousands of other leaders – but had no software). Version 2, with the help of the 500K people going through our virtual academy during COVID, we were able to accelerate (petri dishes) the creation of version 2 along with tech, AI, programs to support – tested across real leaders in 100s of

companies. The breakthrough came February 2021…we've been coding/building/programing like mad since then. Bob's reaction on seeing it was: "OMG, you are solving the biggest problems I'm facing in the Navy. Can we roll this out to all our Sailors and is pricing similar to the last time."

Another stream of consciousness – the initial $100MM commitment from the Navy, in hindsight should have been closed July 2018. The then CNO (head of Navy – Richardson) spent half a day at our offices. The security detail alone swept the office the night before and early AM, then blocked half of 5th avenue with a motorcade of cars/security waiting outside just in case. After seeing the office, the next day we got word from Burke that he did not get the support from the CNO. Our old office did not represent the world change company with the know-how and tech to upgrade organizations for the next 100 years. We confirmed this suspicion when the head of talent from JPMC said exactly that to our face – which she shared only after seeing our "Project Flagship" designs for our new workspace. Note: after nearly 6 years, we are finally opening our new office July 2020 (this summer). [in short, lesson learned: we need to look the part to command contracts of this size]

------

We believe we are getting a perfect storm of HR/Talent heads, researchers/authors/TedTalk speakers, military leadership, 5000 past attendees of our leadership academy, 500K attendees of our virtual academy (from which we have over 10K testimonials of users talking about how it's changed their life)…all when asked "Who's doing interesting work in the HR space? Who's solving for this change in how people work?"…In essence the next 100 year change, the move from the industrial era to the digital age – good quote below:

"I see Covid-19 not as a mere accelerator, I see it as a threshold," said Stephens. "As a unique wormhole in time where society as a whole is being pulled out of the industrial era and across the threshold of the digital age." - Doug Stephens

Next Jump is being mentioned very high on this list. And many are sharing that Next Jump understands the problems and is solving the real issues – easily 5 years ahead of anyone they've seen. Additionally, if you watch the video, we predicted this industrial age transformation → digital age as far back as 2015 (to the heads of CIA, DoD, F500) given the study of biology and history that 100 year changes results in old models expiring ~20% of the way into a new century. Of course you never really know what will happen…until it happens. Never could we have predicted a global pandemic accelerating this shift from an old model of doing work – top down decision making/ strategy…to a new model of small teams, everyone being decision makers and needing to train their judgment/leadership/decision making above all else. The one common thread in every job is this: strategic decisions, technical decisions, sales decisions, product decisions, collaboration decisions, outsourcing decisions, insourcing/etc.etc. – the majority of every person's job (as in 51%+) is decision making (backed by research). [by the way all shared in the video link below]

### LIP: Leadership In Practice #49: "Who Will Be the Next Trillion $ Company?"

https://edu.perksatwork.com/course/leadership-in-practice/?class_uuid=c7e07abd-9264-11eb-a3df-02461ec02d07

I don't even know how it's possible for us to be as busy as we are. We are averaging 4 hours sleep a night, if negative time was possible, that is happening daily. We don't even have time to entertain the "pitches" and requests coming in from investors/PE/bankers. If liquidity is of interest, you have a role to play (watch and share the video). If not – no action needed.

We're solving real problems – we believe the biggest problem that exists for every industry, every organization, at a global level. Sorry to flood your inbox in such short notice and the stream of consciousness above. At min – watch the video.

Regards,

Charlie & Meghan

**From:** Charlie Kim
**Sent:** Friday, April 9, 2021 4:46 PM
**To:** Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com>
**Subject:** Next Jump Update...

DOJ_Prod_006_Kim-0000014693

Dear Investors,

We've had several people writing in asking for an update. Our hair is on fire, more going on than ever in more different ways than imagineable.

Investor financial update on our list, but wanted to give you a quick update here:

NAVY – we were finally able to engage with Bob Burke (former CNP – head of Navy HR, the former VCNO – 4-star, to now 1 of 3 Fleet Commanders (Navy talk for owning the headcount of warfighting sailors) in charge of Europe and Africa for the Navy). The activity in the middle east has led to several canceled meetings. Also given US Navy's size/strength, the senior admiral also becomes the Commanding Officer for NATO (29 countries).

Probably the best meeting to date with Bob Burke. Product is spot on to the needs of his sailors and wants to re-up our engagement for HR software. We had to end the hour meeting b/c we teach a weekly Leadership In Practice class where a few hundred people were waiting (otherwise would have of course continued the meeting). He asked for more time. Additionally, we are working on creating a JV partnership with retired 3-star and 4-stars from Navy and Air Force (all relationships we've built over the years) where they would do the sales process into DoD and per $100MM in sales, we would share $10MM in revenues. Early discussions have them moving aggressively trying to get more time on our calendars. The former pCNO – Bill Moran, who initially approved our $100MM engagement, is 6 months away from his "cooling off" period, wanted to wait…however Bob Burke (was Moran's VCNO) said don't worry, "I'll get him for you now". He then asked us if he could be an ambassador/custodian for NxJ as soon as possible (even while in the position) which we thought would be a conflict, however he said as long as we aren't a defense contractor (selling war fighting materials), he can work around out the details – which his civilian counterpart said would follow up. We explained that "No, we don't sell any jet parts but we do sell we sell diapers and discounted hotel rooms."

Lastly – probably the best way to catch up on the products and NxJ development is an update we gave in the class we teach. Ever since COVID hit in mid-march, we teach a weekly Leadership In Practice class, the title for class #49 was: "Who Will Be the Next Trillion $ Company" – a lot of buzz circling around that we are solving what may be the largest problem for the next 100 years - tied to PEOPLE as the new competitive advantage and asset class for success (or failure if done badly).

If you get a chance, please watch and would welcome any thoughts.

Regards,

Charlie

LIP: Leadership In Practice #49: "Who Will be the Next Trillion $ Company?"

https://edu.perksatwork.com/course/leadership-in-practice/?class_uuid=c7e07abd-9264-11eb-a3df-02461ec02d07

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe