## Re: Senior Hire...FW: Paperwork

**From:** ███████@shimassociates.com>
**To:** Charlie Kim <ckim@nextjump.com>
**Cc:** Meghan Messenger <mmessenger@nextjump.com>
**Date:** Tue, 17 May 2022 13:48:23 +0000

Hi Charlie,

[redacted]

On Mon, May 16, 2022 at 8:31 PM Charlie Kim <ckim@nextjump.com> wrote:



> **From:** Robert Burke <burkerobertp@gmail.com>
> **Sent:** Friday, May 13, 2022 5:27 AM
> **To:** Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com>
> **Cc:** Burke Barbara <burkebarbaraj@gmail.com>
> **Subject:** Paperwork
>
> Charlie and Meghan,
>
> I have all my ducks in a row now with Navy to have discussions with you on employment.
>
> I've attached two files FYSA - a "Letter of Disqualification" I was required to submit before talking to you on this, which says I will not involve myself with decisions for new or existing contracts with NextJump while still in this job and having conversations with you. The second one is a more specific "ethics advice" letter to me, much like the one I already gave you, but with a couple of specific modifications to reflect the fact that I was personally involved in two Navy contracting actions with you. Nothing surprising, but wanted you to have for completeness, and to also ensure these requirements on me will be acceptable to you given what you have in mind for me to do.
>
> I'll send you my bloodwork and divorce paperwork separately - I had a few more surprises on blood work last week that resulted in the need for more labs, I should have those results as well by middle of next week and will send complete data set at once so as to not confuse the issue.
>
> I will know by Tuesday if a June Change of Command and 1 July retirement is still possible. My data checks up to last night say it is not looking good. If I am right, looking at a mid-July Change of Command, 1 August retirement date.
>
> Thanks for all, and I hope you have a great weekend.



1:24-cr-00265-TNM
DEFENSE EXHIBIT
DX 621R

Bob

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

--
Very truly yours,

[REDACTED]

Shim & Associates, P.C.
Attorneys at Law
Phone: [REDACTED]
Fax: (2[REDACTED]
Email: [REDACTED]

New York Office
1270 Broadway, Suite 305
New York, NY 10001

New Jersey Office
2050 Center Avenue, Suite 320
Fort Lee, NJ 07024

DISCLAIMER
In accordance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any tax advice contained in this email (including any attachment) is not intended or written to be used, and cannot be read, for the purpose of 1) avoiding penalties under the Internal Revenue Code or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email (including any attachment) is intended only for the individual or entity to which it is addressed and may contain information that is protected by attorney-client and attorney work product privileges, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify us by replying to the sender (only) and then please delete this message from your inbox as well as any copies.

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe