# EXHIBIT 2

# GX 161-A

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 45 | Date Range: 10/5/2022 |

## Outline of Conversations

 **CHAT - E002_0000001 - 01248 - 2022/10/05** • 45 messages on 10/5/2022 • Kim, Yongchul "Charlie" <(646) 623-7000> • Meghan Messenger <mmessenger@nextjump.com>

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - E002_0000001 - 01248 - 2022/10/05

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:00 AM
I ate 2 bowls of my left over pasta from Sunday

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:01 AM
Just reading Burke write up

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:02 AM
Interesting but don't quite get it nor care about some of the details it's confusing but guess just more context into the dysfunctionality of trying to make change in a large bureaucratic org ?

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:02 AM
And some
Humble brag of his achievements

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:02 AM
Side note he's very well written if that really just spewed out of him eh

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:23 AM
Loved "🙁 feeling sad and sorry about today just hard shit"

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:24 AM
I don't know why you wrote earlier note about feeling sad and sorry but that made me sad and happy at same time

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:24 AM
I read Burke note to read more real. Real dysfunctional and definitely thinks he's all great

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:24 AM
Vs I look at almost all of it and I think he isn't even at the baseline to make change.

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:25 AM
In my pov he's picking the giant fights. He needed a group like us to do skunkworks pilots and make it work. Then build up Vs trying to replace giant systems and save money which isn't always a plus. You don't get to keep money you save.

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:27 AM
Also you can see how many people he pissed off. It's in his nature. So he had to have done that in Naples too. So easy for anyone who heard going to NxJ upset at him so lobs complaint. And then bill lescher and gilday neither help save him

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:47 AM
Fun night just ripped into Matthew on homework stuff

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:48 AM
No more iPad 2 weeks during school days until all homework done I'm so angry seeing little things he forgets and getting alerts I can't get into but mark can and everyone acting calm. He's hysterical crying I just lost it

**M** **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 12:48 AM
What I get for not being able to let it out at work - I hate Burke for this. I'm so done with this Bs

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:54 AM
I'm sorry. When we're getting beat up from work, we have such little tolerance for badness anywhere else. So it makes it hard no matter what.

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 12:55 AM
I'm glad you're building some hate and fire for Burke. He needs to get his ego checked

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 1:32 AM
Trying to calm down watching some comedy. Gagging

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 1:40 AM
I'm quite miserable dealing with matthew my night ruined

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 1:40 AM
Want to salvage but like Saturday night also ruined by this

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 1:41 AM
Threatening pulling him out avenues and all kinds of stuff to calmer and trying to navigate this Ass home English teacher Bs and M half assness in this class I'm so angry at the world

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 1:42 AM
I don't know when jackson turned to do homework more. He wasn't up to a point and then went nuts. I can't remember what happened but I'll try and ask him at some point how it turned self driven

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 1:43 AM
Disengage if you can for tonight. Too much anger to do good

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 1:54 AM
Don't ask jackson it's fine I'm on it

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 2:10 AM
Alarm 8:30? No school right?

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 2:10 AM
Or earlier?

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 2:16 AM
Ok yeah I don't know guess will
Set after 8 to
Give me higher chance of sleeping

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 2:16 AM
Just wrapping up some homework and a nice note from matthew to teacher to try and fix

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 2:20 AM
We may be up earlier. I can set for 8am too?

**YK** — **Kim, Yongchul "Charlie" <(646) 623-7000>** — 10/5/2022, 2:22 AM
I picked 8:15 as middle ground

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 2:22 AM
Liked "I picked 8:15 as middle ground"

**M** — **Meghan Messenger <mmessenger@nextjump.com>** — 10/5/2022, 3:49 AM
I'm just getting in bed. I'm in a bad place remembering all the pain we went through with Burke to sharing 2, $100mm verbals to come up with $0 on both - losing creds, employees, pissed off investors just hell . To come back around to reset for $300k to then build up to bigger only to realize Burke has already moved into wanting what he wants which is his future secure, get on board with that, then to have his shit now. I feel I got shit end of a stick that's lasted 3 years and the only thing I got was a trip to his place in italy which we paid for and a retired 4-star maybe 2-star with attitude. He blames us for some of his pain. I blame him for some of our pain too. And to act psycho on top of it. When I've been shoving down my anger except 1 outburst saying no contract no job. Go screw. The contract doesn't even cover 1 year salary. Feeling played. Maybe he feels played. Either way. If that's the case we are even but he works for us now. Not other way around. Eat shit and say thank you.

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 4:24 AM
Setting for 8:30 since I am in a panic like state right now no good

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 9:48 AM
I woke up 5 am struggling to fall back asleep

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 9:48 AM
I think Burke needs to hear some of this to crush eggshells

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 12:06 PM
What a rough night. I tried a little Nidra past 30 min but otherwise been up since 5

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 12:06 PM
Such a bad night have such a headache barely slept at all

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 12:07 PM
Same. He's killing us

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 12:07 PM
I was thinking timeline to use to crush some eggshells to help aid the discussion

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 12:07 PM
He really is killing us

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 12:08 PM
Smart. Was thinking same as helps remember

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 12:56 PM
Attached URL: https://p61-content.icloud.com/M9D2E6D80FCEFFBC5D9F4A94D72785BC1AE7E009768F78D52861BF002B1D309D2.C01USN00
Attachment Title: Image-1.jpg



Image: Image-1.jpg (841 KB)

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 1:03 PM
Leaving like 5 mins

M  **Meghan Messenger <mmessenger@nextjump.com>**  10/5/2022, 1:04 PM
Wtf on Tom Brady and Giselle that's crazy what she says

YK  **Kim, Yongchul "Charlie" <(646) 623-7000>**  10/5/2022, 1:07 PM
Liked "Leaving like 5 mins "

**YK** **Kim, Yongchul "Charlie" <(646) 623-7000>** 10/5/2022, 11:38 PM
Toast tonight. I have some ideas