# EXHIBIT 4

# GX 161-D

**Short Message Report**

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 42 | Date Range: 11/10/2022 |

**Outline of Conversations**

 **CHAT - E002_0000001 - 01248 - 2022/11/10** • 42 messages on 11/10/2022 • Kim, Yongchul "Charlie" <(646) 623-7000> • Meghan Messenger <mmessenger@nextjump.com>

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - E002_0000001 - 01248 - 2022/11/10**

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 11/10/2022, 3:48 AM
So random hiren likes An old tweet

Attached URL: https://p67-
content.icloud.com/MAF7C48655CDAD5912052764DB0BFA76D276D8B98D7C43FB8196CAD37B0F10835.C01USN00
Attachment Title: Screenshot 2022-11-09 at 10.48.26 PM.png



*Image: Screenshot 2022-11-09 at 10.48.26 PM.png (384 KB)*

M | **Meghan Messenger <mmessenger@nextjump.com>** | 11/10/2022, 4:14 AM
That's so random

M | **Meghan Messenger <mmessenger@nextjump.com>** | 11/10/2022, 4:14 AM
Wonder if he needs a job lol

M | **Meghan Messenger <mmessenger@nextjump.com>** | 11/10/2022, 4:14 AM
Pic makes me miss what felt like simple easier times

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 11/10/2022, 4:15 AM
I don't miss it. I feel everyone took advantage of us.

M | **Meghan Messenger <mmessenger@nextjump.com>** | 11/10/2022, 4:20 AM
Yeah I know me too just different problems sometimes feel easier than current ones

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 11/10/2022, 4:21 AM
Yeah I hear you

YK | **Kim, Yongchul "Charlie" <(646) 623-7000>** | 11/10/2022, 4:22 AM
Old office. Lowered expenses so lowered expectations too

M | **Meghan Messenger <mmessenger@nextjump.com>** | 11/10/2022, 4:26 AM
I know the office +
Burke is on our list of why we are so stressed those 2 investments are for going big / high expectations vs not

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 4:26 AM
Would rather be where we are going for it but still scary and want a moment of not

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 4:31 AM
Liked "I know the office +
Burke is on our list of why we are so stressed those 2 investments are for going big / high expectations vs not "

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 4:32 AM
Yeah. Like an escape. Sometimes we need to treat ourselves. Kind of like that time we went and had margaritas at that Lebanese rest next to old office came back to do dance class drunk. The CoVID mask falling off like dirty diapers

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:23 PM
Liked "Yeah. Like an escape. Sometimes we need to treat ourselves. Kind of like that time we went and had margaritas at that Lebanese rest next to old office came back to do dance class drunk. The CoVID mask falling off like dirty diapers "

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:24 PM
So tired just don't feel like it wanna pull covers over and hide 🙈 today

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:25 PM
Yes me too. Had nightmares up multiple times

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:26 PM
Feel like I have two bags of weight on my eyes. Like heavy

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:28 PM
Maybe breakfast will be something fun

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:36 PM
Lol maybe

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:41 PM
I'm laying in bed. Olivia no school today and tomorrow

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:45 PM
Oh wow that's nice

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:45 PM
B no school tomorrow

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:45 PM
Already considering maybe mark can take matthew tomorrow am so I can not have to hurry up so much I'm so fucking tired these days

M    **Meghan Messenger <mmessenger@nextjump.com>**    11/10/2022, 12:46 PM
My mom

Attached URL: https://p51-content.icloud.com/M8C28F9FDE38BC7FA536420B77FFC3F1413C26A8B5770BC30A1D40B2AD3511FB6.C01USN00Attachment Title: D1E23C8A-6BE2-4DA8-B48C-E75416EBB08C.heic

*Attachment: D1E23C8A-6BE2-4DA8-B48C-E75416EBB08C.heic (256 KB)*

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:50 PM
Liked "Already considering maybe mark can take matthew tomorrow am so I can not have to hurry up so much I'm so fucking tired these days"

YK    **Kim, Yongchul "Charlie" <(646) 623-7000>**    11/10/2022, 12:50 PM
Loved an image

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 12:53 PM
Let us begin our 4 shower day

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 1:23 PM
Ha ha yes I'm leaving with Matrhew now

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 1:24 PM
I'm leaving now too

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 1:32 PM
In traffic sucks he's gonna be little late

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 1:32 PM
Maybe you can head up to kitchen without me so we can get going on breakfast and do the Jeanine class for reals

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 1:34 PM
Ok yes man

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 1:34 PM
Mam

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 1:38 PM
I can help setup your vornado app I did it while waiting

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 1:40 PM
I would love that thanks

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 1:41 PM
Walking over to office now

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:34 PM
Too bound up too

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:34 PM
Be up in a mi

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:34 PM
Min

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:44 PM
He might be in bathroom

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:45 PM
Sorry I'm 💩 give me a min I can meet you up there if want

M **Meghan Messenger <mmessenger@nextjump.com>**                    11/10/2022, 7:45 PM
Maybe we just email him

YK **Kim, Yongchul "Charlie" <(646) 623-7000>**                    11/10/2022, 7:55 PM
Attached URL: https://p69-
content.icloud.com/MAF7C48655CDAD5912052764DB0BFA76D276D8B98D7C43FB8196CAD37B0F10835.C01USN00
Attachment Title: Image-1.jpg



Image: Image-1.jpg (239 KB)