Government [x]
Plaintiff    [ ]
Defendant [ ]
Joint        [ ]
Court       [ ]

UNITED STATES OF AMERICA
VS.
YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER

Criminal No. 1:24-cr-00265-TNM

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 001 | 2018.08.01 - PowerTrain Purchase Order | | | | |
| 002 | 2018.12.01 - PowerTrain Purchase Order | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 003 | 2019.07.01 - Email from Burke to Nowell RE NextJump Contract | | | | |
| 004 | 2019.07.07 - Email from Messenger to Burke RE Level Bubbles... | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 005 | 2019.07.22 - Email from Kim to Burke RE Navy,NxJ Status | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 006 | 2019.07.23 - Email from Robertson to Kim, Messenger RE Tweed Call Update | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 007 | 2019.08.14 - Email from Kim to Burke FW Navy,NxJ Status | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 008 | 2019.08.14 - Email from Kim to Burke FW Navy,NxJ Status | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 009 | 2019.08.15 - Email from Burke to Kim RE Low vs High resilience | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 010 | 2019.10.16 - Next Jump Anti-Bribery and Corruption Policy | | | | |
| 011 | 2019.11.09 - Email from Kim to Burke FWD Next week... | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 011A | 2019.11.09 - Email from Kim to Burke FWD Next week... | 08/20/2025 | 08/20/2025 | Brett Mietus | |
| 012 | 2019.11.12 - Email from Platz to Mietus RE Navy POC | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 013 | 2019.11.15 - Email from Ross to Beyler RE follow up item | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 014 | 2019.11.15 - Email from Beyler to Kim RE follow up item | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 015 | 2019.11.17 - Email from Ross to Fuller RE follow up item | 08/25/2025 | 08/25/2025 | Tweed Ross | |

| | | | | | |
|---|---|---|---|---|---|
| Government [x] Plaintiff [ ] Defendant [ ] Joint [ ] Court [ ] | UNITED STATES OF AMERICA VS. YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | Criminal No. 1:24-cr-00265-TNM | |
| 016 | 2019.12.06 - Email from Messenger to Kadyan RE stock option grant | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 017 | 2020.04.01 - Email from Kim to Burke RE touching base... | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 018 | 2020.04.15 - Email from Messenger to Lombardi RE All Employee Meeting | | | | |
| 019 | 2020.04.16 - Email from Messenger to Kunkel Re Chase HR,leadership edge | | | | |
| 020 | 2020.05.07 - Email from Burke to Navy RE Standards of Conduct Guidance | | | | |
| 021 | 2020.06.25 - Email from Nowell to Kim RE Leadership Challenges Navigating BLM | 08/25/2025 | 08/25/2025 | Sebastian Gardner | |
| 022 | 2020.06.26 - Email from Kim to Shriram Re Update | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 023 | 2020.07.03 - Email from Messenger to Parker RE Invstr | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 024 | 2020.09.23 - Email from Messenger to Burke RE Quick Update... | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 025 | 2020.10.25 - Email from Messenger to Kim RE Some deep reactions from weiwei | | | | |
| 026 | 2020.12.18 - Email from Messenger to Jacobs RE Next Jump Investor Update... | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 027 | 2021.03.09 - Email from Beyler to Black, Lacore, Meyer FW MDMP...Re Update from NxJ | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 028 | 2021.04.08 - Email from Rottier to Kim RE Meeting Invite Update from Next Jump | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 029 | 2021.03.22 - Email from Messenger to Burke, Meyer RE Moran,Herm | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 030 | 2021.04.08 - Email from Burke to Genoble RE Weekly Flag SITREP 1 to 7 April 2021 | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 031 | 2021.04.09 - Email from Kim to Investors RE Next Jump Update... | | | | |
| 032 | Intentionally Blank | | | | |
| 033 | 2021.04.09 - Email from Shriram to Kim RE Who Will Be the Next Trillion $ Company | | | | |

