**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 24–265 (2)(3) (TNM)** |
| | **:** | |
| **YONGCHUL "CHARLIE" KIM and** | **:** | |
| **MEGHAN MESSENGER,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## UNOPPOSED MOTION TO CONTINUE CERTAIN PRETRIAL DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Continue certain pretrial filing deadlines. The defendants, Yongchul "Charlie" Kim and Meghan Messenger, do not oppose this motion.

On October 9, 2025, the Court issued a Minute Order setting forth deadlines in advance of the April 29, 2026, trial in this case. Under that Order, motions and expert witness notices are due by January 30, 2026, oppositions are due by February 20, 2026, and replies are due by March 13, 2026. The pretrial conference is scheduled for March 27, 2026.

The parties are in discussion about certain substantive issues that may impact what pretrial motions will be filed. In light of the need for additional time to meet and confer concerning those issues, the government, with the consent of the defendants, respectfully requests a short one-week continuance of the upcoming filing deadlines, and asks the Court to issue an amended Order requiring the parties to file (1) motions and expert witness notices by February 6, 2026, (2) oppositions by February 27, 2026, and (3) replies by March 20, 2026. All other pretrial deadlines would remain unchanged.

2

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By        /s/
       Brian P. Kelly
       Rebecca G. Ross
       Sarah W. Ranney
       Assistant United States Attorney
       601 D Street N.W.
       Washington, DC 20530
       Office: (202) 252-4490