

|  | U.S. Department of Justice |
|---|---|
|  | Jeanine F. Pirro |
|  | United States Attorney |
|  | *District of Columbia* |

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

February 17, 2026

**VIA EMAIL**

William Burck
Avi Perry
Fritz Scanlon
Brett Raffish
Quinn Emanuel Urquhart & Sullivan, LLP
**Counsel For Defendant Kim**

Reed Brodsky
Simone Rivera
Gibson Dunn
**Counsel for Defendant Messenger**

      Re:  *United States v. Yongchul "Charlie" Kim and Meghan Messenger, 24-CR-265*
           *Expert Notice Disclosure*

Dear Counsel:

      We received your February 11, 2026, email regarding the Government's Expert Notice of Senior Digital Investigative Analyst Joseph Soeka ("SDIA Soeka"). While we disagree that the Government's Expert Notice was missing any necessary information, we are providing the additional information that you seek, attached hereto as Attachment A. SDIA Soeka's "preliminary device report" and "final report" were previously provided to you in discovery.

//

//

//

Sincerely,

_____/s/_____
Rebecca G. Ross
Sarah Ranney
Brian P. Kelly
Assistant United States Attorneys
601 D Street N.W.
Washington, DC 20530

ATTACHMENT A

SDIA Soeka created two reports. One was a "preliminary device report." He will testify that this "preliminary device report" contains information about the physical device he examined and is created to ensure that the extraction matches the authorized phone for the search and basic identifiers related to the device. SDIA Soeka will testify that based on this report he knew he was conducting a search of a device with the registered owner name Charlie Kim and telephone number (646) 623-7000. SDIA Soeka also created a "final report." SDIA Soeka's testimony, provided to you in the Government's February 6, 2026, Expert Notice and discussed below, is based on his training, experience, and knowledge of digital forensics, and the information contained in that "preliminary device report" and "final report."

SDIA Soeka will testify that WhatsApp messages are stored in a database on an electronic device. He will testify that each WhatsApp message sent and received in the WhatsApp application on a device receives an entry in a table of that database and that each entry, corresponding to a message sent or received, is sequentially numbered. SDIA Soeka will testify that WhatsApp has a function that WhatsApp users must manually turn on that automatically deletes messages after a set time (hereinafter referred to as the "auto-delete function"). To set up the auto-delete function, the WhatsApp user must manually turn it on in a chat with a specific person or as a universal setting across all chat sessions. SDIA Soeka will testify that once the auto-delete function is turned on, it only affects messages that come after the auto-delete function is turned on; turning on the auto-delete function does not automatically delete messages previously sent and received. To delete messages sent and received before the auto-delete function is turned on, the user must manually delete the messages.

SDIA Soeka will further testify that he can tell that WhatsApp messages are deleted if numbers are missing from the table of stored messages. SDIA Soeka will testify that WhatsApp does not arbitrarily delete messages, so user action is required to remove entries from the messages table by deleting messages. SDIA Soeka will testify that after a WhatsApp message is fully purged from a device, it is not possible to recover it through any available extraction method.

SDIA Soeka will testify that it is possible to set text messages, including iMessages, sent and received on an iPhone to auto-delete after 365 days. SDIA Soeka will testify that Apple does not automatically delete text messages and iMessages on an iPhone and that a user must manually turn on Apple's auto-delete function. SDIA Soeka will testify that unlike WhatsApp's auto-delete function, Apple's auto-delete function affects all text and iMessage conversations on a particular device. SDIA Soeka will further testify that once an iPhone's auto-delete function is turned on, it automatically deletes any text and iMessage found on the device sent or received after 365 days, even if the auto-delete function was turned on after the text message or iMessage was sent or received. SDIA Soeka will further testify that Apple's auto-delete function and WhatsApp's auto-delete function are distinct, which means Apple's auto-delete function does not delete WhatsApp messages contained on the same device.

Based on SDIA Soeka's understanding of Apple devices and the WhatsApp application, as described above and in the Government's February 6, 2026, Expert Notice, and the information contained in his "final report," SDIA Soeka will testify that the device operator manually deleted WhatsApp messages because the table entries storing the device owner's WhatsApp messages had

missing sequence numbers. SDIA Soeka will testify that while the device operator set his iMessage retention settings to 365 days, no evidence was observed that the device operator was utilizing the auto-delete function for the WhatsApp messages and that the Apple auto-delete function settings would not impact the table entries for the WhatsApp messages. SDIA Soeka cannot determine when the 365-day retention setting for native messages was set. SDIA Soeka will testify that he did not find any evidence that the device operator turned on the WhatsApp auto-delete function in any of the WhatsApp chats found on the device, to include the WhatsApp chat with Defendant Burke. SDIA Soeka will also testify that there were WhatsApp messages the device dating back several years and that the table entries missing from the device did not all occur before a certain date or in a pattern that would further suggest the device operator had ever turned on the auto-delete function in any chat, including in any existing chats with Defendant Burke. In sum, SDIA Soeka will testify that the only explanation for the missing entries is that the device operator manually deleted those messages.

      SDIA Soeka will testify he did not recover any deleted messages from the device.

I have read and approve of the above statement:

_[signature]_
_____

Joseph Soeka
Senior Digital Investigative Analyst