| Government | [x] | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | | |
| Joint | [ ] | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | | |
| Court | [ ] | | | | | |
| 034 | Intentionally Blank | | | | |
| 035 | 2021.04.19 - Email from Messenger to Rolnick RE Time to connect tonight | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 036 | 2021.04.20 - Email from Kim to Strategy RE Two potential driving strategies | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 037 | 2021.04.20 - WhatsApp Call between Kim and Burke | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 038 | 2021.04.21 - Email from Kim to Messenger RE OMM from Haley Serna (NxJ) OMM - Tues, April 20, 2021 | | | | |
| 038 A | 2021.04.21 - Email from Kim to Messenger RE OMM from Haley Serna (NxJ) OMM - Tues, April 20, 2021 without Redactions | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 039 | 2021.04.26 - Email from Kim to TeamMVClass2020 RE Bob Burke...Fwd VIP Invite Saturday Aug 14 (NYC) | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 040 | 2021.05.07 - Email from Kim to Culver RE Bill Moran Fwd For our meeting today | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 041 | 2021.05.07 - Email from Messenger to TeamMVClass2020 RE Bill Moran Fwd For our meeting today | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 042 | 2021.05.11 - Email from Beyler to Lacor FW Bill Moran Fwd For our meeting today | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 043 | 2021.05.12 - Email from Messenger to Kunkel RE Bill Moran Fwd For our meeting today | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 044 | 2021.06.19 - Pictures of Burke & Canedo in Paris | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 045 | 2021.06.28 - Email from Messenger to Kim RE Navy - Juliet Call | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 046 | 2021.07.12 - Email from Kim to Messenger RE Staff m | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 047 | 2021.07.14 - Email from Kim to Burke RE Hello NxJ, & if you are in the DC area on the 23rd of July... | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 048 | 2021.07.14 - Email from Kim to Bajan, Platz, Messenger RE Reservation 87471231 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 049 | 2021.07.14 - Email from Marriott to Card RE Ritz Carlton Res 87627930 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |

| Government [x] Plaintiff [ ] Defendant [ ] Joint [ ] Court [ ] | UNITED STATES OF AMERICA VS. YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | Criminal No. 1:24-cr-00265-TNM | |
|---|---|---|---|---|---|
| 050 | 2021.07.14 - Email from Marriott to Card RE Ritz Carlton Res 87627932 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 051 | 2021.07.15 - Burke DC Trip Book 2021.07.16025 v7 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 052 | 2021.07.23 - Messenger AMEX Corporate Card Charge for Belga Cafe | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 053 | 2021.07.23-34 - WhatsApp Chats between Burke & Canedo | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 053A | 2021.07.23 - WhatsApp Messages between Burke & Canedo | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 053B | 2021.07.24 - WhatsApp Messages between Burke & Canedo | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 054 | 2021.07.23 - Belga Cafe Itemized and Signed Receipts | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 055 | 2021.07.23 - Email from Kim to Culver RE Quick uodate | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 056 | 2021.07.24 - Burke Ritz Pentagon City Receipt | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 057 | 2021.07.24 - Email from Messenger to Lombardi RE Quick uodate | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 058 | 2021.07.28 - Email from Kim to Investors RE NxJ Investor Update Q1 2021 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 059 | 2021.07.28 - Email from Messenger to TeamStrategy RE NxJ Investor Update Q1 2021 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 060 | 2021.08.05 - Email from Messenger to Fuller RE Navy contracting | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 061 | 2021.08.10 - Email from Fuller to Kim RE Negative plan (v1) | 9/2/2025 | | YONGCHUL CHARLIE KIM | |
| 062 | 2021.08.10 - Email from Beyler to Koebler RE email | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 063 | 2021.08.23 - Screenshot of WhatsApp Chat between Burke & Kim | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 064 | 2021.08.26 - Burke Voluntary Retirement Request | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 065 | 2021.09.13 - Email from Beyler to Burke RE NxJ Sailor feedback | 08/19/2025 | 08/19/2025 | Juliet Beyler | |

Government [x]
Plaintiff [ ]
Defendant [ ]
Joint [ ]
Court [ ]

UNITED STATES OF AMERICA
VS.
YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER

Criminal No. 1:24-cr-00265-TNM

| | | | | | |
|---|---|---|---|---|---|
| 066 | 2021.09.14 - Email from Messenger to Laming RE Navy update - FW Re Login,Screens, Gate 1 Proposal.... | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 067 | 2021.09.15 - Email from Burke to Beyler RE How are You | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 068 | 2021.09.23 - Email from Kim to TeamNxJPartners RE Bob Burke Fwd Develop-Mental-GPS Feedback | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 069 | 2021.11.19 - Email from McCoy to Kim RE Q2 Financials | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 070 | 2021.10.12 - Meeting Invitation from Kim RE Bob Burke - WhatsApp Video | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 071 | 2021.11.04 - Email from Burke to Kim, Messenger RE Requested Bios | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 072 | 2021.11.05 - Email from Fuller to Hollye RE Next Jump update | | | | |
| 073 | 2021.11.10 - Appleman Annual Ethics, Standards of Conduct PowerPoint | | | | |
| 074 | 2021.11.12 - Email from Vornado to Burke RE Mobile Visitor Credential from NextJump, Inc. | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 075 | 2021.11.15 - Email from Amtrak to Burke RE eTicket & Receipt for Your 11,15,2021 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 076 | 2021.11.16 - Email from Vornado to Kim RE BOB BURKE has arrived at 512 West 22nd Street | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 077 | 2021.11.16 - Email from Kim to TeamNxJPartners RE Burke,Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 078 | 2021.11.16 - Email from Messenger to Lombardi RE Fwd Burke,Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 079 | 2021.11.16 - Picture of Burke & Canedo in New York City | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 080 | 2021.11.17 - Email from Kim to Collette RE OMM from Michael Collette OMM - Tue, November 16th 2021 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 081 | 2021.11.18 - Email from Messenger to Kim RE Tweet by David Burkus on Twitter | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 082 | 2021.11.18 - Email from Lee to Kim RE 2 leaders,seats for Leadership Academy | | | | |

5

| Government [x] Plaintiff [ ] Defendant [ ] Joint [ ] Court [ ] | UNITED STATES OF AMERICA VS. YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|
| 083 | 2021.11.18 - Email from Kim to Parker RE Request | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 084 | 2021.11.22 - Email draft of all hands meeting notes 11.22.2021 | 8-26-25 | 8-26-25 | AnJanie Camodeo | |
| 085 | 2021.11.24 - Email from Kim to Macky RE 2 thoughts...wanted your reaction | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 086 | 2021.11.25 - Email from Kim to Messenger RE NxJ Investor Update Q2 2021 & Shareholder Meeting Dec 22nd | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 087 | 2021.12.01 - Email from Meyer to Appleman RE Lexmark-Digital-Sender File_Signed Approval | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 088 | 2021.12.03 - Email from Parker to Kim RE Time for a dinner | | | | |
| 089 | 2021.12.10 - Email from Burke to Kim, Messenger RE Phone Call - Next Jump | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 090 | 2021.12.15 - Email from Beyler to Meyer RE NxJ Travel Recommendations | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 091 | 2021.12.15 - Email from Messenger to Collette RE Leadership Academy Follow Up Info | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 092 | 2021.12.15 - Email from Kim to NxJTeam RE UK Royal Navy_Burke NATO pull | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 093 | 2021.12.16 - Email from Kim to TeamNxJPartners RE Pricing Proposal for Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 094 | 2021.12.16 – Email from Kim to Collette RE Pricing Proposal for Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 095 | 2021.12.16 - Email from Burke to Kim RE Pricing Proposal for Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 096 | 2021.12.17 - Email from Beyler to Baker RE Pricing Proposal for Navy | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 097 | 2021.12.17 - Email from Hooker to Kraus RE Pricing Proposal for Navy | 08/21/2025 | 08/21/2025 | Amanda Kraus | |
| 098 | 2021.12.17 - Email from Beyler to Johanesmeier RE Training Requirement | 08/21/2025 | 08/21/2025 | Amanda Kraus | |
| 099 | 2021.12.20 - Email from Hooker to Kraus RE Next Jump | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government | [x] | | | | |
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | |
| Joint | [ ] | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 100 | 2021.12.21 - Email from Burke to Kim RE Pricing Proposal for Navy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 101 | 2021.12.28 - Email from Baker to Beyler RE CONTRACT WITH NEXTJUMP | | | | |
| 102 | 2022.01.01 - Email from Kim to Kim RE Notes early am | | | | |
| 103 | 2022.01.06 - Email from OPM to PowerTrain RE Task order and Modification for NextJump | 08/21/2025 | 08/21/2025 | Amanda Kraus | |
| 104 | 2022.01.10 - Email from Messenger to TeamNxJPartners RE Buzz from Italy... | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 105 | 2022.02.08 - Email from Kraus to Nicasio FW NxJ Feedback for staffing | 08/21/2025 | 08/21/2025 | Amanda Kraus | |
| 106 | 2022.02.14 - Email from Beyler to Kraus RE NxJ - request for contract expansion | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 107 | 2022.03.11 - Email from Messenger to Fuller, Venkatachalam RE Brief for Burke | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 108 | 2022.03.12 - Email from Burke to Beattie RE NxJ - Naples - Thank You. | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 109 | 2022.03.14 - Email from Kim to Burke RE Uk navy Fwd Thank You | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 110 | 2022.03.28 - Email from Burke to Caudle RE NxJ - Naples - Thank you. | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 111 | 2022.03.29 - Email from Burke to Messenger RE Cameron to JimH RN - Fwd MINI-event 1-Day Leadership Academy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 112 | 2022.04.05 - Email from Kim to Caudle RE Intro | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 113 | 2022.04.29 - Email from Kim to Barbara RE Visit to Naples | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 114 | 2022.05.02 - Email from Kim to TeamStrategy RE Touching Eden | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 115 | 2022.05.04 - Email from Burke to Kim RE My Last Day from John Hilliard | | | | |
| 115A | 2022.05.04 - Email from Burke to Kim RE My Last Day from John Hilliard (modified) | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |

7

| Government | [x] | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | | |
| Joint | [ ] | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | | |
| Court | [ ] | | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 116 | 2022.05.06 - Email from Kim to TeamStrategy RE Burke | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 117 | 2022.05.13 - Email from Burke to Kim RE Paperwork | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 118 | 2022.05.13 - Email from Kim to Burke RE Paperwork | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 119 | 2022.05.18 - Next Jump US Employee Manual | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 120 | 2022.05.20 - Email from Kim to Venkatachalam RE Invoice from NxJ to PowerTrain | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 121 | 2022.05.20 - Email from Messenger to Burke RE Paperwork | | | | |
| 122 | 2022.05.24 - Email from Burke to Kim RE Ben Key Email | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 123 | 2022.05.24 - Email from Kim to Burke RE NxJ Offer Letter | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 124 | 2022.05.24 - Email from Kim to McCoy RE NxJ Offer Letter | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 125 | 2022.05.25 - Email from Kim to Team RE Re UK Navy Catchup | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 126 | 2022.05.25 - Email from Messenger to Burke RE Personnel Projects | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 127 | 2022.05.25 - Email from Messenger to Lombardi RE Personnel Projects | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 128 | 2022.05.25 - Email from Kim to TeamStrategy RE NxJ Offer Letter | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 129 | 2022.05.26 - NextJump Offer Letter to Burke, signed by Burke | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 130 | 2022.05.26 - Email from Fuller to Messenger RE NxJ Offer Letter | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 131 | 2022.05.30 - Email from Messenger to Burke RE Personnel Projects | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 132 | 2022.06.01 - Email from Burke to Kim RE Personnel Projects | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 133 | 2022.06.23 - Email from Garrison to Burke RE Notification | | | | |

| Government | [x] | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM | |
| Defendant | [ ] | VS. | | | | |
| Joint | [ ] | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | | |
| Court | [ ] | | | | | |

| No. | Description | | | | |
|---|---|---|---|---|---|
| 134 | 2022 - Burke OGE-278 Form | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 135 | 2022.07.18 - Email from Burke to Appleman RE Termination OGE-278 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 136 | 2022.07.18 - Email from Burke to Burke RE Termination OGE-278 | | | | |
| 137 | 2022.10.03 - Email from Bello to Burke RE Glossary | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 138 | 2022.10.05 - Text Message from Messenger to Kim | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 139 | 2023.01.17 - Email from Kim to Messenger RE My homework so far done over small little sprints over weekend | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 140 | 2023.01.17 - Email from Burke to Kim RE Personal | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 141 | 2023.02.08 - PowerTrain Deliverable Receipt form for Naples & Rota On-Site training | 08/21/2025 | 08/21/2025 | Amanda Kraus | |
| 142 | Kim Driver's License | 8-21-25 | — | Sebastian Gardner | |
| 143 | Messenger Driver's License | 8-21-25 | — | Sebastian Gardner | |
| 144 | Burke NextJump Profile | | | | |
| 145A | Pictures of NextJump Office Headquarters – New York City | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 146 | Timeline Summary | | | | |
| 147 | Admiral Robert Burke Navy Portrait | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 148 | Letters from Kim to KPMG RE Consolidated Balances for 2017, 2018 2020, 2021, 2022 | | | | |
| 149 | 2022.05.07 - Email from Burke to Appleman RE Request for Legal Opinion | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 150 | JDM Soma Ethics and Compliance in Government Contracts PowerPoint Presentation | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 151 | 2022.10.17 - Replica Drawing of Napkin from 2021.07.23 Meeting Between Kim, Messenger, Burke, and Canedo in Washington, D.C. | | | | |
| 152 | 2021.08.10 - Kim Handwritten Notes | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |

9

| Government | [x] |
|---|---|
| Plaintiff | [ ] |
| Defendant | [ ] |
| Joint | [ ] |
| Court | [ ] |

UNITED STATES OF AMERICA
VS.
YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER

Criminal No. 1:24-cr-00265-TNM

| | | | | | |
|---|---|---|---|---|---|
| 153A | 2021.11.16 - Kim Handwritten Notes | | | | |
| 153 B | 2021.12.14 - Messenger Handwritten Notes | | | | |
| 154A | 2019.11.19 - Kim Handwritten Notes | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 154B | 2019.11.19 - Messenger Handwritten Notes | 08/21/2025 | 08/21/2025 | Sebastian Gardner | |
| 155A | 2020.05.29 - Kim Handwritten Notes | | | | |
| 155B | 2021.03.18 - Kim Handwritten Notes | | | | |
| 155C | 2021.04.08 - Kim Handwritten Notes | 08/25/2025 | 08/25/2025 | Sebastian Gardner | |
| 155D | 2021.04.20 - Kim Handwritten Notes | 8.29.25 | 8.29.25 | YONGCHUL CHARLIE KIM | |
| 155E | 2021.06.29 - Kim Handwritten Notes | | | | |
| 155F | 2021.08.11 - Kim Handwritten Notes | | | | |
| 155G | 2021.09.22 - Kim Handwritten notes on 2021.09.22 email from Burke to Kim, Messenger Re Develop-Mental-GPS Feedback | 9/2/25 | 9/2/25 | YONGCHUL CHARLIE KIM | |
| 155H | 2021.11.16 - Kim Handwritten Notes | | | | |
| 155I | 2022.05.24 - Kim Handwritten Notes | | | | |
| 156A | 2021.04.08 - Messenger Handwritten Notes | 08/25/2025 | 08/25/2025 | Sebastian Gardner | |
| 156B | 2021.08.10 - Messenger Handwritten Notes | | | | |
| 156C | 2021.08.14 - Messenger Handwritten Notes | | | | |
| 156D | Messenger Handwritten Notes from Monday Meeting | 8.29.25 | 9-2-25 | YONGCHUL CHARLIE KIM Gardner | |
| 157 | 2019.06.07 - Email from Mietus to Burke RE This Week | 08/20/2025 | 08/20/2025 | Brett Mietus | |
| 158 | 2019.09.06 - Email from Burke to Kim RE Re Let us help you | 08/20/2025 | 08/20/2025 | Brett Mietus | |
| 159 | 2019.11.09 - Email from Mietus to Burke RE FW Next week... | 08/20/2025 | 08/20/2025 | Brett Mietus | |
| 159A | 2019.11.09 - Email from Mietus to Burke RE FW Next week... | 08/19/2025 | 08/19/2025 | Juliet Beyler | |

10

Government [x]
Plaintiff    [ ]
Defendant [ ]
Joint       [ ]
Court      [ ]

UNITED STATES OF AMERICA
VS.
YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER

Criminal No. 1:24-cr-00265-TNM

| | | | | | |
|---|---|---|---|---|---|
| 160 | 2020.07.17 - Next Jump's Anti-Bribery and Corruption Policy | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 161 | 2022.10.01 thru 2023.03.01 – Text Messages between Kim & Messenger | | | | |
| 161A | 2022.10.05 - Text Messages between Kim & Messenger | | | | |
| 161B | 2022.10.12 - Text Messages between Kim & Messenger | | | | |
| 161C | 2022.10.18 - Text Messages between Kim & Messenger | | | | |
| 161D | 2022.11.10 - Text Messages between Kim & Messenger | | | | |
| 161E | 2022.11.20 - Text Messages between Kim & Messenger | | | | |
| 161F | 2022.12.02 - Text Messages between Kim & Messenger | | | | |
| 161G | 2022.12.03 - Text Messages between Kim & Messenger | | | | |
| 161H | 2022.12.08 - Text Messages between Kim & Messenger | | | | |
| 161I | 2022.12.10 - Text Messages between Kim & Messenger | | | | |
| 161J | 2022.12.16 - Text Messages between Kim & Messenger | | | | |
| 161K | 2023.01.03 - Text Messages between Kim & Messenger | 9-2-25 | 9-2-25 | Kim | |
| 161L | 2023.01.21 - Text Messages between Kim & Messenger | | | | |
| 161M | 2023.01.28 - Text Messages between Kim & Messenger | | | | |
| 161N | 2023.02.25 - Text Messages between Kim & Messenger | | | | |
| 161O | 2022.10.04 - Text Messages between Kim & Messenger | | | | |
| 162 | 2019 - Next Jump FY 2019 Consolidated Income Statement | | | | |
| 163 | 2019 - Next Jump Q2 2019 Consolidated Income Statement | | | | |
| 164 | 2019 - Next Jump Q3 2019 Consolidated Income Statement | | | | |
| 165 | 2020 - Next Jump Q1 2020 Consolidated Income Statement | | | | |

| | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|
| Government | [x] | | | | |
| Plaintiff | [ ] | VS. | | | |
| Defendant | [ ] | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | |
| Joint | [ ] | | | | |
| Court | [ ] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 166 | 2020 - Next Jump Q2 2020 Consolidated Income Statement | | | | |
| 167 | 167_2020 - Next Jump Q3 2020 Consolidated Income Statement | | | | |
| 168 | 2021 - Next Jump Q2 2021 Consolidated Income Statement | | | | |
| 169 | 2021 - Next Jump Q3 2021 Consolidated Income Statement | | | | |
| 170 | 2022 - Next Jump Q1 2022 Consolidated Income Statement | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 171 | 2022 - Next Jump Q2 2022 Consolidated Income Statement | | | | |
| 172 | 2022 - Next Jump Q3 2022 Consolidated Income Statement | | | | |
| 173 | 2023 - Next Jump Q1 2023 Consolidated Income Statement | | | | |
| 174 | 174_2023 - Next Jump Q2 2023 Consolidated Income Statement | | | | |
| 175 | 2023 - Next Jump Q3 2023 Consolidated Income Statement | | | | |
| 176 | 2018.12 - December 5, 2018 Next Jump Board Meeting Slides | | | | |
| 176A | 2018.12 - December 5, 2018 Next Jump Board Meeting Slides | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |
| 177 | 2022.04.15 - Transcript of Canedo's recorded calls with Burke | | | | |
| 177A | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo | | | | |
| 177B | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo – Clip 1 | | | | |
| 177C | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo – Clip 2 | | | | |
| 177D | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo – Clip 3 | | | | |

12

| | | | | | |
|---|---|---|---|---|---|
| Government [x] Plaintiff [ ] Defendant [ ] Joint [ ] Court [ ] | | UNITED STATES OF AMERICA VS. YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | Criminal No. 1:24-cr-00265-TNM | |
| 177E | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo – Clip 4 | | | | |
| 177F | 2022.04.15 - Initial Recorded Phone Call between Burke and Canedo – Clip 5 | | | | |
| 177G | 2022.04.15 - Second Recorded Phone Call between Burke and Canedo | | | | |
| 177H | 2022.04.15 - Second Recorded Phone Call between Burke and Canedo – Clip 6 | | | | |
| 177I | 2022.04.15 - Second Recorded Phone Call between Burke and Canedo – Clip 7 | | | | |
| 178 | 2022.07.29 - Email from Kim to Ella FW Next Jump Investor Update... | 9-2-2025 | 9-2-2025 | Kim | |
| 179 | 2021.08.12 - Email from Burke to Beyler RE Talking Points | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 180 | 2021.09.23 - Email from Burke to Beyler FW Develop-Mental-GPS Feedback | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 181 | 2021.09.24 - Email from Beyler to Black, Lacore FW Develop-Mental-GPS Feedback | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 182 | 2021.10.09 - Email from Burke to Beyler FW Next Jump visit... | 08/19/2025 | 08/19/2025 | Juliet Beyler | |
| 183 | 2018 Next Jump Financial Statement (Final) | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 184 | 2022 Next Jump Financial Statement (Final) | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 185 | 2021.08.10 - Letter from Messenger to 520 West 19th Street Condominium Board of Managers | 9/2/25 | 9/2/25 | YONGCHUL CHARLIE KIM | |
| 186 | 2019.12.30 - Next Jump Consolidated Financial Statements | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 187 | 2020.12.31 - Next Jump Consolidated Financial Statements | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 188 | 2021.12.31 - Next Jump Consolidated Financial Statements | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 189 | 2022.05.15 - Email from Burke to Kim RE Paperwork | 9/2/25 | 9/2/25 | YONGCHUL CHARLIE KIM | |
| 190 | 2019.04.04 - Calendar Invite to Everyone NxJ RE First Fridays, Code of Ethics Training | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |

| Government | [x] | | UNITED STATES OF AMERICA | | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|---|
| Plaintiff | [ ] | | VS. | | | |
| Defendant | [ ] | | YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | |
| Joint | [ ] | | | | | |
| Court | [ ] | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 191 | 2019.04.04 - Email from Platz to Kim, Messenger RE Daily Summer 4.4.19 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 192 | 2019.04.18 - Email from Platz to NextJump RE FW Mandatory Government Contracting Code of Business Ethics & Conduct Training | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 193 | 2019.04.05 - Video recording of Ethics and Compliance in Government Contracting training | | | | |
| 193A | Clip 1 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 193B | Clip 2 | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 194 | 2019.04.22 - Email from Platz to Messenger, etc RE Mandatory Govt Contracting Code of Business Ethics and Conduct Training | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 195 | 2021.05.19 - Email from Messenger to Burke RE Juliet FW VIP Invite Saturday Aug 14 (NYC) | 08/22/2025 | 08/22/2025 | Sebastian Gardner | |
| 196 | 2022.06.23 - Kim Handwritten Notes | 9/2/25 | 9/2/25 | YONGCHUL CHARLIE KIM | |
| 197 | 2019.05.13 - Next Jump Staff Meeting Recording | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 197A | Clip 1 | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 197D | Clip 4 | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 198 | 2021.09.22 - Email from Kunkel to Kim, etc RE Burke...Fwd Develop-Mental-GPS Feedback | 9/2/25 | 9/2/25 | YONGCHUL CHARLIE KIM | |
| 199 | 2019.04.22 - Next Jump Staff Meeting Recording | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 199A | Clip 1 | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 199B | Clip 2 | | | | |
| 200 | 2019.04.29 - Next Jump Staff Meeting Recording | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 200A | Clip 1 | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 200C | Clip 3 | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 201 | 2019.04.08 - Next Jump Staff Meeting Recording | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 201A | Clip 1 | 8-26-25 | 8-26-25 | Anjanie Comodeo | |

| Government [x] Plaintiff [ ] Defendant [ ] Joint [ ] Court [ ] | UNITED STATES OF AMERICA VS. YONGCHUL "CHARLIE" KIM, MEGHAN MESSENGER | | | | Criminal No. 1:24-cr-00265-TNM |
|---|---|---|---|---|---|
| 202 | 2021.07.26 - All Hands Meeting Notes | 8-26-25 | 8-26-25 | Anjanie Camodeo | |
| 205 | Email | 8-27-25 | — | Herman Shelanski | |
| 176B | JUNE BOARD MEETING SLIDE | 8-29-25 | 8-29-25 | YONGCHUL CHARLIE KIM | |

- GOVERNMENT DEMONSTRATIVE – GX152 / GX123 – 9/2/2025 (PERMITTED DISPLAY) YONGCHUL CHARLIE KIM
- GX209   email (dated 10/4/2022)   9/2/2025   9/2/2025   YONGCHUL CHARLIE KIM

15